1  LAURA D. BERGER (FL Bar No. 11762)
   Federal Trade Commission
2  901 Market Street, Suite 570
   San Francisco, CA 94103
3  P: (202) 326-2471/F: (415) 848-5184
4  lberger@ftc.gov;

5  KEVIN H. MORIARTY (DC Bar No. 975904)
   CATHLIN TULLY (NY Bar)
6  Federal Trade Commission
   600 Pennsylvania Ave N.W.
7  Washington, DC 20580
8  P: (202) 326-3644/F: (202) 326-3062
   kmoriarty@ftc.gov; ctully@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>D-LINK CORPORATION<br><br>and<br><br>D-LINK SYSTEMS, INC.,<br>corporations,<br><br>  Defendants. | **Case No. 3:17-cv-00039**<br><br>**DECLARATION OF CATHLIN TULLY IN SUPPORT OF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S COMPLAINT** |

1. I am an attorney for the plaintiff Federal Trade Commission ("FTC") in this matter. I submit this declaration in support of the FTC's Administrative Motion to File Under Seal Portions of Plaintiff's Complaint, filed concurrently with this declaration. Unless stated otherwise, I

make this declaration based on my own personal knowledge, and if called as a witness, I could and would testify competently as follows.

2. The FTC's complaint alleges facts in Paragraphs 10, 11, and 25 that the FTC obtained during the course of its non-public investigation of D-Link Systems, Inc. ("DLS"). In providing this information to the FTC, DLS designated this information as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2.

3. I declare under penalty of perjury that the foregoing statements are true and correct. Executed in Washington, DC, on January 5, 2017.

/s/ Cathlin Tully_____

CATHLIN TULLY

**DECLARATION OF CATHLIN TULLY IN SUPPORT OF FTC'S ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S COMPLAINT**     **PAGE 2**
**CASE NO. 3:17-CV-00039**