LAURA D. BERGER (FL Bar No. 11762)
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
P: (202) 326-2471/F: (415) 848-5184
lberger@ftc.gov;

KEVIN H. MORIARTY (DC Bar No. 975904)
CATHLIN TULLY (NY Bar)
Federal Trade Commission
600 Pennsylvania Ave N.W.
Washington, DC 20580
P: (202) 326-3644/F: (202) 326-3062
kmoriarty@ftc.gov; ctully@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> D-LINK CORPORATION ) <br> ) <br> and ) <br> ) <br> D-LINK SYSTEMS, INC., ) <br> corporations, ) <br> ) <br> Defendants. ) <br> ) | **Case No. 3:17-cv-00039** <br><br> **[PROPOSED] ORDER RE FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S COMPLAINT** |

LAURA D. BERGER (FL Bar No. 11762)
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
P: (202) 326-2471/F: (415) 848-5184
lberger@ftc.gov;

KEVIN H. MORIARTY (DC Bar No. 975904)
CATHLIN TULLY (NY Bar)
Federal Trade Commission
600 Pennsylvania Ave N.W.
Washington, DC 20580
P: (202) 326-3644/F: (202) 326-3062
kmoriarty@ftc.gov; ctully@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

FEDERAL TRADE COMMISSION,

   Plaintiff,

   v.

D-LINK CORPORATION

and

D-LINK SYSTEMS, INC.,
corporations,

   Defendants.

**Case No. 3:17-cv-00039**

**[PROPOSED] ORDER RE FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S COMPLAINT**

On January 5, 2017, Plaintiff Federal Trade Commission ("FTC) filed, pursuant to Civil Local Rules 7-11 and 79-5(d) and (e), an Administrative Motion to File Under Seal ("Administrative Motion") portions of Plaintiff's Complaint.

The FTC's complaint alleges facts in Paragraphs 10, 11, and 25 that the FTC obtained during the course of its non-public investigation of D-Link Systems, Inc. ("DLS"). In providing this information to the FTC, DLS designated this information as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2.

Having considered the FTC's Administrative Motion, the Declaration of Cathlin Tully in Support of the Administrative Motion, and any declaration submitted by DLS in response thereto, pursuant to Civil Local Rules 7-11, 79-5(d) and (e), and good cause appearing therefore:

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY.

[ ] DENIED IN ITS ENTIRETY.

[ ] GRANTED/DENIED IN PART.

DATED: _____          _____

.
                                      UNITED STATES DISTRICT JUDGE