PILLSBURY WINTHROP SHAW PITTMAN LLP
LAURA C. HURTADO (CSB #267044)
laura.hurtado@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

CAUSE OF ACTION INSTITUTE
PATRICK J. MASSARI [*pro hac vice* pending] [Lead Counsel]
patrick.massari@causeofaction.org
MICHAEL PEPSON [*pro hac vice* pending]
michael.pepson@causeofaction.org
KARA E. MCKENNA [*pro hac vice* pending]
kara.mckenna@causeofaction.org
1875 Eye Street N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 422-4332
Facsimile: (202) 330-5842

Attorneys for Defendant D-Link Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>D-LINK CORPORATION<br><br>and<br><br>D-LINK SYSTEMS, INC.<br><br>Defendants. | No. 3:17-cv-00039-JSC<br><br>**DECLARATION OF WILLIAM BROWN IN SUPPORT OF DEFENDANT D-LINK SYSTEMS, INC.'S RESPONSE TO FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S COMPLAINT** |

# DECLARATION OF WILLIAM BROWN

The undersigned declarant, William Brown, states:

1. I am Chief Information Security Officer at D-Link Systems, Inc. ("D-Link Systems"). Unless stated otherwise, the following facts are based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. D-Link Systems was incorporated in 1986. D-Link Systems's principal place of business is in Fountain Valley, California. Among other things, D-Link Systems sells a variety of differentiated router and IP camera products in the United States.

3. In July 2013, Federal Trade Commission ("FTC") staff issued a Civil Investigative Demand ("CID") —a form of compulsory process—to D-Link Systems seeking information apparently relating to certain alleged third-party vulnerability reports and, more generally, about the marketing and security features of D-Link Systems's routers and IP cameras.

4. In response to the FTC's use of compulsory process, D-Link Systems provided the FTC with documents containing highly confidential, sensitive business information, including competitively sensitive information, about D-Link Systems. This included information relating to D-Link Systems's business model and structure.

5. In response to the FTC's use of compulsory process, a D-Link Systems corporate witness gave testimony during a three-day investigational hearing (essentially, a deposition) concerning highly confidential, sensitive business information, including competitively sensitive information, about D-Link Systems. This included information relating to D-Link Systems's business model and structure.

6. During the FTC's non-public investigation of D-Link Systems, D-Link Systems designated materials and information provided to the FTC in response to compulsory process as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2.

7. I have reviewed the FTC's Complaint for Permanent Injunction and Other Equitable Relief, which names D-Link Systems as a Defendant. Without addressing the accuracy of the allegations in Paragraphs 10, 11, and 25, at least some of the allegations in Paragraphs 10, 11, and 25 appear to reflect or to be otherwise derived, in whole or in part, from

materials and information D-Link Systems provided to the FTC in response to compulsory process and designated as confidential pursuant to 15 U.S.C. § 57b-2, including materials containing confidential business information and competitively sensitive information.

8. I have reviewed the FTC's Administrative Motion that is the subject of this Declaration. To my knowledge, the FTC did not contact D-Link Systems regarding the Administrative Motion prior to filing it.

9. D-Link Systems received a copy of the Administrative Motion sent via U.S. Mail on January 10, 2017.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed this 17th day of January, 2017 at Fountain Valley, California.

_____  1/17/17
WILLIAM BROWN