Laura D. Berger (FL Bar No. 11762)
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
P:   (202) 326-2471/F: (415) 848-5184
lberger@ftc.gov

Kevin H. Moriarty (DC Bar No. 975904)
Cathlin Tully (NY Bar)
Federal Trade Commission
600 Pennsylvania Avenue NW, Mail Drop CC-8232
Washington, DC 20580
P:   (202) 326-2949/F: (202) 326-3062
kmoriarty@ftc.gov; ctully@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

PILLSBURY WINTHROP SHAW PITTMAN LLP
LAURA C. HURTADO (CSB #267044)
laura.hurtado@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

CAUSE OF ACTION INSTITUTE
PATRICK J. MASSARI [*pro hac vice* pending] [Lead Counsel]
patrick.massari@causeofaction.org
MICHAEL PEPSON [*pro hac vice* pending]
michael.pepson@causeofaction.org
KARA E. MCKENNA [*pro hac vice* pending]
kara.mckenna@causeofaction.org
1875 Eye Street N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 422-4332
Facsimile: (202) 330-5842

*Attorneys for Defendants D-Link Systems, Inc. and
D-Link Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

1

STIPULATION REGARDING WAIVER OF SERVICE ON D-LINK CORPORATION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>D-LINK CORPORATION, *et al.*,<br><br>Defendants. | CIVIL ACTION NO.<br>3:17-CV-00039-JD<br><br>**STIPULATION REGARDING WAIVER OF SERVICE OF D-LINK CORPORATION** |

Plaintiff Federal Trade Commission and Defendants D-Link Corporation and D-Link Systems, Inc. ("D-Link Systems"), through undersigned counsel, stipulate and agree that:

1. On January 17, 2017, Plaintiff filed Plaintiff's Motion for an Order Authorizing Service of Process on D-Link Corporation Using Other Means Pursuant to Rule 4(f)(3) (Dkt. No. 14).

2. On January 31, 2017, D-Link Systems filed a Response to Federal Trade Commission's Motion for an Order Authorizing Service of Process on D-Link Corporation Using Other Means Pursuant to Rule 4(f)(3) and Statement of Conditional Non-Opposition (Dkt. No. 24). In its Response, D-Link Systems represented that "Defendants do not oppose service of the complaint upon Mr. Massari or Ms. Hurtado, on behalf of D-Link Corp., for this case only, if the FTC complies with the waiver of service provisions set forth in Fed. R. Civ. P. 4(d)(1) and 4(d)(3)-(5)." *Id.* at 2.

3. On January 31, 2017, following the filing of D-Link Systems' Response, Plaintiff accepted Mr. Massari and Ms. Hurtado's offer, requested in writing that they agree to waive service of the Complaint on D-Link Corporation under Rule 4(d)(1), and included documents sufficient to comply with this Rule, as well as a pre-paid means for returning the waiver form appended to Rule 4.

4. D-Link Corporation, through its undersigned counsel agrees to waive service pursuant to Rule 4(d).

5. The parties withdraw their respective filings in Dkt. Nos. 14 and 24.

2
STIPULATION REGARDING WAIVER OF SERVICE ON D-LINK CORPORATION

**IT IS SO STIPULATED**

**Submitted with attestation from Plaintiff's counsel that concurrence in this filing has been obtained from the other signatory.**

| | |
|---|---|
| By: /s/ Laura D. Berger<br>LAURA D. BERGER (Fla. Bar. 11762)<br>Federal Trade Commission<br>901 Market Street, Suite 570<br>San Francisco, CA 94103<br>Tel: (202) 326-2471<br>F: (415) 848-5184<br><br>*Attorney for Plaintiff* Federal Trade Commission<br>(Additional counsel listed on caption page) | By: /s/ Laura C. Hurtado<br>Laura C. Hurtado (CSB #267044)<br>Pillsbury Winthrop Shaw Pittman LLP<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, California 94111<br>Tel: (415) 983-1000<br>F: (415) 983-1200<br><br>*Attorney for Defendants D-Link Corporation and D-Link Systems, Inc.*<br>(Additional counsel listed on caption page) |

STIPULATION REGARDING WAIVER OF SERVICE ON D-LINK CORPORATION