CAUSE OF ACTION INSTITUTE
PATRICK J. MASSARI [admitted *pro hac vice*] [Lead Counsel]
patrick.massari@causeofaction.org
MICHAEL PEPSON [admitted *pro hac vice*]
Admitted only in Maryland.
Practice limited to matters and proceedings before United States Courts and agencies.
michael.pepson@causeofaction.org
KARA E. MCKENNA [admitted *pro hac vice*]
Admitted only in New York and New Jersey.
Practice limited to matters and proceedings before United States Courts and agencies.
kara.mckenna@causeofaction.org
1875 Eye Street N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 422-4332
Facsimile: (202) 330-5842

PILLSBURY WINTHROP SHAW PITTMAN LLP
LAURA C. HURTADO (CSB #267044)
laura.hurtado@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

*Attorneys for Defendant D-Link Systems, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>   vs.<br><br>D-LINK CORPORATION<br><br>and<br><br> D-LINK SYSTEMS, INC.,<br><br>        Defendants. | No. 3:17-cv-00039-JD<br><br>**STIPULATION AND [PROPOSED] ORDER ON FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE PLAINTIFF'S COMPLAINT**<br><br>Judge: Hon. James Donato |

No. 3:17-cv-00039-JD

STIPULATION AND [PROPOSED] ORDER ON
FEDERAL TRADE COMMISSION'S
ADMINISTRATIVE MOTION TO FILE UNDER
SEAL PORTIONS OF THE PLAINTIFF'S
COMPLAINT
4844-9066-7588.v1

Subject to the approval of the Court, defendant D-Link Systems, Inc. ("D-Link Systems") and plaintiff Federal Trade Commission ("FTC"), through their attorneys of record, hereby stipulate as follows:

1. On January 5, 2017, the FTC filed an Administrative Motion to File Under Seal Portions of Plaintiff's Complaint ("Administrative Motion") pursuant to Local Rule 79-5. *See* ECF No. 3. The FTC's Administrative Motion states: "The FTC's complaint alleges facts in Paragraphs 10, 11, and 25 that the FTC obtained during the course of its non-public investigation of D-Link Systems, Inc. ("DLS"). In providing this information to the FTC, DLS designated this information as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2." *Id.* at 2. The FTC's Administrative Motion further states: "The FTC takes no position as to whether this information should remain under seal until such time as DLS provides its justifications for the information to be maintained under seal." *Id.*

2. On January 17, 2017, D-Link Systems filed a Response to Federal Trade Commission's Administrative Motion to File Under Seal Portions of Plaintiff's Complaint ("Response"). *See* ECF No. 13. *Inter alia*, D-Link Systems requested that this Court grant the FTC's Administrative Motion and seal the portions of the Complaint identified by the FTC's Administrative Motion. *See id.* at 5.

3. On March 9, 2017, this Court held a hearing on D-Link Systems' Motion to Dismiss. At the hearing, the pending Administrative Motion was also addressed by the parties and this Court.

4. After the parties indicated that it may be possible to resolve the issues presented by the Administrative Motion by agreement, the Court requested that the parties inform the Court within a week as to whether the parties could reach agreement on the issues presented by the FTC's Administrative Motion.

-1-

No. 3:17-cv-00039-JD

STIPULATION AND [PROPOSED] ORDER ON FEDERAL TRADE COMMISSION'S MOTION TO SEAL PORTIONS OF THE PLAINTIFF'S COMPLAINT
4844-9066-7588.v1

5. The parties have agreed to unseal Paragraphs 10, 11 and 25 of the FTC's Complaint, thereby making it available for the public view in its entirety. The parties also agree that unsealing the portions of the Complaint subject to the FTC's Administrative motion does not waive D-Link Systems' right to maintain the confidentiality of any other information it provided to the FTC during the course of the FTC's non-public investigation of D-Link Systems.

**IT IS THEREFORE STIPULATED AND AGREED TO BY THE PARTIES THAT:**

Without waiving any of D-Link Systems' rights to maintain the confidentiality of information D-Link Systems provided to the FTC during the course of the FTC's non-public investigation of D-Link Systems, D-Link Systems hereby withdraws its Response, ECF No. 13, to the FTC's Administrative Motion, ECF No. 3. Therefore, the FTC's Complaint should be unsealed in its entirety, and the FTC's Administrative Motion should be denied as moot.

DATED: March 16, 2017

CAUSE OF ACTION INSTITUTE

By:   /s/ Patrick J. Massari

Patrick J. Massari [admitted *pro hac vice*]
[LEAD COUNSEL]
patrick.massari@causeofaction.org
1875 Eye Street N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 499-4231
Facsimile: (202) 330-5842

PILLSBURY WINTHROP SHAW PITTMAN LLP
Laura C. Hurtado (CSB #267044)
laura.hurtado@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

*Attorneys for Defendant D-Link Systems, Inc.*
*(Additional counsel listed on caption page)*

-2-

No. 3:17-cv-00039-JD

STIPULATION AND [PROPOSED] ORDER ON FEDERAL TRADE COMMISSION'S MOTION TO SEAL PORTIONS OF THE PLAINTIFF'S COMPLAINT
4844-9066-7588.v1

| | | |
|---|---|---|
| 1 | DATED: March 16, 2017 | FEDERAL TRADE COMMISSION |
| 2 | | By: /s/ Laura D. Berger |
| 3 | | LAURA D. BERGER<br>Federal Trade Commission |
| 4 | | 901 Market Street, Suite 750<br>San Francisco, CA 94103 |
| 5 | | Telephone: (202) 326-2471 |
| 6 | | KEVIN H. MORIARTY |
| 7 | | CATHLIN TULLY<br>Federal Trade Commission |
| 8 | | 600 Pennsylvania Avenue, NW<br>Mail Drop CC-8232 |
| 9 | | Washington, DC 20580 |
| 10 | | *Attorneys for Plaintiff* |
| 11 | | *Federal Trade Commission* |

-3-

No. 3:17-cv-00039-JD

STIPULATION AND [PROPOSED] ORDER ON FEDERAL TRADE COMMISSION'S MOTION TO SEAL PORTIONS OF THE PLAINTIFF'S COMPLAINT

4844-9066-7588.v1

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Civil L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

DATED: March 16, 2017

CAUSE OF ACTION INSTITUTE

By: /s/ Patrick J. Massari

Patrick J. Massari [admitted *pro hac vice*]
[LEAD COUNSEL]
patrick.massari@causeofaction.org
1875 Eye Street N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 499-4231
Facsimile: (202) 330-5842

PILLSBURY WINTHROP SHAW PITTMAN LLP
Laura C. Hurtado (CSB #267044)
laura.hurtado@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

*Attorneys for Defendant D-Link Systems, Inc.*
*(Additional counsel listed on caption page)*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and good cause appearing, plaintiff Federal Trade Commission's ("FTC") Administrative Motion, ECF No. 13, is DENIED as moot. Therefore, the FTC may publicly file an unredacted version of the Complaint for Permanent Injunction and Other Equitable Relief that the FTC provisionally filed under seal, ECF No. 3-4, which shall become part of the public docket in accordance with Civil L.R. 79-5(e)(2).

DATED: _____      _____
                                Hon. James Donato
                                United States District Judge