Laura D. Berger (FL Bar No. 11762)
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
P: (202) 326-2471/F: (415) 848-5184
lberger@ftc.gov

Kevin H. Moriarty (DC Bar No. 975904)
Cathlin Tully (NY Bar)
Federal Trade Commission
600 Pennsylvania Avenue NW, Mail Drop CC-8232
Washington, DC 20580
P: (202) 326-2949/F: (202) 326-3062
kmoriarty@ftc.gov; ctully@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> D-LINK CORPORATION, *et al.*, <br><br> Defendants. | No. 3:17-CV-00039-JD <br><br> **PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Judge: Hon. James Donato |

Plaintiff Federal Trade Commission ("FTC") hereby moves the Court to issue an administrative order that authorizes the filing under seal, pursuant to Civil Local Rules 7-11 and 79-5(e), of portions of the FTC's Response in Opposition to D-Link Corporation's Motion to Dismiss for Lack of Personal Jurisdiction ("FTC Opposition"), and certain exhibits attached to the Declaration of Kevin H. Moriarty in support of thereof. Pursuant to Paragraph 31 of the Standing Order for Civil Cases Before Judge James Donato, a more fulsome and revised motion to seal will be forthcoming after the completion of briefing of the motion to dismiss.

The FTC Opposition discusses testimony from an investigational hearing and two letter submissions from the FTC's pre-complaint investigation of D-Link Systems, Inc. ("DLS"), and attaches these documents as exhibits to the Declaration of Kevin H. Moriarty submitted in support thereof.  In providing this information to the FTC, DLS designated it as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2.  As "designating party," D-Link Systems bears the burden of establishing that the information identified in the specified paragraphs is "sealable."  L.R. 79-5(b).  The FTC takes no position as to whether this information should remain under seal until such time as DLS provides its justifications for the information to be maintained under seal.

For this motion, Defendant D-Link Corporation has requested that the FTC follow Paragraph 31 of the Court's standing order.  *See* Declaration of Kevin H. Moriarty in Support of Plaintiff Federal Trade Commission's Administrative Motion to Seal ¶ 3.  Paragraph 31 applies where "the parties anticipate that this paragraph will apply to a round of briefing."  Standing Order for Civil Cases before Judge James Donato ¶ 31.  Pursuant to this paragraph, for any opposed requests to seal, "each party or non-party making an opposed request should file a single combined administrative motion to seal covering all of their opposed requests."  *Id*.

Dated:   April 17, 2017                Respectfully submitted,

    /s/ Kevin H. Moriarty
LAURA D. BERGER
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Tel: (202) 326-2471

KEVIN H. MORIARTY
CATHLIN TULLY
Federal Trade Commission
600 Pennsylvania Avenue NW, Mail Drop CC-8232
Washington, DC 20580

*Attorneys for Plaintiff*
*Federal Trade Commission*