Laura D. Berger (FL Bar No. 11762)
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
P: (202) 326-2471/F: (415) 848-5184
lberger@ftc.gov

Kevin H. Moriarty (DC Bar No. 975904)
Cathlin Tully (NY Bar)
Federal Trade Commission
600 Pennsylvania Avenue NW, Mail Drop CC-8232
Washington, DC 20580
P: (202) 326-2949/F: (202) 326-3062
kmoriarty@ftc.gov; ctully@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>D-LINK CORPORATION, *et al.*,<br><br>Defendants. | No. 3:17-CV-00039-JD<br><br>**DECLARATION OF KEVIN H. MORIARTY IN SUPPORT OF PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO SEAL** |

I, Kevin H. Moriarty, declare as follows:

1. I am an attorney for the Federal Trade Commission ("FTC") in this matter. I submit this declaration in support of the FTC's Administrative Motion to Seal Portions of its Response in Opposition to Defendant D-Link Corporation's Motion to Dismiss and documents in support thereof, filed concurrently with this declaration. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would testify competently thereto.

2. On April 13, 2017, I notified counsel for D-Link Systems, Inc. ("DLS"), by email of the FTC's intention to submit a declaration in support of the FTC's Response in Opposition to

**MORIARTY DECLARATION ISO**  **Page 1**
**FTC MOTION TO SEAL**

Defendant D-Link Corporation's Motion to Dismiss ("FTC Opposition") that would include the following materials that D-Link Systems had designated as confidential during the FTC's pre-complaint investigation: (a) specified excerpts of Volume I of the transcript of the Investigational Hearing of William Brown; (b) specified excerpts of Volume II of the transcript of the Investigational Hearing of William Brown; (c) a January 9, 2015, letter from counsel for D-Link Systems, Inc., to Laura D. Berger; (d) a February 17, 2015, letter from counsel for D-Link Systems, Inc., to Laura D. Berger. These materials are identical to Exhibits A, B, D, and E, respectively, to the declaration in support of the FTC's Opposition. I also notified counsel of the FTC's intention to discuss or quote these materials in its Opposition.

3. On April 17, 2017 Patrick J. Massari, counsel for DLS and D-Link Corporation, responded and requested that the FTC follow Paragraph 31 of the Standing Order for Civil Cases Before Judge James Donato, which applies to circumstances in which multiple administrative motions to seal would be filed if normal procedures were followed.

4. Pursuant to L.R. 79-5(d)(1)(C), attached hereto is a redacted, public version of the FTC Opposition.

5. Pursuant to L.R. 79-5(d)(1)(D), attached hereto, filed under seal, is an unredacted version of the FTC Opposition, with highlighting over the language that is redacted from the public version; together with Exhibit A (Excerpts of the Investigational Hearing of William Brown, Vol.1), Exhibit B (Excerpts of the Investigational Hearing of William Brown, Vol.2), Exhibit D (January 9, 2015 Letter from Gilman to Berger), and Exhibit E (February 17, 2015 Letter from Gilman to Berger).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of April, 2017 at Washington, DC.

                                          /s/ Kevin H. Moriarty
                                          KEVIN H. MORIARTY