Laura D. Berger (FL Bar No. 11762)
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
P: (202) 326-2471/F: (415) 848-5184
lberger@ftc.gov

Kevin H. Moriarty (DC Bar No. 975904)
Cathlin Tully (NY Bar)
Federal Trade Commission
600 Pennsylvania Avenue NW, Mail Drop CC-8232
Washington, DC 20580
P: (202) 326-2949/F: (202) 326-3062
kmoriarty@ftc.gov; ctully@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>D-LINK CORPORATION, *et al.*,<br><br>Defendants. | No. 3:17-CV-00039-JD<br><br>**DECLARATION OF KEVIN H. MORIARTY IN SUPPORT OF PLAINTIFF FEDERAL TRADE COMMISSION'S RESPONSE TO DEFENDANT D-LINK CORPORATION'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

I, Kevin H. Moriarty, declare as follows:

1.      I am an attorney for the Federal Trade Commission ("FTC") in this matter. I submit this declaration in support of the FTC's Response in Opposition to Defendant D-Link Corporation's Motion to Dismiss. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would testify competently thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of excerpts of Volume I of the transcript of the Investigational Hearing of William Brown, conducted by Laura D. Berger on July 29, 2014, with highlighting added by the FTC.

3.      Attached hereto as Exhibit B is a true and correct copy of excerpts of Volume II of the transcript of the Investigational Hearing of William Brown, conducted by Laura D. Berger on July 30, 2014, with highlighting added by the FTC.

4.      Attached hereto as Exhibit C is a true and correct copy of a document entitled D-Link Corporation's Annual Report that I downloaded from http://www.corpasia.net/taiwan/2332/annual/2015/EN/Annual%20Report%202015_kaNR6TyRaf3J.pdf on April 10, 2017.

5.      Attached hereto as Exhibit D is a true and correct copy of a letter from counsel for D-Link Systems, Inc. to Laura D. Berger, provided on January 9, 2015, with page numbers added by the FTC.

6.      Attached hereto as Exhibit E is a true and correct copy of a letter from counsel for D-Link Systems, Inc. to Laura D. Berger, dated February 17, 2015, with page numbers added by the FTC.

7.      Attached hereto as Exhibit F is a true and correct copy of screenshots of the listing for "mydlink Lite" on the Apple, Google Play and Windows mobile app stores I recorded on April 11, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of April, 2017 at Washington, DC.

          /s/ Kevin H. Moriarty
KEVIN H. MORIARTY