Laura D. Berger (FL Bar No. 11762)
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
P:   (202) 326-2471/F: (415) 848-5184
lberger@ftc.gov

Kevin H. Moriarty (DC Bar No. 975904)
Federal Trade Commission
600 Penn. Ave. NW, Mail Drop CC-8232
Washington, DC 20580
P:   (202) 326-2949/F: (202) 326-3062
kmoriarty@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

Cause Of Action Institute
Patrick J. Massari [admitted pro hac vice]
[Lead Counsel]
patrick.massari@causeofaction.org
Michael Pepson [admitted pro hac vice]
michael.pepson@causeofaction.org
Kara E. Mckenna [admitted pro hac vice]
kara.mckenna@causeofaction.org
1875 Eye Street N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 422-4332
Facsimile: (202) 330-5842

Pillsbury Winthrop Shaw Pittman LLP
Laura C. Hurtado (CSB #267044)
laura.hurtado@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

*Attorneys for Defendants D-Link Systems, Inc., and D-Link Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>D-LINK CORPORATION, *et al.*,<br><br>Defendants. | Civil Action No.<br>3:17-cv-00039-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING D-LINK CORPORATION WITHOUT PREJUDICE** |

Pursuant to the agreement of the parties at the May 4, 2017, Case Management Conference, plaintiff Federal Trade Commission ("FTC") and defendants D-Link Systems, Inc., and D-Link Corporation, through their attorneys of record, hereby stipulate as follows:

The FTC hereby dismisses without prejudice D-Link Corporation. Counsel for D-Link Systems, Inc. will accept service of discovery requests on behalf of D-Link Corporation, who will respond as if it were a party.

Dated:  May 10, 2017

**Submitted with attestation that concurrence in the filing of this document has been obtained from the signatories.**

/s/ Laura D. Berger
Laura D. Berger
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103

Kevin H. Moriarty
Federal Trade Commission
600 Penn. Ave. NW, Mail Drop CC-8232
Washington, DC 20580

*Attorneys for Plaintiff Federal Trade Commission*

/s/ Patrick J. Massari
Patrick J. Massari
[Lead Counsel]
Michael Pepson
Kara E. Mckenna
Cause of Action Institute
1875 Eye Street N.W., Suite 800
Washington, D.C. 20006

Pillsbury Winthrop Shaw Pittman LLP
Laura C. Hurtado
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111

*Attorneys for Defendants D-Link Systems, Inc., and D-Link Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 15, 2017

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

*APPROVED — Judge James Donato*