| | |
|---|---|
| Laura D. Berger (FL Bar No. 11762)<br>Federal Trade Commission<br>901 Market Street, Suite 570<br>San Francisco, CA 94103<br>P: (202) 326-2471/F: (415) 848-5184<br>lberger@ftc.gov<br><br>Kevin H. Moriarty (DC Bar No. 975904)<br>Federal Trade Commission<br>600 Penn. Ave. NW, Mail Drop CC-8232<br>Washington, DC 20580<br>P: (202) 326-2949/F: (202) 326-3062<br>kmoriarty@ftc.gov<br><br>*Attorneys for Plaintiff Federal Trade Commission* | Cause Of Action Institute<br>Patrick J. Massari [admitted pro hac vice]<br>[Lead Counsel]<br>patrick.massari@causeofaction.org<br>Michael Pepson [admitted pro hac vice]<br>michael.pepson@causeofaction.org<br>Kara E. Mckenna [admitted pro hac vice]<br>kara.mckenna@causeofaction.org<br>1875 Eye Street N.W., Suite 800<br>Washington, D.C. 20006<br>Telephone: (202) 422-4332<br>Facsimile: (202) 330-5842<br><br>Pillsbury Winthrop Shaw Pittman LLP<br>Laura C. Hurtado (CSB #267044)<br>laura.hurtado@pillsburylaw.com<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200<br><br>*Attorneys for Defendants D-Link Systems, Inc., and D-Link Corporation* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>D-LINK SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No.<br>3:17-cv-00039-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR FILING STIPULATED ESI ORDER AND PROTECTIVE ORDER** |

Consistent with the Court's directive at the May 4, 2017, hearing, the parties have conferred in good faith regarding entry of an ESI Order and a Protective Order in this matter. The parties are near agreement, and anticipate having final versions of these stipulations available to file shortly. Accordingly, the parties jointly request, pursuant to Civil Local Rule 6-

JOINT STIPULATION AND                                                    No. 3:17-cv-00039-JD
[PROPOSED] ORDER                                                                   Page 1

2, a one-week extension of the deadline set by the Court (Dkt. No. 73), thereby permitting the parties to file the stipulated ESI and Protective Orders on May 25, 2017.

Dated:  May 18, 2017

**Submitted with attestation that concurrence
in the filing of this document has been obtained
from the signatories.**

| | |
|---|---|
| /s/ Kevin H. Moriarty | /s/ Patrick J. Massari |
| Laura D. Berger | Patrick J. Massari |
| Federal Trade Commission | [Lead Counsel] |
| 901 Market Street, Suite 570 | Michael Pepson |
| San Francisco, CA 94103 | Kara E. Mckenna |
| | Cause of Action Institute |
| Kevin H. Moriarty | 1875 Eye Street N.W., Suite 800 |
| Federal Trade Commission | Washington, D.C. 20006 |
| 600 Penn. Ave. NW, Mail Drop CC-8232 | |
| Washington, DC 20580 | Pillsbury Winthrop Shaw Pittman LLP |
| | Laura C. Hurtado |
| *Attorneys for Plaintiff Federal Trade Commission* | Four Embarcadero Center, 22nd Floor |
| | San Francisco, California 94111 |
| | |
| | *Attorneys for Defendants D-Link Systems, Inc., and D-Link Corporation* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____     _____
　　　　　　　　　　　　　　HONORABLE JAMES DONATO
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE