Laura D. Berger (FL Bar No. 11762)
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
P: (202) 326-2471/F: (415) 848-5184
lberger@ftc.gov

Kevin H. Moriarty (DC Bar No. 975904)
Cathlin Tully (NY Bar)
Shameka L. Walker (DC Bar No. 493891)
Jarad Brown (CA Bar No. 294516)
Katherine E. McCarron (DC Bar No. 486335)
Federal Trade Commission
600 Pennsylvania Avenue NW, Mail Drop CC-8232
Washington, DC 20580
P: (202) 326-2949/F: (202) 326-3062
kmoriarty@ftc.gov; ctully@ftc.gov, swalker@ftc.gov; jbrown4@ftc.gov; kmmccarron@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

D-LINK SYSTEMS, INC.,

Defendant.

CIVIL ACTION NO.
3:17-CV-00039-JD

**NOTICE OF CHANGE OF COUNSEL**

PLEASE TAKE NOTICE that LAURA D. BERGER, of the Federal Trade Commission, hereby withdraws as attorney of record for Plaintiff FEDERAL TRADE COMMISSION in this action. Counsel of record for Plaintiff otherwise remains the same.

Dated: May 3, 2018

Respectfully submitted,

/s/ Laura D. Berger______

LAURA D. BERGER
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103