UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | |
|---|---|
| Plaintiff, | Case No. 3:17-CV-00039-JD |
| v. | |
| D-LINK SYSTEMS, INC., | [~~PROPOSED~~] AMENDED SCHEDULING ORDER |
| Defendant. | |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline | |
|---|---|---|
| Expert disclosures | July 6, 2018 | |
| Rebuttal expert disclosures | July 27, 2018 | |
| Expert discovery cut-off | August 24, 2018 | |
| Last day to file dispositive and *Daubert* motions | September 21, 2018 | |
| Pretrial conference | November 29, 2018 at 1:30 pm | ~~October 26, 2018 at 1:30pm~~ |
| Trial | January 14, 2019 at 9:00 am | ~~December 3, 2018 at 9:00am~~ |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and

scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED**

Dated: June 7, 2018



_____
JAMES DONATO
United States District Judge