UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: August 14, 2018 　　　　　　　　　　　　　　　　　　　　　Judge: Hon. James Donato

Time: 13 Minutes

Case No.    **C-17-00039-JD**
Case Name   **Federal Trade Commission v. D-Link Corporation et al**

Attorney(s) for Plaintiff(s):   Katherine McCarron/Kevin Moriarty
Attorney(s) for Defendant(s):   John J. Vecchione/Brock Weber/Christine S.J. Yang

Deputy Clerk: Lisa Clark

PROCEEDINGS

Telephonic Discovery Hearing Not Reported - Held

NOTES AND ORDERS

The FTC may seek written discovery from D-Link Systems and its parents and affiliates on the Bureau Veritas audit. D-Link should respond to the FTC's requests as soon as is practicable. The FTC's request for Rule 37 sanctions, Dkt. No. 150, is taken under advisement in the meantime.

The FTC's request for a protective order, Dkt. No. 152, is granted.

1