Kevin H. Moriarty (DC Bar No. 975904)
Cathlin Tully (NY Bar)
Shameka L. Walker (DC Bar No. 493891)
Jarad Brown (CA Bar No. 294516)
Katherine E. McCarron (DC Bar No. 486335)
James A. Trilling (DC Bar No. 467273)
Federal Trade Commission
600 Pennsylvania Avenue NW, Mail Drop CC-8232
Washington, DC 20580
P: (202) 326-2949/F: (202) 326-3062
kmoriarty@ftc.gov; ctully@ftc.gov; swalker@ftc.gov;
jbrown4@ftc.gov; kmccarron@ftc.gov; jtrilling@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>D-LINK SYSTEMS, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>3:17-CV-00039-JD<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF LETTER BRIEF** |

Plaintiff Federal Trade Commission ("FTC") hereby moves the Court to issue an administrative order that authorizes the filing under seal, pursuant to Civil Local Rules 7-11 and 79-5(d) and (e), of certain portions of the FTC's Letter Brief regarding the testimony of Jamie Hine ("FTC Letter Brief").

The FTC Letter Brief discusses testimony from an investigational hearing and two letter submissions from the FTC's pre-complaint investigation of D-Link Systems, Inc. ("DLS"). In providing this information to the FTC, DLS designated it as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2. The FTC Letter Brief also discusses information from D-Link Systems responses to the FTC's interrogatories, which D-Link Systems has designated as

confidential pursuant to the Protective Order Regarding Discovery Materials (Dkt. 80) (May 26, 2017) (entered by Order Dkt. 83 (June 7, 2017).

Local Rule 79-5 governs the filing of documents under seal in civil cases. Subsection (d) of Local Rule 79-5 sets forth additional procedures that apply when a party seeks to file "documents designated as confidential by the opposing party or a Non-Party pursuant to a protective order" and provides as follows:

> If the Submitting Party is seeking to file under seal a document designated as confidential by the opposing party or a non-party pursuant to a protective order, or a document containing information so designated by an opposing party or a non-party, the Submitting Party's declaration in support of the Administrative Motion to File Under Seal must identify the document or portions thereof which contain the designated confidential material and identify the party that has designated the material as confidential ("the Designating Party").

Pursuant to subsection (e)(1) of Local Rule 79-5, the Designating Party then has four days to file a declaration establishing that all of the designated material is "sealable" (as defined in Local Rule 79-5(b)).

As "designating party," D-Link Systems bears the burden of establishing that the information identified in the specified text is "sealable."  L.R. 79-5(b).  The FTC takes no position as to whether this information should remain under seal until such time as DLS provides its justifications for the information to be maintained under seal.  A declaration of FTC counsel and a proposed order granting this motion will be filed concurrently with this motion.

For the reasons stated above, the FTC's motion should be granted.

Dated:   September 4, 2018                    Respectfully submitted,

                                               /s/ Jarad Brown
                                              Kevin H. Moriarty (DC Bar No. 975904)
                                              Cathlin Tully (NY Bar)
                                              Shameka L. Walker (DC Bar No. 493891)
                                              Jarad Brown (CA Bar No. 294516)
                                              Katherine E. McCarron (DC Bar No. 486335)
                                              James A. Trilling (DC Bar No. 467273)
                                              Federal Trade Commission

600 Pennsylvania Avenue NW, Mail Drop CC-8232
Washington, DC 20580
P: (202) 326-2927/F: (202) 326-3062
kmoriarty@ftc.gov; ctully@ftc.gov;
swalker@ftc.gov, jbrown4@ftc.gov;
kmccarron@ftc.gov; jtrilling@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*