# Exhibit 1

# AMENDED EXPERT REPORT OF HAL PORET IN MATTER OF FEDERAL TRADE COMMISSION V. D-LINK SYSTEMS, INC.

REPORT PREPARED FOR:
Cause of Action Institute; and
Law Office of S.J. Christine Yang

PREPARED BY:
Hal Poret
142 Hunter Ave
Sleepy Hollow, NY 10591

July 2018

*TABLE OF CONTENTS*

<u>Page #</u>

BACKGROUND AND PURPOSE ------------------------------------------------- 3
STUDY AUTHORSHIP AND QUALIFICATIONS--------------------------- 4
STUDY DESIGN------------------------------------------------------------------------ 5
SUMMARY OF KEY FINDINGS --------------------------------------------------- 27
METHODOLOGY----------------------------------------------------------------------- 28
     THE RELEVANT UNIVERSE OF INTEREST ------------------------- 28
     SAMPLING PLAN---------------------------------------------------------- 33
     DATA PROCESSING ------------------------------------------------------ 36
     INTERVIEWING PROCEDURES------------------------------------------ 36
     DOUBLE-BLIND INTERVIEWING --------------------------------------- 37
     INTERVIEWING PERIOD-------------------------------------------------- 37
     QUALITY CONTROL ------------------------------------------------------ 37
DETAILED FINDINGS ---------------------------------------------------------------- 40

THE FOLLOWING APPENDICES ARE PROVIDED SEPARATELY:
APPENDIX A:   CURRICULUM VITAE OF STUDY'S AUTHOR
APPENDIX B:   QUESTIONNAIRE
APPENDIX C:   SCREENSHOTS OF SURVEY
APPENDIX D:   SURVEY DATA FILE
APPENDIX E:   IMAGES USED IN SURVEY

## BACKGROUND AND PURPOSE

Defendant D-Link Systems, Inc. (DLS) markets and sells wireless routers and other products.  The Federal Trade Commission (FTC) has filed a Complaint against DLS alleging, among other things, that DLS made false or misleading misrepresentations regarding the security of wireless routers in marketing such products.  For instance, FTC alleges that marketing materials for the D-Link N 300 (DIR-615) wireless router and D-Link N 600 Dual Band (DIR-815) wireless router contained misrepresentations pertaining to the security of the devices.

Cause of Action Institute, counsel for DLS, retained me to design and conduct surveys to test the extent to which, if at all, the alleged misrepresentations pertaining to security of the DLS wireless routers are material to purchase decisions – i.e., whether such representations influence consumers' likelihood of purchasing the routers.  This Report describes the methodology, execution and results of my survey.  As discussed below in more detail, the surveys showed that the allegedly misleading representations pertaining to security are not material to purchase decisions.[1]

In connection with designing my survey and preparing this Report I reviewed the following materials:

- Complaint and Exhibits
- Defendant D-Link Systems, Inc.'s Answer to Complaint

---

[1] I understand that the allegedly misleading representations were included in marketing materials for a period of years prior to the survey.  It is my opinion that survey data from the survey conducted in 2018 can be reliably applied to the previous period of time.  It is my opinion that consumer's attention to and concern regarding security risks has only increased over the intervening time period due to numerous highly publicized security/data breach situations that have occurred.  Accordingly, if anything, consumers surveyed in 2018 would be even more likely to be attentive to security issues and place value on security measures than in previous years prior to many of the notable security incidents that have occurred.

- FTC's First Set of Responses and Objections to the Second Set of Interrogatories by Defendant D-Link Systems, Inc.
- Court Order Re Motion to Dismiss (September 19, 2017)
- Scheduling Order (October 17, 2017)
- US.DLINK.COM website

I also conducted numerous online searches for wireless routers and reviewed websites and advertising for various wireless router products.

My work in connection with this matter is being billed at my hourly rate of $625. Payment is not contingent on the outcome of the litigation.

## *AUTHORSHIP AND QUALIFICATIONS*

The surveys discussed herein were designed, supervised, and implemented by Hal L. Poret, President at Hal Poret, LLC.

I have personally designed, supervised, and implemented over 1,000 surveys regarding the perceptions and opinions of consumers. Over 300 surveys have involved consumer perception with respect to advertising, and over 300 have been conducted online. I have personally designed numerous studies that have been admitted as evidence in legal proceedings and I have been accepted as an expert in survey research on numerous occasions by U.S. District Courts, the Trademark Trial and Appeal Board, and the National Advertising Division of the Council of Better Business Bureaus (NAD).

I am a member of the American Association of Public Opinion Research, publisher of *Public Opinion Quarterly* and the *Journal of Survey Statistics and Methodology*; the International Trademark Association; and the National Advertising Division of the Council of Better Business Bureaus (NAD). I routinely conduct market research surveys for a variety of small to large corporations and organizations.

I have frequently spoken at major intellectual property and legal conferences on the topic of how to design and conduct surveys that meet legal evidentiary standards for reliability, including conferences held by the International Trademark Association (INTA), American Intellectual Property Law Association, Practicing Law Institute, Managing Intellectual Property, Promotions Marketing Association, American Conference Institute, and various bar organizations.

In addition to my survey research experience, I hold bachelors and masters degrees in mathematics and a J.D. from Harvard Law School. Additional biographical material, including lists of testimony and publications, is provided in Appendix A.

## *STUDY DESIGN*

Two surveys were conducted to test the extent to which, if at all, the allegedly misleading representations regarding the security of DLS devices would influence the likelihood of consumers purchasing a DLS router.

One survey tested marketing materials for the D-Link N 300 (DIR-615) wireless router included as Exhibit PX 2 to the FTC Complaint (the N 300 Survey).

The second survey tested marketing materials for the D-Link N 600 Dual Band (DIR-815) wireless router included as Exhibit PX 4 to the FTC Complaint (the N 600 Survey).

These materials were selected to test because they are representative of the various ways in which the allegedly misleading representations appear on the challenged DLS materials.  In my opinion, the N 300 (DIR-615) and N 600 (DIR-815) Survey results are also applicable to comparably marketed DLS products, such as the DLS router shown in Exhibit PX 3 and PX 5 of the Complaint.  The representations relating to security in such products are substantially similar to the representations in the materials for the N 300 (DIR-615) and N 600 (DIR-815) models tested.

Each survey utilized a classic experimental design consisting of a Test Group and a Control (placebo) Group.[2] For each survey, the Test Group viewed the actual marketing materials containing the allegedly misleading misrepresentations and the Control Group viewed an altered version of the materials in which all references to security were removed.  Accordingly, comparing the results of the Test and Control Groups scientifically measures the impact of the representations pertaining to security, if any, as that is the only element that differs from one group to the other.

As the surveys were conducted online, all the instructions and questions were displayed on respondents' computer screens and each question appeared on its own screen.

---

[2] A Control Group in a survey is akin to a placebo group in a classic scientific experiment. When a Test Group is given a medication and questioned about its impact, a Control or Placebo Group is given a placebo and asked the same questions to assess the extent to which the same result ensues.  A placebo is a pill that removes the active ingredient at issue but changes nothing else.  If, for example, 30% of the Test Group responds that the medication helped their headache, the Control Group must be consulted to determine the extent to which, if at all, this result can be reliably attributed to the effectiveness of the active ingredient.  If 25% to 30% of the Control Group reports that the medication (placebo) helped their headache, we know that the 30% Test Group result cannot be attributed to the effectiveness of the test medication, as those given the placebo had a very similar result.  If, on the other hand, only 10% of the Control Group reports a benefit, we know that the 20% difference between the Test result (30%) and the Control result (10%) must reflect the genuine impact of the Test medication.  The same experimental design (comparing Test and Control Groups) is commonly used in package or advertising surveys to isolate the impact of an element of the advertising.

<u>D-Link N 300 (DIR-615) -- Test Group</u>

A total of 200 unique respondents participated in the D-Link N 300 (DIR-615) Test Group. After a series of initial screening questions, all respondents were prompted:

> On the next screens we are going to show you advertising for a wireless router. Please take your time to review it as you would if you were considering purchasing the advertised product.

> To ensure that you have enough time to review the advertising, the continue button on each screen will not be enabled until 60 seconds have elapsed.

> When you have finished reviewing the advertising, you will be asked some questions.  For any question, if you have no opinion or do not know then please indicate so.  Please do not guess.

> Please select "continue" to move on with the survey.

Respondents in the D-Link N 300 (DIR-615) Test Group saw then were shown both pages of the D-Link N 300 (DIR-615) advertising piece included as Exhibit PX-2 to the FTC Complaint. First, respondents saw the following instruction and image:[2]

> Please take your time to review the first page of the advertisement.

---

[2] This image and all other images have been reduced in size to appear in this report. In the actual survey, this image appeared large across respondents' screens. Screenshots of how the survey appeared to respondents are provided in Appendix C of this report and the actual images used to program the survey are provided in Appendix E.







## WIRELESS N 300 ROUTER

| Powerful Wireless N 300 technology outperforms Wireless G[1] | Parental controls to supervise Internet activity | Built-in QoS engine enhances Internet experience |
| --- | --- | --- |







### UPGRADE YOUR NETWORK

The D-Link Wireless N 300 Router (DIR-615) provides a better wireless signal for your network than previous-generation Wireless G technology. Upgrading your home network to Wireless N 300 provides an excellent solution for sharing an Internet connection and files such as video, music, photos, and documents. D-Link Wireless N 300 products use Intelligent Antenna technology to transmit multiple streams of data which enables you to receive wireless signals in the farthest corners of your home. Not only does the D-Link Wireless N 300 technology extend your wireless range, it also works with previous-generation wireless devices. The DIR-615 also includes QoS (Quality of Service) Prioritization Technology that analyzes and separates multiple data streams based on sensitivity to delay, enabling multiple applications to stream smoothly across your network[2].

### EASY TO SET UP

The D-Link Quick Router Setup Wizard quickly configures your new Wireless N 300 Router to get you up and running in minutes. Our Setup Wizard walks you step by step through the installation process to configure your Internet connection, wireless network settings and security, and everything else you need to get your network up and running so that you don't have to be a networking expert to get it set up.

### EASY TO SECURE

The DIR-615 supports the latest wireless security features to help prevent unauthorized access, be it from over a wireless network or from the Internet. Support for WPA™ and WPA2™ standards ensure that you will be able to use the best possible encryption, regardless of your client devices. In addition, the Wireless N 300 Router utilizes dual active firewalls (SPI and NAT) to prevent potential attacks from across the Internet.

Delivering great wireless performance, network security and coverage, the D-Link Wireless N 300 Router (DIR-615) is ideal for upgrading your existing wireless home network.

WIRELESS  DIR-615

After one minute elapsed, the following instruction appeared on screen beneath the advertisement:

> Before continuing with the survey, please indicate whether or not you have viewed the advertisement clearly.
>
> - I viewed the advertisement clearly
> - I am unable to view the advertisement clearly

Respondents viewed the advertisement for a minimum of one minute and confirmed they viewed the advertisement clearly before continuing with the survey. These are standard quality procedures to ensure respondents view the advertising successfully and for an amount of time that allows them to meaningfully participate in the survey.

On the next screen, respondents in the D-Link N 300 (DIR-615) Test Group were shown the following instruction and image:

> Now please take your time to review the second page of the advertisement.



**DIR-615**

## TECHNICAL SPECIFICATIONS

### WHAT THIS PRODUCT DOES

Create a wireless network to share high-speed Internet access with computers, game consoles, and media players from greater distances around your home.

### BENEFITS OF A WIRELESS N 300 ROUTER

This Wireless N 300 Router uses powerful 802.11n technology with multiple intelligent antennas to maximize the speed and range of your wireless signal to significantly outperform previous-generation Wireless G MIMO devices[1]. The antennas on the Wireless N 300 Router make use of your home's environment by bouncing multiple wireless signals off walls and ceilings to work around obstructions and help eliminate dead spots.

### YOUR NETWORK SETUP



**STANDARDS**
+ IEEE 802.11n
+ IEEE 802.11g
+ IEEE 802.3
+ IEEE 802.3u

**DEVICE INTERFACE**
+ 4 10/100 LAN Ports
+ 1 10/100 WAN Port

**SECURITY**
+ Wi-Fi Protected Access (WPA, WPA2)[6]

**ADVANCED FIREWALL FEATURES**
+ Network Address Translation (NAT)
+ Stateful Packet Inspection (SPI)
+ VPN Pass-through / Multi-sessions PPTP / L2TP / IPSec

**DEVICE MANAGEMENT**
+ Internet Explorer® v7 or Later; Mozilla Firefox® v3.0 or Later; or other Java-enabled Browsers

**LEDs**
+ Power
+ WLAN (Wireless Connection)
+ LAN (10/100)
+ Internet Status

**CERTIFICATIONS**
+ FCC Class B
+ IC
+ Wi-Fi®

**DIMENSIONS**
+ Item (WxDxH): 7.8" x 5" x 1.2"
  (198.1mm x 127mm x 30.5mm)
+ Packaging (WxDxH): 10.9" x 2.6" x 8.1"
  (276.9mm x 66mm x 205.8mm)

**WEIGHT**
+ Item: 0.6 lbs (272.2 grams)
+ Packaging: 1.4 lbs (635 grams)

**WARRANTY**
+ 1-Year Limited[3]

**RECOMMENDED SYSTEM REQUIREMENTS**
For Optimal Wireless Performance, use with:
+ Wireless N 300 Adapter (DWA-130)

**MINIMUM SYSTEM REQUIREMENTS**
Computer with:
+ Windows® 7*, Windows Vista®[5], Windows® XP SP3, or Mac OS® X (v10.4)[7]
+ Internet Explorer v7 or Mozilla Firefox v3.0
+ CD-ROM Drive
+ Network Interface Card
For Internet Access:
+ Cable or DSL Modem
+ Subscription with an Internet Service Provider (ISP)

**PACKAGE CONTENTS**
+ Wireless N 300 Router
+ CAT5 Ethernet Cable
+ Power Adapter
+ CD-ROM® with
  - Installation Wizard
  - Product Documentation

[1] Maximum wireless signal rate derived from IEEE Standard 802.11 specifications. Actual data throughput will vary. Network conditions and environmental factors, including volume of network traffic, building materials and construction, and network overhead, lower actual data throughput rate. Environmental factors will adversely affect wireless signal range. Wireless range and speed rates are D-Link RELATIVE performance measurements based on the wireless range and speed rates of a standard Wireless G product from D-Link. Maximum throughput based on D-Link Wireless N devices.
[2] QoS feature available in hardware version B1 and above.
[3] 1-Year Limited Warranty available only in the USA and Canada.
[4] Computer must adhere to Microsoft's recommended System Requirements.
[5] The software included with this product is not Mac-compatible.
[6] Latest software and documentation are available at http://support.dlink.com.
[7] Hardware version C1 and above are equipped with non-detachable antennas.

All references to speed and range are for comparison purposes only. Product specifications, size, and shape are subject to change without notice, and actual product appearance may differ from that depicted herein.

Hardware Version I1

  



**WIRELESS** **N**

D-Link Systems, Inc. 17595 Mt. Herrmann Street Fountain Valley CA 92708 www.dlink.com
©2006-2011 D-Link Corporation/D-Link Systems, Inc. All rights reserved. D-Link and the D-Link logo registered trademarks of D-Link Corporation or its subsidiaries in the United States and/or other countries. Other trademarks or registered trademarks are the property of their respective owners.

After one minute elapsed, the following instruction appeared beneath the image:

Before continuing with the survey, please indicate whether or not you have viewed the advertisement clearly.

- I viewed the advertisement clearly
- I am unable to view the advertisement clearly

Respondents viewed this advertisement for a minimum of one minute and confirmed they viewed the advertisement clearly before continuing.

This procedure ensured that respondents had to spend at least 60 seconds on each page of the advertising, for a minimum total time of 120 seconds.  This ensured that respondents had more than adequate opportunity to notice and review any content relating to security.

On the next screen, all respondents were instructed:

For the next questions, please assume that you have decided to purchase a wireless router and are considering whether or not to purchase the one you were just shown advertising for.

Respondents were then asked:

Using the scale below, please select how likely or unlikely you would be to purchase the wireless router that you were just shown advertising for?

*(Please select one response)*[3]

- Extremely likely
- Very likely
- Somewhat likely
- Neither likely nor unlikely
- Somewhat unlikely
- Very unlikely
- Extremely unlikely
- Don't know

This question measured respondents' level of purchase consideration (likelihood of purchase) based on the advertising, so that the result could be compared to the corresponding result for the Control Group that viewed the advertising without any of the content relating to security.

Next, respondents who selected any answer other than "Don't know," were asked:

> What makes you say that you would be **[**the answer selected in response to the previous question was inserted into the question text here**]** to purchase the wireless router that you were just shown advertising for?
>
> *Please be as specific as possible.*

Respondents could type in any answer or select, "Don't know."

These respondents were then also asked:

---

[3] To avoid result bias due to response option order the order in which the scale appeared, rotated, so that half of all respondents saw the scale in the order shown here, while half saw the scale in reverse order with "Extremely unlikely," listed first. "Don't know," always appeared last.

Please list any features or aspects of the wireless router that makes you [*the same text that was inserted into the previous question was inserted again here*] to purchase it?

*You may use as many or few of the boxes below as you need.*

Respondents could enter up to ten different reasons or select, "No opinion/Don't know."

This concluded the survey for all respondents in the D-Link N 300 (DIR-615) Test Group.

<u>D-Link N 600 Dual Band (DIR-815) -- Test Group</u>

A separate Test Group of 200 respondents participated in the D-Link N 600 Dual Band (DIR-815) Test Group. These respondents took a survey identical to that taken by the D-Link N 300 (DIR-615) Test Group with sole exception that they were shown the three pages of the D-Link N 600 Dual Band advertisement shown as Exhibit PX-4 in the FTC Complaint in lieu of the advertising shown to the D-Link N 300 (DIR-615) Test Group. First, respondents in the D-Link N 600 Dual Band (DIR-815) Test Group saw:



Followed by:



**DIR-815** Wireless N Dual Band Router

### Exceptional Performance

The D-Link® Wireless N Dual Band Router (DIR-815) is a Wireless N compliant device that delivers faster speeds[1] and farther range[1] than previous-generation Wireless G devices. Connect the Wireless N Dual Band Router to a cable or DSL modem and provide high-speed Internet access to multiple computers, game consoles, and media players. Create a secure wireless network to share photos, files, music, printers, and more, from greater distances throughout your entire home or office. With D-Link's award-winning QoS engine that prioritizes time-sensitive online traffic, this router enables smooth Internet phone calls (VoIP) and responsive gaming.

### Advanced Network Security

The Wireless N Dual Band Router supports the latest wireless security features to help prevent unauthorized access, be it from over a wireless network or from the Internet. Support for WPA™ and WPA2™ standards ensure that you will be able to use the best possible encryption method. In addition, this Wireless N Dual Band Router utilizes Stateful Packet Inspection firewalls (SPI) to help prevent potential attacks from across the Internet.

### Package Contents

- Wireless N Dual Band Router (DIR-815)
- Ethernet Cable
- Power Adapter
- CD-ROM[2]
- Quick Install Guide[2]

### Minimum System Requirements

**Computer with:**
- Windows® 7[3], Windows Vista®[3] or Windows® XP SP2[3] or Mac OS® X (v10.4)[4]
- Internet Explorer® v6 or Mozilla® Firefox® v3.0
- CD-ROM Drive
- Network Interface Card

**For Internet Access:**
- Cable or DSL Modem
- Subscription to an Internet Service Provider (ISP)

**Suggested Products:**
- D-Link Xtreme N® Dual Band USB Adapter (DWA-160)

### Features

- IEEE 802.11n, 802.11g, and 802.11a Compliant
- Dual Band Technology for Superior Wireless Performance[1]
- Wi-Fi® Protected Setup™ (WPS) for Simple Push-Button Wireless Network Configuration
- Built-in QoS Engine Enhances Internet Experience
- 4 Fast Ethernet Ports
- Supports Secure Wireless Encryption Using WPA™ or WPA2™
- 24/7 Basic Installation Support[5]
- 1-Year Limited Warranty[6]

**Choose the Right Product for You**

| | N 150 | N 300 | N 600 DUAL BAND |
|---|---|---|---|
| **SPEED & RANGE** | | | |
| Share the Internet throughout your home network | ■ | ■ | ■ |
| Easy file sharing within your home network | ■ | ■ | ■ |
| Better range and speed over Wireless G | ■ | ■ | ■ |
| Backwards compatible with Wireless G | ■ | ■ | ■ |
| Network connection safe with wireless encryption and Dual Active firewall | ■ | ■ | ■ |
| Push button Wi-Fi protected setup (WPS) | ■ | ■ | ■ |
| Intelligent antenna technology for better Wi-Fi coverage | | ■ | ■ |
| Enhanced router performance for a more reliable network | | ■ | ■ |
| QoS engine prioritizes video and gaming traffic | | | ■ |
| Designed for more coverage and performance throughout your home | | | ■ |
| Use 5GHz band for streaming HD content with less interference | | | ■ |

2.4 GHz  DIR-815  5 GHz



e-mail, surf the web and instant message

stream HD videos and play games online

And finally:



# DIR-815 Wireless N Dual Band Router

**Back**

Power Connector

4 LAN Ports
Connects up to 4 Devices

Power Switch

Reset Button
Restore Settings

Internet Port
Plug your Internet cable in here

## Technical Specifications

**Standards**
- IEEE 802.11n
- IEEE 802.11g
- IEEE 802.11a
- IEEE 802.3
- IEEE 802.3u

**Device Interface**
- 4 10/100 LAN Ports
- 1 10/100 WAN Ports

**Security**
- Wi-Fi Protected Access (WPA, WPA2)*

**LEDs**
- Power
- Internet
- WLAN 2.4 GHz (Wireless Connection)
- WLAN 5Ghz (Wireless Connection)
- LAN (10/100)

**Operating Temperature**
- 32°F to 104°F (0°C to 40°C)

**Certifications**
- FCC Class B
- IC
- Wi-Fi*

**Dimensions**
- Item:
  6.25" x 4.72" x 1.27"
  (158.87mm x 120.04mm x 32.18mm)
- Packaging:
  8.1" x 10.9" x 2.6"
  (205.7mm x 276.9mm x 66mm)

**Weight**
- Item: 0.47 lbs (213.2grams)
- Packaging: 1.0 lbs (453.6grams)

**Warranty**
- 1-Year Warranty⁴

¹ Maximum wireless signal rate derived from IEEE Standard 802.11g, 802.11a, 802.11b, and 802.11n specifications. Actual data throughput will vary. Network conditions and environmental factors, including volume of network traffic, building materials and construction, and network overhead, lower actual data throughput rate. Environmental factors will adversely effect wireless signal range. Wireless range and speed rates are D-Link RELATIVE performance measurements based on the wireless range and speed rates of a standard Wireless G product from D-Link. Maximum throughput based on D-Link's 802.11n devices.

²Latest software and documentation are available at http://support.dlink.com

³Computer must adhere to Microsoft's recommended System Requirements.

⁴The software included with this product is not Mac compatible.

⁴24/7 Basic Installation Support is available only in the USA for the first 30 days from date of original purchase. An additional 60 days of Basic Installation Support (for a total of 90 days from date of original purchase) is available in the USA by registering this product at support.dlink.com/register within the aforementioned 30-day period. Extended premium support available. 61-Year Limited Warranty available only in the USA and Canada.

All references to speed and range are for comparison purposes only. Product specifications, size, and shape are subject to change without notice, and actual product appearance may differ from that depicted on the package. See inside package for warranty details.



## For more information
**U.S.A.** | 17595 Mt. Herrmann Street | Fountain Valley, CA 92708 | 800.326.1688 | dlink.com   **Canada** | 2525 Meadowvale Blvd | Mississauga, ON L5N 5S2 | 800.361.5265 | dlink.ca

©2012 D-Link Corporation/D-Link Systems, Inc. All rights reserved. D-Link, the D-Link logo, D-Link Green, the D-Link Green Logo, RangeBooster N and the D-Link RoHS logo are trademarks or registered trademarks of D-Link Corporation or its subsidiaries in the United States and/or other countries. Other trademarks or registered trademarks are the property of their respective owners. Visit www.dlink.com for more details.

Updated 03/08/12

  



**Building Networks for People**

These three images were presented in a manner identical to how the images were presented in the D-Link N 300 (DIR-615) Test Group – i.e. respondents viewed each image for a minimum of one minute and confirmed they viewed each advertisement clearly before continuing.  As noted already, this ensured that respondents had more than adequate opportunity to notice and review any content relating to security.

Control Groups

A total of 400 unique respondents participated in corresponding Control Groups for each survey: 200 in the D-Link N 300 (DIR-615) Control Group, and 200 in the D-Link N 600 Dual Band (DIR-815) Control Group.  The Control Groups' function is to measure respondents' likelihood of purchasing the product after reviewing advertising that does not contain any of the allegedly misleading content relating to security.  The Control Groups saw advertising in which the alleged misrepresentations pertaining to security features were removed.  This allows the results of the Test and Control Groups to be compared to determine if there is any difference in results that could be reliably attributed to the alleged misrepresentations of security features, which appear only in the Test Group stimulus.

Respondents in the Control Groups took a survey identical to that as the respondents in the corresponding Test Groups with the sole exception that Control Group respondents saw control images in place of the corresponding test images. The Control images were presented in an identical format and manner as the corresponding Test images in the Test Groups.

D-Link N 300 (DIR-615) Control Group respondents saw two control images in place of the two images seen by their Test Group counterparts. First, Control Group respondents saw the following image in which the entire "Easy to Secure" section that appeared at the bottom of the Test Group advertisement was removed:

# D-Link®



Speed and Range[1]

wireless G

wireless N 150

wireless N 300



**D-Link**



N 300

## WIRELESS N 300 ROUTER



| Powerful Wireless N 300 technology outperforms Wireless G[1] | Parental controls to supervise Internet activity | Built-in QoS engine enhances Internet experience |
|---|---|---|

### UPGRADE YOUR NETWORK

The D-Link Wireless N 300 Router (DIR-615) provides a better wireless signal for your network than previous-generation Wireless G technology. Upgrading your home network to Wireless N 300 provides an excellent solution for sharing an Internet connection and files such as video, music, photos, and documents. D-Link Wireless N 300 products use Intelligent Antenna technology to transmit multiple streams of data which enables you to receive wireless signals in the farthest corners of your home. Not only does the D-Link Wireless N 300 technology extend your wireless range, it also works with previous-generation wireless devices. The DIR-615 also includes QoS (Quality of Service) Prioritization Technology that analyzes and separates multiple data streams based on sensitivity to delay, enabling multiple applications to stream smoothly across your network[2].

### EASY TO SET UP

The D-Link Quick Router Setup Wizard quickly configures your new Wireless N 300 Router to get you up and running in minutes. Our Setup Wizard walks you step by step through the installation process to configure your Internet connection, wireless network settings and everything else you need to get your network up and running so that you don't have to be a networking expert to get it set up.

Delivering great wireless performance and coverage, the D-Link Wireless N 300 Router (DIR-615) is ideal for upgrading your existing wireless home network.

**WIRELESS** **N**                                              *DIR-615*

Control Group respondents were then shown the next image in which the "Security" section under the "Technical Specifications" heading was entirely removed, along with any other text referring to security or protection:



**DIR-615**



## WHAT THIS PRODUCT DOES

Create a wireless network to share high-speed Internet access with computers, game consoles, and media players from greater distances around your home.

## BENEFITS OF A WIRELESS N 300 ROUTER

This Wireless N 300 Router uses powerful 802.11n technology with multiple intelligent antennas to maximize the speed and range of your wireless signal to significantly outperform previous-generation Wireless G MIMO devices[1]. The antennas on the Wireless N 300 Router make use of your home's environment by bouncing multiple wireless signals off walls and ceilings to work around obstructions and help eliminate dead spots.

## YOUR NETWORK SETUP

INTERNET

CABLE/DSL MODEM

OPTIONAL WIRED PC

WIRELESS N 300 ROUTER DIR-615

WIRELESS ADAPTER REQUIRED

## TECHNICAL SPECIFICATIONS

**STANDARDS**
+ IEEE 802.11n
+ IEEE 802.11g
+ IEEE 802.3
+ IEEE 802.3u

**DEVICE INTERFACE**
+ 4 10/100 LAN Ports
+ 1 10/100 WAN Port

**DEVICE MANAGEMENT**
+ Internet Explorer® v7 or Later; Mozilla Firefox® v3.0 or Later; or other Java-enabled Browsers

**LEDs**
+ Power
+ WLAN (Wireless Connection)
+ LAN (10/100)
+ Internet Status

**CERTIFICATIONS**
+ FCC Class B
+ IC
+ Wi-Fi®

**DIMENSIONS**
+ Item (WxDxH): 7.8" x 5" x 1.2" (198.1mm x 127mm x 30.5mm)
+ Packaging (WxDxH): 10.9" x 2.6" x 8.1" (276.9mm x 66mm x 205.8mm)

**WEIGHT**
+ Item: 0.6 lbs (272.2 grams)
+ Packaging: 1.4 lbs (635 grams)

**WARRANTY**
+ 1-Year Limited[2]

**RECOMMENDED SYSTEM REQUIREMENTS**
For Optimal Wireless Performance, use with:
+ Wireless N 300 Adapter (DWA-130)

**MINIMUM SYSTEM REQUIREMENTS**
Computer with:
+ Windows® 7[3], Windows Vista®[4], Windows® XP SP3, or Mac OS® X (v10.4)[5]
+ Internet Explorer v7 or Mozilla Firefox v3.0
+ CD-ROM Drive
+ Network Interface Card
For Internet Access:
+ Cable or DSL Modem
+ Subscription with an Internet Service Provider (ISP)

**PACKAGE CONTENTS**
+ Wireless N 300 Router
+ CAT5 Ethernet Cable
+ Power Adapter
+ CD-ROM® with
  - Installation Wizard
  - Product Documentation

[1] Maximum wireless signal rate derived from IEEE Standard 802.11 specifications. Actual data throughput will vary. Network conditions and environmental factors, including volume of network traffic, building materials and construction, and network overhead, lower actual data throughput rate. Environmental factors will adversely affect wireless signal range. Wireless range and speed rates are D-Link RELATIVE performance measurements based on the wireless range and speed rates of a standard Wireless G product from D-Link. Maximum throughput based on D-Link Wireless N devices.
[2] QoS feature available in hardware version B1 and above.
[3] 1-Year Limited Warranty available only in the USA and Canada.
[4] Computer must adhere to Microsoft's recommended System Requirements.
[5] The software included with this product is not Mac-compatible.
[6] Latest software and documentation are available at http://support.dlink.com.
[7] Hardware version C1 and above are equipped with non-detachable antennas.

All references to speed and range are for comparison purposes only. Product specifications, size, and shape are subject to change without notice, and actual product appearance may differ from that depicted herein.

Hardware Version I1

  

D-Link Systems, Inc. 17595 Mt. Herrmann Street Fountain Valley CA 92708 www.dlink.com ©2006-2011 D-Link Corporation/D-Link Systems, Inc. All rights reserved. D-Link and the D-Link logo registered trademarks of D-Link Corporation or its subsidiaries in the United States and/or other countries. Other trademarks or registered trademarks are the property of their respective owners.

**WIRELESS**  **N**

Meanwhile, D-Link N 600 Dual Band (DIR-815) Control Group respondents saw the same first image as their Test Group counterparts:



Then the following two control images were shown in place of the second and third images seen by their Test Group counterparts. First, the following control image was shown in which the entire "Advanced Network Security" section in the top right corner of the corresponding test image was removed, along with any other text referring to security or protection:



**DIR-815** Wireless N Dual Band Router

## Exceptional Performance

The D-Link® Wireless N Dual Band Router (DIR-815) is a Wireless N compliant device that delivers faster speeds¹ and farther range¹ than previous-generation Wireless G devices. Connect the Wireless N Dual Band Router to a cable or DSL modem and provide high-speed Internet access to multiple computers, game consoles, and media players. Create a wireless network to share photos, files, music, printers, and more, from greater distances throughout your entire home or office. With D-Link's award-winning QoS engine that prioritizes time-sensitive online traffic, this router enables smooth Internet phone calls (VoIP) and responsive gaming.

## Package Contents

- Wireless N Dual Band Router (DIR-815)
- Ethernet Cable
- Power Adapter
- CD-ROM²
- Quick Install Guide²

## Minimum System Requirements

**Computer with:**
- Windows® 7³, Windows Vista®³ or Windows® XP SP2³ or Mac OS® X (v10.4)⁴
- Internet Explorer® v6 or Mozilla® Firefox® v3.0
- CD-ROM Drive
- Network Interface Card

**For Internet Access:**
- Cable or DSL Modem
- Subscription to an Internet Service Provider (ISP)

**Suggested Products:**
- D-Link Xtreme N® Dual Band USB Adapter (DWA-160)

## Features

- IEEE 802.11n, 802.11g, and 802.11a Compliant
- Dual Band Technology for Superior Wireless Performance¹
- Wi-Fi® Setup™ (WPS) for Simple Push-Button Wireless Network Configuration
- Built-in QoS Engine Enhances Internet Experience
- 4 Fast Ethernet Ports
- Supports Wireless Encryption Using WPA™ or WPA2™
- 24/7 Basic Installation Support⁵
- 1-Year Limited Warranty⁶

### Choose the Right Product for You

| | N 150 | N 300 | DUAL BAND N 600 |
|---|:---:|:---:|:---:|
| **SPEED & RANGE** | | | |
| Share the Internet throughout your home network | ■ | ■ | ■ |
| Easy file sharing within your home network | ■ | ■ | ■ |
| Better range and speed over Wireless G | ■ | ■ | ■ |
| Backwards compatible with Wireless G | ■ | ■ | ■ |
| Push button Wi-Fi setup (WPS) | ■ | ■ | ■ |
| Intelligent antenna technology for better Wi-Fi coverage | | ■ | ■ |
| Enhanced router performance for a more reliable network | | ■ | ■ |
| QoS engine prioritizes video and gaming traffic | | | ■ |
| Designed for more coverage and performance throughout your home | | | ■ |
| Use 5GHz band for streaming HD content with less interference | | | ■ |

2.4 GHz    DIR-815    5 GHz

    

e-mail, surf the web and instant message      stream HD videos and play games online

Next, respondents saw the following image in which the word "protected" was eliminated under the "Security" heading, so that it read, "Wi-Fi Access" instead of "Wi-Fi Protected Access:"



## DIR-815 Wireless N Dual Band Router

### Technical Specifications

**Standards**
- IEEE 802.11n
- IEEE 802.11g
- IEEE 802.11a
- IEEE 802.3
- IEEE 802.3u

**Device Interface**
- 4 10/100 LAN Ports
- 1 10/100 WAN Ports

**Security**
- Wi-Fi Access (WPA, WPA2)*

**LEDs**
- Power
- Internet
- WLAN 2.4 GHz (Wireless Connection)
- WLAN 5Ghz (Wireless Connection)
- LAN (10/100)

**Operating Temperature**
- 32°F to 104°F (0°C to 40°C)

**Certifications**
- FCC Class B
- IC
- Wi-Fi®

**Dimensions**
- Item:
  6.25" x 4.72" x 1.27"
  (158.87mm x 120.04mm x 32.18mm)
- Packaging:
  8.1" x 10.9" x 2.6"
  (205.7mm x 276.9mm x 66mm)

**Weight**
- Item: 0.47 lbs (213.2grams)
- Packaging: 1.0 lbs (453.6grams)

**Warranty**
- 1-Year Warranty²

¹ Maximum wireless signal rate derived from IEEE Standard 802.11g, 802.11a, 802.11b, and 802.11n specifications. Actual data throughput will vary. Network conditions and environmental factors, including volume of network traffic, building materials and construction, and network overhead, lower actual data throughput rate. Environmental factors will adversely a effect wireless signal range. Wireless range and speed rates are D-Link RELATIVE performance measurements based on the wireless range and speed rates of a standard Wireless G product from D-Link. Maximum throughput based on D-Link's 802.11n devices.

²Latest software and documentation are available at http://support.dlink.com

³Computer must adhere to Microsoft's recommended System Requirements.

⁴The software included with this product is not Mac-compatible.

²24/7 Basic Installation Support is available only in the USA for the first 30 days from date of original purchase. An additional 60 days of Basic Installation Support (for a total of 90 days from date of original purchase) is available in the USA by registering this product at support.dlink.com/register within the aforementioned 30-day period. Extended premium support available. 61-Year Limited Warranty available only in the USA and Canada.

All references to speed and range are for comparison purposes only. Product specifications, size, and shape are subject to change without notice, and actual product appearance may differ from that depicted on the package. See inside package for warranty details.



**For more information**

**U.S.A.** | 17595 Mt. Herrmann Street | Fountain Valley, CA 92708 | 800.326.1688 | dlink.com    **Canada** | 2525 Meadowvale Blvd | Mississauga, ON L5N 5S2 | 800.361.5265 | dlink.ca

©2012 D-Link Corporation/D-Link Systems, Inc. All rights reserved. D-Link, the D-Link logo, D-Link Green, the D-Link Green Logo, RangeBooster N and the D-Link RoHS logo are trademarks or registered trademarks of D-Link Corporation or its subsidiaries in the United States and/or other countries. Other trademarks or registered trademarks are the property of their respective owners. Visit www.dlink.com for more details.

Updated 03/08/12

   



Building Networks for People

The altered Control images were fair and appropriate controls in that the only elements that differed from the Test Group images were the allegedly misleading security features.

Screenshots of the survey will be provided in Appendix C.

## *SUMMARY OF KEY FINDINGS*

This section details certain key survey findings.  Other survey results are discussed further in the Detailed Findings section below.

- In both the N 300 (DIR-615) and N 600 (DIR-815) Surveys, the percentage of Test Group respondents who are likely to purchase the advertised router did not exceed the Control Group result, even though the Control Group advertising had every reference to security/protection eliminated.  This demonstrates that the allegedly misleading representations relating to security do not materially impact consumer purchase decisions.

- Security/protection features were not identified by consumers in the open-ended answers, as a key driver in their decision to purchase or not purchase the advertised router.

<u>See</u> Detailed Findings section below for additional information on results.  The full data will be provided in its original electronic form in Appendix D.

## *METHODOLOGY*

### **THE RELEVANT UNIVERSE OF INTEREST**

The appropriate sample universe for the survey consisted of U.S. consumers age 18 and older who have purchased a wireless router in the past twelve months or are likely to purchase one in the next twelve months.  Such actual and prospective purchasers of wireless routers are the proper subjects for the survey because they are of an appropriate consumers mindset to realistically simulate consideration of a wireless router purchase.[4]

The following screening questions were employed to ensure the final survey sample was comprised of respondents from the appropriate sample universe.

First, after initial demographic questions, all potential respondents were asked:

> Which of the following types of products, if any, have you purchased in the past 12 months?
> *(Select all that apply or "none of these.")*

---

[4] While I understand that the Complaint pertains to marketing of wireless routers over a period of time extending significantly further into the past than one year, the "past 12 months" time period was still standard and appropriate.  The goal was not to interview past purchasers about purchases that occurred too long ago to reliably question them about.  The objective was to create an experiment in which consideration of a purchase is simulated, to test whether the content relating to security has an impact on likelihood of purchase.  This requires not remote past purchasers, but those who have either purchased more recently or are likely to purchase, so that the survey's simulation of a purchase scenario is reasonably timely and relevant to them, and they can participate in the survey with a mindset representative of a true prospective purchaser.

The following table displays the randomized list of options available from which respondents could select as many as applied to them and the proportion of final respondents who selected each:

| Purchased in Past 12 Months | | | | |
|---|---|---|---|---|
| | D-Link N 300 (DIR-615) Survey (N=400) | | D-Link N 600 Dual Band (DIR-815) Survey (N=400) | |
| | N | % | N | % |
| Wireless router | 345 | 86.3% | 357 | 89.3% |
| Electronic toothbrush | 144 | 36.0% | 158 | 39.5% |
| IP camera | 29 | 7.3% | 36 | 9.0% |
| Radon detector | 13 | 3.3% | 13 | 3.3% |
| C.Y.R.P. monitor[5] | 0 | 0.0% | 0 | 0.0% |
| None of these | 39 | 9.8% | 28 | 7.0% |

Offering a variety of answer choices served to mask the intention of the survey, so that respondents would not know which option or options would cause them to qualify for the survey.

All potential respondents were also asked:

> Which of the following types of products, if any, are you likely to purchase in the next 12 months?
> *(Select all that apply or "none of these.")*

---

[5] "C.Y.R.P. monitor" is a fictional option that was included for quality control purposes. Respondents who selected this option were determined to be selecting answers indiscriminately or paying insufficient attention to the survey and were excluded.  This ensured that only those who were paying attention and genuinely selecting products they had purchased could participate in the survey.

The following table displays the randomized list of options available from which respondents could select as many as applied to them and the proportion of final respondents who selected each:

| Likely to Purchase in Next 12 Months | | | | |
|---|---|---|---|---|
| | D-Link N 300 (DIR-615) Survey (N=400) | | D-Link N 600 Dual Band (DIR-815) Survey (N=400) | |
| | N | % | N | % |
| Wireless router | 135 | 33.8% | 131 | 32.8% |
| Electronic toothbrush | 118 | 29.5% | 140 | 35.0% |
| IP camera | 70 | 17.5% | 67 | 16.8% |
| Radon detector | 33 | 8.3% | 24 | 6.0% |
| C.Y.R.P. monitor[6] | 0 | 0.0% | 0 | 0.0% |
| None of these | 173 | 43.3% | 156 | 39.0% |

Respondents who selected "wireless router" in response to one or both of these questions continued with the survey.  Those who did not were terminated.

Respondents who selected "wireless router" in response to either of these questions were then asked:

> Which of the following best describes your role, if any, in the decision about which wireless router to purchase?
>
> *(Select one response)*

The following table displays the randomized list of options available from which respondents could select and the proportion of final respondents who selected each:

---

[6] As explained earlier, those who selected the fictional "C.Y.R.P. monitor" choice were excluded.

| Role in Purchase Decision Regarding Wireless Router | | | | |
|---|---|---|---|---|
| | D-Link N 300 (DIR-615) Survey (N=400) | | D-Link N 600 Dual Band (DIR-815) Survey (N=400) | |
| | N | % | N | % |
| I am the primary or sole decision-maker | 304 | 76.0% | 315 | 78.8% |
| I share in the decision with someone else in my household | 96 | 24.0% | 85 | 21.3% |
| I am not involved in the decision | 0 | 0.0% | 0 | 0.0% |
| Don't know | 0 | 0.0% | 0 | 0.0% |

Respondents who at least share in the decision about which wireless router to purchase were considered part of the relevant sample universe and qualified to participate in the main survey.

Prior to continuing to the main survey, these respondents were asked the following question for classification purposes:

> In which of the following ways, if any, have you shopped for, or would you consider shopping for a wireless router?
>
> *(Select all that apply)*

The following table displays the randomized list of options available from which respondents could select and the proportion of final respondents who selected each:

| Where Shopped/Would Shop for Wireless Router | | | | |
|---|---|---|---|---|
| | D-Link N 300 (DIR-615) Survey (N=400) | | D-Link N 600 Dual Band (DIR-815) Survey (N=400) | |
| | N | % | N | % |
| Online | 308 | 77.0% | 313 | 78.3% |
| In a store | 324 | 81.0% | 307 | 76.8% |
| Other | 10 | 2.5% | 17 | 4.3% |

Upon completion of the main survey, all respondents were also asked the following questions for classification purposes:

> Do you or does anyone in your household work for any of the following?
>
> *(Select all that apply or none)*

The following table displays results to this question:

| Related Field | | | | |
|---|---|---|---|---|
| | D-Link N 300 (DIR-615) Survey (N=400) | | D-Link N 600 Dual Band (DIR-815) Survey (N=400) | |
| | N | % | N | % |
| For a company that makes or sells wireless routers | 5 | 1.3% | 14 | 3.5% |
| For a company that makes or sells IP cameras | 6 | 1.5% | 3 | 0.8% |
| For a federal government agency | 3 | 0.8% | 2 | 0.5% |
| In market research | 5 | 1.3% | 2 | 0.5% |
| In advertising | 3 | 0.8% | 0 | 0.0% |
| None of these | 384 | 96.0% | 380 | 95.0% |

Excluding the negligible number of respondents who indicated that they or someone in their household works in a related field would not impact the results of my analysis or my conclusions.

Next, respondents were asked:

> Which of the following <u>brands</u> of wireless router, if any, have you purchased in the past 5 years?
>
> *(Select all that apply)*

The following table displays the randomized list of response options available to respondents and the proportion of final respondents who selected each:

| Brands Purchased | | | | |
|---|---|---|---|---|
| | D-Link N 300 (DIR-615) Survey (N=400) | | D-Link N 600 Dual Band (DIR-815) Survey (N=400) | |
| | N | % | N | % |
| Netgear | 193 | 48.3% | 174 | 43.5% |
| Linksys | 158 | 39.5% | 138 | 34.5% |
| D-Link | 79 | 19.8% | 91 | 22.8% |
| Tp-Link | 57 | 14.3% | 56 | 14.0% |
| Asus | 30 | 7.5% | 37 | 9.3% |
| TrendNet | 2 | 0.5% | 1 | 0.3% |
| None of these | 50 | 12.5% | 60 | 15.0% |

This concluded the screening and classification questions for all respondents.

The actual wording of the screening questions used is shown in Appendix B.

**SAMPLING PLAN**

The sampling plan involved a random selection of consumers who are part of an online panel.

Online surveys are well-accepted in the field of survey research as a standard, reliable methodology.  Indeed, online surveys are now the most common method of conducting market research among consumers.  Businesses and other organizations routinely make decisions of importance based on the results of online survey research among consumers, and online surveys have been accepted in evidence in numerous U.S. District Court cases.  I have personally designed and executed numerous internet surveys that have been accepted by courts.

The sample of panelists used in the survey was provided by Survey Sampling International (SSI), a leading supplier of online sample for surveys.  SSI has a large and diverse panel consisting of millions of Americans and is highly regarded as a reputable source of respondents for online surveys within the field of market research.  SSI utilizes appropriate industry procedures for ensuring the integrity and quality of its panels.  Quality and authentication of their panelists are maintained on an ongoing basis through such procedures as digital fingerprinting and matching against third-party databases, among others.

SSI also ensures data integrity through their continued review of their panelists' behavior on their own and through the assistance of their clients, by employing the following tactics to flag panelists who compromise the quality of their panels:

- Timestamps to flag respondents who take surveys too quickly, indicating they are not paying sufficient attention
- Identifying those who consistently tic items straight down or across grid-format questions, indicating a respondent is clicking without actually considering each item
- Quality control questions to identify panelists' inattention

-   Real-time database analyses to stop fraudulent respondents

A sampling plan was carefully structured in order to represent the demographics of wireless router consumers.

During the initial field period I calculated the rate of qualification within each individual age and gender group.  I then calibrated these individual incidence rates against U.S. Census data by age and gender and set revised age and gender quotas for the final sample size of 200 per Test and Control Group in each survey. The following table displays the final proportion of sample achieved by age and gender for each survey Group:

| Final Number of Respondents in Each Survey Group | | |
|---|---|---|
| N=200 per Group | N | % |
| Male 18 – 34 | 22 | 11.0% |
| Male 35 – 54 | 41[7] | 20.5% |
| Male 55 and older | 32 | 16.0% |
| Female 18 – 34 | 25 | 12.5% |
| Female 35 – 54 | 42 | 21.0% |
| Female 55 and older | 38[8] | 19.0% |

This methodology for producing a representative sample of the relevant category (here, wireless router consumers) is standard and well-accepted.

---

[7] The D-Link N 600 Dual Band Test Group included 40 males age 35 to 54, instead of 41.
[8] The D-Link N 600 Dual Band Test Group included 39 females age 55 and older, instead of 38.

Survey invitations were sent across the U.S. in geographic proportion to Census data. The following table displays the final proportion of sample achieved by region in each survey:

| Final Number of Respondents by Region in Each Survey | | |
|---|---|---|
| | D-Link N 300 (DIR-615) Survey (N=400) | D-Link N 600 Dual Band (DIR-815) Survey (N=400) |
| Midwest | 19.0% | 16.0% |
| Northeast | 18.5% | 22.0% |
| South | 16.0% | 15.5% |
| West | 25.3% | 21.8% |
| Southeast | 21.3% | 24.8% |

## DATA PROCESSING

Data was collected by Focus Vision, a company specializing in web survey programming and data collection and processing, and made available to Hal Poret, LLC through an electronic portal on an ongoing basis.  The data set showing each respondent's answers to all questions will be provided in electronic form.[9]

## INTERVIEWING PROCEDURES

The online survey was programmed and hosted by Focus Vision.  My staff and I thoroughly tested the programmed survey prior to any potential respondents receiving the invitation to participate in the survey.

---

[9] See Appendix D of this report.

## DOUBLE-BLIND INTERVIEWING

The study was administered under "double-blind" conditions. That is, not only were the respondents kept uninformed as to the purpose and sponsorship of the study, but the services involved in providing the sample and administering the online interviews (Focus Vision and SSI) were similarly "blind" with respect to the study's purpose and sponsorship.

## INTERVIEWING PERIOD

Interviewing for the Survey was conducted from March 29, 2018 through April 23, 2018.

## QUALITY CONTROL

Several measures were implemented to ensure a high level of quality control and validation with respect to respondents taking the survey.

Upon initially entering the survey, all respondents were required to pass a test to verify that each respondent is a live person. The test employed in this survey is a CAPTCHA[10] program that generates a task that humans can pass but current computer programs cannot. CAPTCHA is a well-known and widely-used tool in online survey research.

Upon successfully passing the CAPTCHA test, respondents were then asked to enter their year of birth and then their gender. This information was checked against the sample provider's (SSI's) demographics on record for each respondent and any respondent providing an incorrect or inconsistent birth year and/or gender was unable to continue to the main survey.

---

[10] CAPTCHA is an acronym for "Completely Automated Public Turing test to tell computers and Humans Apart."

Additionally, respondents were then asked to select their age range. Respondents who selected an age range inconsistent with their year of birth were unable to continue with the survey.

These combined steps ensured that the survey was being taken by an actual live person and that each person was paying a certain level of attention to the survey questions and taking a certain level of care in entering responses.

All respondents were also asked to select any web browsers or search engines they have used in the past three months. Respondents could select as many as applied to them from a list of ten options, including, "other," "not sure" and one fictitious name: Hagelin. Respondents who selected "Hagelin" were unable to continue.  Additionally, respondents who answered that they have used all seven of the actual web browsers and search engines included on the response list, were identified as "yea-sayers" and unable to continue with the survey.[11]

The following question was also asked and permitted additional screening out of respondents who were paying insufficient attention or clicking responses indiscriminately:

> For quality assurance, please type the word "west" in the blank next to the "Other" box below and then click to continue.
> - Strongly agree
> - Agree
> - Neutral
> - Disagree
> - Strongly disagree
> - Other _____

---

[11] "Yea-sayers" in surveys are typically defined as respondents who answer affirmatively to questions, regardless of their belief.

Respondents who selected "other" and typed a response in the blank continued with the survey. A review was conducted of all open-ended answers, including responses to this question and respondents who failed to follow instructions for this question, or gave other non-responsive or nonsense answers to open-ended questions were removed from the final data.

Respondents were then also asked to carefully read these instructions:

\*        Please take the survey in <u>one</u> session without interruption.

\*        Please keep your browser maximized for the entire survey.

\*        While taking the survey, please do not consult any other websites or other electronic or written materials.

\*        Please answer all questions on your own without consulting any other person.

\*        If you normally wear eye glasses or contact lenses when viewing a computer screen, please wear them for the survey.

Two options were provided in response to these instructions: 1) I understand and agree to the above instructions, and 2) I do not understand or do not agree to the above instructions.  Only respondents who understood and agreed to the instructions then continued to the main section of the survey.

Additionally, the survey program was set up in such a way as to restrict respondents from taking the survey via mobile phones.  This contributed to ensuring respondents could easily and clearly view the images displayed in the surveys as well as each question and corresponding response options.

## *DETAILED FINDINGS*

---

### I.    D-Link N 300 (DIR-615) – Results

The D-Link N 300 (DIR-615) Survey results to the key question are displayed in the following table:

| D-Link N 300 (DIR-615) – Test v Control<br>Q305: Using the scale below, please select how likely or unlikely you would be to purchase the wireless router that you were just shown advertising for? | | |
|---|---|---|
| | N 300 Test Group (N=200) | N 300 Control Group (N=200) |
| **Likely Top 3 (NET)** | **72.0%**<br>**144** | **77.5%**<br>**155** |
| **Likely Top 2 (NET)** | **42.5%**<br>**85** | **49.5%**<br>**99** |
| Extremely likely | 18.5%<br>37 | 18.0%<br>36 |
| Very likely | 24.0%<br>48 | 31.5%<br>63 |
| Somewhat likely | 29.5%<br>59 | 28.0%<br>56 |
| Neither likely nor unlikely | 13.0%<br>26 | 9.5%<br>19 |
| Somewhat unlikely | 5.5%<br>11 | 5.0%<br>10 |
| Very unlikely | 4.5%<br>9 | 3.0%<br>6 |
| Extremely unlikely | 4.5%<br>9 | 3.5%<br>7 |
| **Unlikely Bottom 2 (NET)** | **9.0%**<br>**18** | **6.5%**<br>**13** |
| **Unlikely Bottom 3 (NET)** | **14.5%**<br>**29** | **11.5%**<br>**23** |

| Don't know | 0.5% | 1.5% |
|---|---|---|
| | 1 | 3 |

As this table shows, the proportion of the Test Group that answered they would be likely to purchase the wireless router they saw advertised (with the allegedly misleading representations) does not exceed the proportion of Control Group respondents who answered they are likely to purchase the wireless router after viewing the altered advertising without the representations relating to security. The failure of the Test Group rate of likelihood of purchase to exceed the Control Group rate demonstrates that the advertising content relating to security does not materially impact the likelihood of purchase.

## II.     D-Link N 600 Dual Band (DIR-815) – Results

The D-Link N 600 Dual Band (DIR-815) Survey results to the key question are displayed in the following table:

| D-Link N 600 Dual Band – Test v Control<br>Q305: Using the scale below, please select how likely or unlikely you would be to purchase the wireless router that you were just shown advertising for? | | |
|---|---|---|
| | N 600 Test Group<br>(N=200) | N 600 Control Group<br>(N=200) |
| **Likely Top 3 (NET)** | **78.0%**<br>**156** | **80.5%**<br>**161** |
| **Likely Top 2 (NET)** | **54.0%**<br>**108** | **53.5%**<br>**107** |
| Extremely likely | 22.5%<br>45 | 23.0%<br>46 |
| Very likely | 31.5%<br>63 | 30.5%<br>61 |
| Somewhat likely | 24.0%<br>48 | 27.0%<br>54 |
| Neither likely nor unlikely | 9.5%<br>19 | 8.0%<br>16 |
| Somewhat unlikely | 3.5%<br>7 | 6.0%<br>12 |
| Very unlikely | 3.5%<br>7 | 1.5%<br>3 |
| Extremely unlikely | 5.0%<br>10 | 3.5%<br>7 |
| **Unlikely Bottom 2 (NET)** | **8.5%**<br>**17** | **5.0%**<br>**10** |
| **Unlikely Bottom 3 (NET)** | **12.0%**<br>**24** | **11.0%**<br>**22** |
| Don't know | 0.5%<br>1 | 0.5%<br>1 |

As this table shows, the proportion of the Test Group that answered they would be likely to purchase the wireless router they saw advertised (with the allegedly misleading representations) does not exceed the proportion of Control Group respondents who answered they are likely to purchase the wireless router after viewing the altered advertising without the representations relating to security.  The failure of the Test Group rate of likelihood of purchase to exceed the Control Group rate demonstrates that the advertising content relating to security does not materially impact the likelihood of purchase.

### III.    Open-Ended Analysis

The comparison of the closed-ended Test and Control Group results discussed above is the most objective and scientific way to determine the impact of the representations relating to security, because that is the only difference between the two groups.  Nevertheless, it is also of interest to examine respondents' open-ended answers as to what aspects of the router they considered in answering the questions.

The following tables illustrates a coded summary of the open-ended answers provided by each Group when asked for the reasons why they gave their answer regarding purchase of the N 300 (DIR 615) router:

| Q310:  N 300 (DIR 615) Router (purchase considerations) | TEST | | CONTROL | |
|---|---|---|---|---|
| N=200 per Group | N | % | N | % |
| Good/I like it/good features/it's what I need | 26 | 13.00% | 34 | 17.00% |
| Signal strength/range/no dead spots | 23 | 11.50% | 25 | 12.50% |
| Speed/Fast/wide broadband/dual band/bandwidth | 22 | 11.00% | 22 | 11.00% |
| Technology/power/performance/latest technology/out-of-date technology | 17 | 8.50% | 10 | 5.00% |
| Price (depends on price)/1-year warranty | 15 | 7.50% | 19 | 9.50% |
| Brand/D-Link/familiar with brand/not familiar with brand | 15 | 7.50% | 14 | 7.00% |

| | | | | |
|---|---|---|---|---|
| Don't know enough/need more info/need to compare | 14 | 7.00% | 17 | 8.50% |
| I need one/I don't need one | 14 | 7.00% | 9 | 4.50% |
| **Security/protection/firewall** | **14** | **7.00%** | **5** | **2.50%** |
| Interface/capacity/# of devices/# of ports | 12 | 6.00% | 7 | 3.50% |
| Easy/Setup wizard | 9 | 4.50% | 11 | 5.50% |
| Compatibility | 7 | 3.50% | 16 | 8.00% |
| Reviews/reputation | 4 | 2.00% | 3 | 1.50% |
| Design/size/appearance | 4 | 2.00% | 5 | 2.50% |
| Parental controls/settings | 4 | 2.00% | 3 | 1.50% |
| Quality/dependable/capable | 2 | 1.00% | 10 | 5.00% |
| Antennas | 1 | 0.50% | 6 | 3.00% |
| Other | 1 | 0.50% | 0 | 0.00% |
| N v. G (meaning not specified) | 1 | 0.50% | 3 | 1.50% |

As this table shows, only 7.0% of Test Group respondents mentioned anything about security or protection (or firewall) in their answer.  In the Control Group, 2.5% of respondents gave answers relating to security or protection, which reflects a level of background survey noise – i.e., tendency to give answers that could not have been caused by the advertising content, such as pre-existing beliefs, assumptions, or guessing.  The Test Group result of mentioning security only exceeds the Control Group result by 4.5%.

| Q310: N 600 (DIR-815) Router (purchase considerations) | TEST | | CONTROL | |
|---|---|---|---|---|
| **N=200 per Group** | **N** | **%** | **N** | **%** |
| Speed/Fast/wide broadband/dual band/bandwidth | 59 | 29.50% | 55 | 27.50% |
| Good/I like it/good features/it's what I need | 36 | 18.00% | 26 | 13.00% |
| Price (depends on price)/1-year warranty | 21 | 10.50% | 21 | 10.50% |
| Interface/capacity/# of devices/# of ports | 14 | 7.00% | 15 | 7.50% |
| Signal strength/range/no dead spots | 12 | 6.00% | 16 | 8.00% |
| Technology/power/performance/latest technology/out-of-date technology | 12 | 6.00% | 10 | 5.00% |
| Brand/D-Link/familiar with brand/not familiar with brand | 12 | 6.00% | 16 | 8.00% |

| Security/protection/firewall | 11 | 5.50% | 2 | 1.00% |
|---|---|---|---|---|
| Quality/dependable/capable | 10 | 5.00% | 8 | 4.00% |
| I need one/I don't need one | 9 | 4.50% | 7 | 3.50% |
| Compatibility | 9 | 4.50% | 5 | 2.50% |
| Don't know enough/need more info/need to compare | 8 | 4.00% | 10 | 5.00% |
| Design/size/appearance | 8 | 4.00% | 2 | 1.00% |
| Easy/Setup wizard | 6 | 3.00% | 9 | 4.50% |
| Reviews/reputation | 5 | 2.50% | 3 | 1.50% |
| Other | 2 | 1.00% | 0 | 0.00% |
| Parental controls/settings | 0 | 0.00% | 0 | 0.00% |
| Antennas | 0 | 0.00% | 2 | 1.00% |

As this table shows, only 5.5% of Test Group respondents mentioned anything about security or protection (or firewall) in their answer.  In the Control Group, 1.0% of respondents gave answers relating to security or protection. The Test Group result of mentioning security again only exceeds the Control Group result by 4.5%.

The following tables illustrates the summary of coded open-ended answers provided by each Group when asked to list any features or aspects that make the respondent either likely or unlikely to purchase the router:

| Q320: N 300 (DIR 615) Router (Features listed) | TEST | | CONTROL | |
|---|---|---|---|---|
| N=200 per Group | N | % | N | % |
| Speed/Fast/wide broadband/dual band/bandwidth | 67 | 33.50% | 56 | 28.00% |
| Signal strength/range/no dead spots | 59 | 29.50% | 49 | 24.50% |
| Easy/Setup wizard | 35 | 17.50% | 39 | 19.50% |
| Security/protection/firewall | 26 | 13.00% | 7 | 3.50% |
| Design/size/appearance | 23 | 11.50% | 26 | 13.00% |
| Quality/dependable/capable | 21 | 10.50% | 15 | 7.50% |
| Interface/capacity/# of devices/# of ports | 15 | 7.50% | 21 | 10.50% |
| Compatibility | 15 | 7.50% | 24 | 12.00% |
| Parental controls/settings | 14 | 7.00% | 10 | 5.00% |
| Wi-Fi/Wireless | 13 | 6.50% | 12 | 6.00% |
| Brand/D-Link/familiar with brand/not familiar with brand | 12 | 6.00% | 13 | 6.50% |

| | | | | |
|---|---|---|---|---|
| Price (depends on price)/1-year warranty | 10 | 5.00% | 6 | 3.00% |
| Other | 8 | 4.00% | 9 | 4.50% |
| Antennas | 8 | 4.00% | 17 | 8.50% |
| Good/I like it/good features/it's what I need | 7 | 3.50% | 9 | 4.50% |
| Reviews/reputation | 6 | 3.00% | 1 | 0.50% |
| N v. G (meaning not specified) | 6 | 3.00% | 5 | 2.50% |
| Technology/power/performance/latest technology/out-of-date technology | 5 | 2.50% | 10 | 5.00% |
| Don't know enough/need more info/need to compare | 1 | 0.50% | 0 | 0.00% |
| I need one/I don't need one | 1 | 0.50% | 1 | 0.50% |
| Standards | 0 | 0.00% | 5 | 2.50% |

As this table shows, even when probed further to comment on specific features, only 13.0% of Test Group respondents mentioned anything about security or protection (or firewall) in their answer.  In the Control Group, 3.5% of respondents gave answers relating to security or protection. The Test Group result of mentioning security only exceeds the Control Group result by 9.5%.

| Q320: N 600 (DIR-815) Router (Features listed) | TEST | | CONTROL | |
|---|---|---|---|---|
| N=200 per Group | N | % | N | % |
| Speed/Fast/wide broadband/dual band/bandwidth | 130 | 65.00% | 119 | 59.50% |
| Signal strength/range/no dead spots | 37 | 18.50% | 34 | 17.00% |
| Interface/capacity/# of devices/# of ports | 32 | 16.00% | 31 | 15.50% |
| Easy/Setup wizard | 24 | 12.00% | 24 | 12.00% |
| Design/size/appearance | 24 | 12.00% | 23 | 11.50% |
| **Security/protection/firewall** | 23 | 11.50% | 5 | 2.50% |
| Brand/D-Link/familiar with brand/not familiar with brand | 18 | 9.00% | 13 | 6.50% |
| Compatibility | 13 | 6.50% | 15 | 7.50% |
| Quality/dependable/capable | 13 | 6.50% | 6 | 3.00% |
| Price (depends on price)/1-year warranty | 12 | 6.00% | 11 | 5.50% |
| Good/I like it/good features/it's what I need | 11 | 5.50% | 13 | 6.50% |
| Other | 10 | 5.00% | 12 | 6.00% |
| Wi-Fi/Wireless | 7 | 3.50% | 12 | 6.00% |
| Technology/power/performance/latest technology/out-of-date technology | 6 | 3.00% | 16 | 8.00% |
| Antennas | 5 | 2.50% | 5 | 2.50% |
| N v. G (meaning not specified) | 5 | 2.50% | 1 | 0.50% |

| Reviews/reputation | 2 | 1.00% | 2 | 1.00% |
|---|---|---|---|---|
| I need one/I don't need one | 2 | 1.00% | 1 | 0.50% |
| Standards | 0 | 0.00% | 3 | 1.50% |
| Don't know enough/need more info/need to compare | 0 | 0.00% | 2 | 1.00% |
| Parental controls/settings | 0 | 0.00% | 1 | 0.50% |

As this table shows, even when probed further to comment on specific features, only 11.5% of Test Group respondents mentioned anything about security or protection (or firewall) in their answer.  In the Control Group, 2.5% of respondents gave answers relating to security or protection. The Test Group result of mentioning security only exceeds the Control Group result by 9.0%.

These figures further corroborate the main finding from the closed-ended analysis that the advertising content relating to security does not materially impact the likelihood of purchase.

**<u>CONCLUSION</u>**

Based on the survey results, it is my opinion that the alleged misrepresentations relating to security do not materially impact the likelihood of purchase of the advertised DLS routers.

*Hal Poret*

Hal Poret

Dated:  July 31, 2018

THE FOLLOWING APPENDICES ARE PROVIDED SEPARATELY:
APPENDIX A:   CURRICULUM VITAE OF STUDY'S AUTHOR
APPENDIX B:   QUESTIONNAIRE
APPENDIX C:   SCREENSHOTS OF SURVEY
APPENDIX D:   SURVEY DATA FILE
APPENDIX E:   IMAGES USED IN SURVEY

# Appendix A

**Hal L. Poret** (hal.inc42@gmail.com; 914-772-5087)

---

*Education*

1998    Harvard Law School, J.D., *cum laude*
- Editor/Writer – Harvard Law Record
- Research Assistant to Professor Martha Minow

1995    S.U.N.Y. Albany, M.A. in Mathematics, *summa cum laude*
- Statistics
- Taught calculus/precalculus/statistics

1993    Union College, B.S. in Mathematics with honors, *magna cum laude*
- Phi Beta Kappa
- Resch Award for Achievement in Mathematical Research

*Employment*

2016 -    President, Hal Poret LLC
- Design, supervise, and analyze consumer surveys, including Trademark, Trade Dress, Advertising Perception, Consumer Deception, Claims Substantiation studies, Damages, and Corporate Market Research Surveys
- Consulting regarding survey design and review of other surveys
- Provided expert testimony at deposition and/or trial regarding survey research in over 100 U.S. District Court litigations and proceedings in front of TTAB, NAD, FTC and FCC.

2004 - 2015    Senior Vice President, ORC International
- Designed, supervised, and analyzed consumer surveys in legal and corporate market research areas, and provided expert testimony regarding survey research in legal cases.

2003 – 2004    Internet Sports Advantage
- Developed and marketed proprietary internet sports product, and licensed trademark and intellectual property rights.

1998 – 2003    Attorney, Foley Hoag & Eliot, Boston, MA
- Represented corporations and individuals in trademark, trade dress, advertising, product, and related legal disputes.
- Worked with survey experts in developing and using surveys as evidence in trademark, trade dress and advertising disputes.

*Testimony at Trial or by Deposition Past 4 Years*

(Party who retained me shown in bold)

2018   **Combe** v. Dr. August Wolff
        (Deposition)                                   USDC Eastern District of VA

2018   In Re GM Ignition Switch Litigation
        (Deposition)                                   USDC Southern District of NY

2018   Zetor v. **Ridgeway**
        (Trial Testimony Deposition)                   USDC Western District of AR

2018   Superior Consulting v. **Shaklee**
        (Deposition and Hearing)                       USDC Middle District of FL

2018   Monster Energy Company v. **Integrated Supply Network**
        (Deposition)                                   USDC Central District of CA

2018   Sandoz v. **GlaxoSmithkline**
        (Deposition)                                   USPTO Opposition

2018   JB-Weld v. **Gorilla Glue Company**
        (Deposition)                                   USDC Northern District of GA

2018   Bratton v. **The Hershey Company**
        (Deposition)                                   USDC Western District of MO

2018   Leadership Studies v. **Blanchard Training & Development**
        (Deposition)                                   USDC Southern District of CA

2017   **Gulfstream Aerospace** v. Gulfstream Unsinkable Boats
        (Deposition)                                   USPTO Opposition/Cancellation

2017   **Mercado Latino** v. Indio
        (Deposition)                                   USDC Central District of CA

2017   Delalat v. **Nutiva**
        (Deposition)                                   USDC Northern District of CA

2017   Dashaw v. **New Balance**
        (Deposition)                                   USDC Southern District of CA

2017   **Bearing Tech** v. O'Reilly Automotive
       (Deposition)                              USDC Western District of MO

2017   Soundview v. **Facebook**
       (Deposition)                              USDC District of Delaware

2017   Rovi v. **Comcast**
       (Deposition)                              USDC Southern District of NY

2017   Puma v. **Black & Decker**
       (Trial)                                   New Mexico Circuit Court

2017   **Select Comfort v.** Personal Comfort
       (Trial and Deposition)                    USDC District of Minn

2017   **Alzheimer's Foundation of America** v. Alzheimer's Association
       (Deposition and trial)                    USDC Southern District of NY

2017   **Banc of California** v. Farmers & Merchants Bank
       (Deposition)                              USDC Central District of CA

2017   PolyGroup v. **Willis Electric**
       (Deposition)                              Patent Trial and Appeal Board

2017   In re: NCAA Grant-in-Aid Cap Litigation
       (Deposition)                              USDC Northern District of CA

2017   Mullins v. **Premier Nutrition**          USDC Northern District of CA
       (Depositions in Class Cert and Merits phases)

2017   Lion's Gate v. **TD Ameritrade**
       (Deposition)                              USDC Central District of CA

2017   **Deere & Company** v. Fimco dba Schaben
       (Deposition and trial)                    USDC Western District of KY

2017   **Adidas & Reebok** v. TRB
       (Deposition)                              USDC District of Oregon

2017   **Church & Dwight** v. SPD               USDC Southern District of NY
       (Deposition/trial in liability phase; deposition/trial in damages phase)

2017   In re: **Coca Cola** Marketing and Sales Practices Litigation (No. II)

(Deposition)                              USDC Northern District of CA

2017   **Ducks Unlimited** v. Boondux LLC and Caleb Sutton
       (Deposition and Trial)             USDC Western District of TN

2017   Globefill v. **Element Spirits**
       (Deposition and Trial)             USDC Central District of CA

2017   Brickman v. **Fitbit**
       (Deposition)                       USDC Northern District of CA

2017   Network-1 Technologies v. **Alcatel-Lucent et al.**
       (Deposition)                       USDC Eastern District of TX

2017   Health Partner Plans v. **Reading Health Partners**
       (Deposition and Injunction hearing)   USDC Eastern District of PA

2017   In Re **Biogen** '755 Patent Litigation
       (Deposition)                       USDC District of NJ

2017   **Cava Mezze** v. Mezze Mediterranean Grill
       (Trial)                            USDC District of MD

2017   Mastrandrea v. **Vizio**
       (Deposition)                       USDC Central District of CA

2017   **Adidas** v. Skechers
       (Deposition and Injunction hearing)   USDC District of OR

2016   **Triumph International, Inc.** v. Gourmetgiftbaskets.com, Inc.
       (Deposition)                       USDC Central District of CA

2016   Phelan Holdings v. **Rare Hospitality Management**
       (Deposition)                       USDC Middle District of FL

2016   **Intellectual Ventures II** v. AT&T Mobility
       (Deposition)                       USDC District of DE

2016   **One World Foods** v. Stubbs Austin Restaurant Company
       (Deposition)                       USDC Western District of TX

2016   **Booking.com B.V.** v. Michelle Lee
       (Deposition)                       USDC Eastern District of VA

2016    Variety Stores v. **Walmart Stores, Inc.**
        (Trial)                                 USDC Eastern District of NC

2016    **American Cruise Lines** v. American Queen Steamboat Company
        (Deposition)                            USDC District of DE

2016    Universal Church v. **Univ. Life Church**
        (Deposition)                            USDC Southern District of NY

2016    **U. of Houston** v. Houston Col. of Law
        (Deposition)                            USDC Southern District of TX

2016    Navajo Nation v. **Urban Outfitters**
        (Daubert Hearing)                       USDC District of NM

2016    Beaulieu v. **Mohawk Carpet Dist.**
        (Deposition)                            USDC Northern District of GA

2016    Efficient Frontiers v. **Reserve Media**
        (Deposition)                            USDC Central District of CA

2016    **McAirlaids** v. Medline Industries
        (Deposition)                            USDC Eastern District of VA

2016    **Under Armour** v. Ass Armor
        (Deposition)                            USDC Southern District of FL

2016    **C5 & CoorsTek** v. CeramTec
        (Deposition and trial)                  USDC District of Colorado

2016    **BBC** v. Stander
        (Deposition)                            USDC Central District of CA

2016    **Caterpillar** v. Tigercat
        (Deposition)                            USPTO Opposition

2016    Premier v. **Dish Network**
        (Deposition)                            USPTO Opposition

2016    **Omaha Steaks** v. Greater Omaha
        (Rebuttal Testimony)                    USPTO Opposition

2016   **EMC** v. Pure Storage
       (Deposition)                           USDC District of MA

2016   **Top Tobacco** v. North Atlantic
       (Deposition)                           USPTO Opposition

2016   Ascension Health v. **Ascension Ins.**
       (Deposition)                           USDC Eastern District of MO

2016   **Quoc Viet** v. VV Foods
       (Deposition and trial)                 USDC Central District of CA

2016   Joules v. **Macy's Merchandising Group**
       (Deposition and trial)                 USDC Southern District of NY

2015   MMG v. **Heimerl & Lammers**
       (Deposition and trial)                 USDC District of MN

2015   **PRL USA** v. Rolex
       (Deposition)                           USDC Southern District of NY

2015   Bison Designs v. **Lejon**
       (Deposition)                           USDC District of CO

2015   Barrera v. **Pharmavite**
       (Deposition)                           USDC Central District of CA

2015   **Flowers** v. Bimbo Bakeries
       (Deposition)                           USDC Middle District of GA

2015   Razor USA v. **Vizio**
       (Deposition)                           USDC Central District of CA

2015   Allen v. **Simalasan**
       (Deposition)                           USDC Southern District of CA

2015   BMG Rights Mgmt. v. **Cox Enterprises**
       (Deposition and trial)                 USDC Eastern District of VA

2015   Verisign v. **XYZ.COM LLC**
       (Deposition)                           USDC Eastern District of VA

2015   Farmer Boys v. **Farm Burger**

|      | (Deposition) | USDC Central District of CA |
|------|--------------|----------------------------|
| 2015 | Ono v. **Head Racquet Sports** (Deposition) | USDC Central District of CA |
| 2015 | **Select Comfort v.** Tempur Sealy (Deposition) | USDC District of Minn |
| 2015 | ExxonMobil v. **FX Networks** (Deposition) | USDC Southern District of TX |
| 2015 | **Delta** v. Network Associates (Deposition) | USDC Middle District of FL |
| 2015 | Brady v. **Grendene** (Deposition) | USDC Central District of CA |
| 2015 | **Zippo** v. LOEC (Deposition) | USDC Central District of CA |
| 2015 | Maier v. **ASOS** (Deposition) | USDC District of Maryland |
| 2015 | **Converse** In re: Certain Footwear (Deposition and trial) | International Trade Commission |
| 2014 | Scholz v. **Goudreau** (Deposition) | USDC District of Mass |
| 2014 | **Economy Rent-A-Car** v. Economy Car Rentals (TTAB Testimony) | USPTO |
| 2014 | Weber v. **Sears** (Deposition) | USDC Northern District of IL |
| 2014 | Native American Arts v. **Stone** (Deposition) | USDC Northern District of IL |
| 2014 | Gravity Defyer v. **Under Armour** (Trial) | USDC Central District of CA |
| 2014 | **Adams** v. Target Corporation (Deposition) | USDC Central District of CA |

| | | |
|---|---|---|
| 2014 | PODS v. **UHAUL** **(**Deposition and trial**)** | USDC Middle District of FL |
| 2014 | Flushing v. **Green Dot Bank** (Deposition) | USDC Southern District of NY |
| 2014 | Amy's Ice Creams v. **Amy's Kitchen** (Deposition) | USDC Western District of TX |
| 2014 | **Unity Health** v. UnityPoint (Deposition) | USDC Western District of WI |
| 2014 | In re: NCAA Student-athlete litigation (Deposition and Trial) | USDC Northern District of CA |
| 2014 | Spiraledge v. **SeaWorld** (Deposition) | USDC Southern District of CA |
| 2014 | **Diageo N.A. v.** Mexcor (Deposition and trial) | USDC Southern District of TX |
| 2014 | **Pam Lab** v. Virtus Pharmaceutical (Deposition and trial) | USDC Southern District of FL |
| 2014 | **US Soccer Federation** v. Players Ass'n (Arbitration Testimony) | Arbitration |
| 2014 | **Estate of Marilyn Monroe** v. AVELA (Deposition) | USDC Southern District of NY |
| 2014 | Kelly-Brown v. **Winfrey, et al.** (Deposition) | USDC Southern District of NY |
| 2014 | Virco Mfg **v. Hertz & Academia** (Deposition) | USDC Central District of CA |
| 2014 | In re: Hulu Privacy Litigation **(Deposition)** | USDC Northern District of CA |
| 2013 | **Jackson Family Wines** v. Diageo (Deposition) | USDC Northern District of CA |

| | | |
|---|---|---|
| 2013 | Bubbles, Inc. v. **Sibu, LLC.** (Deposition) | USDC Eastern District of VA |
| 2013 | Clorox v. **Industrias Dalen** (Deposition) | USDC Northern District of CA |
| 2013 | Active Ride Shop v. **Old Navy** (Deposition and trial) | USDC Central District of CA |
| 2013 | **Macy's Inc**. v. Strategic Marks LLC. (Deposition) | Northern District of CA |
| 2013 | Karoun Dairies, Inc. v. **Karoun Dairies, Inc.** (Deposition) | Southern District of CA |
| 2013 | **Kraft Foods** v. Cracker Barrel Old Country (Deposition and Trial) | Northern District of IL |
| 2013 | **Bayer Healthcare** v. Sergeants Pet Care USDC (Deposition and Trial) | Southern District of NY |
| 2013 | JJI International v. **The Bazar Group, Inc.** (Deposition) | USDC District of RI |
| 2013 | **Fage Dairy USA** v. General Mills (Deposition) | Northern District of NY |
| 2013 | Gameshow Network v. **Cablevision** (Deposition and trial) | F.C.C. |
| 2013 | Telebrands v. **Meyer Marketing** (Deposition) | USDC Eastern District of CA |

*Presentations*

What's New in Advertising Law, Claim Support and Self-Regulation?
(ABA Seminar, November 17, 2015)

How Reliable is Your Online Survey
(2015 ASRC Annual Conference, September 29, 2015)

What Do Consumers Think?  Using Online Surveys to Demonstrate Implied Claims (ANA Advertising Law and Public Policy Conference, April 1, 2015)

Cutting Edge Developments in Trademark Surveys (Rocky Mountain Intellectual Property & Technology Institute, May 30, 2013)

Using Survey Experts in Trademark Litigation (DRI Intellectual Property Seminar, May 9, 2013)

Surveys in Trademark and Advertising Litigation  (2013 National CLE Conference, Snowmass Colorado, January 2013)

Internet Survey Issues (PLI Hot Topics in Advertising Law Conference, March 2012)

Measuring Consumer Confusion Through Online Surveys (2011 Midwest IP Institute) (September, 2011)

Online Surveys as Evidence in Trademark Disputes (International Trademark Association Annual Conference, May 2011)

Managing Intellectual Property Trademark Roundtable (April 7, 2010)

Recent Trends in Trademark Surveys (Virginia State Bar Intellectual Property Conference, October 2009)

Trademark Surveys in US Litigation (presentation for International Trademark Association Annual Conference) (May 2009)

How to Conduct Surveys for use in Trademark Disputes (Practicing Law Institute Advanced Trademark Law Conference) (May 2009)

Trademark and Advertising Perception Studies for Legal Disputes (Opinion Research Corporation Seminar, June 2008)

Understanding Advertising Perception Surveys (Promotions Marketing Association Annual Law Conference) (November 2007)

Designing and Implementing Studies to Substantiate Advertising Claims (American Conference Institute Claims Substantiation Conference, October 2007)

Surveys in Trademark and False Advertising Disputes (InfoUSA Webinar, June 2007)

Measuring Consumer Perception in False Advertising and Trademark Cases, (multiple presentations) (2007)

Potential Errors to Avoid In Designing a Trademark Dilution Survey (American Intellectual Property Association paper, April 2007)

Consumer Surveys in Trademark and Advertising Cases (presentation at Promotions Marketing Association Annual Law Conference) (December 2006)

Use of Survey Research and Expert Testimony in Trademark Litigation, (International Trademark Association Annual Conference, May 2006)

Survey Research as Evidence in Trademark/Trade Dress Disputes (multiple presentations) (2006)

Using Surveys to Measure Secondary Meaning of Trade Dress, Legal Education Seminar, Boston, April 2006

### *Publications/Papers*

Cutting Edge Developments in Trademark Surveys (Rocky Mountain Intellectual Property & Technology Institute, May 2013)

Hot Topics and Recent Developments in Trademark Surveys (paper for May 2013 DRI Intellectual Property Conference)

Surveys in Trademark and Advertising Litigation  (2013 National CLE Conference, Snowmass Colorado, January 2013)

Trademark Litigation Online Consumer Surveys (Practical Law Company Intellectual Property and Technology, May 2012)

Hot Topics in Advertising Law 2012 (Contributor to Practising Law Institute publication)

A Comparative Empirical Analysis of Online Versus Mall and Phone Methodologies for Trademark Surveys, 100 TMR 756 (May-June 2010)

Recent Trends in Trademark Surveys (paper for Virginia State Bar Intellectual Property conference, October 2009)

<u>Trademark Dilution Revision Act breathes new life into dilution surveys</u> (In Brief PLI website, June 2009)

<u>The Mark</u> (Survey Newsletter; three editions 2009)

<u>Hot Topics in Trademark Surveys</u> (paper for Practicing Law Institute Advanced Trademark Law Conference) (May 2009)

<u>The Mark</u> (Survey Newsletter, 2008)

<u>Trademark and Advertising Survey Report</u> (Summer 2007)

<u>Avoiding Pitfalls in Dilution Surveys under TDRA</u> (AIPLA Spring Conference, Boston, May 2007)


*Commentary*

<u>Comment on Hotels.com case</u> (on TTABLOG.COM, July 24, 2009)

<u>Comment on Nextel v. Motorola</u> (on TTABLOG.COM, June 19, 2009)

<u>PLI All-Star Briefing Newsletter,</u> "What does the Trademark Dilution Revision Act mean for the future of Dilution Surveys?" (June 2009)



*Professional Memberships/Affiliations*

American Association of Public Opinion Research

International Trademark Association

National Advertising Division of Council of Better Business Bureaus

**Appendix B**

| |
|---|
| PROGRAMMING/SAMPLING |

PROGRAMMER:
- Do not allow respondents taking survey on any mobile phones to enter the survey. Only allow desktop, laptop/notebook computers & tablets.
- Do not permit respondent to return to previous screen once advancing.
- Program any question with its own number on its own screen, unless otherwise instructed.
- Program each Question number as ONE field in the data, even if there is different text or different images piping in for different cells.


SAMPLING:
- Add this instruction to the email invitation -- This survey is NOT compatible with smartphones, so please use your desktop or laptop computer or tablet to complete this survey. Also, please take the survey when you have time to complete it uninterrupted and without distractions.
- Use very general topic on survey invitations. Do not mention anything suggesting topic of this survey.
- Sample for age/gender & geographical in proportion to U.S. census data
- Initial hard quotas by age/gender per census data
- Subsequent final quotas set by incidence in category

| SCREENER SECTION |
|---|

**BASE: ALL RESPONDENTS**
50.    Insert Captcha [HIDE "YOU ARE HUMAN" SCREEN]

**BASE: ALL RESPONDENTS**
Q100.  Please select your year of birth. **[PROGRAMMER: DROP DOWN MENU. TERMINATE IF DOES NOT MATCH PANELIST'S PRELOAD.]**

**ASK IF: HAS NOT TERMINATED**
Q105   Are you… **[CHECK AGAINST PANEL VARIABLE AND TERMINATE IF IT DOES NOT MATCH]**
   1.   Male [PROGRAMMER: FOR PANEL VARIABLE VERIFICATION]
   2.   Female [PROGRAMMER: FOR PANEL VARIABLE VERIFICATION]

**ASK IF: HAS NOT TERMINATED**
Q107   Which of these age ranges includes your age?
       **[TERMINATE IF UNDER 18 OR IF AGE RANGE NOT POSSIBLE BASED ON YEAR OF BIRTH ENTERED IN Q100. NOTE – Each respondent can have two possible ages depending on if respondent's birthday has passed.]**

       1.   Under 18 [TERMINATE]
       2.   18 to 34
       3.   35 to 54
       4.   55 or older

Appendix B - Questionnaire

**BASE: ANY NON-TERMINATES**
Q109   Which of the following web browsers or search engines, if any, have you used in the past 3 months?

*Please select all that apply.*
[RANDOMIZE]
1. Google Chrome
2. Internet Explorer
3. Microsoft Edge
4. Bing
5. Yahoo
6. Firefox
7. Opera
8. Hagelin
9. Other **[ANCHOR]**
10. Not sure **[ANCHOR; EXCLUSIVE]**

**[Terminate if selects 109/8 or if selects all of 109/1-7]**

**ASK IF: HAS NOT TERMINATED**
110.   In what state do you live?
**[PROGRAMMER: Drop down menu of states plus D.C. Include an option for "Other" and terminate if it is selected.]**

**BASE: ANY NON-TERMINATES**
120.   Which of the following types of products, if any, have you purchased in the past 12 months?
*(Select all that apply or "none of these.")*
[RANDOMIZE]
1. Wireless router
2. IP camera
3. Electronic toothbrush
4. Radon detector
5. C.Y.R.P. monitor **[TERMINATE]**
6. None of these **[ANCHOR; EXCLUSIVE]**

**[TERMINATE IF SELECTS 120=5]**

**BASE: ANY NON-TERMINATES**

130.   Which of the following types of products, if any, are you likely to purchase in the next 12 months?
       *(Select all that apply or "none of these.")*
       **[SHOW IN SAME ORDER AS 130]**
       1.   Wireless router
       2.   IP camera
       3.   Electronic toothbrush
       4.   Radon detector
       5.   C.Y.R.P. monitor **[TERMINATE]**
       6.   None of these **[ANCHOR; EXCLUSIVE]**

**[MUST SELECT 120=1 AND/OR 130=1 TO CONTINUE; OTHERWISE TERMINATE.  ALSO TERMINATE IF SELECTS 120=5 AND/OR 130=5 EVEN IF 120=1 OR 130=1 ARE ALSO SELECTED.]**

**BASE: ANY NON-TERMINATES**

140.   Which of the following best describes your role, if any, in the decision about which wireless router to purchase?

       *(Select one response)*
       **[RANDOMIZE WHETHER SHOWN 1-2-3 OR 3-2-1]**
       1.   I am the primary or sole decision-maker
       2.   I share in the decision with someone else in my household
       3.   I am not involved in the decision **[TERMINATE]**
       4.   Don't know **[ANCHOR]**

**[MUST SELECT 140=1-2 TO CONTINUE; OTHERWISE TERMINATE.]**

**ASK IF: HAS NOT TERMINATED**

150.    In which of the following ways, if any, have you shopped for, or would you consider shopping for a wireless router?

*(Select all that apply)*

**[RANDOMIZE 1-2]**
1.  Online
2.  In a store
3.  Other **[ANCHOR]**

**ASK IF: HAS NOT TERMINATED**

160.    For quality assurance, please type the word "west" in the blank next to the "Other" box below and then click to continue.

1.  Strongly agree
2.  Agree
3.  Neutral
4.  Disagree
5.  Strongly disagree
6.  Other _____ [DO NOT FORCE TEXT BOX]

[TERMINATE IF SELECTED 160/1-5 OR IF NOTHING IS ENTERED IN r6. IF r6 SELECTED AND SOMETHING TYPED IN THEN ALLOW TO CONTINUE REGARDLESS OF WHAT IS TYPED IN.]

**ASK IF: HAS NOT TERMINATED**

Q170  You have qualified to take this survey.  Before continuing, please carefully read these instructions:

\*        Please take the survey in <u>one</u> session without interruption.
\*        Please keep your browser maximized for the entire survey.
\*        While taking the survey, please do not consult any other websites or other electronic or written materials.
\*        Please answer all questions on your own without consulting any other person.
\*        If you normally wear eye glasses or contact lenses when viewing a computer screen, please wear them for the survey.


    1.  I understand and agree to the above instructions
    2.  I do not understand or do not agree to the above instructions **[TERMINATE]**

**ASK IF: HAS NOT TERMINATED**

190.   For this survey you will need to spend a few minutes reviewing advertising for a wireless router.  Do you agree to spend the time to review the advertising and answer our questions about it in one uninterrupted session?

    1.  Yes, I do
    2.  No, I do not **[TERMINATE]**

**[ONLY QUALIFIED RESPONDENTS SHOULD CONTINUE BEYOND THIS POINT]**

**[EACH RESPONDENT SHOULD BE RANDOMLY ASSIGNED TO ONLY <u>ONE</u> CELL AND PRIORITIZED BY NEED TO FILL AGE/GENDER QUOTAS]**

**[PROGRAMMING NOTE: DISPLAY ANY TEXT WITH ITS OWN QUESTION NUMBER ON A SCREEN BY ITSELF UNLESS OTHERWISE SPECIFIED.]**

6

| MAIN SURVEY |
|---|

**ASK: ALL**

200.  On the next screens we are going to show you advertising for a wireless router.   Please take your time to review it as you would if you were considering purchasing the advertised product.

      To ensure that you have enough time to review the advertising, the continue button on each screen will not be enabled until 60 seconds have elapsed.

      When you have finished reviewing the advertising, you will be asked some questions.  For any question, if you have no opinion or do not know then please indicate so.  Please do not guess.

      Please select "continue" to move on with the survey.


**ASK: ALL**

205.   Please take your time to review the first page of the advertisement.

       **[INSERT IMAGE 1001 FOR CELL 1 OR IMAGE 2001 FOR CELL 2 OR IMAGE CELL 3001 FOR CELL 3 OR IMAGE 4001 FOR CELL 4.]**

**[DO NOT ENABLE CONTINUE BUTTON UNTIL 60 SECONDS HAVE ELAPSED.  SHOW FOLLOWING INSTRUCTION WHILE CONTINUE BUTTON IS DISABLED:** *You will be able to continue after at least 60 seconds have passed*.  **AFTER 60 SECONDS, THEN** <u>REPLACE</u> **THE ABOVE LINE WITH THE FOLLOWING:]**

       Before continuing with the survey, please indicate whether or not you have viewed the advertisement clearly.

       1.  I viewed the advertisement clearly
       2.  I am unable to view the advertisement clearly [TERMINATE; DO NOT COUNT AS COMPLETE]

**BASE: ALL QUALIFIED RESPONDENTS**

Q210   Now please take your time to review the second page of the advertisement.

**[INSERT IMAGE 1002 FOR CELL 1 OR IMAGE 2002 FOR CELL 2 OR IMAGE 3002 FOR CELL 3 OR IMAGE 4002 FOR CELL 4.]**

**[DO NOT ENABLE CONTINUE BUTTON UNTIL 60 SECONDS HAVE ELAPSED.  SHOW FOLLOWING INSTRUCTION WHILE CONTINUE BUTTON IS DISABLED:** *You will be able to continue after at least 60 seconds have passed***.  AFTER 60 SECONDS, THEN <u>REPLACE</u> THE ABOVE LINE WITH THE FOLLOWING:]**

Before continuing with the survey, please indicate whether or not you have viewed the advertisement clearly.

1.   I viewed the advertisement clearly
2.   I am unable to view the advertisement clearly [TERMINATE; DO NOT COUNT AS COMPLETE]


**ASK IF: CELLS 3 AND 4 ONLY**

220.   Now please take your time to review the third page of the advertisement.

**[INSERT IMAGE 3003 FOR CELL 3 OR IMAGE 4003 FOR CELL 4.]**

**[DO NOT ENABLE CONTINUE BUTTON UNTIL 60 SECONDS HAVE ELAPSED.  SHOW FOLLOWING INSTRUCTION WHILE CONTINUE BUTTON IS DISABLED:** *You will be able to continue after at least 60 seconds have passed***.  AFTER 60 SECONDS, THEN <u>REPLACE</u> THE ABOVE LINE WITH THE FOLLOWING:]**

Before continuing with the survey, please indicate whether or not you have viewed the advertisement clearly.

1.   I viewed the advertisement clearly
2.   I am unable to view the advertisement clearly [TERMINATE; DO NOT COUNT AS COMPLETE]


**ASK: ALL**

Q300   For the next questions, please assume that you have decided to purchase a wireless router and are considering whether or not to purchase the one you were just shown advertising for.


**ASK: ALL**

Q305   Using the scale below, please select how likely or unlikely you would be to purchase the wireless router that you were just shown advertising for?

**[ROTATE WHETHER SCALE SHOWN IN ORDER 1-7 OR 7-1]**
*(Please select one response)*
1. Extremely likely
2. Very likely
3. Somewhat likely
4. Neither likely nor unlikely
5. Somewhat unlikely
6. Very unlikely
7. Extremely unlikely
8. Don't know **[ANCHOR]**

**ASK: 300=1 - 7**

Q310   What makes you say that you would be _____ **[pipe in answer from 305]** to purchase the wireless router that you were just shown advertising for?

*Please be as specific as possible.*

[LARGE TEXT BOX FOR ANSWER; INCLUDE "No opinion/Don't know" OPTION. MUST ENTER TEXT OR SELECT NO/DK, BUT DO NOT ALLOW BOTH.]

**ASK: 300=1 - 7**

Q320   Please list any features or aspects of the wireless router that makes you _____ **[pipe in answer from 305]** to purchase it?

*You may use as many or few of the boxes below as you need.*

[TEN SMALL TEXT BOXES FOR ANSWER; INCLUDE "No opinion/Don't know" OPTION. MUST ENTER TEXT IN AT LEAST ONE BOX OR SELECT NO/DK, BUT DO NOT ALLOW BOTH.]

---

POST SURVEY QUESTIONS

---

**BASE: ALL CELLS/ALL QUALIFIED RESPONDENTS**

400.   Thank you, just a few more brief questions.

Do you or does anyone in your household work for any of the following?
*(Select all that apply or none)*
1.   For a company that makes or sells wireless routers
2.   For a company that makes or sells IP cameras
3.   For a federal government agency
4.   In market research
5.   In advertising
6.   None of these **[ANCHOR]**

**BASE: ALL CELLS/ALL QUALIFIED RESPONDENTS**

410.   Which of the following <u>brands</u> of wireless router, if any, have you purchased in the past 5 years?
*(Select all that apply)*
[RANDOMIZE]
1.   D-Link
2.   Linksys
3.   Netgear
4.   Asus
5.   Tp-Link
6.   TrendNet
7.   None of these **[Anchor]**

**Appendix C**

Appendix C - Screenshots

---

SCREENER SECTION

---

## BASE: ALL RESPONDENTS
50.



## BASE: ALL RESPONDENTS
Q100.



## ASK IF: HAS NOT TERMINATED
Q105



## ASK IF: HAS NOT TERMINATED
Q107

Appendix C - Screenshots



1. Under 18 [TERMINATE]
2. 18 to 34
3. 35 to 54
4. 55 or older

**BASE: ANY NON-TERMINATES**

Q109



**ASK IF: HAS NOT TERMINATED**

110.



Appendix C - Screenshots

**BASE: ANY NON-TERMINATES**

120.    Which of the following types of products, if any, have you purchased in
the past 12 months?
*(Select all that apply or "none of these.")*
[RANDOMIZE]
1. Wireless router
2. IP camera
3. Electronic toothbrush
4. Radon detector
5. C.Y.R.P. monitor **[TERMINATE]**
6. None of these **[ANCHOR; EXCLUSIVE]**



Which of the following types of products, if any, have you purchased in the past 12 months?
*Select all that apply or "None of these."*

☐ Electronic toothbrush
☐ C.Y.R.P. monitor
☐ Wireless router
☐ IP camera
☐ Radon detector
☐ None of these

Continue »

Privacy Policy - Help

3

**BASE: ANY NON-TERMINATES**

130.   Which of the following types of products, if any, are you likely to purchase in the next 12 months?
       *(Select all that apply or "none of these.")*
       **[SHOW IN SAME ORDER AS 130]**
       1.   Wireless router
       2.   IP camera
       3.   Electronic toothbrush
       4.   Radon detector
       5.   C.Y.R.P. monitor **[TERMINATE]**
       6.   None of these **[ANCHOR; EXCLUSIVE]**



**[MUST SELECT 120=1 AND/OR 130=1 TO CONTINUE; OTHERWISE TERMINATE.  ALSO TERMINATE IF SELECTS 120=5 AND/OR 130=5 EVEN IF 120=1 OR 130=1 ARE ALSO SELECTED.]**

**BASE: ANY NON-TERMINATES**

140.



**[MUST SELECT 140=1-2 TO CONTINUE; OTHERWISE TERMINATE.]**

**ASK IF: HAS NOT TERMINATED**
150.



**ASK IF: HAS NOT TERMINATED**
160.

## ASK IF: HAS NOT TERMINATED
Q170



## ASK IF: HAS NOT TERMINATED
190.



**[ONLY QUALIFIED RESPONDENTS SHOULD CONTINUE BEYOND THIS POINT]**

**[EACH RESPONDENT SHOULD BE RANDOMLY ASSIGNED TO ONLY ONE CELL AND PRIORITIZED BY NEED TO FILL AGE/GENDER QUOTAS]**

**[PROGRAMMING NOTE: DISPLAY ANY TEXT WITH ITS OWN QUESTION NUMBER ON A SCREEN BY ITSELF UNLESS OTHERWISE SPECIFIED.]**

Appendix C - Screenshots

---
MAIN SURVEY
---

**ASK: ALL**

200.



**ASK: ALL**

205.    Please take your time to review the first page of the advertisement.

**[INSERT IMAGE 1001 FOR CELL 1**



Appendix C - Screenshots

**IMAGE 2001 FOR CELL 2**

Appendix C - Screenshots



**IMAGE CELL 3001 FOR CELL 3**



Appendix C - Screenshots

**IMAGE 4001 FOR CELL 4.**

Appendix C - Screenshots



**<u>BASE: ALL QUALIFIED RESPONDENTS</u>**

Q210   Now please take your time to review the second page of the advertisement.

**[INSERT IMAGE 1002 FOR CELL 1**

Appendix C - Screenshots



**IMAGE 2002 FOR CELL 2**



**IMAGE 3002 FOR CELL 3**

Appendix C - Screenshots

Now please take your time to review the second page of the advertisement.



Before continuing with the survey, please indicate whether or not you have viewed the advertisement clearly.
*Please select one*

○ I viewed the advertisement clearly

○ I am unable to view the advertisement clearly

Continue »

18

Appendix C - Screenshots

**IMAGE 4002 FOR CELL 4**



**ASK IF: CELLS 3 AND 4 ONLY**

220.    Now please take your time to review the third page of the advertisement.

**[INSERT IMAGE 3003 FOR CELL 3**



Appendix C - Screenshots

**IMAGE 4003 FOR CELL 4.**



Appendix C - Screenshots

**<u>ASK: ALL</u>**
Q300

For the next questions, please assume that you have decided to purchase a wireless router and are considering whether or not to purchase the one you were just shown advertising for.

78%

Continue »

**<u>ASK: ALL</u>**
Q305

Using the scale below, please select how likely or unlikely you would be to purchase the wireless router that you were just shown advertising for?
*Please select one*

82%

- Extremely likely
- Very likely
- Somewhat likely
- Neither likely nor unlikely
- Somewhat unlikely
- Very unlikely
- Extremely unlikely
- Don't know

Continue »

**<u>ASK: 300=1 - 7</u>**
Q310

Appendix C - Screenshots



**ASK: 300=1 - 7**

Q320



| POST SURVEY QUESTIONS |
|---|

**BASE: ALL CELLS/ALL QUALIFIED RESPONDENTS**

400.

Appendix C - Screenshots

92%

Thank you, just a few more brief questions.

Do you or does anyone in your household work for any of the following?
*Select all that apply or none*

☐ For a company that makes or sells wireless routers
☐ For a company that makes or sells IP cameras
☐ For a federal government agency
☐ In market research
☐ In advertising
☐ None of these

Continue »

Privacy Policy - Help

**BASE: ALL CELLS/ALL QUALIFIED RESPONDENTS**
410.

99%

Which of the following <u>brands</u> of wireless router, if any, have you purchased in the past 5 years?
*Please select all that apply*

☐ TrendNet
☐ Tp-Link
☐ Asus
☐ D-Link
☐ Netgear
☐ Linksys
☐ None of these

Finish

Privacy Policy - Help

27

# Appendix D

See Native Files Provided Separately

**Appendix E**







# WIRELESS N 300 ROUTER

| Powerful Wireless N 300 technology outperforms Wireless G[1] | Parental controls to supervise Internet activity | Built-in QoS engine enhances Internet experience |





## UPGRADE YOUR NETWORK

The D-Link Wireless N 300 Router (DIR-615) provides a better wireless signal for your network than previous-generation Wireless G technology. Upgrading your home network to Wireless N 300 provides an excellent solution for sharing an Internet connection and files such as video, music, photos, and documents. D-Link Wireless N 300 products use Intelligent Antenna technology to transmit multiple streams of data which enables you to receive wireless signals in the farthest corners of your home. Not only does the D-Link Wireless N 300 technology extend your wireless range, it also works with previous-generation wireless devices. The DIR-615 also includes QoS (Quality of Service) Prioritization Technology that analyzes and separates multiple data streams based on sensitivity to delay, enabling multiple applications to stream smoothly across your network[2].

## EASY TO SET UP

The D-Link Quick Router Setup Wizard quickly configures your new Wireless N 300 Router to get you up and running in minutes. Our Setup Wizard walks you step by step through the installation process to configure your Internet connection, wireless network settings and security, and everything else you need to get your network up and running so that you don't have to be a networking expert to get it set up.

## EASY TO SECURE

The DIR-615 supports the latest wireless security features to help prevent unauthorized access, be it from over a wireless network or from the Internet. Support for WPA™ and WPA2™ standards ensure that you will be able to use the best possible encryption, regardless of your client devices. In addition, the Wireless N 300 Router utilizes dual active firewalls (SPI and NAT) to prevent potential attacks from across the Internet.

Delivering great wireless performance, network security and coverage, the D-Link Wireless N 300 Router (DIR-615) is ideal for upgrading your existing wireless home network.



DIR-615



# DIR-615

## WHAT THIS PRODUCT DOES

Create a wireless network to share high-speed Internet access with computers, game consoles, and media players from greater distances around your home.

## BENEFITS OF A WIRELESS N 300 ROUTER

This Wireless N 300 Router uses powerful 802.11n technology with multiple intelligent antennas to maximize the speed and range of your wireless signal to significantly outperform previous-generation Wireless G MIMO devices[1]. The antennas on the Wireless N 300 Router make use of your home's environment by bouncing multiple wireless signals off walls and ceilings to work around obstructions and help eliminate dead spots.

## YOUR NETWORK SETUP



## TECHNICAL SPECIFICATIONS

### STANDARDS
+ IEEE 802.11n
+ IEEE 802.11g
+ IEEE 802.3
+ IEEE 802.3u

### DEVICE INTERFACE
+ 4 10/100 LAN Ports
+ 1 10/100 WAN Port

### SECURITY
+ Wi-Fi Protected Access (WPA, WPA2)®

### ADVANCED FIREWALL FEATURES
+ Network Address Translation (NAT)
+ Stateful Packet Inspection (SPI)
+ VPN Pass-through / Multi-sessions PPTP / L2TP / IPSec

### DEVICE MANAGEMENT
+ Internet Explorer® v7 or Later; Mozilla Firefox® v3.0 or Later; or other Java-enabled Browsers

### LEDs
+ Power
+ WLAN (Wireless Connection)
+ LAN (10/100)
+ Internet Status

### CERTIFICATIONS
+ FCC Class B
+ IC
+ Wi-Fi®

### DIMENSIONS
+ Item (WxDxH): 7.8" x 5" x 1.2" (198.1mm x 127mm x 30.5mm)
+ Packaging (WxDxH): 10.9" x 2.6" x 8.1" (276.9mm x 66mm x 205.8mm)

### WEIGHT
+ Item: 0.6 lbs (272.2 grams)
+ Packaging: 1.4 lbs (635 grams)

### WARRANTY
+ 1-Year Limited[3]

### RECOMMENDED SYSTEM REQUIREMENTS
For Optimal Wireless Performance, use with:
+ Wireless N 300 Adapter (DWA-130)

### MINIMUM SYSTEM REQUIREMENTS
Computer with:
+ Windows® 7[5], Windows Vista®[4], Windows® XP SP3, or Mac OS® X (v10.4)[6]
+ Internet Explorer v7 or Mozilla Firefox v3.0
+ CD-ROM Drive
+ Network Interface Card
For Internet Access:
+ Cable or DSL Modem
+ Subscription with an Internet Service Provider (ISP)

### PACKAGE CONTENTS
+ Wireless N 300 Router
+ CAT5 Ethernet Cable
+ Power Adapter
+ CD-ROM® with
  - Installation Wizard
  - Product Documentation

[1] Maximum wireless signal rate derived from IEEE Standard 802.11 specifications. Actual data throughput will vary. Network conditions and environmental factors, including volume of network traffic, building materials and construction, and network overhead, lower actual data throughput rate. Environmental factors will adversely affect wireless signal range. Wireless range and speed rates are D-Link RELATIVE performance measurements based on the wireless range and speed rates of a standard Wireless G product from D-Link. Maximum throughput based on D-Link Wireless N devices.
[2] QoS feature available in hardware version B1 and above.
[3] 1-Year Limited Warranty available only in the USA and Canada.
[4] Computer must adhere to Microsoft's recommended System Requirements.
[5] The software included with this product is not Mac-compatible.
[6] Latest software and documentation are available at http://support.dlink.com.
[7] Hardware version C1 and above are equipped with non-detachable antennas.

All references to speed and range are for comparison purposes only. Product specifications, size, and shape are subject to change without notice, and actual product appearance may differ from that depicted herein.

Hardware Version I1

  

## WIRELESS N

D-Link Systems, Inc. 17595 Mt. Herrmann Street Fountain Valley CA 92708 www.dlink.com ©2006-2011 D-Link Corporation/D-Link Systems, Inc. All rights reserved. D-Link and the D-Link logo registered trademarks of D-Link Corporation or its subsidiaries in the United States and/or other countries. Other trademarks or registered trademarks are the property of their respective owners.







# WIRELESS N 300 ROUTER

| Powerful Wireless N 300 technology outperforms Wireless G[1] | Parental controls to supervise Internet activity | Built-in QoS engine enhances Internet experience |

  

## UPGRADE YOUR NETWORK

The D-Link Wireless N 300 Router (DIR-615) provides a better wireless signal for your network than previous-generation Wireless G technology. Upgrading your home network to Wireless N 300 provides an excellent solution for sharing an Internet connection and files such as video, music, photos, and documents. D-Link Wireless N 300 products use Intelligent Antenna technology to transmit multiple streams of data which enables you to receive wireless signals in the farthest corners of your home. Not only does the D-Link Wireless N 300 technology extend your wireless range, it also works with previous-generation wireless devices. The DIR-615 also includes QoS (Quality of Service) Prioritization Technology that analyzes and separates multiple data streams based on sensitivity to delay, enabling multiple applications to stream smoothly across your network[2].

## EASY TO SET UP

The D-Link Quick Router Setup Wizard quickly configures your new Wireless N 300 Router to get you up and running in minutes. Our Setup Wizard walks you step by step through the installation process to configure your Internet connection, wireless network settings and everything else you need to get your network up and running so that you don't have to be a networking expert to get it set up.

Delivering great wireless performance and coverage, the D-Link Wireless N 300 Router (DIR-615) is ideal for upgrading your existing wireless home network.



DIR-615



# D-Link

## DIR-615



### WHAT THIS PRODUCT DOES

Create a wireless network to share high-speed Internet access with computers, game consoles, and media players from greater distances around your home.

### BENEFITS OF A WIRELESS N 300 ROUTER

This Wireless N 300 Router uses powerful 802.11n technology with multiple intelligent antennas to maximize the speed and range of your wireless signal to significantly outperform previous-generation Wireless G MIMO devices[1]. The antennas on the Wireless N 300 Router make use of your home's environment by bouncing multiple wireless signals off walls and ceilings to work around obstructions and help eliminate dead spots.

### YOUR NETWORK SETUP

## TECHNICAL SPECIFICATIONS

**STANDARDS**
+ IEEE 802.11n
+ IEEE 802.11g
+ IEEE 802.3
+ IEEE 802.3u

**DEVICE INTERFACE**
+ 4 10/100 LAN Ports
+ 1 10/100 WAN Port

**DEVICE MANAGEMENT**
+ Internet Explorer® v7 or Later; Mozilla Firefox® v3.0 or Later; or other Java-enabled Browsers

**LEDs**
+ Power
+ WLAN (Wireless Connection)
+ LAN (10/100)
+ Internet Status

**CERTIFICATIONS**
+ FCC Class B
+ IC
+ Wi-Fi®

**DIMENSIONS**
+ Item (WxDxH): 7.8" x 5" x 1.2"
  (198.1mm x 127mm x 30.5mm)
+ Packaging (WxDxH): 10.9" x 2.6" x 8.1"
  (276.9mm x 66mm x 205.8mm)

**WEIGHT**
+ Item: 0.6 lbs (272.2 grams)
+ Packaging: 1.4 lbs (635 grams)

**WARRANTY**
+ 1-Year Limited[2]

**RECOMMENDED SYSTEM REQUIREMENTS**
For Optimal Wireless Performance, use with:
+ Wireless N 300 Adapter (DWA-130)

**MINIMUM SYSTEM REQUIREMENTS**
Computer with:
+ Windows® 7[3], Windows Vista®[4], Windows® XP SP3, or Mac OS® X (v10.4)[5]
+ Internet Explorer v7 or Mozilla Firefox v3.0
+ CD-ROM Drive
+ Network Interface Card
For Internet Access:
+ Cable or DSL Modem
+ Subscription with an Internet Service Provider (ISP)

**PACKAGE CONTENTS**
+ Wireless N 300 Router
+ CAT5 Ethernet Cable
+ Power Adapter
+ CD-ROM[6] with
  - Installation Wizard
  - Product Documentation

[1] Maximum wireless signal rate derived from IEEE Standard 802.11 specifications. Actual data throughput will vary. Network conditions and environmental factors, including volume of network traffic, building materials and construction, and network overhead, lower actual data throughput rate. Environmental factors will adversely affect wireless signal range. Wireless range and speed rates are D-Link RELATIVE performance measurements based on the wireless range and speed rates of a standard Wireless G product from D-Link. Maximum throughput based on D-Link Wireless N devices.
[2] QoS feature available in hardware version B1 and above.
[3] 1-Year Limited Warranty available only in the USA and Canada.
[4] Computer must adhere to Microsoft's recommended System Requirements.
[5] The software included with this product is not Mac-compatible.
[6] Latest software and documentation are available at http://support.dlink.com.
[7] Hardware version C1 and above are equipped with non-detachable antennas.

All references to speed and range are for comparison purposes only. Product specifications, size, and shape are subject to change without notice, and actual product appearance may differ from that depicted herein.

Hardware Version I1







## WIRELESS N



D-Link Systems, Inc. 17595 Mt. Herrmann Street Fountain Valley CA 92708 www.dlink.com
©2006-2011 D-Link Corporation/D-Link Systems, Inc. All rights reserved. D-Link and the D-Link logo registered trademarks of D-Link Corporation or its subsidiaries in the United States and/or other countries. Other trademarks or registered trademarks are the property of their respective owners.

# D-Link

N 600
DUAL BAND



**Dual-band performance -
Up to 600Mbps speed**

**Simultaneous 2.4GHz and
5GHz wireless bands for HD
video and everyday use**

**Create a faster Wi-Fi
network with superior
home coverage**

# Wireless N Dual Band Router

## Product Highlights

Delivers faster speeds and farther range than
previous-generation Wireless G

Award-winning QoS Engine prioritizes Internet
traffic to enable enhanced gaming and phone
calling (VoIP) experience

Easy to install and use with the included Quick
Router Setup Wizard

## What this product does

The D-Link ® Wireless N Dual Band Router (DIR-815) features simultaneous wireless bands
for faster wireless network speeds up to 600Mbps, enabling you to create a faster Wi-Fi
network with superior home coverage.

## Dual Band Advantage

Dual Band is two Wi-Fi networks in one router. The dual band technology in the DIR-815
supports both 2.4GHz and 5GHz wireless signals simultaneously. You can check e-mail and
browse the Internet using the 2.4GHz band while playing lag-free games and streaming HD
movies on the clearer 5GHz band.

DIR-815

# D-Link

**DIR-815** Wireless N Dual Band Router

## Exceptional Performance

The D-Link® Wireless N Dual Band Router (DIR-815) is a Wireless N compliant device that delivers faster speeds[1] and farther range[1] than previous-generation Wireless G devices. Connect the Wireless N Dual Band Router to a cable or DSL modem and provide high-speed Internet access to multiple computers, game consoles, and media players. Create a secure wireless network to share photos, files, music, printers, and more, from greater distances throughout your entire home or office. With D-Link's award-winning QoS engine that prioritizes time-sensitive online traffic, this router enables smooth Internet phone calls (VoIP) and responsive gaming.

## Advanced Network Security

The Wireless N Dual Band Router supports the latest wireless security features to help prevent unauthorized access, be it from over a wireless network or from the Internet. Support for WPA™ and WPA2™ standards ensure that you will be able to use the best possible encryption method. In addition, this Wireless N Dual Band Router utilizes Stateful Packet Inspection firewalls (SPI) to help prevent potential attacks from across the Internet.

## Package Contents

- Wireless N Dual Band Router (DIR-815)
- Ethernet Cable
- Power Adapter
- CD-ROM[2]
- Quick Install Guide[2]

## Minimum System Requirements

**Computer with:**
- Windows® 7[3], Windows Vista®[3] or Windows® XP SP2[3] or Mac OS® X (v10.4)[4]
- Internet Explorer® v6 or Mozilla® Firefox® v3.0
- CD-ROM Drive
- Network Interface Card

**For Internet Access:**
- Cable or DSL Modem
- Subscription to an Internet Service Provider (ISP)

**Suggested Products:**
- D-Link Xtreme N® Dual Band USB Adapter (DWA-160)

## Features

- IEEE 802.11n, 802.11g, and 802.11a Compliant
- Dual Band Technology for Superior Wireless Performance[1]
- Wi-Fi® Protected Setup™ (WPS) for Simple Push-Button Wireless Network Configuration
- Built-in QoS Engine Enhances Internet Experience
- 4 Fast Ethernet Ports
- Supports Secure Wireless Encryption Using WPA™ or WPA2™
- 24/7 Basic Installation Support[5]
- 1-Year Limited Warranty[6]

| Choose the Right Product for You | N 150 | N 300 | N DUAL BAND 600 |
|---|---|---|---|
| **SPEED & RANGE** | | | |
| Share the Internet throughout your home network | ■ | ■ | ■ |
| Easy file sharing within your home network | ■ | ■ | ■ |
| Better range and speed over Wireless G | ■ | ■ | ■ |
| Backwards compatible with Wireless G | ■ | ■ | ■ |
| Network connection safe with wireless encryption and Dual Active firewall | ■ | ■ | ■ |
| Push button Wi-Fi protected setup (WPS) | ■ | ■ | ■ |
| Intelligent antenna technology for better Wi-Fi coverage | | ■ | ■ |
| Enhanced router performance for a more reliable network | | ■ | ■ |
| QoS engine prioritizes video and gaming traffic | | | ■ |
| Designed for more coverage and performance throughout your home | | | ■ |
| Use 5GHz band for streaming HD content with less interference | | | ■ |

**2.4 GHz**

**DIR-815**

**5 GHz**

    

e-mail, surf the web and instant message

stream HD videos and play games online

# DIR-815 Wireless N Dual Band Router

## Back



**Power Connector**

**4 LAN Ports**
Connects up to 4 Devices

**Power Switch**

**Reset Button**
Restore Settings

**Internet Port**
Plug your Internet cable in here

## Technical Specifications

### Standards
- IEEE 802.11n
- IEEE 802.11g
- IEEE 802.11a
- IEEE 802.3
- IEEE 802.3u

### Device Interface
- 4 10/100 LAN Ports
- 1 10/100 WAN Ports

### Security
- Wi-Fi Protected Access (WPA, WPA2)[4]

### LEDs
- Power
- Internet
- WLAN 2.4 GHz (Wireless Connection)
- WLAN 5Ghz (Wireless Connection)
- LAN (10/100)

### Operating Temperature
- 32°F to 104°F (0°C to 40°C)

### Certifications
- FCC Class B
- IC
- Wi-Fi®

### Dimensions
- **Item:**
  6.25" x 4.72" x 1.27"
  (158.87mm x 120.04mm x 32.18mm)
- **Packaging:**
  8.1" x 10.9" x 2.6"
  (205.7mm x 276.9mm x 66mm)

### Weight
- **Item:** 0.47 lbs (213.2grams)
- **Packaging:** 1.0 lbs (453.6grams)

### Warranty
- 1-Year Warranty[5]

[3] Maximum wireless signal rate derived from IEEE Standard 802.11g, 802.11a, 802.11b, and 802.11n specifications. Actual data throughput will vary. Network conditions and environmental factors, including volume of network traffic, building materials and construction, and network overhead, lower actual data throughput rate. Environmental factors will adversely a effect wireless signal range. Wireless range and speed rates are D-Link RELATIVE performance measurements based on the wireless range and speed rates of a standard Wireless G product from D-Link. Maximum throughput based on D-Link's 802.11n devices.

[2] Latest software and documentation are available at http://support.dlink.com.

[3] Computer must adhere to Microsoft's recommended System Requirements.

[4] The software included with this product is not Mac-compatible.

[5] 24/7 Basic Installation Support is available only in the USA for the first 30 days from date of original purchase. An additional 60 days of Basic Installation Support (for a total of 90 days from date of original purchase) is available in the USA by registering this product at support.dlink.com/register within the aforementioned 30-day period. Extended premium support available. 61-Year Limited Warranty available only in the USA and Canada.

All references to speed and range are for comparison purposes only. Product specifications, size, and shape are subject to change without notice, and actual product appearance may differ from that depicted on the package. See inside package for warranty details.



## For more information

**U.S.A.** | 17595 Mt. Herrmann Street | Fountain Valley, CA 92708 | 800.326.1688 | dlink.com    **Canada** | 2525 Meadowvale Blvd | Mississauga, ON L5N 5S2 | 800.361.5265 | dlink.ca

©2012 D-Link Corporation/D-Link Systems, Inc. All rights reserved. D-Link, the D-Link logo, D-Link Green, the D-Link Green Logo, RangeBooster N and the D-Link RoHS logo are trademarks or registered trademarks of D-Link Corporation or its subsidiaries in the United States and/or other countries. Other trademarks or registered trademarks are the property of their respective owners. Visit www.dlink.com for more details.

Updated 03/08/12







**D-Link®**
Building Networks for People

# D-Link

## DIR-815 Wireless N Dual Band Router

## Exceptional Performance

The D-Link® Wireless N Dual Band Router (DIR-815) is a Wireless N compliant device that delivers faster speeds[1] and farther range[1] than previous-generation Wireless G devices. Connect the Wireless N Dual Band Router to a cable or DSL modem and provide high-speed Internet access to multiple computers, game consoles, and media players. Create a wireless network to share photos, files, music, printers, and more, from greater distances throughout your entire home or office. With D-Link's award-winning QoS engine that prioritizes time-sensitive online traffic, this router enables smooth Internet phone calls (VoIP) and responsive gaming.

## Package Contents

- Wireless N Dual Band Router (DIR-815)
- Ethernet Cable
- Power Adapter
- CD-ROM[2]
- Quick Install Guide[2]

## Minimum System Requirements

**Computer with:**
- Windows® 7[3], Windows Vista®[3] or Windows® XP SP2[3] or Mac OS® X (v10.4)[4]
- Internet Explorer® v6 or Mozilla® Firefox® v3.0
- CD-ROM Drive
- Network Interface Card

**For Internet Access:**
- Cable or DSL Modem
- Subscription to an Internet Service Provider (ISP)

**Suggested Products:**
- D-Link Xtreme N® Dual Band USB Adapter (DWA-160)

## Features

- IEEE 802.11n, 802.11g, and 802.11a Compliant
- Dual Band Technology for Superior Wireless Performance[1]
- Wi-Fi® Setup™ (WPS) for Simple Push-Button Wireless Network Configuration
- Built-in QoS Engine Enhances Internet Experience
- 4 Fast Ethernet Ports
- Supports Wireless Encryption Using WPA™ or WPA2™
- 24/7 Basic Installation Support[5]
- 1-Year Limited Warranty[6]

| Choose the Right Product for You | N 150 | N 300 | DUAL BAND N 600 |
|---|:---:|:---:|:---:|
| **SPEED & RANGE** | 📶 | 📶 | 📶 |
| Share the Internet throughout your home network | ■ | ■ | ■ |
| Easy file sharing within your home network | ■ | ■ | ■ |
| Better range and speed over Wireless G | ■ | ■ | ■ |
| Backwards compatible with Wireless G | ■ | ■ | ■ |
| Push button Wi-Fi setup (WPS) | ■ | ■ | ■ |
| Intelligent antenna technology for better Wi-Fi coverage | | ■ | ■ |
| Enhanced router performance for a more reliable network | | ■ | ■ |
| QoS engine prioritizes video and gaming traffic | | | ■ |
| Designed for more coverage and performance throughout your home | | | ■ |
| Use 5GHz band for streaming HD content with less interference | | | ■ |

2.4 GHz     DIR-815     5 GHz







e-mail, surf the web and instant message

stream HD videos and play games online

# DIR-815 Wireless N Dual Band Router

## Back



**Power Connector**

**4 LAN Ports**
Connects up to 4 Devices

**Power Switch**

**Reset Button**
Restore Settings

**Internet Port**
Plug your Internet cable in here

## Technical Specifications

### Standards
- IEEE 802.11n
- IEEE 802.11g
- IEEE 802.11a
- IEEE 802.3
- IEEE 802.3u

### Device Interface
- 4 10/100 LAN Ports
- 1 10/100 WAN Ports

### Security
- Wi-Fi Access (WPA, WPA2)[4]

### LEDs
- Power
- Internet
- WLAN 2.4 GHz (Wireless Connection)
- WLAN 5Ghz (Wireless Connection)
- LAN (10/100)

### Operating Temperature
- 32°F to 104°F (0°C to 40°C)

### Certifications
- FCC Class B
- IC
- Wi-Fi®

### Dimensions
- **Item:**
  6.25" x 4.72" x 1.27"
  (158.87mm x 120.04mm x 32.18mm)
- **Packaging:**
  8.1" x 10.9" x 2.6"
  (205.7mm x 276.9mm x 66mm)

### Weight
- **Item:** 0.47 lbs (213.2grams)
- **Packaging:** 1.0 lbs (453.6grams)

### Warranty
- 1-Year Warranty[2]

[1] Maximum wireless signal rate derived from IEEE Standard 802.11g, 802.11a, 802.11b, and 802.11n specifications. Actual data throughput will vary. Network conditions and environmental factors, including volume of network traffic, building materials and construction, and network overhead, lower actual data throughput rate. Environmental factors will adversely a effect wireless signal range. Wireless range and speed rates are D-Link RELATIVE performance measurements based on the wireless range and speed rates of a standard Wireless G product from D-Link. Maximum throughput based on D-Link's 802.11n devices.

[2] Latest software and documentation are available at http://support.dlink.com

[3] Computer must adhere to Microsoft's recommended System Requirements.

[4] The software included with this product is not Mac-compatible.

[5] 24/7 Basic Installation Support is available only in the USA for the first 30 days from date of original purchase. An additional 60 days of Basic Installation Support (for a total of 90 days from date of original purchase) is available in the USA by registering this product at support.dlink.com/register within the aforementioned 30-day period. Extended premium support available. 61-Year Limited Warranty available only in the USA and Canada.

All references to speed and range are for comparison purposes only. Product specifications, size, and shape are subject to change without notice, and actual product appearance may differ from that depicted on the package. See inside package for warranty details.



## For more information
**U.S.A.** | 17595 Mt. Herrmann Street | Fountain Valley, CA 92708 | 800.326.1688 | dlink.com   **Canada** | 2525 Meadowvale Blvd | Mississauga, ON L5N 5S2 | 800.361.5265 | dlink.ca

©2012 D-Link Corporation/D-Link Systems, Inc. All rights reserved. D-Link, the D-Link logo, D-Link Green, the D-Link Green Logo, RangeBooster N and the D-Link RoHS logo are trademarks or registered trademarks of D-Link Corporation or its subsidiaries in the United States and/or other countries. Other trademarks or registered trademarks are the property of their respective owners. Visit www.dlink.com for more details.

Updated 03/08/12

   



**D-Link**
Building Networks for People