Kevin H. Moriarty (DC Bar No. 975904)
Cathlin Tully (NY Bar)
Shameka L. Walker (DC Bar No. 493891)
Jarad Brown (CA Bar No. 294516)
Katherine E. McCarron (DC Bar No. 486335)
James A. Trilling (DC Bar No. 467273)
Federal Trade Commission
600 Pennsylvania Avenue NW, Mail Drop CC-8232
Washington, DC 20580
P:  (202) 326-2949/F: (202) 326-3062
kmoriarty@ftc.gov; ctully@ftc.gov; swalker@ftc.gov;
jbrown4@ftc.gov; kmccarron@ftc.gov; jtrilling@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>D-LINK SYSTEMS, INC.,<br><br>　　　　　　Defendant. | No. 3:17-CV-00039-JD<br><br>**[PROPOSED] ORDER RE FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE FEDERAL TRADE COMMISSION'S MOTION TO EXCLUDE THE TESTIMONY OF DR. PATRICK SCHAUMONT** |

On September 21, 2018, Plaintiff Federal Trade Commission's ("FTC" or "Commission") filed, pursuant to Local Rules 7-11, and 79-5(d) and (e), an Administrative Motion to File Under Seal Portions of the Federal Trade Commission's Motion to Exclude the Expert Testimony of Dr. Patrick Schaumont ("Administrative Motion") the following documents (the "Confidential Materials"):

| Document to be sealed | Reason for sealing |
|---|---|
| Certain highlighted portions of the brief in support of the Motion to Exclude the Testimony of Dr. Patrick Schaumont | Quotation and discussion of information designated by D-Link Systems, Inc. or D-Link Corporation as confidential pursuant to Protective Order (Dkt. No. 80). |
| Excerpts of the Expert Report of Mark Graff (Exhibit 1 to the Declaration of Kevin H. Moriarty in Support the FTC's Motion to Exclude the Testimony of Dr. Patrick Schaumont) | Document containing information designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Expert Report of Dr. Patrick Schaumont (Exhibit 2 to the Declaration of Kevin H. Moriarty in Support the FTC's Motion to Exclude the Testimony of Dr. Patrick Schaumont) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Rebuttal Expert Report of Dr. Patrick Schaumont (Exhibit 3 to the Declaration of Kevin H. Moriarty in Support the FTC's Motion to Exclude the Testimony of Dr. Patrick Schaumont) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Internal D-Link Corporation Spreadsheet (Exhibit 5 to the Declaration of Kevin H. Moriarty in Support the FTC's Motion to Exclude the Testimony of Dr. Patrick Schaumont) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |

| | |
|---|---|
| Internal Email Between Employees and D-Link Systems and D-Link Corporation (Exhibit 6 to the Declaration of Kevin H. Moriarty in Support the FTC's Motion to Exclude the Testimony of Dr. Patrick Schaumont) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Internal D-Link Corporation Spreadsheet (Exhibit 7 to the Declaration of Kevin H. Moriarty in Support the FTC's Motion to Exclude the Testimony of Dr. Patrick Schaumont) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Declaration of Jerome Radcliffe, Appendix B to the Expert Report of Jerome Radcliffe (Exhibit 8 to the Declaration of Kevin H. Moriarty in Support the FTC's Motion to Exclude the Testimony of Dr. Patrick Schaumont) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |

Having considered the FTC's Administrative Motion, the Declaration of Kevin Moriarty in Support of the Administrative Motion, and any declaration submitted by Defendant D-Link Systems or D-Link Corporation in response thereto, pursuant to Civil Local Rules 7-11, 79-5(d) and (e), and good cause appearing therefore:

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY. The Confidential Materials shall remain under seal.

[ ] DENIED IN ITS ENTIRETY. The Confidential Materials will not be considered by the Court unless Submitting Party, Plaintiff FTC, files unsealed versions, within 7 days entry of this Order.

[ ] GRANTED/DENIED IN PART. The Confidential Materials will not be considered by the Court unless the Submitting Party, Plaintiff FTC, files revised redacted versions which comport with this Order, within 7 days entry of this Order.

DATED: _____            _____
                                        HON. JAMES DONATO
                                        UNITED STATES DISTRICT JUDGE