Kevin H. Moriarty (DC Bar No. 975904)
Cathlin Tully (NY Bar)
Shameka L. Walker (DC Bar No. 493891)
Jarad Brown (CA Bar No. 294516)
Katherine E. McCarron (DC Bar No. 486335)
James A. Trilling (DC Bar No. 467273)
Federal Trade Commission
600 Pennsylvania Avenue NW, Mail Drop CC-8232
Washington, DC 20580
P: (202) 326-2949/F: (202) 326-3062
kmoriarty@ftc.gov; ctully@ftc.gov; swalker@ftc.gov;
jbrown4@ftc.gov; kmccarron@ftc.gov; jtrilling@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>D-LINK SYSTEMS, INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br>3:17-CV-00039-JD<br><br>**DECLARATION OF KEVIN H. MORIARTY IN SUPPORT OF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE FEDERAL TRADE COMMISSION'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY ON COUNTS 2, 3, AND 6** |

I, Kevin Moriarty, declare as follows:

1. I am an attorney for the Federal Trade Commission ("FTC") in this matter. I submit this declaration in support of the FTC's Administrative Motion to File Under Seal Portions of the FTC's Motion For Summary Judgment on Liability on Counts 2, 3, and 6, filed concurrently with this declaration. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would testify competently thereto.

2. The FTC's Motion For Summary Judgment on Liability on Counts 2, 3, and 6

discusses information provided by Defendant D-Link Systems, Inc. ("D-Link Systems") or D-Link Corporation, and attaches these documents as exhibits to the Declaration of Kevin H. Moriarty submitted in support thereof. This information has been designated as confidential pursuant to the Protective Order Regarding Discovery Materials (Dkt. 80) (May 26, 2017) (entered by Order Dkt. 83 (June 7, 2017)).

3. Counsel for the parties have agreed to follow Paragraph 31 of the Standing Order for Civil Cases Before Judge James Donato, which applies to circumstances in which multiple administrative motions to seal would be filed if normal procedures were followed.

4. Pursuant to L.R. 79-5(d)(1)(C), attached hereto is a redacted, public version of the FTC's Motion For Summary Judgment on Liability on Counts 2, 3, and 6.

5. Pursuant to L.R. 79-5(d)(1)(D), attached hereto, filed under seal, are the following documents:

| Document to be sealed | Reason for sealing |
|---|---|
| The FTC' Motion for Summary Judgment on Liability on Counts 2, 3, and 6 (with highlighting over language proposed to be sealed). | Quotation and discussion of information designated by D-Link Systems, Inc. as confidential pursuant to Protective Order (Dkt. No. 80). |
| Excerpts of the Ah Jee (AJ) Wang deposition transcript (Dec. 6, 2017), also marked PX02003 (**Exhibit 5** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Excerpts of the William Brown Investigational Hearing transcript (July 29-31, | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |

| | |
|---|---|
| 2014), also marked PX02000 (**Exhibit 6** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | |
| Excerpts of the D-Link Corp. 30(b)(6) witness, Peter Tsai, deposition transcript (Jan. 30, 2018) (**Exhibit 9** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Excerpts of the D-Link Systems 30(b)(6) witness, William C. Brown, deposition transcript (Apr. 25, 2018) (**Exhibit 10** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Excerpts of D-Link Systems' First Amended Answers and Objections to the FTC's Third Set Interrogatories (served Apr. 20, 2018) (**Exhibit 11** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Excerpts of D-Link Systems' Answers and Objections to the FTC's Fifth Set of Interrogatories (served May 4, 2018) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |

| | |
|---|---|
| (**Exhibit 12** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | |
| Excerpts of D-Link Systems' Answers and Objections to the FTC's Sixth Set of Interrogatories (served June 4, 2018) (**Exhibit 13** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Excerpts of D-Link Systems' Answers and Objections to the FTC's First Set of Requests for Admission (served May 18, 2018) (**Exhibit 14** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Email chain, produced by D-Link Systems at DKS00035676-79, also marked PX03094 (**Exhibit 17** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Email chain and attachments thereto, produced by D-Link Systems at DLS0038372-77 (Aug. 14, 2014), also marked as PX03169 (**Exhibit 18** to the Declaration of Jarad Brown | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |

| | |
|---|---|
| in Support of Federal Trade Commission's Motion for Summary Judgment). | |
| Document produced by D-Link Corporation at DKC0003949-51. (**Exhibit 22** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Document produced by D-Link Corporation at DKC0003966-4003, also marked PX04170 (**Exhibit 24** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Document produced by D-Link Systems at DLS0059990-91, also marked PX03213 (**Exhibit 25** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Document produced by D-Link Corporation at DKC1896734-848, also marked PX04156 (**Exhibit 26** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Email chain produced by D-Link Systems at DLS0021794-801, also marked PX03203 (**Exhibit 27** to the Declaration of Jarad Brown | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |

| | |
|---|---|
| in Support of Federal Trade Commission's Motion for Summary Judgment). | |
| Document produced by D-Link Systems at DLS0060220-21, also marked as PX03204 (**Exhibit 28** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Document produced by D-Link Systems at DLS0060338-41, also marked PX03208 (**Exhibit 29** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Document produced by D-Link Systems at DLS0053132, also marked as PX03085 (**Exhibit 30** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Document produced by D-Link Systems at DLS0060307-09, also marked PX03206 (**Exhibit 31** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Document produced by D-Link Systems at DLS0060368-71, also marked PX03207 (**Exhibit 32** to the Declaration of Jarad Brown | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |

| | |
|---|---|
| in Support of Federal Trade Commission's Motion for Summary Judgment). | |
| Email chain produced by D-Link Systems at DLS0049144-45, also marked PX03196 (**Exhibit 33** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Email chain produced by D-Link Systems at DLS0025082-87, also marked PX03174. (**Exhibit 34** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Excerpts of documents produced by D-Link Corporation (**Exhibit 35** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Documents designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Email chain produced by D-Link Systems at DLS0055582-86 (**Exhibit 36** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Email chain produced by D-Link Systems at DLS0015139-44, also marked PX03118 (**Exhibit 37** to the Declaration of Jarad Brown | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |

| | |
|---|---|
| in Support of Federal Trade Commission's Motion for Summary Judgment). | |
| Email chain produced by D-Link Systems at DLS0041665-67, also marked PX03121 (**Exhibit 38** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Email chain produced by D-Link Systems at DKS00009095-96, (**Exhibit 39** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Document produced by D-Link Systems at DLS0060250-52, also marked PX03188 (**Exhibit 40** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Document produced by D-Link Systems at DLS0060368-71, also marked PX03207 (**Exhibit 41** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Email chain produced by D-Link Systems at DLS0023965-70, also marked PX03200 (**Exhibit 42** to the Declaration of Jarad Brown | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |

| | |
|---|---|
| in Support of Federal Trade Commission's Motion for Summary Judgment). | |
| Document produced by D-Link Systems at DLS0059960-63, also marked PX03202 (**Exhibit 44** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Document produced by D-Link Systems at DLS0023364, also marked PX03192. (**Exhibit 45** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Email chain produced by D-Link Systems at DLS0023351-54, also marked PX03191 (**Exhibit 46** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Document produced by D-Link Systems at DKS00000340-421, also marked PX03250 (**Exhibit 47** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Excerpts of the William Brown deposition transcript (Mar. 14, 2018), also marked PX02001 | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |

| | |
|---|---|
| (**Exhibit 49** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | |
| Excerpts of document produced by D-Link Systems at DKS00031958-2025, also marked PX03251 (**Exhibit 50** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Native file-format document, produced by D-Link Systems at DKS00002081 (**Exhibit 51** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Email chain produced by D-Link Systems at DLS0022930-32 (**Exhibit 52** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Email chain produced by D-Link Systems at DKC0024145-49 (**Exhibit 53** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment). | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Excerpts of the Expert Report of Dr. Patrick | Document designated as confidential pursuant |

| | |
|---|---|
| Schaumont (served July 6, 2018). (**Exhibit 56** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment) | to Protective Order (Dkt. No. 80). |
| Declaration of Mark G. Graff (Sept. 18, 2018), incorporating his Expert Report. (**Exhibit 57** to the Declaration of Jarad Brown in Support of Federal Trade Commission's Motion for Summary Judgment) | Quotation and discussion of information designated by D-Link Systems, Inc. as confidential pursuant to Protective Order (Dkt. No. 80). |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of September, 2018, at Washington, DC.

    /s/ Kevin H. Moriarty
Kevin H. Moriarty