# Exhibit 1

To Declaration of Jarad Brown in Support of
Federal Trade Commission's
Motion for Summary Judgment

*Appendix A*

| Routers | IP cameras |
|---|---|
| DIR-412 | DCS-8xxL/ |
| DIR-505/505L | DCS-825L |
| DIR-605/605L | DCS-9xx |
| DIR-615 | DCS-930L |
| DIR-626L | DCS-931L |
| DIR-636L | DCS-932L |
| DIR-645 | DCS-933L/1150 |
| DIR-808L | DCS-934L |
| DIR-810L | DCS-935L |
| DIR-815 | DCS-940/940L |
| DIR-817L | DCS-942L (and "newer" cameras as of January 2013) |
| DIR-818L | |
| DIR-820L | DCS-943L |
| DIR-822/822-US | DCS-960L |
| DIR-823 | DCS-1100/1100L |
| DIR-826L | DCS-1130/1130L |
| DIR-830L | DCS-2103 |
| DIR-836L | DCS-2130 |
| DIR-850L | DCS-2132L |
| DIR-855/855L | DCS-2136L |
| DIR-868L | DCS-2210 |
| DIR-880L | DCS-2230 |
| DIR-890L | DCS-2310/2310L |
| DIR-895L | DCS-2330/2330L |
| | DCS-2332L |
| | DCS-2360L |
| | DCS-3112 |
| | DCS-3410 |
| | DCS-3411 |
| | DCS-3430 |
| | DCS-3710 |
| | DCS-3716 |
| | DCS-5009L |
| | DCS-5010L |
| | DCS-5020L |
| | DCS-5029L |
| | DCS-5202L |
| | DCS-5211/5211L |
| | DCS-5222/5222L |
| | DCS-5605 |
| | DCS-5635 |
| | DCS-6004L |
| | DCS-6010L |

|  | DCS-6210 |
|  | DCS-6510 |
|  | DCS-6511 |
|  | DCS-6513 |
|  | DCS-6616 |
|  | DCS-6818 |
|  | DCS-681x |
|  | DCS-7010L |
|  | DCS-7413 |
|  | DCS-7513 |