# Exhibit 2

To Declaration of Jarad Brown in Support of
Federal Trade Commission's
Motion for Summary Judgment

# PX 1

D-Link Technical Support

Case 3:17-cv-00039-JSC Document 178-14 Filed 01/31/18 Page 23 of 34

http://support.dlink.com/SecurityAdvisories.aspx  [Go]

19 captures
11 Nov 13 - 8 Sep 15

MAY | **SEP 8 2015** | OCT 2016
2014

Close ✖   Help ❓



Search by product, keyword, model.

Home | Support | Forums | Security Advisories | Shop | US 🇺🇸

# Security Advisories

PX 1

Consumer | Business

## Security Event Response Policy

[Security Advisory List]  [Report a Potential Vulnerability]  [Security Event Response Policy]

In case of a security vulnerability event emergency, proceed directly to "Suspected Security Vulnerability Support and Reporting."

## Summary of Policy

Summary of Policy

Product Security Event Response

Suspected Security Vulnerability Support and Reporting
  Security Event Response Team Support Information
  General Security-Related Questions
  Customer Care Contact Points

Tracking Security Vulnerability Information from D-Link
  Direct Internet Contact

Public Relations Contacts for Security Vulnerability Information
  Public Relations Contacts

D-Link's Commitment to Product Security

## Product Security Event Response

D-Link's response to security issues for D-Link products is a distributed responsibility among all of its regional business units. Coordinated security response is managed by our security event response teams located D-Link US, D-Link Europe, and D-Link Corporate Headquarters. The D-Link security event response team is the global team that is responsible for the gathering, investigation, and public reporting of potential security vulnerability issues related to D-Link products. With our global team, our intent is to work with and respond as quickly as possible to D-Link customers, vendors, partners, consultants, security researchers, industry organizations, and others to identify potential security issues in our products and network deployments.

## Suspected Security Vulnerability Support and Reporting

It is highly recommended that anyone suspecting a product security issue contact our security event response team. D-Link encourages reports from any source, including but not limited to customers, vendors, partners, independent researchers, industry organizations, and other sources. If contact is made through other channels, methods, regional offices, customer care there is a strong risk issues may not get the urgency necessary for these reports. The team uses English as a common language but we accept local languages and will translate as needed.

### Security Event Response Team Support Information

**E-mail**:  security@dlink.com

**Hours**:  Support requests received via e-mail are monitored 24/7/365 and are not subject to business and Customer Care hours.

Recognized Event Reports are listed on http://securityadvisories.dlink.com/security/

Reports are typically acknowledged within 24 hours on the above site.  Plan of actions are typically offered with in 48 hours of a recognition and posting of a report.  All communication to the public will be done thru the report posted above.

## General Security-Related Questions

The D-Link Customer Care center can provide assistance for all technical and configuration issues related to security matters, as well as with non-sensitive security events including security bug fixes and software upgrades.

### Customer Care Contact Points

**Phone:**
- For US Consumer Retail Products +1 (877) 453-5465 / For US Business Products +1 (877) 354-6555 – Business Hours
- For EU Products 0871 873 3000* 9.00 am - 7.00 pm, M- F
- For Canadian Products 1-800-361-5265 English (9am-8pm EST) & French (12pm-9pm EST) M-F
- For All Other Regions please contact D-Link International @ this website link

**E-mail:** support@dlink.com
**Web:** Chat, E-Mail, Call Numbers
**Hours:** 24 hours a day, 7 days a week for email and web support

## Tracking Security Vulnerability Information from D-Link

To stay updated with the latest security vulnerability information from D-Link, please refer to the following:

### Direct Internet Contact

**Web:** securityadvisories.dlink.com/security
**E-mail:** Announcement-Service Q2'2014
**RSS:** RSS Feed Q2'2014
**Twitter:** Twitter Feed Q2'2014

## Public Relations Contacts for Security Vulnerability Information

D-Link public relations contacts for security vulnerability information are as follows:

### Public Relations Contacts

**United States Contact:** Daniel Kelley
**E-mail:** Daniel Kelley <dan.kelley@dlink.com>

**European Union Contact:** Mary Harrison
**E-Mail:** mary.harrison@dlink.com

**Canada Contact:** Please Submit by Web
**Web Contact:** Link

**All Others Regions:** Contact: Dmitri Detwyler
**E-mail:** Dmitri_Detwyler@dlink.com.tw
**Additional Public Relations:** press@dlink.com

## D-Link's Commitment to Product Security

D-Link prohibits at all times, including during product development by D-Link or its affiliates, any intentional product features or behaviors which allow unauthorized access to the device or network, including but not limited to undocumented account credentials, covert communication channels, "backdoors" or undocumented traffic diversion.  All such features and behaviors are considered serious and will be given the highest priority.

---

D-Link reserves the right to change or update this document without notice at any time. All of the information, instructions and recommendations in this document are offered on a strictly "as is" basis.  This material is offered without any warranty: expressed or implied.  D-Link shall not be liable for any direct, indirect, incidental or consequential damages that may result from anything that is contained in this document or action that is a result thereof.  It is up to the reader to determine the suitability of any directions or information in this document.