# Exhibit 3

To Declaration of Jarad Brown in Support of
Federal Trade Commission's
Motion for Summary Judgment

# PX 2







# WIRELESS N 300 ROUTER

| Powerful Wireless N 300 technology outperforms Wireless G[1] | Parental controls to supervise Internet activity | Built-in QoS engine enhances Internet experience |





## UPGRADE YOUR NETWORK

The D-Link Wireless N 300 Router (DIR-615) provides a better wireless signal for your network than previous-generation Wireless G technology. Upgrading your home network to Wireless N 300 provides an excellent solution for sharing an Internet connection and files such as video, music, photos, and documents. D-Link Wireless N 300 products use Intelligent Antenna technology to transmit multiple streams of data which enables you to receive wireless signals in the farthest corners of your home. Not only does the D-Link Wireless N 300 technology extend your wireless range, it also works with previous-generation wireless devices. The DIR-615 also includes QoS (Quality of Service) Prioritization Technology that analyzes and separates multiple data streams based on sensitivity to delay, enabling multiple applications to stream smoothly across your network[2].

## EASY TO SET UP

The D-Link Quick Router Setup Wizard quickly configures your new Wireless N 300 Router to get you up and running in minutes. Our Setup Wizard walks you step by step through the installation process to configure your Internet connection, wireless network settings and security, and everything else you need to get your network up and running so that you don't have to be a networking expert to get it set up.

## EASY TO SECURE

The DIR-615 supports the latest wireless security features to help prevent unauthorized access, be it from over a wireless network or from the Internet. Support for WPA™ and WPA2™ standards ensure that you will be able to use the best possible encryption, regardless of your client devices. In addition, the Wireless N 300 Router utilizes dual active firewalls (SPI and NAT) to prevent potential attacks from across the Internet.

Delivering great wireless performance, network security and coverage, the D-Link Wireless N 300 Router (DIR-615) is ideal for upgrading your existing wireless home network.

Case 3:17-cv-00039-JSC Document 178-5 Filed 09/25/18 Page 3 of 35



WIRELESS

DIR-615



# D-Link

## DIR-615

### WHAT THIS PRODUCT DOES

Create a wireless network to share high-speed Internet access with computers, game consoles, and media players from greater distances around your home.

### BENEFITS OF A WIRELESS N 300 ROUTER

This Wireless N 300 Router uses powerful 802.11n technology with multiple intelligent antennas to maximize the speed and range of your wireless signal to significantly outperform previous-generation Wireless G MIMO devices[1]. The antennas on the Wireless N 300 Router make use of your home's environment by bouncing multiple wireless signals off walls and ceilings to work around obstructions and help eliminate dead spots.

### YOUR NETWORK SETUP

INTERNET → CABLE/DSL MODEM → WIRELESS N 300 ROUTER DIR-615 → OPTIONAL WIRED PC / WIRELESS ADAPTER REQUIRED

## TECHNICAL SPECIFICATIONS

**STANDARDS**
+ IEEE 802.11n
+ IEEE 802.11g
+ IEEE 802.3
+ IEEE 802.3u

**DEVICE INTERFACE**
+ 4 10/100 LAN Ports
+ 1 10/100 WAN Port

**SECURITY**
+ Wi-Fi Protected Access (WPA, WPA2)®

**ADVANCED FIREWALL FEATURES**
+ Network Address Translation (NAT)
+ Stateful Packet Inspection (SPI)
+ VPN Pass-through / Multi-sessions PPTP / L2TP / IPSec

**DEVICE MANAGEMENT**
+ Internet Explorer® v7 or Later; Mozilla Firefox® v3.0 or Later; or other Java-enabled Browsers

**LEDs**
+ Power
+ WLAN (Wireless Connection)
+ LAN (10/100)
+ Internet Status

**CERTIFICATIONS**
+ FCC Class B
+ IC
+ Wi-Fi®

**DIMENSIONS**
+ Item (WxDxH): 7.8" x 5" x 1.2" (198.1mm x 127mm x 30.5mm)
+ Packaging (WxDxH): 10.9" x 2.6" x 8.1" (276.9mm x 66mm x 205.8mm)

**WEIGHT**
+ Item: 0.6 lbs (272.2 grams)
+ Packaging: 1.4 lbs (635 grams)

**WARRANTY**
+ 1-Year Limited[3]

**RECOMMENDED SYSTEM REQUIREMENTS**
For Optimal Wireless Performance, use with:
+ Wireless N 300 Adapter (DWA-130)

**MINIMUM SYSTEM REQUIREMENTS**
Computer with:
+ Windows® 7[4], Windows Vista®[4], Windows® XP SP3, or Mac OS® X (v10.4)[5]
+ Internet Explorer v7 or Mozilla Firefox v3.0
+ CD-ROM Drive
+ Network Interface Card
For Internet Access:
+ Cable or DSL Modem
+ Subscription with an Internet Service Provider (ISP)

**PACKAGE CONTENTS**
+ Wireless N 300 Router
+ CAT5 Ethernet Cable
+ Power Adapter
+ CD-ROM[6] with
 - Installation Wizard
 - Product Documentation

[1] Maximum wireless signal rate derived from IEEE Standard 802.11 specifications. Actual data throughput will vary. Network conditions and environmental factors, including volume of network traffic, building materials and construction, and network overhead, lower actual data throughput rate. Environmental factors will adversely affect wireless signal range. Wireless range and speed rates are D-Link RELATIVE performance measurements based on the wireless range and speed rates of a standard Wireless G product from D-Link. Maximum throughput based on D-Link Wireless N devices.
[2] QoS feature available in hardware version B1 and above.
[3] 1-Year Limited Warranty available only in the USA and Canada.
[4] Computer must adhere to Microsoft's recommended System Requirements.
[5] The software included with this product is not Mac-compatible.
[6] Latest software and documentation are available at http://support.dlink.com.
[7] Hardware version C1 and above are equipped with non-detachable antennas.

All references to speed and range are for comparison purposes only. Product specifications, size, and shape are subject to change without notice, and actual product appearance may differ from that depicted herein.

Hardware Version I1







D-Link Systems, Inc. 17595 Mt. Herrmann Street Fountain Valley CA 92708 www.dlink.com
©2006-2011 D-Link Corporation/D-Link Systems, Inc. All rights reserved. D-Link and the D-Link logo are registered trademarks of D-Link Corporation or its subsidiaries in the United States and/or other countries. Other trademarks or registered trademarks are the property of their respective owners.

WIRELESS N

PX 3

# D-Link

PX 3



# MOBILE WIRELESS ROUTER

| Create a reliable mobile high-speed wireless network wherever you go[1] | Attach your mobile adapter to the router's USB port to enjoy Internet service with your family or colleagues | Use your mobile connection as a backup for your ADSL/cable Internet service |

  

### MAXIMUM PORTABILITY
The D-Link® Mobile Wireless Router (DIR-412) allows users to access worldwide mobile broadband[1]. Simply insert a compatible mobile broadband USB adapter into the DIR-412 to share your mobile broadband Internet connection through a secure, high-speed 802.11n wireless network. A 10/100 Ethernet WAN port allows you to access a DSL/Cable modem as the primary backup connection. Auto-failover ensures an uninterrupted connection by automatically connecting to your mobile broadband network whenever your Ethernet network goes down.

### ADVANCED NETWORK SECURITY
The DIR-412 ensures a secure Wi-Fi network through the use of WPA/WPA2 wireless encryption. Simply press the WPS button to quickly establish a secure connection to new devices. The DIR-412 also utilizes dual-active firewalls (SPI and NAT) to prevent potential attacks and intrusions from across the Internet.

### SIMPLE TO INSTALL AND USE
The Mobile Wireless Router can be installed quickly and easily almost anywhere. This router is great for situations where an impromptu wireless network must be set up, or wherever conventional network access is available. The DIR-412 can be installed on RVs, trains, or boats, allowing passengers to check e-mail or chat online while commuting.

# WIRELESS

*DIR-412*

# D-Link

# DIR-412



## WHAT THIS PRODUCT DOES

The DIR-412 allows you to connect a mobile broadband adapter for mobile broadband connectivity. The incoming connection is then shared via a 802.11n wireless network. The standard Ethernet port on the back can be used as a primary or backup connection.

## WIRELESS N 150 TECHNOLOGY

Using Wireless N technology, the DIR-412 provides optimal wireless performance and faster file transfers, enabling you to receive better reception across your home. Not only does the D-Link Wireless N 150 technology extend your wireless range, it is also compatible with previous-generation Wireless G devices[1].

## MOBILE WIRELESS ROUTER BENEFITS

+ Provides high-speed connectivity in areas without conventional 802.11 wireless access
+ Compatible with EV-DO/CDMA/HSUPA/HSDPA/UMTS networks
+ Supports WAN failover for persistent connections

### YOUR NETWORK SETUP







## TECHNICAL SPECIFICATIONS

**COMPATIBLE MOBILE NETWORKS**
+ 1 x EV-DO/CDMA
+ HSUPA/HSDPA/UMTS

**STANDARDS**
+ 802.11n
+ 802.11g
+ 802.11b
+ 802.3
+ 802.3u

**WIRELESS SECURITY**
+ 64/128-bit WEP (Wired Equivalent Privacy)
+ Wi-Fi Protected Access™ (WPA & WPA2)
+ WPS (PBC/PIN)

**FIREWALL**
+ Network Address Translation (NAT)
+ Stateful Packet Inspection (SPI)
+ MAC Address Filtering
+ Website Filtering

**VPN**
+ L2TP/PPTP/IPSEC VPN Pass-through
+ PPTP/L2TP Connection

**ANTENNA**
+ Internal antenna

**PORTS**
+ 1 x Ethernet (RJ-45)
+ 1 x USB 2.0

**LED STATUS INDICATORS**
+ Power
+ Internet
+ Wireless
+ Ethernet
+ WPS

**DIMENSIONS (W x D x H)**
+ Item: 4.75" x 3.75" x 1"
(121mm x 95mm x 25mm)

**OPERATING TEMPERATURE**
+ 32˚ to 104˚F (0˚ to 40˚C)

**OPERATING HUMIDITY**
+ 10% to 95% (Non-condensing)

**POWER**
+ DC 5V/2.5A +/-5%

**ADVANCED FEATURES**
+ Mobile Modem/Ethernet WAN Backup
+ Auto WAN Failover
+ QoS Management

**CERTIFICATIONS**
+ FCC CLass B
+ CE
+ RoHS Compliant

**WARRANTY**
+ 1-Year Limited[2]

[1] Requires third party mobile Internet access subscription. Check with your service provider for service coverage and applicable fees. D-Link does not guarantee compatibility with all EV-DO/CDMA/HSUPA/HSDPA/UTMS wireless networks or third party Internet PC adapters.
[2] 1-Year Limited Warranty available only in the USA and Canada.
[3] Computer must adhere to Microsoft's recommended System Requirements.
[4] The software included with this product is not Mac-compatible.
[5] Latest software and documentation are available at http://support.dlink.com.

All references to speed and range are for comparison purposes only. Product specifications, size and shape are subject to change without notice, and actual product appearance may differ from that depicted herein.

©2010 D-Link Corporation/D-Link Systems, Inc. All rights reserved. D-Link and the D-Link logo are registered trademarks of D-Link Corporation or its subsidiaries in the United States and/or other countries. Windows and Windows Vista are registered trademarks of Microsoft Corporation in the United States and/or other countries. Other trademarks or registered trademarks are the property of their respective owners.

**MINIMUM SYSTEM REQUIREMENTS**
Computer with:
+ Windows® 7[3], Windows Vista®[3], Windows XP SP3[3], or Mac OS X (v10.4)[4]
+ Internet Explorer v7
+ Network Interface Card
+ CD-ROM Drive
For Internet Access:
+ Cable or DSL Modem or USB Dongle Moderm
+ Subscription with an Internet Service Provider (ISP)

**PACKAGE CONTENTS**
+ Mobile Broadband Wireless Router
+ CD-ROM[5] with
  - Product Documentation



# WIRELESS

# PX 4




**DUAL BAND N600**



Dual-band performance - Up to 600Mbps speed

Simultaneous 2.4GHz and 5GHz wireless bands for HD video and everyday use

Create a faster Wi-Fi network with superior home coverage

# Wireless N Dual Band Router

## Product Highlights

Delivers faster speeds and farther range than previous-generation Wireless G

Award-winning QoS Engine prioritizes Internet traffic to enable enhanced gaming and phone calling (VoIP) experience

Easy to install and use with the included Quick Router Setup Wizard

## What this product does

The D-Link ® Wireless N Dual Band Router (DIR-815) features simultaneous wireless bands for faster wireless network speeds up to 600Mbps, enabling you to create a faster Wi-Fi network with superior home coverage.

## Dual Band Advantage

Dual Band is two Wi-Fi networks in one router. The dual band technology in the DIR-815 supports both 2.4GHz and 5GHz wireless signals simultaneously. You can check e-mail and browse the Internet using the 2.4GHz band while playing lag-free games and streaming HD movies on the clearer 5GHz band.

DIR-815

PX 4



# DIR-815 Wireless N Dual Band Router

## Exceptional Performance

The D-Link® Wireless N Dual Band Router (DIR-815) is a Wireless N compliant device that delivers faster speeds[1] and farther range[1] than previous-generation Wireless G devices. Connect the Wireless N Dual Band Router to a cable or DSL modem and provide high-speed Internet access to multiple computers, game consoles, and media players. Create a secure wireless network to share photos, files, music, printers, and more, from greater distances throughout your entire home or office. With D-Link's award-winning QoS engine that prioritizes time-sensitive online traffic, this router enables smooth Internet phone calls (VoIP) and responsive gaming.

## Advanced Network Security

The Wireless N Dual Band Router supports the latest wireless security features to help prevent unauthorized access, be it from over a wireless network or from the Internet. Support for WPA™ and WPA2™ standards ensure that you will be able to use the best possible encryption method. In addition, this Wireless N Dual Band Router utilizes Stateful Packet Inspection firewalls (SPI) to help prevent potential attacks from across the Internet.

## Package Contents

- Wireless N Dual Band Router (DIR-815)
- Ethernet Cable
- Power Adapter
- CD-ROM[2]
- Quick Install Guide[2]

## Minimum System Requirements

**Computer with:**
- Windows® 7[3], Windows Vista®[3] or Windows® XP SP2[3] or Mac OS® X (v10.4)[4]
- Internet Explorer® v6 or Mozilla® Firefox® v3.0
- CD-ROM Drive
- Network Interface Card

**For Internet Access:**
- Cable or DSL Modem
- Subscription to an Internet Service Provider (ISP)

**Suggested Products:**
- D-Link Xtreme N® Dual Band USB Adapter (DWA-160)

## Features

- IEEE 802.11n, 802.11g, and 802.11a Compliant
- Dual Band Technology for Superior Wireless Performance[1]
- Wi-Fi® Protected Setup™ (WPS) for Simple Push-Button Wireless Network Configuration
- Built-in QoS Engine Enhances Internet Experience
- 4 Fast Ethernet Ports
- Supports Secure Wireless Encryption Using WPA™ or WPA2™
- 24/7 Basic Installation Support[5]
- 1-Year Limited Warranty[6]

| Choose the Right Product for You | N 150 | N 300 | N DUAL BAND 600 |
|---|---|---|---|
| **SPEED & RANGE** | | | |
| Share the Internet throughout your home network | ■ | ■ | ■ |
| Easy file sharing within your home network | ■ | ■ | ■ |
| Better range and speed over Wireless G | ■ | ■ | ■ |
| Backwards compatible with Wireless G | ■ | ■ | ■ |
| Network connection safe with wireless encryption and Dual Active firewall | ■ | ■ | ■ |
| Push button Wi-Fi protected setup (WPS) | ■ | ■ | ■ |
| Intelligent antenna technology for better Wi-Fi coverage | | ■ | ■ |
| Enhanced router performance for a more reliable network | | ■ | ■ |
| QoS engine prioritizes video and gaming traffic | | | ■ |
| Designed for more coverage and performance throughout your home | | | ■ |
| Use 5GHz band for streaming HD content with less interference | | | ■ |

2.4 GHz   DIR-815  5 GHz  

e-mail, surf the web and instant message

stream HD videos and play games online

# DIR-815 Wireless N Dual Band Router

## Back



- Power Connector
- 4 LAN Ports — Connects up to 4 Devices
- Power Switch
- Reset Button — Restore Settings
- Internet Port — Plug your Internet cable in here

## Technical Specifications

### Standards
- IEEE 802.11n
- IEEE 802.11g
- IEEE 802.11a
- IEEE 802.3
- IEEE 802.3u

### Device Interface
- 4 10/100 LAN Ports
- 1 10/100 WAN Ports

### Security
- Wi-Fi Protected Access (WPA, WPA2)®

### LEDs
- Power
- Internet
- WLAN 2.4 GHz (Wireless Connection)
- WLAN 5Ghz (Wireless Connection)
- LAN (10/100)

### Operating Temperature
- 32°F to 104°F (0°C to 40°C)

### Certifications
- FCC Class B
- IC
- Wi-Fi®

### Dimensions
- **Item:** 6.25" x 4.72" x 1.27" (158.87mm x 120.04mm x 32.18mm)
- **Packaging:** 8.1" x 10.9" x 2.6" (205.7mm x 276.9mm x 66mm)

### Weight
- **Item:** 0.47 lbs (213.2grams)
- **Packaging:** 1.0 lbs (453.6grams)

### Warranty
- 1-Year Warranty[2]

---

[1] Maximum wireless signal rate derived from IEEE Standard 802.11g, 802.11a, 802.11b, and 802.11n specifications. Actual data throughput will vary. Network conditions and environmental factors, including volume of network traffic, building materials and construction, and network overhead, lower actual data throughput rate. Environmental factors will adversely a effect wireless signal range. Wireless range and speed rates are D-Link RELATIVE performance measurements based on the wireless range and speed rates of a standard Wireless G product from D-Link. Maximum throughput based on D-Link's 802.11n devices.

[2] Latest software and documentation are available at http://support.dlink.com

[3] Computer must adhere to Microsoft's recommended System Requirements.

[4] The software included with this product is not Mac-compatible.

[5] 24/7 Basic Installation Support is available only in the USA for the first 30 days from date of original purchase. An additional 60 days of Basic Installation Support (for a total of 90 days from date of original purchase) is available in the USA by registering this product at support.dlink.com/register within the aforementioned 30-day period. Extended premium support available. 61-Year Limited Warranty available only in the USA and Canada.

All references to speed and range are for comparison purposes only. Product specifications, size, and shape are subject to change without notice, and actual product appearance may differ from that depicted on the package. See inside package for warranty details.



### For more information

**U.S.A.** | 17595 Mt. Herrmann Street | Fountain Valley, CA 92708 | 800.326.1688 | dlink.com   **Canada** | 2525 Meadowvale Blvd | Mississauga, ON L5N 5S2 | 800.361.5265 | dlink.ca

©2012 D-Link Corporation/D-Link Systems, Inc. All rights reserved. D-Link, the D-Link logo, D-Link Green, the D-Link Green Logo, RangeBooster N and the D-Link RoHS logo are trademarks or registered trademarks of D-Link Corporation or its subsidiaries in the United States and/or other countries. Other trademarks or registered trademarks are the property of their respective owners. Visit www.dlink.com for more details.

Updated 03/02/12

   



PX 5





 **SmartBeam technology for whole home coverage**

 **SharePort for sharing any USB device**

 **4 Gigabit Ethernet ports for great wired connectivity**

 **Whole Home Router 1000**
Wi-Fi coverage to the farthest corners of your home

DIR-645

## Whole Home Router 1000

The D-Link Whole Home Router 1000 is designed to enhance your wireless signal and extend coverage. SmartBeam™ technology provides wireless signals to every corner of your house[1] by directly beaming bandwidth to your wireless devices. Since SmartBeam works in real time, you're free to move around with your laptop or iPad® without losing this superior signal.





DIR-645

## Give your wireless devices the bandwidth they crave. Give them SmartBeam.

Build a wireless home network capable of delivering the bandwidth to handle HD video streams, large media file downloads, and online gaming to multiple devices, simultaneously. SmartBeam uses 6 multi-directional antennas to find and track individual devices, then focus beams of bandwidth to those devices, ensuring a seamless connection anywhere in the home. Ideal for large homes or small offices where concrete walls, successive floors in multi-storied buildings, or other architectural impediments can weaken a wireless signal, SmartBeam is designed to handle large home networks and can even power devices across large backyards. What's more, this tracks mobile devices in real-time so the Whole Home Router 1000 supllies this boosted bandwidth to your iPad or or smartphones as you move around. Eliminate wireless dead spots and unleash comprehensive whole-home coverage on all your devices, all at once – the Whole Home Router 1000 provides uninterrupted connectivity to any device, anywhere in your home or small office.

## Now Playing: Everything

The Whole Home Router 1000 has not only been engineered to deliver seamless connectivity to your favorite wireless devices, but comes equipped with 4 high-performance Gigabit Ethernet ports to power your digital entertainment system as well. HDTVs, the Boxee Box by D-Link, Blu-Ray Players, xBox 360®, Playstation 3 –Connect your favorite performance devices and give them the 300 Mbps speed and advanced QoS bandwidth prioritization they need for seamless iPad® HD video streams, high-performance gaming, and VOIP calls without annoying glitches or lags. Connect printers, NAS servers - even security cameras - Shareport Plus USB 2.0 lets you stream from any USB device. There's even a SharePort App for Android® and iPhone® OS for online gaming support like Onlive.

## Advanced Home Networking. Simple Setup

High-performance entertainment devices. Wireless signals anywhere in your home. Multiple laptops. Network storage systems. iPads, iPhones – It used to be that designing a home network capable of handling so many devices required some serious hardware and some seriously messy installation. Not with Amplifi™- the Whole Home Router 1000 has not only been engineered with the power to handle all of your digital demands, but with the smarts to put it at the tip of your fingers. Whole Home Routers offer Wireless G backwards-compatibility and Wi-PnP technology for simple wireless connections through a USB drive. IPv6 allows for intelligent self-detect and router setup.

## 128-bit Security Encryption

The Whole Home Router 1000 protects your network with 128-bit AES data security encryption – the same technology used in E-commerce or online banking. Create your own network name and password or put it at the tip of your fingers with 'Push Button Security' standard on every Amplifi device. With hassle-free plug and play installation, and advanced Wi-Fi protected setup, the Whole Home Router 1000 is not only one of the fastest routers available, its also one of the safest.

## Get Ready for the Future - IPv6 Equipped

With the growing number of Internet-enabled applications requiring IP addresses, the supply of IP addresses under the current Internet Protocol version 4 (IPv4) system has already been exhausted. The IPv6 protocol solves this network addressing exhaustion by creating more IP addresses, but migration from IPv4 to IPv6 is not necessarily automatic. No worries - This D-Link product is IPv6 Certified and ready for the future.

## The Whole Home Router is great for:


Large Homes


Homes or offices with cold or dead spots


Mobile devices like iPads and tablets


Outdoor wireless connectivity[1]

Case 3:17-cv-00039-JSC Document 178-5 Filed 09/25/17 Page 15 of 15




Features
+ 4 Gigabit Ethernet Ports[1]
+ IEEE 802.11n and 802.11g Compliant
+ WPS (Wi-Fi® Protected Setup™) for simple Push-Button Wireless Network Configuration
+ Supports Secure Wireless Encryption Using WPA™ or WPA2™
+ Parental Controls powered by OpenDNS
+ UPnP® Support
+ 24/7 Basic Installation Support[2]
+ 1-Year Limited Warranty[3]

Think Green
While this may look like your average router, it's not. This is a D-Link Green router, which is as good for your wallet as it is for the environment. The Whole Home Router 1000 is designed to conserve energy, protect our environment from harmful substances and reduce waste by using recyclable packaging. D-Link Green devices provide eco-friendly alternatives without compromising performance. To learn more, visit www.dlinkgreen.com.

D-Link Green™ Technology[2]
+ Power saving by link status
+ Power saving by cable length
+ Power saving by wireless LAN scheduling
+ Complies with the EU RoHS directive that restricts the use of certain hazardous materials
+ Uses soy ink and recyclable packaging to reduce harmful environmental waste

## Technical Specifications

**STANDARDS**
+ IEEE 802.11n
+ IEEE 802.11g
+ IEEE 802.3
+ IEEE 802.3u
+ IEEE 802.3ab

**DEVICE INTERFACE**
+ 4 Gigabit LAN Ports
+ 1 Gigabit WAN Port
+ Push Button (for Wi-Fi Protected Setup™)
+ USB Port (SharePort™ Plus)
+ Power Button

**ANTENNA TYPE**
+ Smartbeam

**SECURITY**
+ Wi-Fi Protected Access™ (WPA, WPA2)®
+ Wi-Fi Protected Setup (WPS) - Push Button

**ADVANCED FIREWALL FEATURES**
+ Network Address Translation (NAT)
+ Stateful Packet Inspection (SPI)
+ VPN Pass-through / Multi-sessions PPTP / L2TP / IPSec

**DEVICE MANAGEMENT**
+ Internet Explorer® v7 or Later; Mozilla Firefox® v3.0 or Later; or other Java-enabled Browsers

**LEDs**
+ Internet
+ WLAN
+ WPS
+ Power

**CERTIFICATIONS**
+ FCC Class B
+ IC
+ Wi-Fi®
+ WPS - PBC/PIN

**DIMENSIONS**
+ Item (WxDxH): 4.6" x 7.6" x 1.2" (117mm x 190mm x 97mm)

**WEIGHT**
+ Item: 0.7 lbs
+ Packaging: 2.0 lbs

**WARRANTY**
+ 1-Year Limited[3]

---

[1] Maximum wireless signal rate derived from IEEE Standard 802.11 specifications. Actual data throughput will vary. Network conditions and environmental factors, including volume of network traffic, buildings materials and construction, and network overhead, lower actual data throughput rate. Environmental factors will adversely affect wireless signal range. Wireless range and speed rates are D-Link RELATIVE performance measurements based on the wireless range and speed rates of a standard Wireless G product from D-Link. Maximum throughput based on D-Link draft Wireless N devices.

[2] D-Link Green references contained herein apply to Hardware version A3 or later. SharePort references contained herein apply to Firmware version 1.21 or later.

[3] 1-Year Limited Warranty available only in the USA and Canada.

[4] Computer must adhere to Microsoft's recommended System Requirements.

[5] The software included with this product is not Mac-compatible.

[6] Latest software and documentation are available at http://support.dlink.com.

All references to speed and range are for comparison purposes only. Product specifications, size, and shape are subject to change without notice, and actual product appearance may differ from that depicted herein.

© 2011 D-Link Corporation/D-Link Systems, Inc. All rights reserved. D-Link, the D-Link logo, D-Link Green, and the D-Link Green logo are trademarks or registered trademarks of D-Link Corporation or its subsidiaries in the United States and/or other countries. Other trademarks or registered trademarks are the property of their respective owners.

---



For more help deciding which product to choose, scan this QR code with your Smartphone

**DIR-645**

**Package Contents**
+ Whole Home Router 1000 (DIR-645)
+ CAT5 Ethernet Cable
+ CD-ROM[6]
+ Power Adapter
+ Quick Install Guide

**Minimum Requirements**
Computer with:
+ Windows® 7[4], Windows Vista®[4], Windows® XP SP2[4], Windows® 2000[4], or Mac OS® X (v10.4)[5]
+ Internet Explorer® v6 or Mozilla® Firefox® v3.0
+ CD-ROM Drive
+ Network Interface Card

**For Internet Access:**
+ Cable or DSL Modem
+ Subscription with an Internet Service Provider (ISP)

For optimal wireless performance, use with D-Link Xtreme N® Desktop PCI Adapter (DWA-552), D-Link Xtreme N® Desktop PCI Express Adapter (DWA-556), or D-Link Wireless N Nano USB Adapter (DWA-131).