# Exhibit 4

To Declaration of Jarad Brown in Support of
Federal Trade Commission's
Motion for Summary Judgment

PX 10



PX 10

PX 11



PX11