# Exhibit 15

To Declaration of Jarad Brown in Support of
Federal Trade Commission's
Motion for Summary Judgment

CAUSE OF ACTION INSTITUTE
PATRICK J. MASSARI [admitted *pro hac vice*] [Lead Counsel]
patrick.massari@causeofaction.org
MICHAEL PEPSON [admitted *pro hac vice*]
michael.pepson@causeofaction.org
Admitted only in Maryland.
Practice limited to matters and proceedings before United States Courts and agencies.
KARA E. MCKENNA [admitted *pro hac vice*]
Admitted only in New York and New Jersey.
Practice limited to matters and proceedings before United States Courts and agencies.
kara.mckenna@causeofaction.org
1875 Eye Street N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 422-4332
Facsimile: (202) 330-5842

PILLSBURY WINTHROP SHAW PITTMAN LLP
LAURA C. HURTADO (CSB #267044)
laura.hurtado@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

*Attorneys for Defendants D-Link Corporation and D-Link Systems, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>D-LINK CORPORATION<br><br>and<br><br>D-LINK SYSTEMS, INC.,<br><br>Defendants. | No. 3:17-cv-00039-JD<br><br>**DECLARATION OF WILLIAM BROWN IN SUPPORT OF DEFENDANT D-LINK CORPORATION'S MOTION TO DISMISS** |

# DECLARATION OF WILLIAM BROWN

The undersigned declarant, William Brown, states:

1. I am Chief Information Security Officer at D-Link Systems, Inc. ("D-Link Systems"). Unless stated otherwise, the following facts are based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. I have reviewed the Federal Trade Commission ("FTC" or "Commission") Complaint in the above-captioned action. I provide this Declaration to address certain allegations in the Complaint concerning the relationship between D-Link Systems and D-Link Corporation ("D-Link Corp.").

3. D-Link Systems was incorporated in 1986 in the State of California and is organized under the laws of the State of California. D-Link Systems' principal place of business is in Fountain Valley, California. Among other things, D-Link Systems sells a variety of differentiated router and IP camera products in the United States.

4. D-Link Systems is a subsidiary of D-Link Corp. As further explained below, D-Link Systems is its own separate, distinct, and independent business entity, and makes its own business decisions.

5. D-Link Systems sells products in the United States that use the D-Link brand name owned by D-Link Corp. D-Link Corp. has owned the "D-Link" brand name for more than thirty (30) years.

6. D-Link Systems communicates with D-Link Corp. personnel on various issues and keeps D-Link Corp. informed of matters that may be relevant to D-Link Corp., or other businesses that sell D-Link brand products in other parts of the world. Examples include: (1) technology D-Link Corp. and other wholly or partially owned subsidiaries have developed for products that are not sold in the United States, which D-Link Systems could potentially borrow from and work with its own third-party vendor-manufacturers to adapt and customize to develop products for sale in the United States; (2) what feature

-1-

No. 3:17-cv-00039-JD

BROWN DECL. ISO D-LINK CORPORATION'S MOTION TO DISMISS
4812-8887-2001.v1

sets of various products D-Link Systems may wish to decide to conduct testing for; and (3) ideas for new products to be sold under the D-Link brand.

7. However, D-Link Corp. does not direct, control or influence D-Link Systems' daily operations or internal affairs.

8. D-Link Systems has its own corporate management team with corporate officers and executives, including President, Controller, Vice Presidents, legal team (separate in-house legal counsel), and Marketing team who are employees of D-Link Systems working in the United States and are completely independent from D-Link Corp.

9. D-Link Systems maintains management and accounting systems that are separate from those of D-Link Corp. D-Link Systems does not comingle funds or assets with D-Link Corp.

10. D-Link Systems maintains its own records regarding payroll for its own employees and for other financial matters. D-Link Systems pays its own employees.

11. D-Link Systems files its own federal, state, and local taxes in the United States. D-Link Systems pays its own taxes.

12. D-Link Systems executes leases for property under its own name (for example, for the warehouse it uses) and pays its own utility and other bills in its own name.

13. D-Link Systems does not share any offices or team of employees with D-Link Corp.; D-Link Systems uses completely different offices and team of employees than D-Link Corp.

14. D-Link Systems is responsible for its debts and accounts receivable. D-Link Systems does not hold itself out as responsible for the debts of D-Link Corp.; D-Link Systems does not hold D-Link Corp. out as responsible for D-Link Systems' debts. D-Link Systems is not a general agent of D-Link Corp. and does not have the authority to enter into contracts for or otherwise conduct business on behalf of D-Link Corp.

15. D-Link Systems does not purchase goods from D-Link Corp.; D-Link Systems has not purchased any goods from D-Link Corp. since May, 2006.

-2-

16. D-Link Corp. does not manufacture the products (including routers and IP cameras) D-Link Systems sells in the United States; since at least 2005, D-Link Corp. has not manufactured any products sold by D-Link Systems

17. D-Link Systems has not received routers or IP cameras from D-Link Corp. since May, 2006. Instead, D-Link Systems receives the products it sells (including IP cameras and routers) directly from the independent third party vendors that manufacture and create and provide firmware updates for those products.

18. D-Link Systems has a different team of employees in management, in-house legal, operations, marketing, sales, product department, technical support, accounting, finance, etc. than those employed by D-Link Corp. D-Link Systems does not share the same team of employees with D-Link Corp.

19. All materials attached as exhibits to the FTC's Complaint (PX1-PX11) were created by D-Link Systems, Inc. To the best of my knowledge, D-Link Systems would, however, share with or allow D-Link Corp. and other wholly or partially owned subsidiaries, if they so desire, to use the information in said advertisements.

20. D-Link Systems, not D-Link Corp., owns, hosts, and manages the "dlink.com" domain name, as well as the "us.dlink.com" domain name. Likewise, D-Link Systems owns, hosts, and manages "support.dlink.com" and other specific marketing cites ending in "dlink.com." The content of those websites is controlled by D-Link Systems' marketing department, with input, as appropriate, from D-Link Systems' internal legal team and outside counsel. D-Link Systems also controls the English-language content of the "mydlink.com" website; D-Link Systems is responsible for and owns the copyright for the content of the "mydlink.com" website in the English language.

21. With respect to the "Security Event Response Policy" referenced in Paragraph 20 of the Complaint (PX1), D-Link Systems developed it without feedback from or any other involvement by D-Link Corp. or other entities that sell D-Link brand products in other parts of the world. To assist D-Link Corp., D-Link Europe, and other entities that

-3-

sell D-Link brand products exclusively outside of the United States, the Security Event Response Policy additionally allowed users of D-Link products in Europe, Canada, and elsewhere to have an additional forum to report issues they might have with those products, even though such products are not sold in the United States. Consistent with this, D-Link Systems has received reports regarding D-Link brand products it does not sell, and which are not sold in the United States, from users in various other nations, which D-Link Systems subsequently relayed and communicated about with D-Link Corp. D-Link Systems does, at times, communicate with D-Link Corp. and other sellers of D-Link brand products about issues affecting products only outside of the United States.

22. D-Link Systems develops its own marketing and advertising materials for the products it sells; D-Link Corp. has no control over the development of those materials.

23. D-Link Systems develops and controls the warranty cards and user manuals that are packaged with all D-Link Systems products sold in the United States, as well as related brochures and sales information, which are developed by D-Link Systems' marketing department in California.

24. D-Link Systems oversees what tests are going to be conducted to validate firmware in products like routers that D-Link Systems sells in the United States. For certain products, D-Link Corp. will provide suggestion or guidance on recommended tests to potentially have performed; however, D-Link Systems has authority to make the final decisions and is free to reject such guidance, if it chooses to do so.

25. D-Link Systems is responsible for addressing any potential security vulnerabilities for any products that are sold by D-Link Systems in the United States. D-Link Corp. will sometimes inform D-Link Systems of potential vulnerabilities to be aware of; for example, if a product sold in other parts of the world might potentially have an issue, analogous products we sell in the United States may also potentially need to be evaluated to determine whether similar issues may be present. But D-Link Systems is

responsible for addressing any potential security vulnerabilities for any products that are sold by D-Link Systems.

26. D-Link Systems products (including IP cameras and routers) are from third-party vendors (not D-Link Corp.) that manufacture those products and then ship those products to D-Link Systems. D-Link Systems has authority to specify what the security requirements should be for such products.

27. All of the third-party vendors that manufacture, ship, and create firmware updates for the routers and IP cameras that D-Link Systems sells in the United States are located in China, Hong Kong, or Taiwan.

28. Most of the vendors that manufacture products for D-Link Systems conduct business in the Chinese language. For that reason, business negotiations and product-related communications are commonly in Chinese. Contracts and other written communications may also be in the Chinese language. Many of the comments in the source code for D-Link Systems products are also written in Chinese.

29. I do not speak Chinese. I also cannot read or write in Chinese.

30. For this reason, there is a language barrier that exists between the third-party vendors that manufacture and provide product support for D-Link Systems products and D-Link Systems. D-Link Corp. will be requested by D-Link Systems, from time to time, to facilitate the communications and provide a bilingual bridge of that barrier—a conduit to facilitate (and, as necessary, translate) communications between D-Link Systems and its overseas vendors.

31. However, with respect to the products that these vendors manufacture for D-Link Systems, specifically, for sale in the United States, D-Link Systems makes independent decisions as to what products D-Link Systems will sell, what functions those products will perform, and what features those products will have. D-Link Corp.'s role, at least with respect to D-Link Systems products intended for sale in the United States, is limited to conveying information, at times, between D-Link Systems and the third party vendor.

32. If D-Link Systems believes a variant of a product using the D-Link brand that D-Link Corp. and/or its non-U.S. subsidiaries sell in other parts of the world may also be suitable for sale in the United States, subject to appropriate customization and tailoring, D-Link Systems makes the corporate decision to instruct the third-party vendor-manufacturer of the product to tailor and change the product design and features for the United States market. D-Link Systems decides what specific features and functions D-Link brand products sold in the United States by D-Link Systems use or contain.

33. If D-Link Systems does not want to sell a D-Link branded product in the United States, it cannot be forced to do so. D-Link Systems has the authority to stop or refuse a D-Link brand product from being sold in the United States if D-Link Systems determines that the security features are not appropriate for the market or for any other reason.

34. D-Link Corp. personnel also, at times, help translate the reports for the testing of D-Link Systems products by an independent third party security testing company located in Taiwan (formerly known as the Institute for Information Industry, or "III," and renamed Onward Security Corporation, or "OWS," in late 2014). OWS conducts tests on D-Link Systems products overseas in Taiwan; OWS does not perform tests on D-Link Systems products in the United States. Because OWS is located in Taiwan, it can promptly communicate with the manufacturers in Taiwan, China and Hong Kong to identify the vulnerabilities, propose recommendation to address the issues and conduct further testing on the update fix firmware to ensure the proper function of firmware. When the testing reports are issued by OWS, they are mostly reported in the Chinese language for the manufacture's engineers to review and evaluate. At D-Link Systems' request, D-Link Corp. personnel will sometimes translate the results of such testing into the English language and relay the results.

35. The FTC issued a civil investigative demand ("CID") to D-Link Systems dated June 13, 2013, propounding interrogatories and requiring production of documents and obtained records from D-Link Systems traced back at least to January 1, 2011. The FTC

issued a CID for oral testimony to D-Link Systems dated June 5, 2014 and a separate CID for oral testimony to me also dated June 5, 2014, and D-Link Systems fully complied with all such CIDs issued by FTC in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of April, 2017 at Fountain Valley, California.

_____
WILLIAM BROWN

-7-

No. 3:17-cv-00039-JD

BROWN DECL. ISO D-LINK CORPORATION'S
MOTION TO DISMISS
4812-8887-2001.v1