# Exhibit 16

To Declaration of Jarad Brown in Support of
Federal Trade Commission's
Motion for Summary Judgment



**Guest User Account Security Advisement for Select D-Link IP Cameras**

Security is of the utmost importance to D-Link across all its product lines, including IP surveillance cameras, networking, storage devices, and entertainment solutions. To ensure all customers have the strongest security environment D-Link recommends you change the admin password *and* guest user password found in select D-Link IP camera models.

By design, IP surveillance cameras from most manufacturers have one or more default user accounts, (i.e. administrator and guest). To ensure a device is secure, customers are strongly advised to change the password for both the admin and guest accounts on their IP surveillance camera – a recommendation for any device requiring password authentication. Even if the customer does not actively use the guest account, D-Link recommends setting a new and unique password to ensure the strongest security. Instructions describing how to change the guest account password are included in this document.

To further protect and enhance the usability of its networking and business IP surveillance products, D-Link is modifying select IP camera firmware to remove the guest account by default but retain the ability to add a user account if needed. Please note that current mydlink consumer cloud camera owners who utilize the mydlink service automatically receive a notification when any new firmware is available. Business solution camera owners can ensure they have the most updated firmware by visiting the D-Link support website at www.dlink.com/support.

D-Link cameras that include a guest user account by default are: *DCS-2132L, DCS-2210, DCS-2230, DCS-2310L, DCS-2332L, DCS-3112, DCS-3710, DCS-3716, DCS-6010L, DCS-6210, DCS-6510, DCS-6511, DCS-6513, DCS-6616, DCS-6818, DCS-7010L, DCS-7413, DCS-7513*

Continue to page two for instructions on changing the guest account password.

May 9, 2013

DLS0005316
PX03164-001

**Instructions for changing *guest* account password in select D-Link cameras**

Log in to the D-Link camera with the *admin* username.

Click the Maintenance tab.



On the Maintenance tab, in the "Add User Account" section, type *guest* in the User Name box and enter a new password twice.



Click the Add button. The default password for the *guest* user account has now been changed.

Please keep in mind that *guest* user name cannot be deleted in this version of the firmware. The best method to keep your camera secure is to change the guest password as described above. The next firmware release will disable the *guest* user account by default. There will be an option for adding a *guest* user account if so desired.

May 9, 2013