# Exhibit 19

To Declaration of Jarad Brown in Support of
Federal Trade Commission's
Motion for Summary Judgment

D-Link®

Version 1.0 | July 10, 2012

# User Manual

# HD PoE Outdoor Cube Network Camera

DCS-2310L

PX03003-001
DLS0005107

# Preface

D-Link reserves the right to revise this publication and to make changes in the content hereof without obligation to notify any person or organization of such revisions or changes. Information in this document may become obsolete as our services and websites develop and change. Please refer to the www.mydlink.com website for the most current information.

# Manual Revisions

| Revision | Date | Description |
|---|---|---|
| 1.0 | July 10, 2012 | DCS-2310L Revision A1 with firmware version 1.00 |

# Trademarks

D-Link and the D-Link logo are trademarks or registered trademarks of D-Link Corporation or its subsidiaries in the United States or other countries. All other company or product names mentioned herein are trademarks or registered trademarks of their respective companies.

Copyright © 2012 D-Link Corporation.

All rights reserved. This publication may not be reproduced, in whole or in part, without prior expressed written permission from D-Link Corporation.

# Table of Contents

**Product Overview ..... 5**
- Package Contents ..... 5
- Introduction ..... 6
- System Requirements ..... 6
- Features ..... 7
- Hardware Overview ..... 8
  - Front ..... 8
  - Rear: External ..... 9
  - Rear: Internal ..... 10
- Removing the Top Panel ..... 11
  - Removing the Power Cable ..... 12
  - Replacing the Ethernet Cable ..... 13
  - Reattaching the Top Panel ..... 14
- Removing the Bottom Panel ..... 15
- Using the Reset Button ..... 15
  - Installing an SD Memory Card ..... 16
  - Reattaching the Bottom Panel ..... 16

**Installation ..... 17**
- Zero Configuration Setup ..... 17
- Camera Installation Wizard ..... 20
- Manual Hardware Installation ..... 28
- SD Memory Card Installation ..... 29

**mydlink ..... 30**
- Camera Status ..... 31
- Live Video ..... 32
- Playback ..... 33
- Settings ..... 34
  - Recording Settings ..... 35
  - Advanced Settings ..... 37
  - Events ..... 38

**Configuration ..... 39**
- Using the Configuration Interface ..... 39
- Live Video ..... 40
- Setup ..... 42
  - Setup Wizard ..... 42
    - Internet Connection Setup Wizard ..... 43
    - Motion Detection Setup Wizard ..... 46
  - Network Setup ..... 48
  - Dynamic DNS ..... 51
  - Image Setup ..... 52
  - Audio and Video ..... 54
  - Preset ..... 56
  - Motion Detection ..... 58
  - Time and Date ..... 59
  - Event Setup ..... 60
    - Add Server ..... 62
    - Add Media ..... 63
    - Add Event ..... 65
    - Add Recording ..... 67
  - SD Card ..... 69

PX03003-003
DLS0005109

- Advanced ........ 70
  - ICR and IR ........ 70
  - HTTPS ........ 71
  - Access List ........ 72
- Maintenance ........ 73
  - Device Management ........ 73
  - Backup and Restore ........ 74
  - Firmware Upgrade ........ 75
- Status ........ 76
- Device Info ........ 76
  - Logs ........ 77
  - Help ........ 78

**Technical Specifications ........ 79**

**Safety Statements ........ 82**

**Contacting Technical Support ........ 83**

**Warranty ........ 84**

**Registration ........ 89**

PX03003-004
DLS0005110

Section 1: Product Overview

# Product Overview

## Package Contents

DCS-2310L HD PoE Outdoor Cube Network Camera

CAT5 Ethernet cable (Pre-Attached)

Power adapter (Pre-Attached)

Quick Installation Guide

If any of the above items are missing, please contact your reseller.

**Note**: Using a power supply with a different voltage than the one included with your product will cause damage and void the warranty for this product.

D-Link DCS-2310L User Manual 5

PX03003-005
DLS0005111

# Introduction

Congratulations on your purchase of the DCS-2310L HD PoE Outdoor Cube Network Camera. The DCS-2310L is a versatile and unique solution for your small office or home. Unlike a standard webcam, the DCS-2310L is a complete system with a built-in CPU and web server that transmits high quality video images for security and outdoor surveillance. The DCS-2310L can be accessed remotely, and controlled from any PC/Notebook over your local network or through the Internet via a web browser. The simple installation and intuitive web-based interface offer easy integration with your Ethernet/Fast Ethernet network. The DCS-2310L weatherproof housing and Power over Ethernet make it an ideal solution for a complete and cost-effective surveillance solution with an easy clutter-free installation. The remote monitoring, infrared, motion detection and event notifications features enable you be truly responsive to your surveillance deployment.

# System Requirements

- Computer with Microsoft Windows® 7, Vista®, or XP (for Setup Wizard) or Mac OS® X
- PC with 1.3GHz or above; at least 128MB RAM
- Internet Explorer 7 or above , Firefox 3.5 or above, Safari 4 and Chrome 8.0 or above
- Existing 10/100 Ethernet-based network
- A MicroSD memory card (optional) is required for recording to onboard storage. SDHC Class 6 or above is recommended.
- Broadband Internet connection

PX03003-006
DLS0005112

# Features

**Simple to Use**

The DCS-2310L is a stand-alone system with a built-in CPU, requiring no special hardware or software. The DCS-2310L supports both ActiveX mode for Internet Explorer and Java mode for other browsers such as Firefox® and Safari®.

**Supports a Variety of Platforms**

Supporting TCP/IP networking, HTTP, and other Internet related protocols. The DCS-2310L can also be integrated easily into other Internet/Intranet applications because of its standards-based features. The DCS-2310L offers Ethernet/Fast Ethernet connectivity, making the DCS-2310L easy to integrate into your existing network environment. The DCS-2310L works with a 10Mbps Ethernet based network or 100Mbps Fast Ethernet based network for traditional wired environments.

**Web Configuration**

Using a standard Web browser, administrators can configure and manage the Network Camera directly from its own Web page via Intranet or Internet. This means you can access your DCS-2310L anytime, anywhere in the world.

**Broad Range of Applications**

With today's high-speed Internet services, the Network Camera can provide the ideal solution for delivering live video images over the Intranet and Internet for remote monitoring. The Network Camera allows remote access using a Web browser for live image viewing, and allows the administrator to manage and control the Network Camera anytime, anywhere in the world. Many applications exist, including industrial and public monitoring of homes, offices, banks, hospitals, child-care centers, and amusement parks.

**Remote Monitoring Utility**

The D-ViewCam application adds enhanced features and functionality for the Network Camera and allows administrators to configure and access the Network Camera from a remote site via Intranet or Internet. Other features include image monitoring, recording images to a hard drive, viewing up to 32 cameras on one screen, and taking snapshots.

**IR LED for Day and Night Functionality**

The built-in infrared LEDs enables night time viewing of up to 16 feet (5 meters).

**IP65 Weatherproof Housing**

The DCS-2310L uses an IP65 weatherproof housing, allowing you to rest assured that in the toughest of conditions, it will continue to provide round-the-clock surveillance.

**PoE (Power over Ethernet) for Flexible Installation**

The DCS-2310L can draw all the power it needs from a powered Ethernet port meaning installation is simple and clutter free.

PX03003-007
DLS0005113

Section 1: Product Overview

# Hardware Overview

## Front

1
2
5
3
4
6

| | | |
|---|---|---|
| 1 | **Camera Lens** | Records video of the surrounding area. |
| 2 | **ICR Sensor** | The IR-Cut Removable sensor measures the lighting conditions and switches between color and infrared accordingly. |
| 3 | **IR LED** | Infrared LED illuminates the camera's field of view at night. |
| 4 | **Microphone** | Records audio from the surrounding area. |
| 5 | **PIR** | Passive Infrared sensor for motion detection. |
| 6 | **Power/Status LED** | Indicates the camera's current status. |

D-Link DCS-2310L User Manual 8

PX03003-008
DLS0005114

## Rear: External

| | | |
|---|---|---|
| 1 | **Weatherproof Cover** | Weatherproof protective panel. |
| 2 | **Protective Cable Cover** | Weatherproof cable connection cover. |
| 3 | **Ethernet Cable** | RJ45 Ethernet cable to connect to your network. |
| 4 | **Power Cable** | Connected to the included DC 5 V power adapter. |
| 5 | **Adjustment Ring** | Tighten or loosen the adjustment ring to adjust the camera's position. |
| 6 | **Speaker** | Audio output. |
| 7 | **Weatherproof Cover** | Weatherproof cover for the MicroSD Card slot and reset button. |
| 8 | **Weatherproof Screw Covering** | Weatherproof protective covering for enclosure screws. |

PX03003-009
DLS0005115

# Rear: Internal

| | | |
|---|---|---|
| 1 | **DC Power Connector** | Connected to the included DC 5 V power adapter. |
| 2 | **RJ45 Ethernet Port** | RJ45 connector for Ethernet. |
| 3 | **Reset Button** | Use a paperclip or similar tool to press and hold the recessed button for 10 seconds to reset the camera. |
| 4 | **SD Memory Card Slot** | Insert a MicroSD card for for storing recorded images and video. |

PX03003-010
DLS0005116

# Removing the Top Panel

**Step 1:**
Place the camera face down on a non-slip flat surface.

**Step 2:**
Carefully remove the two protective rubber screw coverings using a thin flat blade.

**Step 3:**
Undo the two screws using a Phillips #00 Screwdriver.

**Step 4:**
Lift off the protective panel.

**Note:** To ensure that the camera stays weatherproof, users are advised to ensure that all the rubber seals are secured firmly in place.

PX03003-011
DLS0005117

# Removing the Power Cable

**Step 1:**
Follow the steps outlined in "Removing the Top Panel" on page 11.

**Step 2:**
Unplug the power cable from the DC power connector.

**Step 3:**
Insert the rubber weatherproof plug ensuring it aligns with the space left by the power cable.

**Step 4:**
Follow the steps outlined in "Reattaching the Top Panel" on page 14

**Note:** To avoid damage to the weatherproof aspects of the camera, users are advised to ensure the weatherproof plug is seated correctly.

PX03003-012
DLS0005118

# Replacing the Ethernet Cable

**Step 1:**
Follow the steps outlined in "Removing the Top Panel" on page 11

**Step 2:**
Unplug the Ethernet cable from the RJ45 connector.

**Step 3:**
Carefully remove the weatherproof cable connection cover.

**Step 4:**
Attach the weatherproof cable connection cover to the new Ethernet cable.

**Step 5:**
Plug the new Ethernet cable into the RJ45 connector.

**Step 6:**
Follow the steps outlined in "Reattaching the Top Panel" on page 14

**Note:** To avoid damage to the weatherproof aspects of the camera, users are advised not to remove the rear cable connection covering. To use a longer Ethernet cable install a coupling adaptor.

PX03003-013
DLS0005119

# Reattaching the Top Panel

**Step 1:**
Seat the protective panel, ensuring a tight fit with the inlaid rubber seal.

**Step 2:**
Replace the two screws. Ensure that the screws are tightened firmly.

**Step 3:**
Firmly replace the protective rubber screw coverings.

**Note:** To ensure that the camera stays weatherproof, users are advised to ensure that all the rubber seals are secured firmly in place.

PX03003-014
DLS0005120

# Removing the Bottom Panel

**Step 1:**
Place the camera face down on a non-slip flat surface.

**Step 2:**
Carefully pry out the two protective rubber screw coverings using a thin flat blade.

**Step 3:**
Undo the two screws using a Philips #00 Screwdriver.

**Step 4:**
Lift off the protective panel.

# Using the Reset Button

**Step 1:**
Follow the steps outlined in "Removing the Bottom Panel" above.

**Step 2:**
Using a paperclip or similar tool, press and hold the Reset Button for 10 seconds. This will reset the device to its factory settings.

**Step 3:**
Follow the steps outlined in "Reattaching the Bottom Panel" on page 16

PX03003-015
DLS0005121

# Installing an SD Memory Card

**Step 1:**
Follow the steps outlined in "Removing the Bottom Panel" on page 15.

**Step 2:**
Insert a MicroSD Memory card into the slot, with the notch facing right.

**Step 3:**
Follow the steps outlined in "Reattaching the Bottom Panel" below.

# Reattaching the Bottom Panel

**Step 1:**
Seat the protective panel in place and ensure a tight fit with the inlaid rubber seal.

**Step 2:**
Replace the two screws. Ensure that the screws are tightened firmly.

**Step 3:**
Firmly replace the protective rubber screw coverings.

**Note:** To ensure that the camera stays weatherproof, users are advised to ensure that all the rubber seals are secured firmly in place.

PX03003-016
DLS0005122

# Installation

## Zero Configuration Setup

If you have a mydlink-enabled Cloud Router, you can take advantage of Zero Configuration. Zero Configuration automatically configures your camera's settings for you, and adds it to your mydlink account automatically. This type of setup allows you to set up your camera by simply plugging it in and connecting it to your router.

Connect your camera to your mydlink-enabled Cloud Router and Zero Configuration will automatically configure your DCS-2310L and automatically add the camera to your mydlink account. After the short time it takes to do this you can remotely access your camera from the www.mydlink.com website to manage and monitor your DCS-2310L.

### Connect the Ethernet Cable

Using the pre-attached Ethernet cable connect the free end to your network.

**Note:** To avoid damage to the weatherproof aspects of the camera, users are advised not to remove the rear cable connection covering. To use a longer ethernet cable or power cord install a coupling adaptor, or power extension strip.

### Attach the External Power Supply

Attach the external power supply to your wall outlet or power strip. Please skip this step if your camera is connected using PoE (Power over Ethernet).

**Note:** If you choose to take advantage of the Power over Ethernet feature you may unplug the power cable. However, to avoid water ingress ensure the provided rubber weatherproof plug is used to fill the gap. See "Removing the Power Cable" on page 12 for further instructions.

PX03003-017
DLS0005123

Section 2: Installation

## Check Your mydlink Account

Open a web browser and log into your mydlink account. The mydlink page will check for new devices and display a **New device Found!** pop-up notification in the bottom-left corner. Click the notification to continue.

mydlink
FAQ | Support
Welcome, Mehta P
My Devices
Shared Devices
My Services
My Profile
DIR-605L
Router Status
Settings
Reboot
Model Name
Network Name(SSID)
Internet IP
LAN IP
Connected Devices
Connection List
Device
Device Name
IP Address
MAC Address
Block
Suspect List
Time
DCS-2132L

A summary and confirmation notification will appear with the automatically configured details. Make a note of the details and click **OK** to add the camera to your account.

Confirming New Device
Do you want to add this new device to your mydlink account?
Device Name: DCS-2310L
mydlink Number: 44441252
Network name (SSID): ddddddd
Admin Password: oic953XZ
You can change these default settings by going to Advanced Settings after add it to your device list.
Not now
Yes

D-Link DCS-2310L User Manual 18

PX03003-018
DLS0005124

Zero Configuration will navigate to the mydlink Live View tab for your camera where you will see a screen similar to the following.

Your camera is now set up, and you can skip to **"mydlink"** on page 30 to learn more about the mydlink features of this camera, or for advanced configuration go to the **"Configuration"** section on page 39.

PX03003-019
DLS0005125

# Camera Installation Wizard

***Note:*** *If you have purchased an open box or resold unit, or if you experience issues registering this camera with your mydlink account, perform a hard reset by using an unfolded paperclip to press and hold the reset button on the back of the camera for 6 seconds while the camera is powered on. If you are returning the product to the place of purchase, please perform the hard reset procedure to clear the product of any personal data. Insert the Installation CD-ROM into your computer's optical drive to start the autorun program.*

Open a web browser and go to http://www.mydlink.com/download. Click your camera model and then under **Wizard**, click the link of the version (Windows or Mac) you want to download. Depending on your web browser, you may need to right-click the link and select **Save link as**. Once it is downloaded, double-click the file to launch the wizard.

PX03003-020
DLS0005126



Section 2: Installation

Select your preferred language for the installation from the drop-down menu and click on **Start** to proceed.

mydlink Setup Wizard
mydlink
DCS-2310L Setup Wizard
Welcome
Welcome to the IP camera setup wizard. This wizard will help you easily setup the internet camera, register mydlink web site for remote view and other interesting online services.
Select your language
English
Start
Troubleshooting | Manuals and Downloads | About | Exit
Copyright © 2009-2012 D-Link Corporation Inc. All rights reserved.

Locate the pre-attached Ethernet and power cables on the rear of your camera.

Click **Next** to continue.

mydlink Setup Wizard
mydlink
DCS-2310L Setup Wizard
Plug in the cables
Plug
Select
Connect
Join
Please confirm that the following tasks are done before clicking Next
1 On the camera side
1.Unpack your network camera, and find the Ethernet cable and the power adapter connected to the back of the camera.
Next
Troubleshooting | Manuals and Downloads | About | Exit
Copyright © 2009-2012 D-Link Corporation Inc. All rights reserved.

D-Link DCS-2310L User Manual 21

PX03003-021
DLS0005127

Section 2: Installation

Connect the Ethernet cable to a router.

Click **Next** to continue..

mydlink Setup Wizard
mydlink
DCS-2310L Setup Wizard
Plug in the cables
Plug
Select
Connect
Join
Please confirm that the following tasks are done before clicking Next
2. On the router side
2.Connect the Ethernet cable to an available LAN port on your router.
Back
Next
Troubleshooting | Manuals and Downloads | About | Exit
Copyright © 2009-2012 D-Link Corporation Inc. All rights reserved.

Attach the external power supply to your wall outlet or power strip.

Click **Next** to continue.

mydlink Setup Wizard
mydlink
DCS-2310L Setup Wizard
Plug in the cables
Plug
Select
Connect
Join
Please confirm that the following tasks are done before clicking Next
3. Plug in the power adapter
3.Plug the power adapter into the power outlet. Please skip this step if your IP camera is connected with PoE (Power over Ethernet)
Back
Next
Troubleshooting | Manuals and Downloads | About | Exit
Copyright © 2009-2012 D-Link Corporation Inc. All rights reserved.

D-Link DCS-2310L User Manual 22

PX03003-022
DLS0005128

The LED located in the front of the DCS-2310L will blink, then turn solid green once it successfully connects to your network. Click **Next** to proceed.

If the LED continues to blink, check your connections or click on the "What should I do if the LED stays red?" link for more information.

Select your camera from the list, then click **Next.** If you have multiple cameras, you can identify them by the MAC ID printed on the label on the back of your camera.

Click **Next** to continue.

PX03003-023
DLS0005129

If you wish to remove the camera from a previously registered mydlink account, press and hold the reset button on the rear panel for at least 10 seconds and click **Restart** to restart the Setup Wizard.

After you have selected your camera from the list, you will be asked to create and confirm a password for it. The password is case sensitive and must contain at least 2 letters.

Click **Next** to continue.

PX03003-024
DLS0005130

Section 2: Installation

Click **Next** to continue.

mydlink Setup Wizard
mydlink
DCS-2310L Setup Wizard
Connect to the network
Plug
Select
Connect
Join
How would you connect your camera to the router?
(Current connection(*): Wired connection)
Wired connection*
By Ethernet cable
2. On the router side
2.Connect the Ethernet cable to an available LAN port on your router.
Back
Troubleshooting | Manuals and Downloads | About | Exit
Copyright © 2009-2012 D-Link Corporation Inc. All rights reserved.

Complete the mydlink account registration with your details and make sure to check the **I accept mydlink terms and conditions box.**

Click **Next** to continue.

mydlink Setup Wizard
mydlink
DCS-2310L Setup Wizard
Join mydlink service
Plug
Select
Connect
Join
Do you have a mydlink account ?
Yes, I already have a mydlink account.
Please enter your mydlink account.
E-Mail
Password
Forgot password ?
No, I need to sign up for a new account.
I don't want to sign up right now.
Back
Next
Troubleshooting | Manuals and Downloads | About | Exit
Copyright © 2009-2012 D-Link Corporation Inc. All rights reserved.

D-Link DCS-2310L User Manual 25

PX03003-025
DLS0005131

If you already have a mydlink account, enter your login details and click **Next** to proceed.

Confirm your mydlink account details and give the camera a unique name and click **Done.**

PX03003-026
DLS0005132

Confirm your camera login details and IP address details and click **Done**.

Your DCS-2310L camera is now set up. Log on to your mydlink account and explore the exciting benefits available to you.

Your camera is now set up, and you can skip to "mydlink" on page 30 to learn more about the mydlink features of this camera, or to "Configuration" on page 39 for advanced configuration of your camera.

PX03003-027
DLS0005133

# Manual Hardware Installation

If you wish to set up your camera without using the Camera Setup Wizard, please follow these steps.

**Note:** In order to use the mydlink features of this product, you will need to go through the Camera Setup Wizard.

## Connect the Ethernet Cable

Using the pre-attached Ethernet cable connect the free end to your network.

**Note:** To avoid damage to the weatherproof aspects of the camera, users are advised not to remove the rear cable connection covering. To use a longer ethernet cable or power cord install a coupling adaptor, or power extension strip.

## Attach the External Power Supply

Attach the external power supply to your wall outlet or power strip. Please skip this step if your camera is connected using PoE (Power over Ethernet).

**Note:** If you choose to take advantage of the Power over Ethernet feature you may unplug the power cable. However, to avoid water ingress ensure the provided rubber weatherproof plug is used to fill the gap. See **"Removing the Power Cable"** on page 12 for further instructions.

# SD Memory Card Installation

The SD memory card slot is housed behind the lower protective panel on the rear of the device. **See.** **"Rear: Internal" on page 10**

**Step 1:**
Place the camera face down on a non-slip flat surface

**Step 2:**
Carefully remove the two lower protective rubber grommets using a thin flat blade.

**Step 3:**
Undo the two screws using a Philips #00 Screwdriver.

**Step 4:**
Lift off the protective panel.

**Step 5:**
Insert a MicroSD Memory Card.

**Step 6:**
Replace the protective panel.

**Step 7:**
Replace the two screws. Ensure that the screws are tightened firmly.

**Step 8:**
Firmly replace the protective rubber grommets.

**Note:** To ensure that the camera stays weatherproof, users are advised to ensure that all the rubber seals are secured firmly in place.

PX03003-029
DLS0005135

# mydlink

After registering your DCS-2310L camera with a mydlink account in the Camera Installation Wizard. You will be able to remotely access your camera from the www.mydlink.com website. After signing in to your mydlink account, you will see a screen similar to the following:

PX03003-030
DLS0005136

# Camera Status

Here, you can see the online status of each of your cameras. Your online status may be one of the following:

A green checkmark indicates that your camera is online and ready to use.

A yellow exclamation point indicates that your camera is online, but the camera password has changed. You will need to enter your new camera password to access your camera again.

A red X indicates that your camera is offline and currently cannot be accessed remotely.

If your camera is offline, try the following:

- Check to make sure that the Internet connection to your camera is working properly.
- Try restarting your Internet router.
- Check your camera's cable connections and make sure they are secure.
- Check to make sure that the LED on your camera is lit solid green.

If you still cannot access your camera, reset your camera and run the Camera Installation Wizard again from the CD-ROM included in your package.

# Live Video

In the main part of the screen, the Live Video tab will be selected by default. If the camera is available, a Live Video feed will be displayed. Video will be shown at VGA resolution (640x480) if viewing your camera from a PC on the same local network, or at QVGA resolution (320x240) if viewing your camera from a PC on a remote network.

PX03003-032
DLS0005138

Section 3: mydlink

# Playback

The Playback tab allows you to review pre-recorded footage captured to the microSD card.

mydlink
FAQ | Support
Welcome,
My Devices
My Profile
DCS-2310L
44441711
Live View
Playback
Settings
Select the recording clip
Record on 2012/05/09 from 0 to 23
947 matching video clip(s) were found.

Select the date of the footage you wish to preview from the drop-down menu, then choose from the recordings available for that date.

mydlink
FAQ | Support
Welcome,
My Devices
My Profile
DCS-2310L
44441711
Live View
Playback
Settings
Select the recording clip
Record on 2012/05/09 from 0 to 23
947 matching video clip(s) were found.
* Cannot see the video?
Please download and install the plug-in

D-Link DCS-2310L User Manual 33

PX03003-033
DLS0005139

# Settings

The Settings tab contains several options for you to control how your DCS-2310L operates.

**Camera Name:** Click on the **Edit** button to change how the camera name appears.

**mydlink No:** This is the unique mydlink number for your device.

**Model name:** This shows the model name of the camera.

**MAC:** The shows the Media Access Control (MAC) address of the camera.

**Camera Activated on:** The date the camera was registered to the mydlink service.

**Event Notification Settings:** Email notification of events can be switched on or off

**Recording Settings:** Each of the recording settings will open a further menu

PX03003-034
DLS0005140

# Recording Settings

**Record video clips when motion is detected:** Select this option to enable the automatic recording when motion is detected.

| | |
|---|---|
| | **Add Detection Area:** Click on this icon to draw areas that will trigger automatic recording when motion is detected. |
| | **Remove Detection Area:** Click on this icon to erase areas from regions that trigger automatic recording when motion is detected. |
| | **Clear Detection Area:** This will remove all detection areas |
| | **Refresh Snapshot:** This will refresh the current snapshot of the monitored area. |
| | **Increase/Decrease Sensitivity** Increase the motion detection sensitivity |

**Email Notification:** Toggles notification by email on or off.

**Video Clips Recording Mode:** In the event that the microSD card cannot store further recordings, the user can choose to record over previous recordings or to be notified and cease recording.

Case 3:17-cv-00039-JD Document 178-21 Filed 09/21/18 Page 36 of 90

PX03003-035
DLS0005141


**Record Video Clips by Schedule:** This option enables either continuous or recurring scheduled recording.

**Email Notification:** Toggles notification by email on or off.

**Video Clips Recording Mode:** In the event that the microSD card cannot store further recordings, the user can choose to record over previous recordings or to be notified and cease recording.

PX03003-036
DLS0005142

Section 3: mydlink

# Advanced Settings

**Show password:** Checking this box will show the password.

Advanced Settings
You can click the Advanced Settings button to access your camera's advanced settings. After clicking the button, use the username and password below to log in.
Username: admin
Camera Password:
Show password
Advanced Setting
You can remove your camera by clicking Delete Camera button.
Delete Camera

**Advanced Setting:** Clicking on the **Advanced Setting** button will open a secondary window allowing full configuration of the DCS-2310L

The Advanced Settings page has been opened in a separate window.
Please do not leave or close this page until you close the new Advanced Settings window. Otherwise, your connection to the device may be broken.
OK

D-Link
DCS-2310L
LIVE VIDEO
SETUP
ADVANCED
MAINTENANCE
STATUS
HELP
INTERNET CONNECTION SETTINGS
IP CAMERA MOTION DETECTION SETTINGS
SECURITY

D-Link DCS-2310L User Manual 37

PX03003-037
DLS0005143

Case 3:17-cv-00039-JD Document 178-21 Filed 09/21/18 Page 39 of 90

# Events

**Record video clips when motion is detected:** Select this option to enable the automatic recording when motion is detected.

**Mark Page as Read:** Clicking this button will mark the current page of event notifications as read.

**Mark all as Read:** Clicking this button will mark all event notifications as read.

PX03003-038
DLS0005144

# Configuration

## Using the Configuration Interface

After completing the Camera Installation Wizard, you are ready to use your camera. The camera's built-in Web configuration utility is designed to allow you to easily access and configure your DCS-2310L. At the end of the wizard, click **Go To Camera**, or enter the IP address of your camera into a web browser, such as Mozilla Firefox. To log in, use the User name **admin** and the password you created in the Installation Wizard. If you did not create a password, the default password is blank. After entering your password, click **OK**.

# Live Video

This section shows your camera's live video. You may select any of the available icons listed below to operate the camera. You may also select your language using the drop-down menu on the left side of the screen.

You can zoom in and out on the live video image using your mouse. Right-click to zoom out or left-click to zoom in on the image.

**SD Status:** This option displays the status of the SD card. If no SD card has been inserted, this screen will display the message "Card Invalid."

**IO Status:** This option displays the status of your I/O device if a device has been connected.

| | | |
|---|---|---|
| | **Digital Input Indicator** | This indicator will change color when a digital input signal is detected. |
| | **Motion Trigger Indicator** | This indicator will change color when a trigger event occurs.<br><br>**Note:** The video motion feature for your camera must be enabled. |
| | **Recording Indicator** | When a recording is in progress, this indicator will change color. |
| | **Control Pad** | This control pad can be used to electronically pan, tilt, and zoom (ePTZ) within the camera's predefined view area, if one has been defined. |
| | **Auto Pan** | Starts the automatic panning function. The ROI will pan from back and forth within the FOV |
| | **Stop** | Stops the camera ePTZ motion |
| | **Preset Path** | Starts the camera's motion along the predefined path |

**ePTZ Speed:** You may select a value between 0 and 64. 0 is the slowest and 64 is the fastest.

PX03003-040
DLS0005146

**Global View:** This window indicates the total field of view (FOV) of the camera. The red box indicates the visible region of interest (ROI).

**Language:** You may select the interface language using this menu.

| Video Profile 1 | Record a Video Clip |
| --- | --- |
| Video Profile 2 | Set a Storage Folder |
| Video Profile 3 | Listen/Stop Audio In (from microphone) |
| Full screen mode | Start/Stop Audio Out (to speaker) |
| Taking a Snapshot | Start/Stop Digital Output |

**Go To: (Preset List)** If any presets have been defined, selecting a preset from this list will display it.

PX03003-041
DLS0005147

# Setup

## Setup Wizard

To configure your Network Camera, click **Internet Connection Setup Wizard**. Alternatively, you may click **Manual Internet Connection Setup** to manually configure your Network Camera and skip to "Network Setup" on page 48.

To quickly configure your Network Camera's motion detection settings, click **Motion Detection Setup Wizard**. If you want to enter your settings without running the wizard, click **Manual Motion Detection Setup** and skip to **"Motion Detection"** on page 58.

PX03003-042
DLS0005148

Section 4: Configuration

# Internet Connection Setup Wizard

This wizard will guide you through a step-by-step process to configure your new D-Link Camera and connect the camera to the internet. Click **Next** to continue.

welcome to d-link setup wizard - internet connection setup
This wizard will guide you through a step-by-step process to configure your new D-Link IP camera and connect the IP camera to the internet. To set-up your camera motion detection settings, please click Back button to close this wizard and re-open the motion detection setup wizard.
Step 1: Setup LAN Settings
Step 2: Setup DDNS Settings
Step 3: IP camera Name Settings
Step 4: Setup Time Zone
Back
Next
Cancel

**Note:** Select DHCP if you are unsure of which settings to choose.

Click **Next** to continue.

Step 1: Setup LAN Settings
Please select whether your IP camera will connect to the Internet with a DHCP connection or Static IP address. If your IP camera is connected to a router, or you are unsure which settings to pick, D-Link recommends that you keep the default selection of DHCP connection. Otherwise, click on Static IP address to manually assign and IP address before clicking on the Next button.Please enter your ISP Username and Password in the case that your ISP is using PPPoE and then click on the Next button. Please contact your ISP if you do not know your Username and Password.
DHCP
Static IP Client
IP address
Subnet mask
Default router
Primary DNS
Secondary DNS
Enable PPPoE
User Name
(e.g. 654321@hinet.net)
Password
Back
Next
Cancel

D-Link DCS-2310L User Manual 43

PX03003-043
DLS0005149

Select **Static IP** if your Internet Service Provider has provided you with connection settings, or if you wish to set a static address within your home network. Enter the correct configuration information and click **Next** to continue.

If you are using PPPoE, select **Enable PPPoE** and enter your user name and password, otherwise click **Next** to continue.

If you have a Dynamic DNS account and would like the camera to update your IP address automatically, Select **Enable DDNS** and enter your host information. Click **Next** to continue.

Enter a name for your camera and click **Next** to continue.

Step 3: IP camera Name Settings

D-Link recommends that you rename your IP camera for easy accessibility. You can then identify and connect to your IP camera via this name. Please assign a name of your choice before clicking on the Next button.

IP camera Name DCS-2310L

Back Next Cancel

PX03003-044
DLS0005150

Configure the correct time to ensure that all events will be triggered as scheduled. Click **Next** to continue.

If you have selected DHCP, you will see a summary of your settings, including the camera's IP address. Please write down all of this information as you will need it in order to access your camera.

Click **Apply** to save your settings.

**Step 5: Setup complete**

Below is a summary of your IP camera settings. Click on the Back button to review or modify settings or click on the Apply button if all settings are correct. It is recommended to note down these settings in order to access your IP camera on the network or via your web browser.

| | |
|---|---|
| IP Address | DHCP |
| IP camera Name | DCS-2310L |
| Time Zone | (GMT+08:00) Taipei |
| DDNS | Disable |
| PPPoE | Disable |

Back Apply Cancel

PX03003-045
DLS0005151

# Motion Detection Setup Wizard

This wizard will guide you through a step-by-step process to configure your camera's motion detection functions.

Click **Next** to continue.

**Step 1**
This step will allow you to enable or disable motion detection, specify the detection sensitivity, and adjust the camera's ability to detect movement.

You may specify whether the camera should capture a snapshot or a video clip when motion is detected.

Please see the **Motion Detection** section on "Motion Detection" on page 58 for information about how to configure motion detection.

**Step 2**
This step allows you to enable motion detection based on a customized schedule. Specify the day and hours. You may also choose to always record motion.

**Step 3**
This step allows you to specify how you will receive event notifications from your camera. You may choose not to receive notifications, or to receive notifications via e-mail or FTP.

Please enter the relevant information for your e-mail or FTP account.

Click **Next** to continue.

**Step 4**
You have completed the Motion Detection Wizard.

Please verify your settings and click **Apply** to save them.

Step 4: Setup Complete
You have completed your IP camera setup. Please click the Back button if you want to review or modify your settings or click on the Apply button to save and apply your settings.
Motion Detection : Disable
EVENT : Video Clip
Schedule Day : Sun ,Mon ,Tue ,Wed ,Thu ,Fri ,Sat ,
Schedule Time : From0:0To23:59
Alerts and Notification : Email
Back Apply Cancel

Please wait a few moments while the camera saves your settings and restarts.

Step 4: Setup Complete
You have completed your IP camera setup. Please click the Back button if you want to review or modify your settings or click on the Apply button to save and apply your settings.
Changes saved.IP camera's network is restarting, please wait for 6 seconds ...

PX03003-047
DLS0005153

Case 3:17-cv-00039-JD Document 178-21 Filed 09/21/18 Page 49 of 90

# Network Setup

Use this section to configure the network connections for your camera. All relevant information must be entered accurately. After making any changes, click the **Save Settings** button to save your changes.

**LAN Settings:** This section lets you configure settings for your local area network.

**DHCP:** Select this connection if you have a DHCP server running on your network and would like your camera to obtain an IP address automatically.

If you choose DHCP, you do not need to fill out the IP address settings.

**Static IP Address:** You may obtain a static or fixed IP address and other network information from your network administrator for your camera. A static IP address may simplify access to your camera in the future.

**IP Address:** Enter the fixed IP address in this field.

**Subnet Mask:** This number is used to determine if the destination is in the same subnet. The default value is 255.255.255.0.

**Default Gateway:** The gateway used to forward frames to destinations in a different subnet. Invalid gateway settings may cause the failure of transmissions to a different subnet.

**Primary DNS:** The primary domain name server translates names to IP addresses.

**Secondary DNS:** The secondary DNS acts as a backup to the primary DNS.

PX03003-048
DLS0005154

**Enable UPnP Presentation:** Enabling this setting allows your camera to be configured as a UPnP device on your network.

**Enable UPnP Port Forwarding:** Enabling this setting allows the camera to add port forwarding entries into the router automatically on a UPnP capable network.

**Enable PPPoE:** Enable this setting if your network uses PPPoE.

**User Name / Password:** Enter the username and password for your PPPoE account. Re-enter your password in the Confirm Password field. You may obtain this information from your ISP.

**HTTP Port:** The default port number is 80.

**Access Name for Stream 1~3:** The default name is video#.mjpg, where # is the number of the stream.

**HTTPS Port:** You may use a PC with a secure browser to connect to the HTTPS port of the camera. The default port number is 443.

**RTSP Port:** The port number that you use for RTSP streaming to mobile devices, such as mobile phones or PDAs. The default port number is 554. You may specify the address of a particular stream. For instance, live1.sdp can be accessed at rtsp://x.x.x.x/video1.sdp where the x.x.x.x represents the ip address of your camera.

LAN SETTINGS
DHCP
Static IP Client
IP address
Subnet mask
Default router
Primary DNS
Secondary DNS
Enable UPnP presentation
Enable UPnP port forwarding
Forwarding Port
Forwarding Status
UPnP forwarding is inactive
PPPOE SETTINGS
Enable
Disable
User Name
Password
Confirm password
PPPoE Status
PPPoE is inactive.
HTTP
HTTP port
80
Access name for stream1
video1.mjpg
Access name for stream2
video2.mjpg
Access name for stream3
video3.mjpg
HTTPS
HTTPS port
443
RTSP
Authentication
Disable
RTSP port
554
Access name for stream1
live1.sdp
Access name for stream2
live2.sdp
Access name for stream3
live3.sdp

PX03003-049
DLS0005155

**Enable CoS:** Enabling the Class of Service setting implements a best-effort policy without making any bandwidth reservations.

**Enable QoS:** Enabling QoS allows you to specify a traffic priority policy to ensure a consistent Quality of Service during busy periods. If the Network Camera is connected to a router that itself implements QoS, the router's settings will override the QoS settings of the camera.

**Enable IPV6:** Enable the IPV6 setting to use the IPV6 protocol. Enabling the option allows you to manually set up the address, specify an optional IP address, specify an optional router and an optional primary DNS.

**Enable Multicast for stream** The DCS-2310L allows you to multicast each of the available streams via group address and specify the TTL value for each stream. Enter the port and TTL settings you wish to use if you do not want to use the defaults.

PX03003-050
DLS0005156

# Dynamic DNS

DDNS (Dynamic Domain Name Server) will hold a DNS host name and synchronize the public IP address of the modem when it has been modified. A user name and password are required when using the DDNS service. After making any changes, click the **Save Settings** button to save your changes.

**Enable DDNS:** Select this checkbox to enable the DDNS function.

**Server Address:** Select your Dynamic DNS provider from the drop-down menu or enter the server address manually.

**Host Name:** Enter the host name of the DDNS server.

**User Name:** Enter the user name or e-mail used to connect to your DDNS account.

**Password:** Enter the password used to connect to your DDNS server account.

**Timeout:** Enter the DNS timeout values you wish to use.

**Status:** Indicates the connection status, which is automatically determined by the system.

PX03003-051
DLS0005157

# Image Setup

In this section, you may configure the video image settings for your camera. A preview of the image will be shown in Live Video.

**Enable Privacy Mask:** The Privacy Mask setting allows you to specify up to 3 rectangular areas on the camera's image to be blocked/excluded from recordings and snapshots.

You may click and drag the mouse cursor over the camera image to draw a mask area. Right-clicking on the camera image brings up the following menu options:

**Disable All:** Disables all mask areas
**Enable All:** Enables all mask areas
**Reset All:** Clears all mask areas.

**Anti Flicker:** If the video flickers, try enabling this setting.

**Mirror:** This will mirror the image horizontally.

**Flip:** This will flip the image vertically. When turning Flip on, you may want to consider turning Mirror on as well.

**Power Line:** Select the frequency used by your power lines to avoid interference or distortion.

**White Balance:** Use the drop-down box to change white balance settings to help balance colors for different environments. You can choose from Auto, Outdoor, Indoor, Fluorescent, and Push Hold.

PX03003-052
DLS0005158

**Exposure Mode:** Changes the exposure mode. Use the drop-down box to set the camera for Indoor, Outdoor, or Night environments, or to Moving to capture moving objects. The Low Noise option will focus on creating a high-quality picture without noise. You can also create 3 different custom exposure modes. The Max Gain setting will allow you to control the maximum amount of gain to apply to brighten the picture.

**Denoise:** This setting controls the amount of noise reduction that will be applied to the picture.

**Brightness:** Adjust this setting to compensate for backlit subjects.

**Contrast:** Adjust this setting to alter the color intensity/strength.

**Saturation:** This setting controls the amount of coloration, from grayscale to fully saturated.

**Sharpness:** Specify a value from 0 to 8 to specify how much sharpening to apply to the image.

**Reset Default:** Click this button to reset the image to factory default settings.

IMAGE SETTINGS

Anti Flicker: On / Off
Mirror: On / Off
Flip: On / Off
Power Line: 60 Hz / 50 Hz
White Balance: Auto
Exposure Mode: Auto — Max Gain 24 dB
Denoise: 0
Brightness: 4
Contrast: 4
Saturation: 128
Sharpness: 4
Reset Default

PX03003-053
DLS0005159

# Audio and Video

You may configure up to 3 video profiles with different settings for your camera. Hence, you may set up different profiles for your computer and mobile display. In addition, you may also configure the two-way audio settings for your camera. After making any changes, click the **Save Settings** button to save your changes.

**Aspect ratio:** Set the aspect ratio of the video to 4:3 standard or 16:9 widescreen.

**Mode:** Set the video codec to be used to JPEG, MPEG-4, or H.264.

**Frame size / View window area:** Frame size determines the total capture resolution, and View window area determines the Live Video viewing window size. If the Frame size is larger than the Live Video size, you can use the ePTZ controls to look around.

| | |
|---|---|
| 16:9 | 1280 x 800, 1280 x 720, 800 x 450, 640 x 360, 480 x 270, 320 x 176, 176 x 144 |
| 4:3 | 1024 x 768, 800 x 600, 640 x 480, 480 x 360, 320 x 240, 176 x 144 |

**Note**: If your View window area is the same as your Frame size, you will not be able to use the ePTZ function.

**Maximum frame rate:** A higher frame rate provides smoother motion for videos, and requires more bandwidth. Lower frame rates will result in stuttering motion, and requires less bandwidth.

PX03003-054
DLS0005160

**Video Quality:** This limits the maximum frame rate, which can be combined with the "Fixed quality" option to optimize the bandwidth utilization and video quality. If fixed bandwidth utilization is desired regardless of the video quality, choose "Constant bit rate" and select the desired bandwidth.

**Constant bit rate:** The bps will affect the bit rate of the video recorded by the camera. Higher bit rates result in higher video quality.

**Fixed quality:** Select the image quality level for the camera to try to maintain. High quality levels will result in increased bit rates.

**Audio in off:** Selecting this checkbox will mute incoming audio.

**Audio in gain level:** This setting controls the amount of gain applied to incoming audio to increase its volume.

**Audio out off:** Selecting this checkbox will mute outgoing audio.

**Audio out volume level:** This setting controls the amount of gain applied to outgoing audio to increase its volume.

PX03003-055
DLS0005161

# Preset

This screen allows you to set preset points for the ePTZ function of the camera, which allows you to look around the camera's viewable area by using a zoomed view. Presets allow you to quickly go to and view a specific part of the area your camera is covering, and you can create preset sequences, which will automatically change the camera's view between the different presets according to a defined order and timing you can set.

**Note**: If your View window area is the same as your Frame size, you will not be able to use the ePTZ function.

**Video Profile:** This selects which video profile to use.

**ePTZ Speed:** You may select a value between 0 and 64. 0 is the slowest and 64 is the fastest.

**Arrow Buttons and Home Button:** Use these buttons to move to a specific part of the viewing area, which you can then set as a preset. Click the Home button to return to the center of the viewing area.

**Input Preset Name:** Enter the name of the preset you want to create, then click the **Add** button to make a new preset. If an existing preset has been selected from the Preset List, you can change its name by typing in a new name, then clicking the **Rename** button.

**Preset List:** Click this drop-down box to see a list of all the presets that have been created. You can select one, then click the **GoTo** button to change the displayed camera view to the preset. Clicking the **Remove** button will delete the currently selected preset.

**Preset Sequence:** This section allows you to create a preset sequence, which automatically moves the camera's view between a set of preset views.

PX03003-056
DLS0005162

**Preset List:** To add a preset to the sequence, select it from the drop-down box at the bottom of this window, set the **Dwell time** to determine how long the camera view will stay at that preset, then click the **Add** button. The preset name will appear in the list, followed by the dwell time to view that preset for.

You can rearrange your presets in the sequence by selecting a preset in the sequence, then clicking the arrow buttons to move it higher or lower in the current sequence.

Clicking the trash can button will remove the currently selected preset from the sequence.

If you want to change the dwell time for a preset, select it from the list, enter a new dwell time, then click the **Update** button.

PX03003-057
DLS0005163

# Motion Detection

Enabling Video Motion will allow your camera to use the motion detection feature. You may draw a finite motion area that will be used for monitoring. After making any changes, click the **Save Settings** button to save your changes.

**Enable Video Motion:** Select this box to enable the motion detection feature of your camera.

**Sensitivity:** Specifies the measurable difference between two sequential images that would indicate motion. Please enter a value between 0 and 100.

**Percentage:** Specifies the amount of motion in the window being monitored that is required to initiate an alert. If this is set to 100%, motion is detected within the whole window will trigger a snapshot.

**Draw Motion Area:** Draw the motion detection area by dragging your mouse in the window (indicated by the red square).

**Erase Motion Area:** To erase a motion detection area, simply click on the red square that you wish to remove.

Right clicking on the camera image brings up the following menu options:

**Select All:** Draws a motion detection area over the entire screen.
**Clear All:** Clears any motion detection areas that have been drawn.
**Restore:** Restores the previously specified motion detection areas.

PX03003-058
DLS0005164

# Time and Date

This section allows you to automatically or manually configure, update, and maintain the internal system clock for your camera. After making any changes, click the **Save Settings** button to save your changes.

**Time Zone:** Select your time zone from the drop-down menu.

**Enable Daylight Saving:** Select this to enable Daylight Saving Time.

**Auto Daylight Saving:** Select this option to allow your camera to configure the Daylight Saving settings automatically.

**Set Date and Time Manually:** Selecting this option allows you to configure the Daylight Saving date and time manually.

**Offset:** Sets the amount of time to be added or removed when Daylight Saving is enabled.

**Synchronize with NTP Server:** Enable this feature to obtain time automatically from an NTP server.

**NTP Server:** Network Time Protocol (NTP) synchronizes the DCS-2310L with an Internet time server. Choose the one that is closest to your location.

**Set the Date and Time Manually:** This option allows you to set the time and date manually.

**Copy Your Computer's Time Settings:** This will synchronize the time information from your PC.

PX03003-059
DLS0005165

Case 3:17-cv-00039-JD Document 178-21 Filed 09/21/18 Page 61 of 90

# Event Setup

In a typical application, when motion is detected, the DCS-2310L sends images to a FTP server or via e-mail as notifications. As shown in the illustration below, an event can be triggered by many sources, such as motion detection or external digital input devices. When an event is triggered, a specified action will be performed. You can configure the Network Camera to send snapshots or videos to your e-mail address or FTP site.

To start plotting an event, it is suggested to configure server and media columns first so that the Network Camera will know what action shall be performed when a trigger is activated.

PX03003-060
DLS0005166

The Event Setup page includes 4 different sections.

- Event
- Server
- Media
- Recording

1. To add a new item - "event, server or media," click **Add**. A screen will appear and allow you to update the fields accordingly.

2. To delete the selected item from the pull-down menu of event, server or media, click **Delete**.

3. Click on the item name to pop up a window for modifying.

PX03003-061
DLS0005167

# Add Server

You can configure up to 5 servers to save snapshots and/or video to. After making any changes, click the **Save Settings** button to save your changes.

**Server Name:** Enter the unique name of your server.

**E-mail:** Enter the configuration for the target e-mail server account.

**FTP:** Enter the configuration for the target FTP server account.

**Network Storage:** Specify a network storage device. Only one network storage device is supported.

**SD Card:** Use the camera's onboard SD card storage.

PX03003-062
DLS0005168

# Add Media

There are three types of media, **Snapshot**, **Video Clip**, and **System Log**. After making any changes, click the **Save Settings** button to save your changes.

**Media Name:** Enter a unique name for media type you want to create.

**Snapshot:** Select this option to set the media type to snapshots.

**Source:** Set the video profile to use as the media source. Refer to **Audio and Video** on "Audio and Video" on page 54 for more information on video profiles.

**Send pre-event image(s) [0~4]:** Set the number of pre-event images to take. Pre-event images are images taken before the main event snapshot is taken.

**Send post-event image(s) [0~7]:** Set the number of post-event images to take. Post-event images are images taken after the main event snapshot is taken. You can set up to 7 post-event images to be taken.

**File name prefix:** The prefix name will be added on the file name.

**Add date and time suffix to file name:** Check it to add timing information as file name suffix.

PX03003-063
DLS0005169

**Video clip:** Select this option to set the media type to video clips.

**Source:** Set the video profile to use as the media source. Refer to "Audio and Video" on page 46 for more information on video profiles.

**Pre-event recording:** This sets how many seconds to record before the main event video clip starts. You can record up to 4 seconds of pre-event video.

**Maximum duration:** Set the maximum length of video to record for your video clips.

**Maximum file size:** Set the maximum file size to record for your video clips.

**File name prefix:** This is the prefix that will be added to the filename of saved video clips.

**System log:** Select this option to set the media type to system logs. This will save the event to the camera system log, but will not record any snapshots or video.

PX03003-064
DLS0005170

# Add Event

Create and schedule up to 2 events with their own settings here. After making any changes, click the **Save Settings** button to save your changes.

**Event name:** Enter a name for the event.

**Enable this event:** Select this box to activate this event.

**Priority:** Set the priority for this event. The event with higher priority will be executed first.

**Delay:** Select the delay time before checking the next event. It is being used for both events of motion detection and digital input trigger.

**Trigger:** Specify the input type that triggers the event.

**Video Motion Detection:** Motion is detected during live video monitoring. Select the windows that need to be monitored.

**Periodic:** The event is triggered in specified intervals. The trigger interval unit is in minutes.

**System Boot:** Triggers an event when the system boots up.

**Network Lost:** Triggers an event when the network connection is lost.

**Passive Infrared Sensor:** Triggers an event when the PIR sensor is activated by moving infrared objects even in dark environment.

**Time:** Select **Always** or enter the time interval.

**Server:** Specify the location where the event information should be saved to.

PX03003-066
DLS0005172



# Add Recording

Here you can configure and schedule the recording settings. After making any changes, click the **Save Settings** button to save your changes.

**Recording entry name:** The unique name of the entry.

**Enable this recording:** Select this to enable the recording function.

**Priority:** Set the priority for this entry. The entry with a higher priority value will be executed first.

**Source:** The source of the stream.

**Recording schedule:** Scheduling the recording entry.

**Recording settings:** Configuring the setting for the recording.

**Destination:** Select the folder where the recording file will be stored.

**Total cycling recording size:** Please input a HDD volume between 1MB and 2TB for recording space. The recording data will replace the oldest record when the total recording size exceeds this value. For example, if each recording file is 6MB, and the total cyclical recording size is 600MB, then the camera will record 100 files in the specified location (folder) and then will delete the oldest file and create new file for cyclical recording.

Please note that if the free HDD space is not enough, the recording will stop. Before you set up this option please make sure your HDD has enough space, and it is better to not save other files in the same folder as recording files.

PX03003-067
DLS0005173

**Size of each file for recording:** If this is selected, files will be separated based on the file size you specify.

**Time of each file for recording:** If this is selected, files will be separated based on the maximum length you specify.

**File Name Prefix:** The prefix name will be added on the file name of the recording file(s).

PX03003-068
DLS0005174

# SD Card

Here you may browse and manage the recorded files which are stored on the SD card.

**Format SD Card:** Click this icon to automatically format the SD card and create "picture" & "video" folders.

**View Recorded Picture:** If the picture files are stored on the SD card, click on the picture folder and choose the picture file you would like to view.

**Playback Recorded Video:** If video files are stored on the SD card, click on the video folder and choose the video file you would like to view.

**Refresh:** Reloads the file and folder information from the SD card.

# Advanced

## ICR and IR

Here you can configure the ICR and IR settings. An IR(Infrared) Cut-Removable(ICR) filter can be disengaged for increased sensitivity in low light environments.

**Automatic:** The Day/Night mode is set automatically. Generally, the camera uses Day mode and switches to Night mode when needed.

**Day Mode:** Day mode enables the IR Cut Filter.

**Night Mode:** Night mode disables the IR Cut Filter.

**Schedule Mode:** Set up the Day/Night mode using a schedule. The camera will enter Day mode at the starting time and return to Night mode at the ending time.

**IR Light Control:** The camera can enable or disable the IR (infrared) light according to your preferences. This setting provides additional controls depending on your specific application.

**Off:** The IR light will always be off.

**On:** The IR light will always be on.

**Sync:** The IR light will turn on when the ICR sensor is on.

**Schedule:** The IR light will turn on or off according to the schedule that you specify below.

PX03003-070
DLS0005176

# HTTPS

This page allows you to install and activate an HTTPS certificate for secure access to your camera. After making any changes, click the **Save Settings** button to save your changes.

**Enable HTTPS Secure Connection:** Enable the HTTPS service.

**Create Certificate Method:** Choose the way the certificate should be created. Three options are available:

Create a self-signed certificate automatically
Create a self-signed certificate manually
Create a certificate request and install

**Status:** Displays the status of the certificate.

**Note:** The certificate cannot be removed while the HTTPS is still enabled. To remove the certificate, you must first uncheck **Enable HTTPS secure connection.**

PX03003-071
DLS0005177

Case 3:17-cv-00039-JD Document 178-21 Filed 09/21/18 Page 73 of 90

# Access List

Here you can set access permissions for users to view your DCS-2310L.

**Allow list:** The list of IP addresses that have the access right to the camera.

**Start IP address:** The starting IP Address of the devices (such as a computer) that have permission to access the video of the camera. Click **Add** to save the changes made.

**Note:** A total of seven lists can be configured for both columns.

**End IP address:** The ending IP Address of the devices (such as a computer) that have permission to access the video of the camera.

**Delete allow list:** Remove the customized setting from the Allow List.

**Deny list:** The list of IP addresses that have no access rights to the camera.

**Delete deny list:** Remove the customized setting from the Delete List.

**For example:**
When the range of the Allowed List is set from 1.1.1.0 to 192.255.255.255 and the range of the Denied List is set from 1.1.1.0 to 170.255.255.255. Only users with IPs located between 171.0.0.0 and 192.255.255.255 can access the Network Camera.

PX03003-072
DLS0005178

# Maintenance

## Device Management

You may modify the name and administrator's password of your camera, as well as add and manage the user accounts for accessing the camera. You may also use this section to create a unique name and configure the OSD settings for your camera.

**Admin Password Setting:** Set a new password for the administrator's account.

**Add User Account:** Add new user account.

**User Name:** The user name for the new account.

**Password:** The password for the new account.

**User List:** All the existing user accounts will be displayed here. You may delete accounts included in the list, but you may want to reserve at least one as a guest account.

**Camera Name:** Create a unique name for your camera that will be added to the file name prefix when creating a snapshot or a video clip.

**Enable OSD:** Select this option to enable the On-Screen Display feature for your camera.

**Label:** Enter a label for the camera, which will be shown on the OSD when it is enabled.

**Show Time:** Select this option to enable the time-stamp display on the video screen.

PX03003-073
DLS0005179

# Backup and Restore

In this section, you may backup, restore and reset the camera configuration, or reboot the camera.

**Save To Local Hard Drive:** You may save your current camera configuration as a file on your computer.

**Local From Local Hard Drive:** Locate a pre-saved configuration by clicking **Browse** and then restore the pre-defined settings to your camera by clicking **Load Configuration**.

**Restore to Factory Default:** You may reset your camera and restore the factory settings by clicking **Restore Factory Defaults**.

**Reboot Device:** This will restart your camera.

PX03003-074
DLS0005180

# Firmware Upgrade

The camera's current firmware version will be displayed on this screen. You may visit the D-Link Support Website to check for the latest available firmware version.

To upgrade the firmware on your DCS-2310L, please download and save the latest firmware version from the D-Link Support Page to your local hard drive. Locate the file on your local hard drive by clicking the **Browse** button. Select the file and click the **Upload** button to start upgrading the firmware.

**Current Firmware Version:** Displays the detected firmware version.

**Current Product Name:** Displays the camera model name.

**File Path:** Locate the file (upgraded firmware) on your hard drive by clicking **Browse**.

**Upload:** Uploads the new firmware to your camera.

PX03003-075
DLS0005181

# Status
## Device Info

This page displays detailed information about your device and network connection.

D-Link
DCS-2310L
LIVE VIDEO
SETUP
ADVANCED
MAINTENANCE
STATUS
HELP
Device Info
Log
Logout
DEVICE INFO
All of your network connection details are displayed on this page. The firmware version is also displayed here.
INFORMATION
IP camera Name DCS-2310L
Time & Date Thu Feb 3 00:09:11 2011
Firmware Version 0.01.07
MAC Address F0:7D:68:0F:BB:2D
IP Address 192.168.0.101
IP Subnet Mask 255.255.255.0
Default Gateway 192.168.0.1
Primary DNS 192.168.0.1
Secondary DNS 0.0.0.0
PPPoE Disable
DDNS Disable
status info mydlink ver 2.0.15-b6
Helpful Hints..
This page displays all the information about the IP camera and network settings.

PX03003-076
DLS0005182

# Logs

This page displays the log information of your camera. You may download the information by clicking **Download**. You may also click **Clear** to delete the saved log information.

PX03003-077
DLS0005183

Section 4: Configuration

# Help

This page provides helpful information regarding camera operation.

D-Link
DCS-2310L
LIVE VIDEO
SETUP
ADVANCED
MAINTENANCE
STATUS
HELP
Help
Logout
HELP
LIVE VIDEO
SETUP
MAINTENANCE
ADVANCED
STATUS
LIVE VIDEO
Camera
SETUP
Setup Wizard
Network Setup
Dynamic DNS
Image Setup
Audio and Video
Preset
Motion Detection
Time and Date
Event Setup
SD Card
ADVANCED
DI and DO
ICR and IR
HTTPS
Access List
MAINTENANCE
Admin
System
Firmware Upgrade
STATUS
Device Info
Log
SECURITY

D-Link DCS-2310L User Manual 78

PX03003-078
DLS0005184

# Technical Specifications

| | | | |
|---|---|---|---|
| **Camera** | Camera Hardware Profile | ▪ 1/4" Megapixel progressive CMOS sensor<br>▪ 5 meter IR illumination distance<br>▪ Minimum illumination: 0 lux with IR LED on<br>▪ Built-in Infrared-Cut Removable (ICR) Filter module<br>▪ Built-in PIR sensor (5 meter)<br>▪ Built-in microphone and speaker | ▪ 10x digital zoom<br>▪ Focal length: 3.45 mm<br>▪ Aperture: F2.0<br>▪ Angle of view:<br>▪ (H) 57.8°<br>▪ (V) 37.8°<br>▪ (D) 66° |
| | Image Features | ▪ Configurable image size, quality, frame rate, and bit rate<br>▪ Time stamp and text overlays<br>▪ Configurable motion detection windows | ▪ Configurable privacy mask zones<br>▪ Configurable shutter speed, brightness, saturation, contrast, and sharpness |
| | Video Compression | ▪ Simultaneous H.264/MPEG-4/MJPEG format compression<br>▪ H.264/MPEG-4 multicast streaming | ▪ JPEG for still images |
| | Video Resolution | 16:9 - 1280 x 800, 1280 x 720, 800 x 450, 640 x 360, 480 x 270, 320 x 176, 176 x 144 | 4:3 - 1024 x 768, 800 x 600, 640 x 480, 480 x 360, 320 x 240, 176 x 144 |
| | Audio Support | ▪ G.726 | ▪ G.711 |
| | External Device Interface | ▪ 10/100 BASE-TX Fast Ethernet port | ▪ MicroSD/SDHC card slot |
| **Network** | Network Protocols | IPv6<br>IPv4<br>TCP/IP<br>UDP<br>ICMP<br>DHCP client<br>NTP client (D-Link)<br>DNS client<br>DDNS client (D-Link)<br>SMTP client<br>FTP client | HTTP / HTTPS<br>Samba Client<br>PPPoE<br>UPnP port forwarding<br>RTP / RTSP/ RTCP<br>IP filtering<br>QoS<br>CoS<br>Multicast<br>IGMP<br>ONVIF compliant |
| | Security | ▪ Administrator and user group protection<br>▪ Password authentication | ▪ HTTP and RTSP digest encryption |

PX03003-079
DLS0005185

| | | | |
|---|---|---|---|
| **System Management** | System Requirements for Web Interface | ▪ Operating System: Microsoft Windows 7/Vista/XP/2000 | ▪ Browser: Internet Explorer, Firefox, Chrome, Safari |
| | Event Management | ▪ Motion detection<br>▪ Event notification and uploading of snapshots/video clips via e-mail or FTP | ▪ Supports multiple SMTP and FTP servers<br>▪ Multiple event notifications<br>▪ Multiple recording methods for easy backup |
| | Remote Management | ▪ Take snapshots/video clips and save to local hard drive or NAS via web browser | ▪ Configuration interface accessible via web browser |
| | Mobile Support | Windows 7/Vista/XP system, Pocket PC, or mobile phone | mydlink mobile app for iOS and Android mobile devices |
| | D-ViewCam™ System Requirements | ▪ Operating System: Microsoft Windows 7/Vista/XP<br>▪ Web Browser: Internet Explorer 7 or higher | ▪ Protocol: Standard TCP/IP |
| | D-ViewCam™ Software Functions | ▪ Remote management/control of up to 32 cameras<br>▪ Viewing of up to 32 cameras on one screen | ▪ Supports all management functions provided in web interface<br>▪ Scheduled motion triggered, or manual recording options |
| **General** | Weight | 235 g | |
| | External Power Adaptor | Input: 100 to 240 V AC, 50/60 Hz | Output: 5 V DC, 1.2 A, 50/60 Hz |
| | Power Consumption | 3.7 Watts | |
| | Temperature | Operating: -25 to 50 °C (-13 to 122 °F) | Storage: -20 to 70 °C (-4 to 158 °F) |
| | Humidity | Operating: 20% to 80% non-condensing | Storage: 5% to 95% non-condensing |
| | Certifications | CE<br>CE LVD | FCC<br>C-Tick<br>IP65 |

Appendix B: Technical Specifications

**Dimensions**

93
45.7
20
81.6
66
105.2
138.9
D-Link

D-Link DCS-2310L User Manual 81

PX03003-081
DLS0005187

# Safety Statements

**CE Mark Warning:**
This is a Class B product. In a domestic environment, this product may cause radio interference, in which case the user may be required to take adequate measures.

**FCC Statement:**
This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses, and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communication. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

**FCC Caution:**
Any changes or modifications not expressly approved by the party responsible for compliance could void the user's authority to operate this equipment.

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions:
(1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

PX03003-082
DLS0005188

# Contacting Technical Support

U.S. and Canadian customers can contact D-Link technical support through our web site or by phone.

Before you contact technical support, please have the following ready:

- Model number of the product (e.g. DCS-2130L)
- Hardware Revision (located on the label on the bottom of the Network Camera (e.g. rev A1))
- Serial Number (s/n number located on the label on the bottom of the Network Camera).

You can find software updates and user documentation on the D-Link website as well as frequently asked questions and answers to technical issues.

## For customers within the United States:

**Phone Support:**
(877) 453-5465

**Internet Support:**
http://support.dlink.com

PX03003-083
DLS0005189

# Warranty

Subject to the terms and conditions set forth herein, D-Link Systems, Inc. ("D-Link") provides this Limited Warranty:

- Only to the person or entity that originally purchased the product from D-Link or its authorized reseller or distributor, and
- Only for products purchased and delivered within the fifty states of the United States, the District of Columbia, U.S. Possessions or Protectorates, U.S. Military Installations, or addresses with an APO or FPO.

**Limited Warranty:**
D-Link warrants that the hardware portion of the D-Link product described below ("Hardware") will be free from material defects in workmanship and materials under normal use from the date of original retail purchase of the product, for the period set forth below ("Warranty Period"), except as otherwise stated herein.

- Hardware: One (1) year
- Power supplies: One (1) year
- Spare parts and spare kits: Ninety (90) days

The customer's sole and exclusive remedy and the entire liability of D-Link and its suppliers under this Limited Warranty will be, at D-Link's option, to repair or replace the defective Hardware during the Warranty Period at no charge to the original owner or to refund the actual purchase price paid. Any repair or replacement will be rendered by D-Link at an Authorized D-Link Service Office. The replacement hardware need not be new or have an identical make, model or part. D-Link may, at its option, replace the defective Hardware or any part thereof with any reconditioned product that D-Link reasonably determines is substantially equivalent (or superior) in all material respects to the defective Hardware. Repaired or replacement hardware will be warranted for the remainder of the original Warranty Period or ninety (90) days, whichever is longer, and is subject to the same limitations and exclusions. If a material defect is incapable of correction, or if D-Link determines that it is not practical to repair or replace the defective Hardware, the actual price paid by the original purchaser for the defective Hardware will be refunded by D-Link upon return to D-Link of the defective Hardware. All Hardware or part thereof that is replaced by D-Link, or for which the purchase price is refunded, shall become the property of D-Link upon replacement or refund.

PX03003-084
DLS0005190

## Limited Software Warranty:

D-Link warrants that the software portion of the product ("Software") will substantially conform to D-Link's then current functional specifications for the Software, as set forth in the applicable documentation, from the date of original retail purchase of the Software for a period of ninety (90) days ("Software Warranty Period"), provided that the Software is properly installed on approved hardware and operated as contemplated in its documentation. D-Link further warrants that, during the Software Warranty Period, the magnetic media on which D-Link delivers the Software will be free of physical defects. The customer's sole and exclusive remedy and the entire liability of D-Link and its suppliers under this Limited Warranty will be, at D-Link's option, to replace the non-conforming Software (or defective media) with software that substantially conforms to D-Link's functional specifications for the Software or to refund the portion of the actual purchase price paid that is attributable to the Software. Except as otherwise agreed by DLink in writing, the replacement Software is provided only to the original licensee, and is subject to the terms and conditions of the license granted by D-Link for the Software. Replacement Software will be warranted for the remainder of the original Warranty Period and is subject to the same limitations and exclusions. If a material non-conformance is incapable of correction, or if D-Link determines in its sole discretion that it is not practical to replace the non-conforming Software, the price paid by the original licensee for the non-conforming Software will be refunded by D-Link; provided that the non-conforming Software (and all copies thereof) is first returned to D-Link. The license granted respecting any Software for which a refund is given automatically terminates.

## Non-Applicability of Warranty:

The Limited Warranty provided hereunder for Hardware and Software portions of D-Link's products will not be applied to and does not cover any refurbished product and any product purchased through the inventory clearance or liquidation sale or other sales in which D-Link, the sellers, or the liquidators expressly disclaim their warranty obligation pertaining to the product and in that case, the product is being sold "As-Is" without any warranty whatsoever including, without limitation, the Limited Warranty as described herein, notwithstanding anything stated herein to the contrary.

### Submitting A Claim (USA):

The customer shall return the product to the original purchase point based on its return policy. In case the return policy period has expired and the product is within warranty, the customer shall submit a claim to D-Link as outlined below:

- The customer must submit with the product as part of the claim a written description of the Hardware defect or Software nonconformance in sufficient detail to allow DLink to confirm the same, along with proof of purchase of the product (such as a copy of the dated purchase invoice for the product) if the product is not registered.

- The customer must obtain a Case ID Number from D-Link Technical Support at 1-877-354-6555, who will attempt to assist the customer in resolving any suspected defects with the product. If the product is considered defective, the customer must obtain a Return Material Authorization ("RMA") number by completing the RMA form and entering the assigned Case ID Number at https://rma.dlink.com/.

- After an RMA number is issued, the defective product must be packaged securely in the original or other suitable shipping package to ensure that it will not be damaged in transit, and the RMA number must be prominently marked on the outside of the package. Do not include any manuals or accessories in the shipping package. DLink will only replace the defective portion of the product and will not ship back any accessories.

- The customer is responsible for all in-bound shipping charges to D-Link. No Cash on Delivery ("COD") is allowed. Products sent COD will either be rejected by D-Link or become the property of D-Link. Products shall be fully insured by the customer and shipped to D-Link Systems, Inc., 17595 Mt. Herrmann, Fountain Valley, CA 92708. D-Link will not be held responsible for any packages that are lost in transit to D-Link. The repaired or replaced packages will be shipped to the customer via UPS Ground or any common carrier selected by D-Link. Return shipping charges shall be prepaid by D-Link if you use an address in the United States, otherwise we will ship the product to you freight collect. Expedited shipping is available upon request and provided shipping charges are prepaid by the customer. D-Link may reject or return any product that is not packaged and shipped in strict compliance with the foregoing requirements, or for which an RMA number is not visible from the outside of the package. The product owner agrees to pay D-Link's reasonable handling and return shipping charges for any product that is not packaged and shipped in accordance with the foregoing requirements, or that is determined by D-Link not to be defective or non-conforming.

## What Is Not Covered:

The Limited Warranty provided herein by D-Link does not cover:
Products that, in D-Link's judgment, have been subjected to abuse, accident, alteration, modification, tampering, negligence, misuse, faulty installation, lack of reasonable care, repair or service in any way that is not contemplated in the documentation for the product, or if the model or serial number has been altered, tampered with, defaced or removed; Initial installation, installation and removal of the product for repair, and shipping costs; Operational adjustments covered in the operating manual for the product, and normal maintenance; Damage that occurs in shipment, due to act of God, failures due to power surge, and cosmetic damage; Any hardware, software, firmware or other products or services provided by anyone other than D-Link; and Products that have been purchased from inventory clearance or liquidation sales or other sales in which D-Link, the sellers, or the liquidators expressly disclaim their warranty obligation pertaining to the product.

While necessary maintenance or repairs on your Product can be performed by any company, we recommend that you use only an Authorized D-Link Service Office. Improper or incorrectly performed maintenance or repair voids this Limited Warranty.

## Disclaimer of Other Warranties:

EXCEPT FOR THE LIMITED WARRANTY SPECIFIED HEREIN, THE PRODUCT IS PROVIDED "AS-IS" WITHOUT ANY WARRANTY OF ANY KIND WHATSOEVER INCLUDING, WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT.

PX03003-086
DLS0005192

IF ANY IMPLIED WARRANTY CANNOT BE DISCLAIMED IN ANY TERRITORY WHERE A PRODUCT IS SOLD, THE DURATION OF SUCH IMPLIED WARRANTY SHALL BE LIMITED TO THE DURATION OF THE APPLICABLE WARRANTY PERIOD SET FORTH ABOVE. EXCEPT AS EXPRESSLY COVERED UNDER THE LIMITED WARRANTY PROVIDED HEREIN, THE ENTIRE RISK AS TO THE QUALITY, SELECTION AND PERFORMANCE OF THE PRODUCT IS WITH THE PURCHASER OF THE PRODUCT.

## Limitation of Liability:

TO THE MAXIMUM EXTENT PERMITTED BY LAW, D-LINK IS NOT LIABLE UNDER ANY CONTRACT, NEGLIGENCE, STRICT LIABILITY OR OTHER LEGAL OR EQUITABLE THEORY FOR ANY LOSS OF USE OF THE PRODUCT, INCONVENIENCE OR DAMAGES OF ANY CHARACTER, WHETHER DIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF GOODWILL, LOSS OF REVENUE OR PROFIT, WORK STOPPAGE, COMPUTER FAILURE OR MALFUNCTION, FAILURE OF OTHER EQUIPMENT OR COMPUTER PROGRAMS TO WHICH D-LINK'S PRODUCT IS CONNECTED WITH, LOSS OF INFORMATION OR DATA CONTAINED IN, STORED ON, OR INTEGRATED WITH ANY PRODUCT RETURNED TO D-LINK FOR WARRANTY SERVICE) RESULTING FROM THE USE OF THE PRODUCT, RELATING TO WARRANTY SERVICE, OR ARISING OUT OF ANY BREACH OF THIS LIMITED WARRANTY, EVEN IF D-LINK HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE SOLE REMEDY FOR A BREACH OF THE FOREGOING LIMITED WARRANTY IS REPAIR, REPLACEMENT OR REFUND OF THE DEFECTIVE OR NONCONFORMING PRODUCT. THE MAXIMUM LIABILITY OF D-LINK UNDER THIS WARRANTY IS LIMITED TO THE PURCHASE PRICE OF THE PRODUCT COVERED BY THE WARRANTY. THE FOREGOING EXPRESS WRITTEN WARRANTIES AND REMEDIES ARE EXCLUSIVE AND ARE IN LIEU OF ANY OTHER WARRANTIES OR REMEDIES, EXPRESS, IMPLIED OR STATUTORY.

## Governing Law:

This Limited Warranty shall be governed by the laws of the State of California. Some states do not allow exclusion or limitation of incidental or consequential damages, or limitations on how long an implied warranty lasts, so the foregoing limitations and exclusions may not apply. This Limited Warranty provides specific legal rights and you may also have other rights which vary from state to state.

## Trademarks:

D-Link is a registered trademark of D-Link Corporation/D-Link Systems, Inc. Other trademarks or registered trademarks are the property of their respective owners.

## Copyright Statement:

No part of this publication or documentation accompanying this product may be reproduced in any form or by any means or used to make any derivative such as translation, transformation, or adaptation without permission from D-Link Corporation/D-Link Systems, Inc., as stipulated by the United States Copyright Act of 1976 and any amendments thereto. Contents are subject to change without prior notice.

Copyright ©2012 by D-Link Corporation/D-Link Systems, Inc. All rights reserved.

PX03003-087
DLS0005193

## FCC Statement:

This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses, and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communication. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

**FCC Caution:**

Any changes or modifications not expressly approved by the party responsible for compliance could void the user's authority to operate this equipment.

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions:
(1) This device may not cause harmful interference, and
(2) this device must accept any interference received, including interference that may cause undesired operation.

If this device is going to be operated in 5.15 ~ 5.25GHz frequency range, then it is restricted in indoor environment only.

## IMPORTANT NOTICE:

**FCC Radiation Exposure Statement:**

This equipment complies with FCC radiation exposure limits set forth for an uncontrolled environment. This equipment should be installed and operated with minimum distance 20cm between the radiator & your body. This transmitter must not be co-located or operating in conjunction with any other antenna or transmitter.

The availability of some specific channels and/or operational frequency bands are country dependent and are firmware programmed at the factory to match the intended destination. The firmware setting is not accessible by the end user.

For detailed warranty information applicable to products purchased outside the United States, please contact the corresponding local D-Link office.

PX03003-088
DLS0005194

# Registration

Register your product online at registration.dlink.com



Product registration is entirely voluntary and failure to complete or return this form will not diminish your warranty rights.

Version 1.0
July 10, 2012

PX03003-089
DLS0005195