# Exhibit 20

To Declaration of Jarad Brown in Support of
Federal Trade Commission's
Motion for Summary Judgment

# D-Link | DCS-2310L Firmware Release Notes



**Firmware Version:** V1.08.03
**Prom Code Version:**
**Published Date:** 2016/11/4

## Content:

Upgrading Instructions: ................................................................................................. 2
New Features: ............................................................................................................. 2
Problems Fixed: .......................................................................................................... 3
Known Issues: ............................................................................................................ 5

Related Documentation: ............................................................................................ 5



DLS0005255

# DCS-2310L Firmware Release Notes

## Revision History and System Requirement:

| Firmware Version | Date | Model | Hardware Version |
|---|---|---|---|
| V1.08.03 | 2016/11/4 | DCS-2310L | A1, A2 |
| V1.07.00 | 2015/10/1 | DCS-2310L | A1, A2 |
| V1.06.00 | 2015/8/17 | DCS-2310L | A1, A2 |
| V1.05.02 | 2015/3/6 | DCS-2310L | A1, A2 |
| V1.04.00 | 2014/12/23 | DCS-2310L | A1, A2 |
| V1.03.08 | 2014/6/26 | DCS-2310L | A1, A2 |
| V1.02.00 | 2013/7/29 | DCS-2310L | A1 |
| V1.01.10 | 2013/6/18 | DCS-2310L | A1 |
|  |  |  |  |

## Upgrading Instructions:

Follow the steps below to upgrade the firmware:
1. Download the latest firmware file from the D-Link website. The file is in .bin file format.
2. Log-in camera web UI and enter setup/Maintenance/Firmware upgrade
3. Click Browse… and specify the firmware file.
3. Click Upgrade. The camera starts to upgrade and will reboot automatically when the upgrade completes.

## New Features:

| Firmware Version | New Features |
|---|---|
| V1.08.03 | 1. Updated mydlink agent to v2.1.0-b04<br>2. Support UID feature<br>3. Add support new anti-brute force mechanism(block only IP, reset when successful login from one IP)<br>4. Update OpenSSL library to version 1.0.1t.<br>5. Add Chrome Bowser notify message.<br>6. Support TLS v1.1/1.2 |
| V1.07.00 | 1. Updated the mydlink agent to 2.0.19-b60n<br>2. Updated Digital Signature |
| V1.06.00 | 1. Update the mydlink agent to 2.0.19-b60<br>2. Add the login check mechanism on Web GUI to solve Brute Force Attack issue |
| V1.05.02 | 1. Update the mydlink agent to 2.0.19-b02 |
| V1.04.00 | 1. Update the mydlink agent to 2.0.18-b54<br>2. Disable the SSL2.0/3.0<br>3. Disable the RC4/DES |



2

DLS0005256

# D-Link | DCS-2310L Firmware Release Notes

| | |
|---|---|
| V1.03.08 | 1. Update the mydlink agent to 2.0.17-b76<br>2. Support MP4 recording format<br>3. Added Schedule Reboot function |
| V1.02.00 | 1. Update the mydlink agent to 2.0.17-b18<br>2. Support 2-way audio function at portal and APP<br>3. Support onvif test tool V12.06<br>4. Enhancements the low light image. |
| V1.01.10 | The Firmware is only supported by wizard v1.04.03 or above.<br>1. Upgrade to UPnP v1.6.18.<br>2. Remove the default account "guest"<br>3. RTSP Authentication is default enable. |
| | |

## Problems Fixed:

| Firmware Version | Problems Fixed |
|---|---|
| V1.08.03 | 1. F Fixed the Search Security Lab issue - stack-based buffer overflows were present in adduser.cgi.<br>2. Fixed D-Lab bug for "RTSP authentication on the DUT was disabled after load a configuration file that created in first formal firmware."<br>3. Update D-Link Support Page URL to "www.dlink.com".<br>4. Fixed the D-Lab bug - Windows Media Player didn't list any recording file of DUT SD card, and disable the UPnP AV functionality.<br>5. Fixed bug of Start recording and plug-out SD Card, Recording icon don't disappeared.<br>6. Fixed the OpenSSL version several security issue - CVE-2016-2107, CVE-2016-2105, CVE-2016-2106, CVE-2016-2109, CVE-2016-2176.<br>7. Modify timeout time of get snapshot information.<br>8. Fixed bug for "uploaded 0KB motion detection video clips to the SD card, when SD card is full."<br>9. Fixed bug for "Couldn't login web UI form WAN when DUT PPPoE connected."<br>10. Fixed bug for "DUT wouldn't update its PPPoE public IP to DDNS server."<br>11. Fixed bug for "There is no recording file after click recording button in DUT LIVE VIDEO page."<br>12. Fixed bug for "DUT couldn't go to the preset in the LIVE VIDEO page."<br>13. Fixed bug for "Test the FTP server DNS-340L was added by motion detection setup wizard is error."<br>14. Fixed bug for "Test the Email server was added by motion detection setup wizard is error."<br>15. Fixed bug of Wireless Connectivity Issue.<br>16. Fixed DUT can't use Firefox and Chrome go to web GUI through "advanced" setting.(New CSRF)<br>17. Fixed bug of "the header section the line end is "LFLFCR" (0d0d0a), then destroy the E-Mail layout." |

**DCS-2310L Firmware Release Notes**

| | |
|---|---|
| | 18. Fixed the Cross-Site Request Forgery issue (CSRF UI close, and default value is enable) and CSRF referrer bug.<br>19. Modify CSRF protection - 403 Forbidden warning string would response "The request is forbidden".<br>20. Fixed DUT don't rebuild HTTPS private key and certification when system factory default.<br>21. Fixed shutter settings issue for support anti-flicker series.<br>22. Closed unknown hidden TCP ports 1010.<br>23. Fixed IE11 Live page cannot click recording and snapshot function issue for Win8.1 or higher version issue.<br>24. Fixed Curl-SMTP - mail server SMTP authentication fail.<br>25. Fixed Curl-SMTP - the "new mail client" in all cameras with "event management" is not RFC 2821 conform issue.<br>26. Fixed Curl-SMTP - Mail/SAMBA password bug in test mode fail.<br>27. Fixed bug of https LED/OSD on/off value cannot be save.<br>28. Fixed event motion delay time = 0 or 1, then real delay time of value would always = 2.<br>29. Fixed "when motion detection pre-event = 0 second, then the first frame will not record" issue.<br>30. Fixed bug of SD card of the re-write function value cannot be save, when enable portal schedule record.<br>31. Disable SSH connection function from 2014/5/22 after the FW release.<br>32. Fixed Cross Site Scripting(XSS) issue - 2015/10/26 report by Onward Security.<br>33. Fixed the Safari browser cannot show "Image Setup" page information.<br>34. Modify the IR Light default at maximum level. |
| V1.06.00 | 1. Fixed the Cross-Site Scripting(XSS) issue<br>2. Fixed the security issue of tunneling RTSP streaming over HTTP<br>3. Fixed the Network Time Protocol daemon(ntpd) vulnerabilities issue |
| V1.05.02 | 1. Fixed the 2-way audio failed issue on iOS8<br>2. Fixed the issue of faulty auto-firmware upgrade mechanism |
| V1.04.00 | 1. Remove the PSIA protocol. Fixing getting the snapshot without authentication. |
| V1.03.08 | 1. Fixed the issue of ICR switch failed in schedule mode after device reboot.<br>2. Modified that when pre/post event image is set as 0, the device should send off one snapshot.<br>3. Modified FTP time-out to 240 seconds.<br>4. Fixed the issue that the device isn't deleted from mydlink after factory reset and re-connecting to Internet.<br>5. Fixed the issue that failed to delete the first user info in the guest list.<br>6. Fixed the issue that when SD memory size is full by recording, the e-mail notification isn't sent off.<br>7. Fixed the issue that mydlink account is cleared out after downgrading to the previous FW version.<br>8. Fixed the issue that camera IP doesn't update to DDNS.<br>9. Modified the event setup that needs to create 2 media for 2 events.<br>10. Fixed the issue of FTP access problem with special character "$" used for the |



DLS0005258

# D-Link DCS-2310L Firmware Release Notes

| | first letter of account data. |
|---|---|
| V1.02.00 | 1. Fixed the IPV6 Enable and change the http port the web server will crash. |
| V1.01.10 | 1. Remove the default account "guest".<br>2. RTSP Authentication is default enable. |
| | |

## Known Issues:

| Firmware Version | Known Issues |
|---|---|
| V1.03.08 | Spec change: G.726 audio codec wouldn't be supported in FW v1.03 or later. |
| | |

## Related Documentation:

N/A



DLS0005259