# Exhibit 21

To Declaration of Jarad Brown in Support of
Federal Trade Commission's
Motion for Summary Judgment

Kevin H. Moriarty (DC Bar No. 975904)
Shameka Walker (DC Bar No. 493891)
Cathlin Tully (NY Bar)
Jarad Brown (CA Bar No. 294516)
Katherine E. McCarron (DC Bar No. 486335)
James A. Trilling (DC Bar No. 467273)
Federal Trade Commission
600 Pennsylvania Avenue NW, Mail Drop CC-8232
Washington, DC 20580
P:   (202) 326-2949/F: (202) 326-3062
kmoriarty@ftc.gov; swalker@ftc.gov; ctully@ftc.gov;
jbrown4@ftc.gov; kmccarron@ftc.gov; jtrilling@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Plaintiff,<br><br>        v.<br><br>D-LINK SYSTEMS, INC.,<br><br>                Defendant. | Civil Action No.<br>3:17-cv-00039-JD |

**Declaration of Jamie Elliott Hine**
**Pursuant to 28 U.S.C. § 1746**

I, Jamie E. Hine, hereby state that I have personal knowledge of the facts as set forth below. If called as a witness, I could and would testify as follows:

1.      I am a citizen of the United States and am over eighteen (18) years of age. I am a general attorney at the Federal Trade Commission ("FTC" or "Commission").  I am presently assigned to the Division of Privacy and Identity Protection of the FTC's Bureau of Consumer Protection.  My work address is 600 Pennsylvania Avenue, NW, Mail Stop, CC-8232, Washington, D.C. 20580.

1

2.     On August 16, 2018, I supervised the purchase of two DCS-2310L cameras from amazon.com and newegg.com. Attached hereto as Exhibit A are the order details from these purchases.

**Amazon-Purchased Camera**

3.     On August 17, 2018, the DCS-2310L camera purchased from amazon.com was delivered by UPS to the FTC's office at 400 7th Street SW in Washington, DC. I opened the exterior packaging from Amazon and inspected the packaging of the camera. The serial number ended with the numbers "100." The information on the packaging confirmed that this was a DCS-2310L camera (hereinafter "Amazon/100 Camera"). The information on the box stated that the firmware version of this device was firmware version 1.00. The following images capture this information:



Image 1

2



Image 2

4. On August 23, 2018, I set up the Amazon/100 Camera purchased from amazon.com. In order to set-up the Amazon/100 Camera, I followed the instructions on the included pamphlet titled "Quick Install Guide," which directed me to (1) visit a webpage at the URL www.mydlink.com/download; (2) click on the icon for my camera model; and (3) select and download the "Wizard" for my operating system. After finding the DCS-2310L, I clicked on the text "Windows Setup Wizard" under "For H/W Rev. A:". That action opened up a window that suggested downloading the mydlink Mobile App, but that also provided a button labeled "Download Windows Setup Wizard." I clicked on the button "Download Windows Setup Wizard." This prompted me to run or save a file named "autorun.exe." I saved it to the computer. After following other instructions in the "Quick Install Guide," I double-clicked on "autorun.exe," which opened an application called mydlink Setup Wizard, with "DCS-2310L Setup Wizard" displayed in the window. I captured the installation process using a software tool called Camtasia. I have provided all unedited videos to FTC counsel.

5. On August 23, 2018, I captured video from the administration pages of the DCS-2310L purchased from amazon.com using Camtasia. A screenshot from the video I captured on

3

August 23, 2018 is pasted below.  This screenshot establishes that the firmware on the DCS-2310L purchased on August 16, 2018 from amazon.com was firmware version 1.00.03.



Image 3 (image redacted to omit FTC DNS information).

6. On August 28, 2018, I logged out of the administrator account of the DCS-2310L purchased from amazon.com.  I closed the browser I was using.  When I re-opened the browser and entered the IP address assigned by the network to the Amazon/100 Camera, I was asked for my credentials.  For username, I entered "guest," and for password, I entered "guest."  After entering the "guest/guest" credentials, I was able to view the video feed from the Amazon/100 Camera I had just set up.  I captured video of this process using Camtasia, and I have included a screenshot of this video feed while logged in as "guest."

Image 4

**Newegg-Purchased Camera**

7.     On August 20, 2018, the DCS-2310L camera purchased from newegg.com was delivered by USPS to the FTC's office at 400 7th Street SW in Washington, DC. I opened the exterior packaging from Newegg and inspected the packaging of the camera. The serial number ended with the numbers "714." The information on the packaging confirmed that this was a DCS-2310L camera (hereinafter "Newegg/714 Camera"). The information on the box also stated that the firmware version of this device was firmware version 1.00. The following images capture this information:



Image 5



Image 6

8. On August 28, 2018, I set up the Newegg/714 Camera purchased from newegg.com on a separate computer from the computer used to set up the Amazon/100 Camera. In order to set-up the Newegg/714 Camera, I followed the instructions on the included pamphlet titled "Quick Install Guide," which directed me to (1) visit a webpage at the URL www.mydlink.com/download; (2) click on the icon for my camera model; and (3) select and download the "Wizard" for my operating system. After finding the DCS-2310L, I clicked on the text "Windows Setup Wizard" under "For H/W Rev. A:". That action opened up a window that suggested downloading the mydlink Mobile App, but that also provided a button labeled "Download Windows Setup Wizard." I clicked on the button "Download Windows Setup Wizard." This prompted me to run or save a file named "autorun.exe." I saved it to the computer. After following other instructions in the "Quick Install Guide," I double-clicked on "autorun.exe," which opened an application called mydlink Setup Wizard, with "DCS-2310L Setup Wizard" displayed in the window. I captured the installation process using a software tool called Camtasia. I have provided all unedited videos to FTC counsel.

9.     On August 28, 2018, I captured video of administration pages of the DCS-2310L purchased from newegg.com using Camtasia. In the video, I navigate through several screens over to the "Maintenance" tab and down to the "Firmware Upgrade" sub-tab. This screenshot from the video I captured on August 28, 2018 is pasted below. This screenshot establishes that the firmware on the DCS-2310L purchased on August 16, 2018 from newegg.com was firmware version 1.00.03.



Image 7

10.    On August 28, 2018, I logged out of the administrator account of the DCS-2310L purchased from newegg.com. I closed the browser I was using. When I re-opened the browser and entered the IP address assigned by the network to the Newegg/714 Camera, I was asked for my credentials. For username, I entered "guest," and for password, I entered "guest." After entering the "guest/guest" credentials, I was able to view the video feed from the Newegg/714 Camera I had just set up. I captured video of this process using Camtasia, and I have included a screenshot of this video feed while logged in as "guest."

Image 8

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 28, 2018          Signed: _____
                                       Jamie E. Hine

8

# Exhibit A

We've updated our Privacy Policy. Learn More    



# ORDER DETAILS

## ORDER SUMMARY

**Order Date: 8/16/2018 at 01:27PM**

Sold and Shipped by **Great Daily Buys**

Order # 436164771
Invoice # 162465892

| Product Description | Qty | Price |
|---|---|---|
| **Shipped** from Great Daily Buys | | Tracking # 9405511899223156480101 |
| **D-Link DCS-2310L 1280 x 800 MAX Resolution Surveillance Camera** <br> Item #: 9SIABEJ4D14990 | 1 | $122.77 |
| Grand Subtotal | | $122.77 |
| Total Tax | | $0.00 |
| Total Shipping | | $0.00 |
| **Grand Total** | | **$122.77** |

# amazon.com

## Final Details for Order #114-1529167-5289819
Print this page for your records.

**Order Placed:** August 16, 2018
**Amazon.com order number:** 114-1529167-5289819
**Order Total: $103.58**

## Shipped on August 16, 2018

| Items Ordered | Price |
|---|---|
| 1 of: *D-Link PoE IP 1 MP HD HD 720p Cube Indoor/Outdoor Camera with Remote Viewing (DCS-2310L)*<br>Sold by: A2ZWireless (seller profile)<br><br>Condition: New | $95.99 |

**Shipping Address:**
LaQuisha N. Hawkins
600 PENNSYLVANIA AVE NW CC-8232
WASHINGTON, DC 20580-0002
United States

**Shipping Speed:**
Standard Shipping

Item(s) Subtotal: $95.99
Shipping & Handling: $7.59
-----
Total before tax: $103.58
Sales Tax: $0.00
-----
**Total for This Shipment: $103.58**
-----

## Payment information

**Payment Method:**
MasterCard | Last digits: 4431

**Billing address**
LaQuisha N. Hawkins
600 Pennsylvania Avenue NW
CC-8232
Washington, DC 20580
United States

Item(s) Subtotal: $95.99
Shipping & Handling: $7.59
-----
Total before tax: $103.58
Estimated tax to be collected: $0.00
-----
**Grand Total: $103.58**

**Credit Card transactions**   MasterCard ending in 4431: August 16, 2018: $103.58

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates