# Exhibit 48

To Declaration of Jarad Brown in Support of
Federal Trade Commission's
Motion for Summary Judgment

Version 1.1 | September 23, 2013

# User Manual

# Cloud Camera 6100

**DCS-6010L**



**D-Link®**

PX04225-001
DLS0007087

# Preface

D-Link reserves the right to revise this publication and to make changes in the content hereof without obligation to notify any person or organization of such revisions or changes. Information in this document may become obsolete as our services and websites develop and change. Please refer to the www.mydlink.com website for the most current information.

## Manual Revisions

| Revision | Date | Description |
|---|---|---|
| 1.0 | July 25, 2012 | DCS-6010L Revision A1 with firmware version 1.00 |
| 1.1 | September 23, 2013 | Minor updates |

## Trademarks

D-Link and the D-Link logo are trademarks or registered trademarks of D-Link Corporation or its subsidiaries in the United States or other countries. All other company or product names mentioned herein are trademarks or registered trademarks of their respective companies.

Copyright © 2013 D-Link Corporation.

All rights reserved. This publication may not be reproduced, in whole or in part, without prior expressed written permission from D-Link Corporation.

Section 2: Installation

If you wish to remove the camera from a previously registered mydlink account, press and hold the reset button on the rear panel for at least 10 seconds and click **Restart** to restart the wizard.



After you have selected your camera from the list, you will be asked to create and confirm a password for it. The password is case sensitive and must contain at least 2 letters.

Click **Next** to continue.



PX04225-019
DLS0007105