# Exhibit 54

To Declaration of Jarad Brown in Support of
Federal Trade Commission's
Motion for Summary Judgment

# D-Link®



mydlink cloud services | Zero Configuration | HD 720P



 **Outdoor-Ready:** Weatherproof casing

 **Day/Night:** See up to 15-feet in the dark

 **Remote Viewing:** View on iPhone®, iPad® or Android® with mydlink™ app

 **Record Video:** microSD/SDHC card slot

 **Motion Detection:** Trigger recording and send email alerts

## Cloud Camera 2300
### Outdoor HD Network Camera

### Product Highlights

**HD Image Quality and Detail**

A high-resolution megapixel sensor provides 720p HD resolution images and video to ensure that you capture the details you need

**All-Day Outdoor Surveillance**

A built-in ICR filter and IR illuminator let you monitor an area 24 hours a day, and the IP65 weatherproof housing protects the camera from the elements

**mydlink-enabled Cloud Access**

Easy remote viewing and management of your camera on your mobile device or through the mydlink website

**DCS-2310L**

### Outdoor HD Network Camera

The D-Link® Cloud Camera 2300 (DCS-2310L) is an Outdoor HD Network Camera. With an outdoor-ready design, HD 720p surveillance recording, and Cloud Services-enabled remote management, the Cloud Camera 2300 provides a perimeter of protection so you can keep an eye on what matters most.

### Outdoor-Ready Coverage

D-Link's Cloud Camera 2300 is outdoor-ready with a IP65 resistant casing equipped to handle dust and low-pressure water contact. It also features a versatile -13°F to 122°F operating temperature range so you can keep an eye on the bigger picture–whatever the weather, whatever the season.

### 720p HD for Superior Image Quality

The Cloud Camera 2300 delivers the confidence of 720p HD video clarity, ensuring rich detail and crisp image quality for your surveillance recording. And with integrated night-vision and PIR motion-sensing technology, the Cloud Camera 2300 remains vigilant 24 hours a day, whether you're there or not.

DLS0005100

# D-Link

## DCS-2310L Cloud Camera 2300

### Package Contents
- Cloud Camera 2300 (DCS-2310L)
- Ethernet Cable
- Power Adapter
- Quick Install Guide

### Minimum System Requirements
**Computer with:**
- 1.3GHz Processor
- 128MB Memory
- Windows[5] 7[5], Windows Vista[5] and Windows[5] XP SP3[5], or Mac OS X (10.5 and above, Intel Processor)
- Internet Explorer[5] 7, Mozilla[5] Firefox[5] v3.5, Google[5] Chrome 8.0, or Safari[5] v4

**For Internet Access:**
- Cable or DSL Modem
- Subscription with an Internet Service Provider (ISP)

### Features
- Remotely Monitor Your Home or Office over the Internet
- 802.3af PoE Power over Ethernet
- HD resolution 1280x720 (Max. 1280x800)
- 2-Way Audio (Bulit-in Mic and Speaker)
- Supports H.264/MJPEG/MPEG-4 Video Codec
- Built-In 5M IR LED for Viewing Dark Environments
- Built-In PIR Sensor for Enhanced Motion Detection
- microSD/SDHC Card Slot for Local Recording[1]
- Motion Detection to Trigger Recording and Send E-mail Alerts
- Privacy Mask Support
- Digital Pan/Tilt/Zoom
- Support for iPhone[5], iPad[5] & Android[5] Apps[2]
- mydlink.com Portal for Easy Viewing and Management
- Administrator/User Password Protection
- UPnP[5] Support for Network Setup & Configuration
- IP65 Weatherproof
- Operating Temperature: -13°F - 122°F (-25°C - 50°C)
- 24/7 Basic Installation Support[3]
- 1-Year Limited Warranty[4]

### Industry-Leading Remote Viewing with mydlink
With the free mydlink camera portal app, you can monitor your home or business on your iPhone, iPad or Android device and experience the peace of mind that comes from having round-the-clock surveillance at your fingertips. Check in on your home while you're at work, or monitor on your business when you're out of the office – with mydlink, you can keep an eye on what matters, whenever and wherever you want.

### Make Easy Setup Even Easier – With Zero Configuration[6]
Connecting your D-Link camera with any router is easy – make it even easier with your D-Link Cloud Router. Zero Configuration automatically configures and intelligently syncs your D-Link camera to your mydlink account – it's as easy as connect and view!

### Versatile operating temperature range. Dust, water and heat-resistant. Reliable coverage for any time, any season.

  



DLS0005101

# D-Link

## DCS-2310L Cloud Camera 2300

## Technical Specifications

### Camera

| | | |
|---|---|---|
| Hardware Profile | • 1/4" Megapixel progressive CMOS sensor<br>• 5 meter IR illumination distance<br>• Minimum illumination: 0 lux with IR LED on<br>• Built-in Infrared-Cut Removable (ICR) Filter module<br>• Built-in PIR sensor (5 meter) | • Built-in microphone and speaker<br>• 10x digital zoom<br>• Focal length: 3.45 mm<br>• Aperture: F2.0 |
| Field of View | • (H) 57.8°, (V) 37.8°, (D) 66° | |
| Camera Housing | • IP65 compliant weatherproof housing | |
| Image Features | • Configurable image size, quality, frame rate, and bit rate<br>• Time stamp and text overlays<br>• Configurable motion detection windows | • Configurable privacy mask zones<br>• Configurable shutter speed, brightness, saturation, contrast, and sharpness |
| Video Compression | • H.264/MPEG-4/MJPEG simultaneous format compression | • JPEG for still images |
| Video Resolution | • 16:9 - 1280 x 800, 1280 x 720, 800 x 450, 640 x 360, 480 x 270, 320 x 176, 176 x 144 up to 30 fps recording[1] | • 4:3 - 1024 x 768, 800 x 600, 640 x 480, 480 x 360, 320 x 240, 176 x 144 up to 30 fps recording[1] |
| Audio Support | • G.726 | • G.711 |
| External Device Interface | • 10/100 BASE-TX Fast Ethernet port<br>• Supports 802.3af PoE | • microSD/SDHC card slot |

### Network

| | | |
|---|---|---|
| Network Protocols | • IPv6<br>• IPv4<br>• TCP/IP<br>• UDP<br>• ICMP<br>• DHCP client<br>• NTP client (D-Link)<br>• DNS client<br>• DDNS client (D-Link)<br>• SMTP client<br>• FTP client | • HTTP / HTTPS<br>• Samba client<br>• PPPoE<br>• UPnP port forwarding<br>• RTP / RTSP/ RTCP<br>• IP filtering<br>• QoS<br>• CoS<br>• IGMP<br>• ONVIF compliant |
| Security | • Administrator and user group protection<br>• Password authentication | • HTTP and RTSP digest encryption |

### System Management

| | | |
|---|---|---|
| System Requirements for Web Interface | • Browser: Internet Explorer, Mozilla Firefox, or Google Chrome | |
| Event Management | • Motion detection<br>• Event notification and upload snapshots/video clips via email or FTP | • Supports multiple SMTP and FTP servers<br>• Multiple event notification<br>• Multiple recording methods for easy backup |
| Remote Management | • Configuration accessible via web browser<br>• Take snapshots/video clips and save to local hard drive or NAS via web browser | |
| Mobile Support | • Windows 7®/Vista®/XP® system, Pocket PC, or mobile phone<br>• mydlink™ mobile app for iOS and Android mobile devices | |
| D-ViewCam™ System Requirements | • Operating System: Microsoft Windows 7/Vista/XP[5]<br>• Web Browser: Internet Explorer 7 or higher | • Protocol: Standard TCP/IP |
| D-ViewCam™ Software Functions | • Remote management/control of up to 32 cameras<br>• Viewing of up to 32 cameras on one screen | • Supports all management functions in web interface<br>• Scheduled motion triggered or manual recording options |

DLS0005102

**DCS-2310L Cloud Camera 2300**

### General Specifications

| | |
|---|---|
| Power | • 5 V DC, 1.2 A through external power adapter or PoE connection<br>• External Power Adapter Input:100 to 240 V AC, 50/60 Hz |
| Max. Power Consumption | • 5.3 watts |
| Operating Temperature | • -13° to 122° F (-25° to 50° C) |
| Storage Temperature | • -4° to 158° F (-20° to 70° C) |
| Operating Humidity | • 20% to 80% non-condensing |
| Storage Humidity | • 5% to 95% non-condensing |
| Certifications | • CE         • FCC<br>• CE LVD     • C-Tick |
| Dimensions | • 2.6" x 5.47" x 3.66" (66mm x 138.9mm x 93mm) |
| Weight | • 8.32oz (235 grams) |

### Warranty

| | |
|---|---|
| Warranty | •1-Year Limited[4] |

### Order Information

| Part Number | Description |
|---|---|
| DCS-2310L | Cloud Camera 2300 |

[1] Use of audio or video equipment for recording the image of a person without their knowledge and consent is prohibited in certain states or jurisdictions. The end-user assumes all liability for compliance with applicable state, local and federal laws. [2] The inclusion of a specific product or manufacturer does not imply its endorsement of D-Link or the D-Link product. [3] 24/7 Basic Installation Support is available only in the USA for the first 30 days from date of original purchase. [4] 1-Year Limited Warranty available only in the USA and Canada. [5] Computer must adhere to Microsoft's recommended System Requirements. [6] Zero Configuration requires mydlink-enabled Cloud Router. [7] Frame rates when streaming video may vary depending on network conditions and method used

All references to speed and range, including the performance chart, are for comparison purposes only. Product specifications, size, and shape are subject to change without notice, and actual product appearance may differ from that depicted on the package. See inside package for warranty details.



**For more information**

U.S.A. | 17595 Mt. Herrmann Street | Fountain Valley, CA 92708 | 800.326.1688 | dlink.com    Canada | 2525 Meadowvale Blvd | Mississauga, ON L5N 5S2 | 800.361.5265 | dlink.ca

©2012 D-Link Corporation/D-Link Systems, Inc. All rights reserved. D-Link, the D-Link logo, mydlink, and the D-Link RoHS logo are trademarks or registered trademarks of D-Link Corporation or its subsidiaries in the United States and/or other countries. Other trademarks or registered trademarks are the property of their respective owners. IPhone and iPad are registered trademarks of Apple Inc. Android is a trademark of Google Inc.

Updated 8/28/12

  



DLS0005103