# EXHIBIT 1

Excerpts from Deposition Transcript of Peter Tsai

(January 30, 2018)

Placeholder – document filed under seal