CAUSE OF ACTION INSTITUTE
JOHN J. VECCHIONE [admitted *pro hac vice*] [Lead Counsel]
patrick.massari@causeofaction.org
MICHAEL D. PEPSON [admitted pro hac vice]
Admitted only in Maryland.
Practice limited to matters and proceedings before United States Courts and agencies.
michael.pepson@causeofaction.org
JESSICA LEE THOMPSON [admitted pro hac vice]
jessica.thompson@causeofaction.org
ASHLEY SALVINO [admitted pro hac vice]
ashley.salvino@causeofaction.org
JOSHUA N. SCHOPF [admitted pro hac vice]
josh.schopf@causeofaction.org
NICHOLE C. WILSON [admitted pro hac vice]
nichole.wilson@causeofaction.org
KARA E. MCKENNA [admitted pro hac vice]
kara.mckenna@causeofaction.org
1875 Eye Street N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 422-4332/Facsimile: (202) 330-5842

Christine Yang (SBN 102048)
LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope Street, Suites 101 &102
Fountain Valley, California 92708
Email: chrisyang@sjclawpc.com
Tel: (714)641-4022/Fax: (714)641-2082

Christopher Kao (SBN 237716)
ckao@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Tel: (415)983-1000/Fax: 415.651.8786

*Attorneys for Defendant D-Link Systems, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>D-LINK SYSTEMS, INC.,<br><br>Defendant. | No. 3:17-cv-00039-JD<br><br>**CORRECTED DECLARATION OF WILLIAM BROWN IN SUPPORT OF DEFENDANT D-LINK SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT** |

# DECLARATION OF WILLIAM BROWN

The undersigned declarant, William Brown, states:

1. I am Chief Information Security Officer at D-Link Systems, Inc. ("D-Link Systems" or "DLS"). Unless stated otherwise, the following facts are based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. I have reviewed the FTC Complaint and the exhibits attached thereto I have been told are relevant to the FTC's remaining "deception" claims (PX 1-PX 5, PX10-PX11).

**Count II Challenged Statements (PX 1)**

3. On or about September 24, 2015, a Security Event Response Policy ("SERP") (that is, Exhibit PX1 to the Complaint), which was previously posted on DLS's tech support website at http://securityadvisories.dlink.com/security/ (which is now redirected to https://support.dlink.com/ReportVulnerabilities.aspx), was removed from this website. After that, PX 1 was no longer on and could not be accessed through DLS's support website.

4. When the SERP was removed from DLS's support website in September 2015, the .PDF of the files that were linked to that support page could no longer be seen or accessed through DLS's support website, and archived into an FTP server, ftp://ftp2.dlink.com. This FTP server holds the entire file archive for support.dlink.com of files (e.g., .PDFs, firmware, software, and other digital assets) that were previously linked to DLS's support webpage.

5. Since on or about September 24, 2015, the link referenced in paragraph 20 of the FTC's Complaint, http://support.dlink.com/securityadvisories.aspx, redirects to a URL, https://support.dlink.com/ReportVulnerabilities.aspx, which allows security researchers and others to report what they view as potential vulnerabilities. Security researchers may also report what they believe to be potential vulnerabilities to DLS through

-1-

1  http://us.dlink.com, through a public reporting form available at the following URL:
2  http://us.dlink.com/security-advisories/report-vulnerabilities/.

6. Since September, 2015, DLS has not posted any other security policy on its main website, us.dlink.com, or on its tech support webpage, support.dlink.com, or anywhere else.

7. To the best of my knowledge, the SERP depicted in Exhibit PX 1 to the FTC's Complaint, and the archived .PDF, is the only instance where the language that is block quoted in paragraph 20 of the FTC Complaint has been publicly posted on a DLS website. To the best of my knowledge, DLS has not made that statement in any public communications since September, 2015.

8. On September 20, 2018, I last accessed http://support.dlink.com/securityadvisories.aspx, by placing pasting the URL into a web browser, which redirected me to a URL, https://support.dlink.com/ReportVulnerabilities.aspx ; I reviewed the webpage. The top right portion of this webpage states "Report Vulnerabilities." Other than providing an opportunity for security researchers and others to enter their contact information and reCAPTHA , the only text contained in this document is as follows:

"**Reporting a Suspected Security Vulnerability"**

If you would like to report a security issue, vulnerability, or exploit; please fill out this form and our Security Incident Report Team will respond.

NOTE: Customers seeking Technical Support Assistance, please Click HERE to submit your Support request.

Your Enquiry"

**Count III: Archived DLS Data Sheets (PX 2-PX 5)**

9. PX 2-PX 5 are documents DLS refers to as "data sheets" for four router models: DIR-615 (PX 2) (first sold by DLS in March 2007); DIR-412 (PX 3) (first sold by DLS in September 2010); DIR-815 (PX 4) (first sold by DLS in September 2010); and DIR-645 (PX 5) (first sold by DLS in September 2011). These datasheets were originally created in 2010 (PX 3), 2011 (PX 2, PX 5), and 2012 (PX 4).

10. DLS datasheets are stand-alone documents, which, among other things, communicate information regarding the functions and features of DLS products.

11. These data sheets, like other DLS data sheets, are not distributed by DLS in paper form to via mailings or otherwise to potential purchasers of individual DLS products for personal use. Instead, during the time period that DLS was marketing/selling these router models at issue in Count III, these data sheets would have been primarily distributed to DLS's brick-and-mortar and online retail partners and distributors for those retail partners. As further described below, these documents would have been used to describe the functions of the products to DLS's sales channel partners and distributors near the date stated directly on each of Exhibits PX 2-5.

12. These data sheets are different in appearance and content from the boxes these routers were sold in, as well as the user manuals and quick install guides for these routers. Attached, for example, as Exhibit A are true and correct copies of the standard retail packaging for the DIR-615, DIR-645, and DIR-815.

13. DLS has not shipped/sold any DIR-615 routers since October 2016.

14. DLS has not shipped/sold any DIR-412 since March 2015.

15. DLS has not shipped/sold any DIR-815 routers since December 2015.

16. DLS has not shipped/sold any DIR-645 routers since March 2016.

17. After DLS has stopped shipping/selling the associated product, DLS data sheets like PX 2-PX 5 are subsequently archived into the support webpage,

-3-

http://support.dlink.com, in order to facilitate DLS's ability to continue to provide technical support, when requested by the end users. These archived data sheets enable the support engineers and technicians to discern different versions and models of the products and correlate each version/model to its respective datasheet, specifications, and other related information in order to assist end-users with technical support issues.

18. Accordingly, after that, the data sheets for these products (PX 2-PX 5) remained archived and only accessible through a series of steps on DLS's support website for the purpose of facilitating technical support if requested by end-users.

19. The process for accessing archived "datasheets" like PX2-PX5 through DLS's website involves multiple steps (in most cases used by DLS engineers when rendering the tech support to end users): (1) visit DLS's homepage, http://us.dlink.com/ ; (2) click the "Support" button on top navigation bar, which redirects to https://support.dlink.com/; (3) in the open field titled "Search for products, downloads, answers, etc.," type the product model number (e.g., "DIR-615") and then click Search button next to field; (4) once the site responds with a list of models associated with the search-text input click on the product image/model, which will redirect to the support page for the specific product model (e.g., https://support.dlink.com/ProductInfo.aspx?m=DIR-~~412~~615); (6) for products with multiple hardware revisions an additional drop down menu must be selected to get the specific product revision information; and (7) click "Download" button for the "Datasheet."

20. Attached hereto as Exhibit B are true and correct copies of the support pages for the DIR-615, DIR-412, DIR-815, and DIR-645 router models that were, in the past, sold by DLS, which I understand that the FTC produced to DLS's counsel. All of these documents state in the upper left quadrant as follows: "This product has been discontinued."

21. Since 2014, DLS management has instructed DLS personnel not to use challenged statements or similar language on http://us.dlink.com.

22. With the exception of archived data sheets and user manuals accessible through DLS's technical support website, http://support.dlink.com, the challenged statements do not appear currently on the DLS website, http://us.dlink.com/, or in product advertising. This is DLS's standard practice today, which also now includes quarterly audits conducted by DLS in an effort to ensure that the challenged statements do not appear on http://us.dlink.com or in product advertising.

23. With the exception of a vulnerability affecting the DIR-412 (PX3) (a legacy 3G product that DLS stopped selling in March 2015), which also became incompatible with new mobile LTE technology, firmware fixes have been released for all potential security vulnerabilities reported for the versions of accused routers for Count III (DIR-615, DIR-845, DIR-645) that have been sold by D-Link Systems before 2017.

**Count VI: Microsoft Windows IP Camera SetUp Wizards (PX 10 and PX 11)**

24. PX 10 and PX 11 are not advertisements, were not intended for marketing purposes, and have never been used for marketing purposes. Instead, PX 10 and PX 11 are one of many images of the graphical user interface (GUI) an end-user would have briefly seen when using DLS specific and outdated Setup Wizards for Microsoft Windows PCs only after purchasing the camera and during the setup process. For instance, <u>before</u> encountering the screen containing the challenged statements using this particular setup wizard, an end-user would be required to agree to an End User License Agreement (EULA) containing various disclosures and disclaimers relating to the security of the product.

25. PX 10 and PX 11 are screenshots of isolated images appearing in quadrants of DLS user manuals. None of these user manuals appears on DLS's main website,

-5-

1 | us.dlink.com. As with the router data sheets (PX 2- PX 5), these user manuals remain archived on DLS's tech support website, support.dlink.com , to facilitate DLS's ability to provide technical support, as stated in paragraphs 18 of this Declaration, above. Attached hereto as Exhibit C are true and correct copies of excerpts from user manuals for the DCS-2310L and DCS-3410, which I understand have been produced in discovery in this case.

26. Attached hereto as Exhibit D are true and correct copies of excerpts from DLS "Document/Artwork Approval" forms, which DLS refers to as "pink sheets," for DLS user manuals containing the accused images (PX 10-PX11), which provide the date on which these materials were approved.

27. On May 2, 2018, I went through the setup process using the DCS-2310L Microsoft Windows Setup Wizard ("Setup Wizard") from which the screenshot that became PX 11 was derived; during this process I captured various screenshots (disclaimers and disclosures in End User License Agreements) of what a user would actually see before encountering the screen that became PX 11. Attached as Exhibit E is a true and correct copy of screenshots I made when I went through the setup process using the mydlink Setup Wizard for Microsoft Windows for the DCS-2310L camera on May 2, 2018.

28. On May 2, 2018, I went through the setup process using the DCS-3716 Microsoft Windows Setup Wizard ("Setup Wizard") from which the screenshot that became PX 10 was derived; during this process I captured various screenshots (disclaimers and disclosures in End User License Agreements) of what a user would actually see before encountering the screen became PX 10. Attached as Exhibit F is a true and correct copy of screenshots I made when I went through the setup process for the DCS-3716 camera on May 2, 2018.

29. Since 2010 forward, if a user registers his or her device using the mydlink web portal, the web portal would notify the end-user of firmware updates automatically. Since 2013, if a DLS device uses a mydlink mobile application or mydlink lite mobile application and is registered with mydlink, the end-user will be automatically notified of the latest firmware and receive firmware updates through the mobile application.

30. Since January 2015, end-users not only have had the option, but also have been expressly directed to utilize mydlink mobile application for the set-up of DLS consumer IP cameras. The mydlink mobile application setup process does not involve or expose end-users to any of the challenged statements at issue in Count VI. Neither PX 11 nor PX 10 nor the challenged statements contained in those images have ever been shown to end users who set up their DLS IP cameras using a mydlink mobile application. For example, the DCS-960L was first manufactured after January 2015, and the users were expressly directed by the Quick Install Guide to use the mydlink mobile applications.

31. PX 10 appears as an image in quadrants of isolated middle pages of DLS user manuals for certain Business Class IP cameras intended for use by businesses for commercial purposes such as store surveillance which would be installed by the educated, and technically knowledgeable technicians, not ordinary consumers. Attached as Exhibit G is a true and correct copy of an excerpt from the user manual for the DCS-7513. PX 10 appears on page 24. The Microsoft Windows "Securicam" CD Setup Wizard from which the image that became PX 10 was derived was exclusively used for DLS Business IP Camera products that are intended to be sold for commercial purposes to help monitor locations such as warehouses and retail establishments.

32. Installation of the commercial products requires more sophisticated technical knowledge and/or experience in electronic networking area and is normally performed by educated technicians, not by the ordinary consumers. This is because Business IP cameras are generally deployed on private networks and require coordination and

-7-

No. 3:17-cv-00039-JD
4818-9994-9888.v1

BROWN DECL. ISO D-LINK SYSTEMS'S
MOTION FOR SUMMARY JUDGMENT

4812-8887-2001.v1

1  technical training/knowledge to be integrated in to other third-party Video Surveillance
2  Software applications.
3  33.	Generally, the Business IP Cameras DLS sells are more expensive than consumer
4  models, with some models selling for around $5,000.00.  These commercial products are
5  not sold by retail stores like Best Buy and Walmart to general consumers and are instead
6  distributed by technically trained resellers, which are also professional installers.
7  Information about the Business Cameras that DLS sells is found on different part of
8  DLS's main website, http://us.dlink.com/product-category/business-solutions/ip-
9  surveillance/business-ip-cameras/

**Potential Vulnerabilities Fixed**

34.	All reported potential vulnerabilities that FTC has complained about have all been voluntarily addressed and resolved by DLS via firmware upgrades or alternative resolutions.

35.	I have been employed by DLS since February 1993.  With the exception of the FTC's lawsuit against DLS, during the entire time I have worked for DLS, and even before I joined the company, DLS has never been sued for allegedly deficient security practices.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

No. 3:17-cv-00039-JD
4818-9994-9888.v1

BROWN DECL. ISO D-LINK SYSTEMS'S
MOTION FOR SUMMARY JUDGMENT

4812-8887-2001.v1

Executed this 24th day of September, 2018 at Fountain Valley, California.

*[signature]* 9/24/18

WILLIAM BROWN