**CAUSE OF ACTION INSTITUTE**
JOHN J. VECCHIONE [admitted *pro hac vice*] [Lead Counsel]
    john.vecchione@causeofaction.org
MICHAEL D. PEPSON [admitted *pro hac vice*]
Admitted only in Maryland.
Practice limited to matters and proceedings before United States Courts and agencies
    michael.pepson@causeofaction.org
JESSICA LEE THOMPSON [admitted *pro hac vice*]
    jessica.thompson@causeofaction.org
ASHLEY SALVINO [admitted *pro hac vice*]
    ashley.salvino@causeofaction.org
JOSHUA N. SCHOPF [admitted *pro hac vice*]
    josh.schopf@causeofaction.org
NICHOLE C. WILSON [admitted *pro hac vice*]
    nichole.wilson@causeofaction.org
KARA E. MCKENNA [admitted *pro hac vice*]
    kara.mckenna@causeofaction.org
CYNTHIA CRAWFORD [admitted *pro hac vice*]
    cynthia.crawford@causeofaction.org
1875 Eye Street N.W., Suite 800
Washington, DC  20006
Telephone: (202) 422-4332/Facsimile: (202) 330-5842

Christine Yang (SBN 102048)
    chrisyang@sjclawpc.com
**LAW OFFICES OF S.J. CHRISTINE YANG**
17220 Newhope Street, Suites 101 &102
Fountain Valley, CA  92708
Telephone:  714.641.4022
Facsimile:   714.641.2082

Christopher Kao (SBN 237716)
    christopher.kao@pillsburylaw.com
Brock S. Weber (SBN 261383)
    brock.weber@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111-5998
Tel.: 415.983.1000 / Facsimile: 415.983.1200

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>D-LINK SYSTEMS, INC.,<br><br>Defendant. | Case No. 3:17-cv-00039-JD<br><br>**DECLARATION OF MICHAEL PEPSON IN SUPPORT DEFENDANT D-LINK SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         November 8, 2018<br>Time:        10:00 am<br>Courtroom: 11<br>Judge:       Honorable James Donato |

Pepson Decl. ISO D-Link Systems, Inc.'s Admin.
Motion to File Documents Under Seal ISO DLS'
Opp. to FTC's Motion for Summary Judgment

Case No. 17-cv-00039-JD

# DECLARATION OF MICHAEL PEPSON

The undersigned declarant, Michael Pepson, states:

1. I am an attorney at Cause of Action Institute, counsel for defendant D-Link Systems, Inc., ("DLS") in this matter. I submit this declaration in support of DLS' Administrative Motion to File Under Seal certain exhibits in support of DLS's Opposition to the Federal Trade Commission's Motion for Summary Judgment, as well as certain exhibits to declarations in support thereof, filed concurrently with this declaration. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would testify competently thereto.

2. Documents in support of DLS's Opposition to the Federal Trade Commission's Motion for Summary Judgment ("DLS Identified Confidential Documents) discuss information designated as confidential pursuant to the Protective Order Regarding Discovery Materials (Dkt. 80)(May 26, 2017) (entered by Order Dkt. 83 (June 7, 2017)).

3. Counsel have agreed to follow Paragraph 31 of this Court's Standing Order for Civil Cases, which applies to circumstances in which multiple administrative motions to seal would be filed if normal procedures were followed.

4. Pursuant to L.R. 79-5(d)(1)(D), attached hereto, filed under seal, are the following DLS Identified Confidential Documents:

| Document(s) to be sealed | Reason(s) for sealing |
| --- | --- |
| Excerpts from the Transcript of the Deposition of Peter Tsai as FRCP 30(b)(6) Witness for D-Link Corporation (January 30, 2018) (Exhibit 1 to the Pepson Decl. ISO OP MSJ) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Excerpts from the Transcript of the Deposition of William Brown as FRCP 30(b)(6) Witness for D-Link Systems (April 26, 2018) (Exhibit 2 to the Pepson Decl. ISO OP MSJ) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |

Pepson Decl. ISO D-Link Systems, Inc.'s Admin. Motion to File Documents Under Seal ISO DLS' Opp. to FTC's Motion for Summary Judgment

1

Case No. 17-cv-00039-JD

| Document(s) to be sealed | Reason(s) for sealing |
|---|---|
| Excerpts from the Transcript of the Deposition of William Brown (March 14, 2018) (Exhibit 3 to the Pepson Decl. ISO OP MSJ) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Excerpts from the Transcript of the Deposition of Daniel Hsu (January 31, 2018) (Exhibit 4 to the Pepson Decl. ISO OP MSJ) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Excerpts from the Transcript of the Deposition of A.J. Wang (December 6, 2017) (Exhibit 5 to the Pepson Decl. ISO OP MSJ) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Excerpts from the Transcript of the Deposition of Mark Graff, an expert witness for Plaintiff FTC (Exhibit 7 to Pepson Decl. ISO OP MSJ) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). Interim designation to allow both parties time for further review regarding expert discussion of sensitive technology, in adherence to Paragraph 31 of the Standing Order for Civil Cases Before Judge James Donato. |
| Excerpts from the Civil Investigational Hearing William Brown, In Re D-Link Systems, Matter No. P954807 (July 29-31, 2014) (Exhibit 10 to Pepson Decl. ISO OP MSJ) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Excerpts from the Deposition of Scott King as FCRFP 30(b)(6) Witness for Rapid 7 (Exhibit 11 to Pepson Decl. ISO OP MSJ) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |

Pepson Decl. ISO D-Link Systems, Inc.'s Admin. Motion to File Documents Under Seal ISO DLS' Opp. to FTC's Motion for Summary Judgment

2

Case No. 17-cv-00039-JD

| Document(s) to be sealed | Reason(s) for sealing |
|---|---|
| Transcript of Deposition of Jerome Radcliffe, an expert witness for Defendant DLS (August 23, 2018) (Exhibit 12 to Pepson Decl. ISO OP MSJ) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). Interim designation to allow both parties time for further review regarding expert discussion of sensitive technology, in adherence to Paragraph 31 of the Standing Order for Civil Cases Before Judge James Donato. |
| Excerpts from the Transcript of Deposition of Patrick Schaumont, an expert witness for Defendant DLS (August 8, 2018). (Exhibit 13 to Pepson Decl. ISO OP MSJ) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). Interim designation to allow both parties time for further review regarding expert discussion of sensitive technology, in adherence to Paragraph 31 of the Standing Order for Civil Cases Before Judge James Donato. |
| July 27, 2018 Rebuttal Report of Mark G. Graff (Exhibit 16 to Pepson Decl. ISO OP MSJ) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). Interim designation to allow both parties time for further review regarding expert discussion of sensitive technology, in adherence to Paragraph 31 of the Standing Order for Civil Cases Before Judge James Donato. |
| 2014 D-Lab Test Plan (Exhibit A to Tsai Decl. ISO OP MSJ) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |

Pepson Decl. ISO D-Link Systems, Inc.'s Admin. Motion to File Documents Under Seal ISO DLS' Opp. to FTC's Motion for Summary Judgment

3

Case No. 17-cv-00039-JD

| Document(s) to be sealed | Reason(s) for sealing |
|---|---|
| Test Request, DCS-2310L (Exhibit B to Tsai Decl. ISO OP MSJ) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Test Report, DCS-2310L (Exhibit C to Tsai Decl. ISO OP MSJ) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Rule 26 Expert Report of Jerome Radcliffe (Exhibit A to Radcliffe Decl. ISO OP MSJ) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Rule 26 Expert Rebuttal Report of Jerome Radcliffe (Exhibit B to Radcliffe Decl. ISO OP MSJ | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Rule 26 Expert Report of Dr. Patrick Schaumont (Exhibit A to Schaumont Decl. ISO OP MSJ) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Rule 26 Expert Rebuttal Report of Dr. Patrick Schaumont (Exhibit B to Schaumont Decl. ISO OP MSJ) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |
| Security Researcher Emails (Exhibit H to Brown Decl. ISO OP MSJ) | Document designated as confidential pursuant to Protective Order (Dkt. No. 80). |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 5th day of October, 2018 at Washington, D.C.

*/s/ Michael Pepson*
Michael Pepson [admitted *pro hac vice*]

## **ATTESTATION**

I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ John Vecchione*
John Vecchione

Pepson Decl. ISO D-Link Systems, Inc.'s Admin. Motion to File Documents Under Seal ISO DLS' Opp. to FTC's Motion for Summary Judgment    4    Case No. 17-cv-00039-JD