**CAUSE OF ACTION INSTITUTE**
JOHN J. VECCHIONE [admitted *pro hac vice*] [Lead Counsel]
  john.vecchione@causeofaction.org
MICHAEL D. PEPSON [admitted *pro hac vice*]
Admitted only in Maryland.
Practice limited to matters and proceedings before United States Courts and agencies.
  michael.pepson@causeofaction.org
JESSICA LEE THOMPSON [admitted *pro hac vice*]
  jessica.thompson@causeofaction.org
ASHLEY SALVINO [admitted *pro hac vice*]
  ashley.salvino@causeofaction.org
JOSHUA N. SCHOPF [admitted *pro hac vice*]
  josh.schopf@causeofaction.org
NICHOLE C. WILSON [admitted *pro hac vice*]
  nichole.wilson@causeofaction.org
KARA E. MCKENNA [admitted *pro hac vice*]
  kara.mckenna@causeofaction.org
CYNTHIA CRAWFORD [admitted pro hac vice]
  cynthia.crawford@causeofaction.org
1875 Eye Street N.W., Suite 800
Washington, DC 20006
Telephone: (202) 422-4332/Facsimile: (202) 330-5842

Christine Yang (SBN 102048)
  chrisyang@sjclawpc.com
**LAW OFFICES OF S.J. CHRISTINE YANG**
17220 Newhope Street, Suites 101 &102
Fountain Valley, CA 92708
Telephone: 714.641.4022
Facsimile: 714.641.2082

Christopher Kao (SBN 237716)
  christopher.kao@pillsburylaw.com
Brock S. Weber (SBN 261383)
  brock.weber@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Tel.: 415.983.1000 / Facsimile: 415.983.1200

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:17-cv-00039-JD |
| Plaintiff, | **DECLARATION OF MICHAEL PEPSON IN SUPPORT OF DEFENDANT D-LINK SYSTEMS, INC.'S OPPOSITION TO PLAINTIFF FTC'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| D-LINK SYSTEMS, INC., | |
| Defendants. | |

# DECLARATION OF MICHAEL PEPSON

The undersigned declarant, Michael Pepson, states:

1. I am an attorney at Cause of Action Institute, counsel for defendant D-Link Systems, Inc. The following facts are based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Transcript of Deposition of Peter Tsai as FRCP 30(b)(6) Witness for D-Link Corporation (January 30, 2018).

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Transcript of Deposition of William Brown as FRCP 30(b)(6) Witness for D-Link Systems (April 26, 2018).

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Transcript of Deposition of William Brown (March 14, 2018).

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Transcript of Deposition of Daniel Hsu (January 31, 2018).

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Transcript of Deposition of A.J. Wang (December 6, 2017).

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the Transcript of Deposition of Robert G. Schoshinski as FRCP 30(b)(6) Witness for Plaintiff Federal Trade Commission ("FTC") (April 17, 2018).

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the Transcript of Deposition of Mark Graff, an expert witness for Plaintiff FTC (August 9, 2018).

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from Plaintiff FTC's Responses to DLS's First Set of Requests for Admissions.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the Transcript of Deposition of Dr. Terrence Shimp, an expert witness for Plaintiff FTC (August 2, 2018).

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the Civil Investigational Hearing William Brown, In Re D-Link Systems, Matter No. P954807 (July 29-31, 2014).

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the Transcript of Deposition of Scott King as FRCP 30(b)(6) Witness for Rapid 7 (July 27, 2018).

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the Transcript of Deposition of Jerome Radcliffe, an expert witness for Defendant DLS (August 23, 2018).

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the Transcript of Deposition of Patrick Schaumont, an expert witness for Defendant DLS (August 8, 2018).

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the Transcript of Deposition of Jamie E. Hine (October 1, 2018).

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from Plaintiff FTC's Responses to DLS' Second Set of Interrogatories.

17. Attached hereto as Exhibit 16 is a true and correct copy of the July 27, 2018 Rebuttal Report of Mark G. Graff.

18. Attached hereto as Exhibit 17 are true and correct excerpts from documents that Plaintiff FTC produced to DLS on or about September 28, 2018.

19. Attached hereto as Exhibit 18 are true and correct copies of screenshots that I took of a video the FTC produced to DLS in native format on or about August 30, 2018 (F04-DKS-0010892).

20. Attached hereto as Exhibit 19 are true and correct copies of screenshots that I took of a video the FTC produced to DLS in native format on or about August 30, 2018 (F04-DKS-0010893).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of October, 2018 at Washington, D.C.

*/s/ Michael Pepson*
MICHAEL PEPSON