# EXHIBIT 7
# EXCERPTS OF MARK G. GRAFF DEPOSITION

Placeholder – document filed under seal