UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | |
|---|---|
| Plaintiff, | Case No. 17-cv-00039-JD |
| v. | **AMENDED SCHEDULING ORDER** |
| D-LINK SYSTEMS, INC., | |
| Defendant. | |

At the parties' joint request, the Court amends the following case management dates:

| **Event** | **Deadline** |
|---|---|
| Filing of Trial Briefs, Motions in Limine, Joint Pretrial Statement, and Joint Exhibit and Witness Lists | December 20, 2018 |
| Pretrial Conference | January 3, 2019 at 1:30 p.m. |
| Joint Filing of Excerpts of Deposition Testimony and Discovery Responses that will be offered other than for impeachment or rebuttal | January 9, 2019 |
| Bench Trial | January 14, 2019 at 9:00 a.m. |

Motions in limine and other documents must be filed in accordance with the Court's Standing Order for Civil Jury Trials.

**IT IS SO ORDERED.**

Dated: November 2, 2018

_____
JAMES DONATO
United States District Judge