# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: November 8, 2018      Judge: Hon. James Donato

Time: 26 Minutes

Case No. **C-17-00039-JD**
Case Name **Federal Trade Commission v. D-Link Corporation et al**

Attorney(s) for Plaintiff(s): Jarad Brown/Kevin Moriarty
Attorney(s) for Defendant(s): Brock S. Weber/S.J. Christine Yang/Michael Pepson/John J. Vecchione

Deputy Clerk: Lisa R. Clark      Court Reporter: Kathy Sullivan

## PROCEEDINGS

Discovery Hearing - Held

## NOTES AND ORDERS

The FTC agrees not to argue an omissions claim at trial. D-Link Systems' discovery letter, Dkt. No. 163, is denied in all other respects.