

CAUSE *of* ACTION
═══ I N S T I T U T E ═══

Pursuing Freedom & Opportunity through Justice & Accountability℠

November 20, 2018

VIA ECF (CHAMBER'S COPY VIA HAND-DELIVERY TO CLERK'S OFFICE)
The Honorable James Donato
United States District Judge
San Francisco Courthouse
450 Golden Gate Ave., Courtroom 11, 19th Floor
San Francisco, CA 94102

Re: **Federal Trade Commission v. D-Link Systems, Inc., No. 3:17-cv-00039 JD**

Dear Judge Donato:

  Plaintiff Federal Trade Commission and Defendant D-Link Systems jointly submit this request that each party be allowed to retain its separate exhibit numbers at trial. Paragraph 24 of the Standing Order for Civil Jury Trials before Judge Donato ordinarily requires that all exhibits be marked as "'Trial Exhibit No. __'" and not as Plaintiff's or Defendant's Exhibit. This provision appears directed at avoiding juror confusion and prejudice.

  The parties have used the "PX" (for Plaintiff's Exhibits) and "DX" (for Defendant's Exhibits) designations throughout this litigation, including in every deposition and wish to continue to do so for ease of trial and trial preparation. The parties will ensure that no competing versions of the same exhibit are included as trial exhibits.

        Respectfully submitted,

        /s/   Kevin H. Moriarty
        Kevin H. Moriarty
        Attorney for Plaintiff
        Federal Trade Commission

        /s/ John J. Vecchione
        John J. Vecchione of Cause of Action
        Institute [admitted *pro hac vice*]
        Attorneys for Defendant D-Link Systems,
        Inc.

The Honorable James Donato
November 20, 2018
Page 2

## **ATTESTATION**

I attest that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized the filing.

/s/John J. Vecchione
John J. Vecchione