1 | FEDERAL TRADE COMMISSION
Kevin H. Moriarty (D.C. Bar No. 975904)
2 |   kmoriarty@ftc.gov
Cathlin Tully (NY Bar)
3 |   ctully@ftc.gov
Jarad A. Brown (CA Bar No. 294516)
4 |   jbrown4@ftc.gov
Katherine E. McCarron (D.C. Bar No. 486335)
5 |   kmccarron@ftc.gov
Laura Riposo VanDruff (D.C. Bar No. 481785)
6 |   lvandruff@ftc.gov
Brian C. Berggren (CA Bar No. 279279)
7 |   bberggren@ftc.gov
600 Pennsylvania Avenue NW, Mail Stop CC-8232
8 | Washington, D.C. 20580
Telephone:   (202) 326-2999
9 | Facsimile:   (202) 326-3062

10 | Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. 3:17-CV-00039-JD |
| Plaintiff, | **PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION FOR STAY IN LIGHT OF UNITED STATES GOVERNMENT CESSATION** |
| v. | |
| D-LINK SYSTEMS, INC., a California Corporation, | |
| Defendant. | The Honorable James Donato |

## NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE** that as soon as the matter may be heard, Plaintiff Federal Trade Commission ("FTC") will, and hereby does, move pursuant to Local Rule 7-11 for a temporary stay of all pretrial and trial deadlines in this case. Attached hereto is a proposed form of order and a declaration explaining why a stipulation could not be obtained. In support of this motion, counsel for the FTC states the following:

1. The Court's November 2, 2018 Amended Scheduling Order (ECF No. 222) set the following deadlines: on January 3, 2019, the Order directs the parties to appear before the Court at the Pretrial Conference; on January 9, 2019, the Order directs the parties to jointly file certain excerpts of deposition testimony and discovery responses; and, the Order sets January 14, 2019 as the date on which trial will begin.

2. Trial counsel for the FTC plans to travel to San Francisco, California on January 2, 2019 to participate in the January 3, 2019 Pretrial Conference. Trial counsel for the FTC plans to return to San Francisco, California on January 8, 2019 to engage in final pretrial preparation with trial witnesses and technical staff.

3. At the end of the day on December 21, 2018, appropriations for the FTC expired. The FTC had sufficient carryover funds to continue operating through December 28, 2018. After that, the agency lacked appropriated funding, and the FTC does not know when funding will be restored.

4. Absent an appropriation, FTC attorneys are prohibited from working, even on a voluntary basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

5. Undersigned counsel for the FTC therefore requests that the Court stay all deadlines in this case until Congress has restored appropriations to the FTC.

6. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the FTC. The FTC requests that, at that point, the parties confer and propose a further amended scheduling order that would account for counsel's and experts' schedules and the schedules of fact witnesses, including those who must travel from Taiwan.

7. Counsel for Defendant has stated that Defendant opposes implementation of a stay prior to the January 3, 2019 Pretrial Conference. Counsel for Defendant has further stated that subsequent to the January 3, 2019 Pretrial Conference, Defendant takes no position on this motion.

Therefore, although the FTC greatly regrets any disruption caused to the Court and Defendant, the FTC hereby moves for a stay of all pretrial and trial deadlines in this case until FTC attorneys are permitted to resume their usual civil litigation functions.

DATED: December 31, 2018    FEDERAL TRADE COMMISSION

By:  */s/ Laura Riposo VanDruff*
Laura Riposo VanDruff
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue NW, CC-8232
Washington, D.C. 20580
Telephone:   (202) 326-2999
Facsimile:    (202) 326-3062

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION