UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: January 3, 2019      Judge: Hon. James Donato

Time: 53 Minutes

Case No.     **C-17-00039-JD**
Case Name     **Federal Trade Commission v. D-Link Corporation et al**

Attorney(s) for Plaintiff(s):     Kevin Moriarty/Brian Bergren
Attorney(s) for Defendant(s):     Christopher Kao/Michael Pepson/Jessica L. Thompson/John J. Vecchione

Deputy Clerk: Lisa R. Clark      Court Reporter: Debra Pas

### PROCEEDINGS

Pretrial Conference - Held

### NOTES AND ORDERS

The Court will enter a final pretrial order.

The Court will grant the FTC's motion to continue the trial date if the government shutdown is still in place as of 12:00 p.m. California time on January 7, 2019. The parties should propose trial dates in June 2019 for the Court to consider.

The case is referred to Magistrate Judge Jacqueline Scott Corley for settlement proceedings.