UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>D-LINK SYSTEMS, INC.,<br><br>Defendant. | Case No.17-cv-00039-JD<br><br>**FINAL PRETRIAL ORDER** |

The bench trial will be conducted under the terms of this order on January 14, 2019, or at a later date set by the Court in response to the government shutdown.

## I.      SCHEDULE

1. The trial days are Monday through Thursday.  The Court reserves Friday for other matters.

2. Trial will be held from 9:00 a.m. to 2:00 p.m. each trial day, with two 15-minute breaks and no lunch recess.

3. Each side will have a total of 17.5 hours for all in-court proceedings, including opening remarks of up to 30 minutes per side.  The Court will take closing arguments off the clock.

4. No motions may be filed during trial without prior approval by the Court.

5. After both sides rest, the Court will set a date for final argument and the submission of proposed findings of fact and conclusions of law.  The parties should assume that there will be one week between close of evidence and final argument.

## II.      TRIAL PROCEDURES

1. **Chambers copies**.  The Court reminds the parties that they must submit chambers copies as directed by the Court's Standing Orders for Civil Cases and Jury Trials.  In particular, the parties should coordinate and submit joint copies of exhibits and any other materials.

2. **Deposition designations**.  The parties should complete their designations of

United States District Court
Northern District of California

deposition testimony before trial.  The Court will take as evidence deposition testimony that is presented during trial.  Testimony not presented in court may not be used by either party in post-trial proceedings, briefs or arguments.

3. **Oversize exhibits**.  The Court will accept e-copies of admitted oversize exhibits in lieu of printed versions.  Oversize exhibits should be accompanied by a printed chart or summary highlighting the portions of the exhibit the sponsoring party is relying on.

4. **Witnesses**.  **All witnesses are excluded from hearing testimony by any means until they are excused from the stand.**  FRE 615.  By joint agreement, each side will disclose the next day's witnesses and exhibits by 5:00 p.m. the court day before.  That means Friday for Monday testimony.  For each witness called to testify, the examining party should have a separate binder of testimony exhibits ready for the Court.

5. **Exchange of opening demonstratives**.  The parties should exchange any demonstratives for opening statements by 5:00 p.m. on the court day before trial.

6. **Computer set-up**:  The parties should contact the Courtroom Deputy, Lisa Clark, to arrange access to the courtroom for computer set-up.

## III.   MOTIONS IN LIMINE

1. **FTC No. 1**:  **GRANTED.**  D-Link failed to disclose Kuang-Chun Hung in its initial disclosures or amended disclosures, and did not provide a good reason or justification for this omission.  The FTC has established prejudice from the untimely identification of Hung.  D-Link's contention that the FTC knew about Hung from other sources is no excuse for D-Link's default.  *Ollier v. Sweetwater Union High Sch. Dist.*, 768 F.3d 843, 862-63 (9th Cir. 2014).  The failure to disclose also violated the Court's Standing Order for Civil Cases.  Hung is excluded as a witness.  Fed. R. Civ. P. 26, 37(c).

2. **FTC No. 2**:  **TENTATIVELY GRANTED**.  D-Link won dismissal of its Taiwanese parent corporation, D-Link Corporation, based on its representations

that the parent had nothing to do with D-Link Systems, Inc.'s statements to consumers or its security practices.  The Court will not allow an end run around those representations at trial.  A final ruling on admissibility is deferred pending a proffer at trial by D-Link about the relevance and admissibility of any materials it intends to use from the parent corporation.

3. **FTC No. 3**:  **GRANTED**.  All foreign language documents must have a certified translation into English as a condition of admissibility.  Foreign language documents without a translation will not be admitted.  To the extent a party intends to use documents with portions in English and a foreign language, the English parts can be used and the foreign language parts should be completely redacted if they are not accompanied by a translation.

4. **FTC No. 4**:  **DEFERRED** pending proof at trial.

5. **D-Link No. 1:  GRANTED** as warranted for specific evidence at trial.

6. **D-Link No. 2:  GRANTED** as warranted for specific evidence at trial.

7. **D-Link No. 3:  GRANTED** as warranted for specific evidence at trial.

## IV.   OTHER ISSUES

1. **Interpreter**.  At D-Link's request, the Court will request a Mandarin language interpreter to be available during trial.

2. **Newer lawyers**.  The vitality of our trial courts depends on training the next generation of trial counsel.  The Court encourages the parties to have lawyers in their first five years of practice examine a witness or handle some other in-court proceeding that has a speaking role.

**IT IS SO ORDERED.**

Dated:  January 4, 2019

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California