# TRANSCRIPT ORDER

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**
CAND 435 (CAND Rev. 08/2018)

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**COURT USE ONLY — DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Yvonne Chen |
| 2a. CONTACT PHONE NUMBER | (415) 983-1000 |
| 3. CONTACT EMAIL ADDRESS | yvonne.chen@pillsburylaw.com |
| 1b. ATTORNEY NAME (if different) | Christopher Kao |
| 2b. ATTORNEY PHONE NUMBER | (415) 983-1000 |
| 3. ATTORNEY EMAIL ADDRESS | christopher.kao@pillsburylaw.com |
| 4. MAILING ADDRESS | Pillsbury Winthrop Shaw Pittman LLP, 4 Embarcadero Center, 22nd Floor, San Francisco, CA 94111 |
| 5. CASE NAME | FTC vs. D-Link Systems, Inc. |
| 6. CASE NUMBER | 17-cv-00039-JD |
| 7. COURT REPORTER NAME | Debra Pas |
| 8. THIS TRANSCRIPT ORDER IS FOR: | ☐ APPEAL  ☐ CRIMINAL  ☐ In forma pauperis  ☐ NON-APPEAL  ☒ CIVIL |

**9. TRANSCRIPT(S) REQUESTED**

| DATE | JUDGE | TYPE | PORTION | PDF | TEXT/ASCII | PAPER | CONDENSED | ECF ACCESS | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/03/2019 | JD | Pretrial | | ● | | | | | | | | | ● | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Christopher Kao

12. DATE: 01/04/2019