REDACTED PUBLIC VERSION

# EXHIBIT 3

# Exhibit 6

To Declaration of Kevin H. Moriarty in Support of Motion by the Federal Trade Commission to Exclude the Testimony of Dr. Patrick Schaumont

| | |
|---|---|
| From: | William Brown <william.brown@dlink.com> on behalf of William Brown |
| Sent: | Monday, April 13, 2015 12:22 PM |
| To: | Hans Liu;Shinglin Chung;Daniel Hsu;Robert Lin |
| Cc: | Ping Chen;Richard.RC Chen;AJ Wang;Osbert Ong |
| Subject: | Re: New D Link backdoor |
| Attachments: | compose unknown contact.jpg |

Hans and D-Link Corp Team,

I can appreciate the challenges and complexities between D-Link Corp. and it's suppliers for many years.

The global OBUs must trust and hold D-Link Corporation accountable too not create product liabilities for us in region.

Regardless, whatever causes, prevents, or solves these

[cid:part1.03040500.07030809@dlink.com]
Hans Liu<mailto:Hans.Liu@dlinkcorp.com>
April 10, 2015 at 7:58 PM
Sir,

Apparently it has nothing to do with HNAP itself but more like a security careless of Alpha's implementation.


I reason why I don't call it a security hole directly is because, with all the respects, I really don't believe there is anyway we can prevent this kind of hacking. The level is different between our Programmer and the hacker, and as he mentioned he was finding something for "entertainment".  And we don't blame anyone since even apple or google stuff are being hacked sometimes.


However, there are two things we should do and we really "have to do".

First, we sincerely should NOT have telnet daemon anymore and we should NOT use tftp.  Manufacturing calibration can be done by our own sock programming. Leaving ftpd or tftpd or telentd is making troubles to ourselves.


Second, we shall stop using http 1.1 basic authentication anymore. I have no idea why such a newest router still support that authentication.  For the entire HNAP thing starting from the new UI, we already go with the new digest authentication. So does QRS Mobile. There is NO way we shall keep this insecure http basic authentication. (DCH-Series supports no basic auth since day one.)


For IPCam and the other products, same thing should be applied. Stop using the http basic authentication. For IPCam that support HNAP for mydlink Home or for a support to coming new WebUI, they already support our new authentication just like the routers.

1

CONFIDENTIAL

PX03196-001

DLS0049144

We really should process above enhancements asap.  And the third, as an improvement, though it is not the blame for, we shall make no exceptions to GetDeviceSettings command unauth.

The command was for discovery purpose in first generation utility we worked with purenetworks. It is no longer being used as a discovery command, so we can now ask for an auth just like how we treat the other HNAP commands.  I will process this immediately starting from DCH-series devices.

Best regards,
Hans

Sent from my iPhone

On Apr 11, 2015, at 10:31 AM, Ping Chen <Ping.Chen@dlinkcorp.com<mailto:Ping.Chen@dlinkcorp.com>> wrote:

[cid:part1.03040500.07030809@dlink.com]
Jay Radcliffe<mailto:Jay_Radcliffe@rapid7.com>
April 10, 2015 at 11:54 AM



Would love to talk mire about this if your interested.

Jay