REDACTED
PUBLIC VERSION

# EXHIBIT 4

# Exhibit 7

To Declaration of Kevin H. Moriarty in Support of Motion by the Federal Trade Commission to Exclude the Testimony of Dr. Patrick Schaumont

**Document Provided as Native**

CONFIDENTIAL
DKC1895863



PX04217-002