REDACTED PUBLIC VERSION

# EXHIBIT 7

# Exhibit 42

To Declaration of Jarad Brown in Support of
Federal Trade Commission's
Motion for Summary Judgment

| | |
|---|---|
| **From:** | William Brown <william.brown@dlink.com> on behalf of William Brown |
| **Sent:** | Monday, March 4, 2013 1:08 PM |
| **To:** | Daniel Hsu |
| **Cc:** | Rachel Lai;Hans Liu;Shinglin Chung;Alun Wu;Donnie Viajar;jennifer.lee |
| **Subject:** | Re: DIR 645 Security Vulnerability Report   WAN side unauthenticated attacker to access admin privileges |
| **Attachments:** | compose unknown contact.jpg; image.jpg |

I'm sorry Daniel, I was able to prove that FW 1.03 for DIR-645 has closed this particular CSRF.

There isn't a tool, it's knowledge of how to attack the device and check it's php interpreter's authentication.

To see it simply load a DIR-645 with FW 1.00 (that was my devices version) then follow the vulnerability below:

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■

====
[VULNERABILITY DETAILS]

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■
■■■■■■
■■■■■■■■■■
■■■■■■■■■■■■■■■

■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■ ■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■

[REMEDIATION]
D-Link has released an updated firmware version (1.03) that addresses this issue. The firmware is already available on D-Link web site, and introduces additional restrictions to forbid unauthenticated access to page "getcfg.php".

CONFIDENTIAL

PX03200-001

DLS0023965

====

Why is this dangerous??

[redacted]

Thank You,
wb

[cid:part1.08080404.04030007@dlink.com]
Daniel Hsu<mailto:Daniel_Hsu@dlink.com.tw>
March 3, 2013 7:51 PM
Dear William

It's been a week since my last update. Any news are available to share with us?  Thanks.

Best Regards
Daniel
-------------------------------
Daniel Hsu, Product Planner
WPD2
D-Link Corporation
Tel: 02-66000123 Ext: 5838
-------------------------------

2

PX03200-002

CONFIDENTIAL                                                      DLS0023966

From: Daniel Hsu
Sent: Saturday, February 23, 2013 2:17 AM
To: William Brown
Cc: Rachel Lai; Hans Liu; Shinglin Chung
Subject: RE: DIR-645 Security Vulnerability Report - WAN-side unauthenticated attacker to access admin privileges

Dear William

Here are the report from Messner and the list of security exploits with my comment. Most of the them are related to Cross-site request forgery and Cross-site scripting. For the past 2 weeks we can't clarify all of the issues reported because of lacking info and the tool/environment setting for replicating security exploits in DHQ and the vendor.

I've listed out and highlighted the remaining issues in the worksheet of each model and need your help for further verification and digging out the info we need. Thank you!

Best Regards
Daniel
-------------------------------
Daniel Hsu, Product Planner
WPD2
D-Link Corporation
Tel: 02-66000123 Ext: 5838
-------------------------------

From: William Brown
Sent: Saturday, February 23, 2013 1:10 AM
To: Daniel Hsu
Cc: Rachel Lai; Hans Liu; Shinglin Chung
Subject: Re: DIR-645 Security Vulnerability Report - WAN-side unauthenticated attacker to access admin privileges

> Good Day Daniel,
>
> Roberto is located in Italy, I just got chatted with him now 9am PST US.
>
> I verified that this issue on the DIR-645 is not the same attack as was described on the DIR-300/DIR-600 by Michael Messner decribed with script here: (http://bit.ly/UMXNsr)
>
> He said that the DIR-645 doesn't have the command.php required for that attack.
>
> He is writing up is analysis and submitting for bounty.
>
> Thank You,
> wb


[cid:part2.05090803.04070607@dlink.com]
Daniel Hsu<mailto:Daniel_Hsu@dlink.com.tw>
February 21, 2013 6:44 PM
Dear Rachel

3

Just talked with Shinglin. Today I will come out a list of reported vulnerability that we want Roberto's help for checking and verification.

Best Regards
Daniel
-------------------------------
Daniel Hsu, Product Planner
WPD2
D-Link Corporation
Tel: 02-66000123 Ext: 5838
-------------------------------

從我的 iPad 傳送

"William Brown" <william.brown@dlink.com><mailto:william.brown@dlink.com> 於 2013/2/22 上午6:48 寫道：
[cid:part2.05090803.04070607@dlink.com]
William Brown<mailto:william.brown@dlink.com>
February 21, 2013 2:48 PM
Good Day Hans,

One of the security experts I work with on a frequent basis is reporting that Messner vulnerability (http://bit.ly/14EdMtq) that came out of Europe a couple of weeks ago.

I stopped him from filing the report because I felt we already know the issue.

Messner reported that we don't understand the scope of the issue, which is the same as my expert ( Roberto Paleari <roberto@greyhats.it><mailto:roberto@greyhats.it> who you can reference online).

They both say, it doesn't require remote access to be turned on, if it is then you must use the port specified in the web config, but a simple port scanner can report which port.

I know you have researched and responded, can you tell me what is our current position?

If we need details from Roberto, he is happy to file and claim the bounty.

Please advise,
wb
[cid:part1.08080404.04030007@dlink.com]
William Brown<mailto:william.brown@dlink.com>
February 22, 2013 9:10 AM

> Good Day Daniel,
>
> Roberto is located in Italy, I just got chatted with him now 9am PST US.
>
> I verified that this issue on the DIR-645 is not the same attack as was described on the DIR-300/DIR-600 by Michael Messner decribed with script here: (http://bit.ly/UMXNsr)
>
> He said that the DIR-645 doesn't have the command.php required for that attack.
>
> He is writing up is analysis and submitting for bounty.

4

PX03200-004
CONFIDENTIAL                                                                                                                            DLS0023968

Thank You,
wb


[cid:part1.08080404.04030007@dlink.com]
Daniel Hsu<mailto:Daniel_Hsu@dlink.com.tw>
February 21, 2013 6:44 PM
Dear Rachel

Just talked with Shinglin. Today I will come out a list of reported vulnerability that we want Roberto's help for checking and verification.

Best Regards
Daniel
-------------------------------
Daniel Hsu, Product Planner
WPD2
D-Link Corporation
Tel: 02-66000123 Ext: 5838
-------------------------------


-----Original Message-----
From: Shinglin Chung
Sent: Friday, February 22, 2013 8:14 AM
To: William Brown; Daniel Hsu; Rachel Lai
Cc: Hans Liu; Donnie Viajar; AJ Wang
Subject: Re: DIR-645 Security Vulnerability Report - WAN-side unauthenticated attacker to access admin privileges

Dear William:

This is great help for us, we would like to contact him with our patch on DIR-645 and the original reported device, looking his help can confirm issue solved or still some concern there.

By copy to Rachael:

Can you work with Daniel lead on this, cause he will take vocation next week.

BR

Shinglin

從我的 iPad 傳送

"William Brown" <william.brown@dlink.com><mailto:william.brown@dlink.com> 於 2013/2/22 上午6:48 寫道:

[cid:part1.08080404.04030007@dlink.com]
William Brown<mailto:william.brown@dlink.com>
February 21, 2013 2:48 PM
Good Day Hans,

5

One of the security experts I work with on a frequent basis is reporting that Messner vulnerability (http://bit.ly/14EdMtq) that came out of Europe a couple of weeks ago.

I stopped him from filing the report because I felt we already know the issue.

Messner reported that we don't understand the scope of the issue, which is the same as my expert ( Roberto Paleari <roberto@greyhats.it><mailto:roberto@greyhats.it> who you can reference online).

They both say, it doesn't require remote access to be turned on, if it is then you must use the port specified in the web config, but a simple port scanner can report which port.

I know you have researched and responded, can you tell me what is our current position?

If we need details from Roberto, he is happy to file and claim the bounty.

Please advise,
wb

6

PX03200-006

CONFIDENTIAL                                    DLS0023970