REDACTED
PUBLIC VERSION

# EXHIBIT 8

# Exhibit 46

To Declaration of Jarad Brown in Support of
Federal Trade Commission's
Motion for Summary Judgment

**From:** Osanda Malith Jayathissa <osandajayathissa@gmail.com> on behalf of Osanda Malith Jayathissa
**Sent:** Tuesday, January 10, 2017 9:36 AM
**To:** William Brown
**Subject:** Re: D Link DIR 615 Open Redirection
**Attachments:** D link exploit.txt

Is the attached exploit okay to release?

On Fri, Jan 6, 2017 at 6:17 PM, Osanda Malith Jayathissa < osandajayathissa@gmail.com> wrote:

> Still the PDF file seemed to be not updated: ftp://ftp2.dlink.com/
> SECURITY_ADVISEMENTS/DIR-615/REVT/DIR-615_REVT_RELEASE_
> NOTES_20.12PTb01.pdf
>
> On Wed, Jan 4, 2017 at 3:20 PM, Osanda Malith Jayathissa <
> osandajayathissa@gmail.com> wrote:
>
>> Hi William, is it updated ?
>>
>> On Wed, Jan 4, 2017 at 11:38 AM Osanda Malith Jayathissa <
>> osandajayathissa@gmail.com> wrote:
>>
>>> URL: https://osandamalith.com/2017/01/04/d-link-dir-615-open
>>> -redirection-and-xss/
>>> Name: Osanda Malith Jayathissa (@OsandaMalith)
>>> E-Mail: osandajayathissa@gmail.com
>>>
>>> Everything okay?
>>>
>>>
>>> On Tue, Jan 3, 2017 at 9:38 PM, William Brown
>>> <william.brown@dlink.com>
>>> wrote:
>>>
>>> sure, I will have the note modified tomorrow.
>>>
>>> Regards,
>>> wb
>>>
>>> Osanda Malith Jayathissa <osandajayathissa@gmail.com> January 3,
>>> 2017 at 9:37 PM After publishing in my blog shall I send you the URL
>>> now?
>>>
>>> Name: Osanda Malith Jayathissa (@OsandaMalith)
>>> E-Mail: osandajayathissa@gmail.com
>>>
>>>

>>> Osanda Malith Jayathissa <osandajayathissa@gmail.com> January 3,
>>> 2017 at 7:26 PM It seems like the advisory is released in here:
>>> http://support.dlink.com
>>> /ProductInfo.aspx?m=DIR-615
>>>
>>> Is there any acknowledgments ?
>>>
>>>
>>> Osanda Malith Jayathissa <osandajayathissa@gmail.com> January 3,
>>> 2017 at 5:47 PM Hi William,
>>>
>>> Shall I release the proof of concept?
>>>
>>>
>>> Osanda Malith Jayathissa <osandajayathissa@gmail.com> December 29,
>>> 2016 at 3:47 PM Sure thanks a lot. Please let me know once you
>>> accredit me so that I can include in the advisory.
>>>
>>>
>>> William Brown <william.brown@dlink.com> December 29, 2016 at 3:07 PM
>>> Good Day,
>>>
>>> Since the issue was corrected in a firmware prior to your report, we
>>> will not generally post date a report.
>>>
>>> I will have the add some information to the release notes that will
>>> make things more clear and will accredit you.
>>>
>>> Regards,
>>> wb
>>>
>>>
>>>
>>> --
>>> Sent from Postbox
>>> <https://www.postbox-inc.com/?utm_source=email&utm_medium=siglink&ut
>>> m_campaign=reach>
>>>
>>>
>>>
>

# Title: D-Link DIR-615 Multiple Vulnerabilities
# Date: 10-01-2017
# Hardware Version: E3
# Firmware Version: 5.10
# Tested on: Windows 8 64-bit
# Exploit Author: Osanda Malith Jayathissa (@OsandaMalith)
# Original write-up:https://osandamalith.com/2017/01/04/d-link-dir-615-open-redirection-and-xss/

Overview
--------





Disclosure Timeline
--------------------

12/19/16: Reported to D-Link
12/21/16: Security Patch released
ftp://ftp2.dlink.com/SECURITY_ADVISEMENTS/DIR-615/REVT/DIR-615_REVT_RELEASE_NOTES_20.12PTb01.pdf
ftp://ftp2.dlink.com/SECURITY_ADVISEMENTS/DIR-615/REVE/DIR-615_REVE_FIRMWARE_PATCH_5.14B01.zip