REDACTED
PUBLIC VERSION

# EXHIBIT 9

# Exhibit 52

To Declaration of Jarad Brown in Support of
Federal Trade Commission's
Motion for Summary Judgment

| | |
|---|---|
| **From:** | William Brown <william.brown@dlink.com> on behalf of William Brown |
| **Sent:** | Tuesday, May 7, 2013 7:12 PM |
| **To:** | David Nguyen;Patrick D. Cline |
| **Subject:** | Fwd: Regarding Camera Vulnerability   Steps to exploit Camera using persistent guest user... |
| **Attachments:** | compose unknown contact.jpg |

At the current time I do not know if this effects units outside our camera line.

My guess is no, but quietly i encourage you to check your families NOW!

thx
wb

[cid:part1.04020405.02020005@dlink.com]
From: William Brown <william.brown@dlink.com><mailto:william.brown@dlink.com>
Date: May 7, 2013 4:07 PM
To: Robert Lin <Robert_Lin@dlink.com.tw><mailto:Robert_Lin@dlink.com.tw>, Chris Chen <Chris_Chen@dlink.com.tw><mailto:Chris_Chen@dlink.com.tw>
CC: Allen Hsueh <allen.hsueh@dlink.com><mailto:allen.hsueh@dlink.com>, Chris Wong <chris.wong@dlink.com><mailto:chris.wong@dlink.com>, AJ Wang <AJ.Wang@dlink.com><mailto:AJ.Wang@dlink.com>
Subject: Regarding Camera Vulnerability - Steps to exploit Camera using persistent guest user...



We are preparing a press release that offers best practices to disable the user ... but US can only answer for current shipping cameras  DI/DEU and EOL need help from HQ/ODMs.

Thank You,
wb

[cid:part1.04020405.02020005@dlink.com]
From: AJ Wang <aj.wang@dlink.com><mailto:aj.wang@dlink.com>
Date: May 7, 2013 2:36 PM
To: robert_lin@dlink.com.tw<mailto:robert_lin@dlink.com.tw>, William Brown <william.brown@dlink.com><mailto:william.brown@dlink.com>, Ping Chen <Ping_Chen@dlink.com.tw><mailto:Ping_Chen@dlink.com.tw>
CC: roger_kao@dlink.com.tw<mailto:roger_kao@dlink.com.tw>
Subject: Search Engine
+ ping chen

Regards

1

AJ

---------- Internet Email Confidentiality Statement ---------- Information contained in this e-mail message is intended only for the individual to whom it is addressed and is private and confidential. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please kindly destroy it and notify the sender immediately by reply e-mail. Thank you for your cooperation.


From: AJ Wang [mailto:aj.wang@dlink.com<mailto:aj.wang@dlink.com>]
Sent: Tuesday, May 07, 2013 2:36 PM
To: robert_lin@dlink.com.tw<mailto:robert_lin@dlink.com.tw>; William Brown (william.brown@dlink.com<mailto:william.brown@dlink.com>)
Cc: roger_kao@dlink.com.tw<mailto:roger_kao@dlink.com.tw>
Subject: FW: Search Engine

Robert,
Big issue.
I need the patch asap and provide schedule for all business cam.


Regards
AJ

---------- Internet Email Confidentiality Statement ---------- Information contained in this e-mail message is intended only for the individual to whom it is addressed and is private and confidential. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please kindly destroy it and notify the sender immediately by reply e-mail. Thank you for your cooperation.


From: Vance Kozik [mailto:vance.kozik@dlink.com]
Sent: Tuesday, May 07, 2013 2:31 PM
To: AJ Wang
Subject: FW: Search Engine



From: Dan Dowdy [mailto:dan.dowdy@dlink.com<mailto:dan.dowdy@dlink.com>]
Sent: Tuesday, May 07, 2013 2:18 PM
To: Vance Kozik
Subject: Search Engine

Here is the article/video

http://www.businessweek.com/videos/2013-04-09/the-scariest-search-engine-on-the-internet#r=read

The search engine website is http://www.shodanhq.com/

--
Thank You,
Dan Dowdy

CONFIDENTIAL                                                                                       DLS0022931

Senior Technical Writer
D-Link Systems USA
800.326.1688 Ext. 6116
[cid:part1.04020405.02020005@dlink.com]
From: AJ Wang <aj.wang@dlink.com><mailto:aj.wang@dlink.com>
Date: May 7, 2013 2:36 PM
To: robert_lin@dlink.com.tw<mailto:robert_lin@dlink.com.tw>, William Brown <william.brown@dlink.com><mailto:william.brown@dlink.com>
CC: roger_kao@dlink.com.tw<mailto:roger_kao@dlink.com.tw>
Subject: FW: Search Engine
Robert,
Big issue.
I need the patch asap and provide schedule for all business cam.


Regards
AJ

---------- Internet Email Confidentiality Statement ---------- Information contained in this e-mail message is intended only for the individual to whom it is addressed and is private and confidential. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please kindly destroy it and notify the sender immediately by reply e-mail. Thank you for your cooperation.


From: Vance Kozik [mailto:vance.kozik@dlink.com<mailto:vance.kozik@dlink.com>]
Sent: Tuesday, May 07, 2013 2:31 PM
To: AJ Wang
Subject: FW: Search Engine



From: Dan Dowdy [mailto:dan.dowdy@dlink.com<mailto:dan.dowdy@dlink.com>]
Sent: Tuesday, May 07, 2013 2:18 PM
To: Vance Kozik
Subject: Search Engine

Here is the article/video

http://www.businessweek.com/videos/2013-04-09/the-scariest-search-engine-on-the-internet#r=read

The search engine website is http://www.shodanhq.com/

--
Thank You,
Dan Dowdy
Senior Technical Writer
D-Link Systems USA
800.326.1688 Ext. 6116

3