REDACTED
PUBLIC VERSION

# EXHIBIT 11

# Exhibit 1

To Declaration of Kevin H. Moriarty in Support of
the Federal Trade Commission's Response in
Opposition to D-Link Systems, Inc.'s Motion for
Summary Judgment

# In the Matter of:

# D-Link Systems, Inc.

*July 31, 2014*
*William Brown*
*Vol. 3*

**Condensed Transcript with Word Index**



## For The Record, Inc.
**(301) 870-8025 - www.ftrinc.net - (800) 921-5555**

556

```
1                  UNITED STATES OF AMERICA
2                  FEDERAL TRADE COMMISSION
3
4  IN RE:
5  D-LINK SYSTEMS, INC.,
6                                      Matter No 1323157
7  RESPONDENT
8  _____)
9
10
11
12     INVESTIGATIONAL HEARING OF WILLIAM BROWN
13            VOLUME III PAGES 556 to 836
14
15                 HIGHLY CONFIDENTIAL
16
17 DATE AND TIME:  Thursday, July 31, 2014
18                 9:00 a.m. -6:08 p.m.
19 LOCATION:       FEDERAL TRADE COMMISSION
20                 901 MARKET STREET, SUITE 570
21                 SAN FRANCISCO CA, 94103
22 REPORTER:       KRISHANNA DERITA, CSR
23                 CSR 11945
24
25
```

558

```
1              INDEX OF EXAMINATIONS
2  Examination                              Page
3  EXAMINATION BY MS. BERGER
4
5              INDEX OF EXHIBITS
6  Number  Description                      Marked
7  31    Full Disclosure DKS 2102-2110         584
8  32    E Mail 4-18-13 DKS 1924-1933          624
9  33    E Mail 5-1-13 DKS 1984-1994           630
10 34    E Mail 4-30-13 DKS 1960-1961          634
11 35    E Mail 5-24-13 DKS 35656-35658        637
12 36    E Mail 4-8-13 DKS 1894-1902           643
13 37    Security Advisory 10023               654
14 38    E Mail 4-18-13 DKS 35363-35364        657
15 39    E Mail 8-15-13 DKS 35931              666
16 40    Security Advisory 10001               669
17 41    Security Advisory 10029               673
18 42    Security Advisory 10011               685
19 43    E Mail 4-30-13 DKS 14207-14214        695
20 44    Qualys Security Advisory 5-21-13      696
21 45    Security Advisory 10038               705
22 46    Security Assessment DKS 11898-11908   748
23 47    Security Advisory 10019               751
24 48    Security Advisory 10004               752
25                  (Continued)
```

557

```
1                     APPEARANCES
2  For the Federal Trade Commission:
3  FEDERAL TRADE COMMISSION
4  BY:   LAURA D. BERGER, Esq.
5  901 Market Street
6  Suite 570
7  San Francisco CA 94103
8  (202) 326-2471
9  lberger@ftc.gov
10 BY:   ANDREA ARIAS, Esq.
11 600 Pennsylvania Avenue
12 Mail Stop CC-8232
13 Washington DC 20580
14 (202) 326-2715
15 aarias@ftc.gov
16
17 For D-Link:
18 LAW OFFICES OF S.J. CHRISTINE YANG
19 BY:   VICTORIA HAO, Esq.
20 17220 Newhope Street
21 Suite 101 & 102
22 Fountain Valley CA 92708
23 (714) 641-4022
24 vhao@jclawpc.com
25
```

559

```
1  49    E Mail 5-7-13 DKS 35676-35679         754
2  50    E Mail 5-7-13 DKS 36506-36507         775
3  51    E Mail 4-30-13 DKS 35481-35483        777
4  52    Model of Products Chart               778
5  53    Multiple Vulnerabilities in D Link    786
6        Devices DKS 11679-11682
7  54    E Mail 3-20-13 DKS 11721-11729        789
8  55    Security Advisory 10031               792
9  56    E Mail 1-28-13 DKS 1853-1842          802
10 57    Unauthenticated access to D-Link      803
11       Camera DKS 1841-1842
12 58    E Mail 2-21-13 DKS 12960-12971        807
13 59    E Mail 1-29-13 DKS 1661-1663          818
14 60    E Mail 2-12-13 DKS 34965-968          826
15 61    E Mail 3-20-13 DKS 1737-1738          828
16
17
18
19
20
21
22
23
24
25
```

744

1  built, to be easy to use.
2      **Q.  So you don't have to log in when you are**
3  **on the LAN?**
4      A.  Log in on the LAN with the mobile app.
5  That's what it was intended to be used for.  So it
6  was a usability.  Again, this device was, its
7  primary use was for local environments to enable USB
8  keys.
9      **Q.  The primary, which device is that?  The**
10  **505?**
11      A.  And the DIR 505 L.
12      **Q.  And its primary function was?**
13      A.  It's primary function that would expose
14  this vulnerability would be the ability to wireless
15  access USB storage.
16      **Q.  Okay.**
17      A.  And because it had those features, it
18  exposed this weakness.  And again, when we built the
19  device, it wasn't considered a weakness.  It was a
20  user function.
21      **Q.  So how did you fix the issue?**
22      A.  The mobile app had to change and required





752

754

753

755

```
 4  48 when you would expect to hear from D-Link
 5  corporate?
 6      A.  I would have already heard.  I would have.
 7      Q.  So you are fairly certain that there are
 8  not US based products?
 9      A.  For the ones that are recorded here, these
10  models are not.
11      Q.  Right.  But you are pretty certain?
12      A.  I do not believe today there are any
13  D-Link Systems products involved with these
14  vulnerabilities.
15      Q.  In either 47 or 48?
16      A.  Correct.
17      Q.  Okay.  But in the event that there are,
18  you will provide us with further information upon
19  learning?
20      A.  Yes.
21      (Exhibit 49 is marked for identification.)
22      Q.  I will start to now showing you what has
23  been marked as Exhibit 49.  It is Beta's number DKS
24  35676 through 35679.
25      A.  Yes.
```

760

1 them, I have to assume that it's unauthorized.
2    Q.  Okay.  And then -- but it would ask for
3 authentication when you clicked on the link; is that
4 correct?
5    A.  Correct.
6    Q.  And how did you know to try entering
7 guest/guest?
8    A.  I believe that was from the Core report,
9 reporting the persistent guest/guest login.  Core
10 Technologies vulnerabilities.
11    Q.  So in response to the Core report, you
12 searched on Shodan for certain camera models?
13    A.  Yes.

19    Q.  So did you only access one camera?
20    A.  It's the only one that I clicked.  In a
21 long list of links, click, that's the only one that
22 gave me a login guest/guest, and it also could be
23 said maybe the user had on purpose left -- it was a
24 public available camera.  I'm not sure.
25    Q.  What makes you think it was a publicly

761

1 available camera?
2    A.  I can't confirm that.  It could be like a
3 surf line camera where it's just showing.  My best
4 recollection, the view of the camera was of a public
5 space.
6    Q.  Oh, okay.  So, but this attack that you
7 are describing in these five steps, this is an
8 attack that is clearly exploitable from the WAN.
9 Correct?
10    A.  For this camera, yes.
11    Q.  And when you were looking at the Shodan
12 site, do you have any reason to know whether other
13 DCS models are available and indexed on Shodan other
14 than the five models that you listed you would have
15 been most concerned with?
16    A.  I didn't do any further searching as you
17 can tell.  I raised this to D-Link Corporation the
18 highest I could.
19    Q.  Yeah.  When you look at the search results
20 on Shodan, does Shodan limit the number of search
21 results it shows you at any one time?
22    A.  It does unless you are a registered user.
23 If you register, it's like Google.  It will give you
24 lots of, I mean, pages.
25    Q.  And did you conduct these searches as a

762

1 registered user?
2    A.  No, I didn't.  I wanted to see what the
3 free service would give me.
4    Q.  Yeah.  So you, in fact, only viewed a
5 sample of the Shodan results that were available for
6 each of the searches that you did?
7    A.  Yeah.  As an unregistered, yeah.  Whatever
8 it would give me as an unregistered user.
9    Q.  Okay.  And so when you said in the e-mail
10 above the one we've been discussing with the five
11 steps, when you said the issue you made Roger at HQ
12 aware on 0228 has now leaked into the open, what
13 were you referring to?  What were you aware of?  Is
14 that a reference to February --
15    A.  Yes.
16    Q.  -- 28th?
17    A.  Yes.
18    Q.  What happened on February 28th that you
19 were referring to?
20    A.  I would have to see what was
21 February 28th.  May I look through the rest of the
22 exhibits?
23    Q.  Yeah.  Take your time.
24    A.  I don't recall.
25    Q.  Can you confirm that you had, that Kevin

763

1 to whom you are addressing this e-mail, that it was
2 your understanding that Kevin had made Roger in HQ
3 aware of this issue on February 28?
4    A.  I'm sorry.  I didn't catch that question.
5 What was the question?
6    Q.  The language addressed by you to Kevin Wen
7 --
8    A.  Yes.
9    Q.  -- does that language reflect your
10 understanding that Kevin had made Roger in HQ aware
11 of this issue on February 28th?
12    A.  As that statement says, yes.
13    Q.  Okay.  And do you recall why you believed
14 that?
15    A.  I would need to see the e-mail that I'm
16 talking about on 2-28 to see what that involves.
17    Q.  Could you locate and provide that e-mail
18 to us?  If indeed there's an e-mail.  I see no
19 reason to think that it was an e-mail communication.
20    A.  Yes.
21    Q.  Okay.  Who is Roger that you are referring
22 to there.
23    A.  I believe that's Roger, he is part of the
24 vendor.
25    Q.  Which vendor is this?

768

1 April? Had it just taken that amount of time to fix
2 it?
3     A. Okay. So yeah.
4     Q. If the vendor --



And
13 as we moved on and evolved the cameras, that
14 definitely, because of things like Shodan and people
15 putting these on the net for whatever use they want
16 to, that had to be removed from the cameras. And so
17 that's why we started that phased in approach. And
18 this was me reminding that if it's going back as far
19 as February 2nd and now it's May, and I knew about
20 the Core reports, it was kind of saying, "Here is an
21 example of why this has to be out of the products."
22     Q. So were you at that point frustrated that
23 the fixes hadn't been rolled out more quickly?
24     A. I think the term I would use is very
25 concerned for everything I've been testifying here.

769

1     Q. Did you ever hear from that vendor as to
2 why it took them so long or hear, you know, about
3 why it took the vendor so long?
4     A. No.
5     Q. And you mentioned that you did the
6 business routers first for the guest/guest account?
7     A. The business cameras.
8     Q. Business cameras. I'm sorry.
9     A. Business class cameras.
10     Q. Business class. And when you have a
11 business class camera, does that mean that you would
12 not expect a consumer to use the camera due to price
13 or features or for any reason?
14     A. That's -- to clarify, an IP camera is an
15 IP camera. Business is a marketing term. I
16 couldn't testify where they could get the cameras,
17 but the camera could be purchased from a consumer
18 channel.
19     Q. Are they a different price point than the
20 consumer oriented cameras?
21     A. That's probably the number one
22 qualification of what you consider the consumers'
23 cameras from the marketing point of view.
24     Q. And does that same distinction, does it
25 exist with routers?

770

1     A. No. No. We don't have a -- D-Link
2 Systems does not have a family of what we call
3 business routers.
4     Q. Okay. And when you sell devices to
5 businesses, do you have a sales channel that
6 involves like sort of selling them in bulk, either
7 routers or cameras, to certain businesses? Like in
8 other words, if a business wanted to buy a large
9 quantity from you like they said, "Oh, we want to
10 use your routers to provide our guests with access
11 nationwide," would you sell those in bulk to a
12 business customer or would you say, "Yeah, our
13 website should be able to hook you up"?
14     A. My work since 2011 has all been, I don't
15 have much visibility to that. I would like to think
16 D-Link would try to satisfy the business. I would
17 assume that we would try. But I don't know of
18 specific channel. I'm not involved with the sales
19 side anymore.
20     Q. I thought it might come up in terms of
21 providing any notification of vulnerabilities. If
22 you have any business customers who have, you know,
23 acquired certain devices in bulk, would you attempt
24 to contact those business customers?
25     A. In reference to Exhibit 47, I don't

771

1 believe we did. As we evolve our process, and not
2 knowing enough about the sales structure, I couldn't
3 testify whether we could or not.
4     Q. Right. Isn't that -- is that something
5 you'd be interested to consider in terms of
6 notification of security issues, a business that
7 makes broad use?
8     A. It could be an option.
9     Q. Could you provide us, could you look into
10 that and provide us with an update on that as a
11 window into your security response procedures?
12     A. I see.
13     Q. Yeah. Because it would be useful.
14     A. Yes. I will do my best to try and do
15 that.
16     Q. Okay. Because I think that could be a
17 large area of exposure to a vulnerability.
18     So in this case, the case of Exhibit 49,
19 you had decided to the vulnerability you described
20 there, you had decided to phase in the patches to
21 the business cameras first. How did you decide
22 that? How do you decide that order?
23     A. Because the business cameras are typically
24 installed with VMS's, and so it made a natural, you
25 could almost, if it was used in that category, you

836

1 CERTIFICATE OF REPORTER
2 STATE OF CALIFORNIA          )
3 COUNTY OF CONTRA COSTA        ) ss.
4
5 I, KRISHANNA DERITA, CSR 11945, hereby certify:
6     That the foregoing proceedings were taken
7 before me at the time and place therein set forth;
8     That the testimony of statements made at the
9 time of the examination were recorded
10 stenographically by me and thereafter transcribed;
11     That the foregoing is a true and correct
12 transcript of my notes so taken.
13     I further attest that I am not a relative or
14 employee of any attorney of the parties, nor am I
15 fincially interested in this matter.
16     I hereby declare under the penalty of perjury
17 of the laws of the State of California that the
18 foregoing is a true record of the proceedings.
19
20 DATED August 5, 2014
21
22 _____
23 KRISHANNA M. DERITA
24 CSR # 11945
25