**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>D-LINK SYSTEMS, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>3:17-CV-39-JD<br><br>**[PROPOSED] STIPULATED ORDER**<br>**FOR INJUNCTION AND JUDGMENT** |

Plaintiff, the Federal Trade Commission ("Commission"), filed its Complaint for Permanent Injunction and Other Equitable Relief pursuant to Section 13(b) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 53(b). The Commission and Defendant stipulate, for the purpose of settlement, to the entry of this Stipulated Order for Injunction ("Order") to resolve all matters in dispute in this action between them.

**THEREFORE, IT IS ORDERED** as follows:

**FINDINGS**

1.      This Court has jurisdiction over this matter.

2.      The Complaint charges that Defendant participated in deceptive acts or practices in violation of Section 5 of the FTC Act, 15 U.S.C. § 45, related to the security of the software in its IP cameras and Routers.

3.      This Order does not constitute an admission by Defendant that the law has been violated as alleged in the Complaint, or that the facts as alleged in the complaint, other than the jurisdictional facts, are true. Defendant waives and releases any claims that it may have against

the Commission, its employees, and its agents that relate to this action.  Only for purposes of this action, Defendant admits the facts necessary to establish jurisdiction.

4.      Defendant waives any claim that it may have under the Equal Access to Justice Act, 28 U.S.C. § 2412, concerning the prosecution of this action through the date of this Order, and agrees to bear its own costs and attorney fees.  The Commission also agrees to bear its own costs and attorney fees.

5.      Defendant and the Commission waive all rights to appeal or otherwise challenge or contest the validity of this Order.

## DEFINITIONS

For the purpose of this Order, the following definitions apply:

1.      "**Approved Standard**" shall mean the "Security for industrial automation and control systems – Part 4-1: Secure product development lifecycle requirements", attached hereto as Exhibit A, or, in the event that such standard no longer exists, any successor standard established or approved by the International Electrotechnical Commission, or any successor entity thereto.  In the event no such successor standard or successor entity exists, or at the election of Defendant, Approved Standard shall mean a standard of comparable scope and thoroughness approved, at his or her sole discretion, by the Associate Director for Enforcement, Bureau of Consumer Protection, Federal Trade Commission.  Any decision not to approve a standard must be accompanied by a writing setting forth in detail the reasons for denying such approval.

2.      "**Defendant**" means D-Link Systems, Inc. and its successors and assigns.

3.      "**Covered Device**" shall mean any IP Camera or Router that Defendant sells on or after January 5, 2017, directly or through authorized re-sellers to consumers in the United States;

2

**[PROPOSED] STIPULATED ORDER FOR INJUNCTION**
CASE NO. 3:17-cv-00039-JD

provided that "Covered Device" does not include IP Cameras or Routers that Defendant can

establish that Defendant offers primarily for enterprises and other commercial entities, including

products identified in Exhibit B.

4.      "**IP Camera**" shall mean any Internet Protocol ("IP") camera, cloud camera, or

other Internet-accessible camera that transmits, or allows for the transmission of, video, audio, or

audiovisual data over the Internet.

5.      "**Router**" shall mean any network device that forwards IP data packets from one

network to another or from a network to the Internet.

## ORDER

## I.      COMPREHENSIVE SOFTWARE SECURITY PROGRAM

**IT IS ORDERED** that Defendant shall, for a period of twenty (20) years after entry of

this Order, continue with or establish and implement, and maintain, a comprehensive software

security program ("Software Security Program") that is designed to provide protection for the

security of its Covered Devices, unless Defendant ceases to market, distribute, or sell any

Covered Devices.  Subject to Section II.I of this Order, to satisfy this requirement, Defendant

must, at a minimum:

A.      Document in writing the content, implementation, and maintenance of the

Software Security Program;

B.      Provide the written program and any evaluations thereof or updates thereto to

Defendant's board of directors or governing body or, if no such board or equivalent governing

body exists, to a senior officer of Defendant responsible for Defendant's Software Security

Program at least once every twelve (12) months;

3

**[PROPOSED] STIPULATED ORDER FOR INJUNCTION**
**CASE NO. 3:17-cv-00039-JD**

C.      Designate a qualified employee or employees to coordinate and be responsible for the Software Security Program;

D.      Assess and document, at least once every twelve (12) months, internal and external risks to the security of Covered Devices that could result in the unauthorized disclosure, misuse, loss, theft, alteration, destruction, or other compromise of such information input into, stored on or captured with, accessed, or transmitted by a Covered Device;

E.      Design, implement, maintain, and document safeguards, as a part of a secure software development process, that control for the internal and external risks Defendant identifies to the security of Covered Devices.  Such safeguards shall also include:

1.      Engaging in security planning by enumerating in writing how functionality and features will affect the security of Covered Devices;

2.      Performing threat modeling to identify internal and external risks to the security of data transmitted using Covered Devices;

3.      Engaging in pre-release code review of every release of software for Covered Devices through the use of automated static analysis tools;

4.      Conducting pre-release vulnerability testing of every release of software for Covered Devices;

5.      Performing ongoing code maintenance by maintaining a database of shared code to be used to help find other instances of a vulnerability when a vulnerability is reported or otherwise discovered;

6.      Remediation processes designed to address security flaws, or analogous instances of security flaws, identified at any stage of software development process;

4

**[PROPOSED] STIPULATED ORDER FOR INJUNCTION**
CASE NO. 3:17-cv-00039-JD

7.      Ongoing monitoring of security research for potential vulnerabilities that could affect Covered Devices;

8.      A process for accepting vulnerability reports from security researchers, which shall include providing a designated point of contact for security researchers, appointing supervisory personnel to validate concerns;

9.      Automatic firmware updates directly to the Covered Devices that are configured to receive automatic firmware updates;

10.      At least 60 days prior to ceasing security updates for a Covered Device, a clear and conspicuous notice to consumers who registered their Covered Device, through the communication channel(s) the consumer chose at the time of registration, and a clear and conspicuous notice on the product information page of the Covered Device on Defendant's website that the Covered Device will no longer receive firmware updates; and

11.      Biennial security training for personnel and vendors responsible for developing, implementing, or reviewing Covered Device software, including firmware updates.

F.      Assess, at least once every twelve (12) months the sufficiency of any safeguards in place to address the risks to the security of Covered Devices, and modify the Software Security Program based on the results.

G.      Test and monitor the effectiveness of the safeguards at least once every twelve (12) months, and modify the Software Security Program based on the results.

H.      Select and retain service providers capable of maintaining security practices consistent with this Order, and contractually require service providers to implement and maintain safeguards consistent with this Order; and

**[PROPOSED] STIPULATED ORDER FOR INJUNCTION**
CASE NO. 3:17-cv-00039-JD

I.      Evaluate and adjust the Software Security Program in light of any changes to Defendant's operations or business arrangements, or any other circumstances that Defendant knows or has reason to know may have an impact on the effectiveness of the Software Security Program.  At a minimum, Defendant must evaluate the Software Security Program at least once every twelve (12) months and modify the Software Security Program based on the results.

Except for Sections I.B and I.C, Defendant may select, appoint, and work with third parties that are contractually required to comply with the requirements of this Section I, provided that Defendant discloses all material facts and does not misrepresent any material facts to said third party.  Defendant shall obtain from said third party all materials and documentation necessary to evaluate the effectiveness of the compliance with any provisions that the third party is contracted to comply with.  However, Defendant shall be solely responsible for compliance with this Order.

## II.     SOFTWARE SECURITY ASSESSMENTS BY A THIRD PARTY

**IT IS FURTHER ORDERED** that, in connection with compliance with Defendant's Software Security Program, Defendant must obtain initial and biennial assessments ("Assessments"):

A.      The Assessments must be obtained from a qualified, objective, independent third-party professional ("Assessor"), who: (1) is qualified as a Certified Secure Software Lifecycle Professional (CSSLP) with professional experience with secure Internet-accessible devices; (2) uses procedures and standards generally accepted in the profession; (3) conducts an independent review of the Software Security Program, or, at the election of Defendant, an assessment of the Approved Standard; and (4) retains all documents considered for each Assessment for five (5) years after completion of such Assessment and will provide such

6

**[PROPOSED] STIPULATED ORDER FOR INJUNCTION**
CASE NO. 3:17-cv-00039-JD

documents to the Commission within fourteen (14) days of receipt of a written request from a representative of the Commission.  No documents considered for an Assessment may be withheld on the basis of a claim of confidentiality, proprietary or trade secrets, work product or attorney client privilege.

B.     For each Assessment, Respondent shall provide the Associate Director for Enforcement for the Bureau of Consumer Protection at the Federal Trade Commission with the name and affiliation of the person selected to conduct the Assessment, which the Associate Director shall have the authority to approve in his sole discretion.  Any decision not to approve an individual selected to conduct such Assessment must be accompanied by a writing setting forth in detail the reasons for denying such approval.

C.     The reporting period for the Assessments to FTC must cover: (1) from the entry of this Order to January 31, 2020, for the initial Assessment; and (2) each 2-year period thereafter for ten (10) years after entry of this Order for the biennial Assessments.

D.     If Defendant elects to assess Defendant's compliance with the Software Security Program, the Assessment must: (1) determine whether Defendant has implemented and maintained the Software Security Program; (2) assess the effectiveness of Defendant's implementation and maintenance of sub-Sections I.A-I; (3) identify any gaps or weaknesses in the Software Security Program; (4) identify specific evidence (such as documents reviewed, sampling and testing performed, and interviews conducted) examined to make such determinations, assessments, and identifications, and explain why the evidence that the Assessor examined is sufficient to justify the Assessor's findings; or,

E.     If Defendant elects to assess Defendant's compliance with the Approved Standard, the Assessment must certify compliance with the Approved Standard, including, but

7

**[PROPOSED] STIPULATED ORDER FOR INJUNCTION**
**CASE NO. 3:17-cv-00039-JD**

not limited to, the following provisions:  (1) Part 6.4 ("SR-3: Product Security Requirements");

(2) Part 6.5 ("SR-4: Product security requirements content"); (3) Part 6.3 ("SR-2: Threat

model"); (4) Part 8.3.1(c) ("Static Code Analysis"); (5) Part 9.4 ("SVV-3: Vulnerability

Testing"); (6) Part 9.5 ("Penetration Testing"); (7) Part 10.4 ("DM-3: Assessing security-related

issues"); (8) Part 10.5 ("DM-4: Addressing security-related issues"); (9) Part 10.2 ("DM-1:

Receiving notifications of security-related issues"); (10) Part 11.6 ("SUM-5: Timely delivery of

security patches"); (11) Part 10.6 ("DM-5: Disclosing security-related issues"); (12) Part 5.6

("SM-4: Security expertise").

F.      No finding of any Assessment shall rely solely on assertions or attestations by

Defendant's management.  The Assessment shall be signed by the Assessor and shall state that

the Assessor conducted an independent review of the Software Security Program or the

Approved Standard, and did not rely solely on assertions or attestations by Defendant's

management.

G.      To the extent that Defendant has selected, appointed, or worked with a third party

to implement any of the criteria of the Software Security Program or any criteria of the Approved

Standard, Defendant shall provide to the Assessor, or cause to be provided to the Assessor, in

connection with the Assessment, all materials and documentation necessary for the Assessor to

conduct the Assessment of the effectiveness of the Comprehensive Software Security Program or

Approved Standard.  All such materials and documentation shall be maintained and produced

upon request pursuant to the provisions of this Order.

H.      Each Assessment must be completed within sixty (60) days after the end of the

reporting period to which the Assessment applies.  Unless otherwise directed by a Commission

representative in writing, Defendant must submit the initial Assessment to the Commission

8

**[PROPOSED] STIPULATED ORDER FOR INJUNCTION**
CASE NO. 3:17-cv-00039-JD

within twenty (20) days after the Assessment has been completed via email to DEbrief@ftc.gov or by overnight courier (not the U.S. Postal Service) to Associate Director for Enforcement, Bureau of Consumer Protection, Federal Trade Commission, 600 Pennsylvania Avenue NW, Washington, DC 20580. The subject line must begin, "In re D-Link Systems, FTC File No. X170030." All subsequent biennial Assessments shall be retained by Defendant until the order is terminated and provided to the Associate Director for Enforcement within twenty (20) days of request.

I.     If Defendant obtains an Assessment (i) certifying that the Software Security Program for the Covered Devices is in compliance with the Approved Standard and (ii) certifying that Defendant is in compliance with Section I.E.10, Defendant shall be deemed in compliance with Section I of this Order for two (2) years from the date of that Assessment or until the next January 31 Assessment deadline, whichever is earlier. *Provided, however*:

1.     Defendant shall not be deemed in compliance with Section I of this Order based on a Section II Assessment if Defendant made a representation, express or implied, that either misrepresented or omitted a material fact and such misrepresentation or omission would likely affect a reasonable Assessor's decision about whether Defendant complied with the Approved Standard. Further, in the event that such a misrepresentation or omission was made for the purpose of deceiving the Assessor, Defendant shall not be deemed in compliance with any portion of Section I or Section II of this Order based on that Assessment.

2.     Defendant shall not be deemed in compliance with Section I of this Order based upon a Section II Assessment if Defendant materially changed its practices after the Assessment in question, unless, at the time of the material change, an Assessor qualified under

9

**[PROPOSED] STIPULATED ORDER FOR INJUNCTION**
CASE NO. 3:17-cv-00039-JD

this Section certifies that the material change does not cause Defendant to fall out of compliance with the Approved Standard on which the Assessment in question was based.

## III.    COOPERATION WITH THIRD-PARTY SOFTWARE SECURITY ASSESSOR

**IT IS FURTHER ORDERED** that Defendant, whether acting directly or indirectly, in connection with any Assessment required by Section II of this Order titled Software Security Assessments by a Third Party, must:

A.    Disclose all material facts to the Assessor, and must not misrepresent in any manner, expressly or by implication, any fact material to the Assessor's Assessment; and

B.    Provide or otherwise make available to the Assessor all information and material in its possession, custody, or control that is necessary to the Assessment for which there is no reasonable claim of privilege.

## IV.    ANNUAL CERTIFICATION

**IT IS FURTHER ORDERED** that, in connection with compliance with Defendant's Software Security Program, Defendant shall:

A.    One year after the entry of this Order, and each year thereafter, provide the Commission with a certification from a senior corporate manager, or, if no such senior corporate manager exists, a senior officer of Defendant responsible for Defendant's Software Security Program that: (1) the requirements of this Order have been established, implemented, and maintained; and (2) Defendant is not aware of any material noncompliance that has not been (a) corrected or (b) disclosed to the Commission.  The certification must be based on the personal knowledge of the senior corporate manager, senior officer, or subject matter experts upon whom the senior corporate manager or senior officer reasonably relies in making the certification.

**[PROPOSED] STIPULATED ORDER FOR INJUNCTION**
**CASE NO. 3:17-cv-00039-JD**

1
2
3
4
5
6
7

B.      Unless otherwise directed by a Commission representative in writing, submit all annual certifications to the Commission pursuant to this Order via email to DEbrief@ftc.gov or by overnight courier (not the U.S. Postal Service) to Associate Director for Enforcement, Bureau of Consumer Protection, Federal Trade Commission, 600 Pennsylvania Avenue NW, Washington, DC  20580.  The subject line must begin, "In re D-Link Systems, Inc., FTC File No. X170030."

## V.      SPECIFIC CONDUCT PROVISIONS

**IT IS FURTHER ORDERED** that

A.      Defendant shall no longer sell, distribute, or host on its website the IP Camera set-up wizard software containing the representations shown in Exhibit C attached hereto for any Covered Devices.

B.      Within 60 days of the effective date of this Order, provide clear and conspicuous notice to all consumers who registered their Covered Devices, through the communication channel(s) the consumer chose at the time of registration, containing instructions for updating said device with the latest firmware update.

## VI.     ORDER ACKNOWLEDGMENTS

**IT IS FURTHER ORDERED** that Defendant obtains acknowledgments of receipt of this Order:

A.      Defendant, within 7 days of entry of this Order, must submit to the Commission an acknowledgment of receipt of this Order sworn under penalty of perjury.

B.      For three years after entry of this Order, Defendant must deliver a copy of this Order to:  (1) all principals, officers, directors, and LLC managers and members; (2) all employees having managerial responsibilities for the security of Covered Devices and all agents

11

**[PROPOSED] STIPULATED ORDER FOR INJUNCTION**
**CASE NO. 3:17-cv-00039-JD**

and representatives who participate in the security of Covered Devices; and (3) any business entity resulting from any change in structure as set forth in the Section titled Compliance Reporting.  Delivery must occur within 7 days of entry of this Order for current personnel.  For all others, delivery must occur before they assume their responsibilities.

C.     From each individual or entity to which a Defendant delivered a copy of this Order, that Defendant must obtain, within 30 days, a signed and dated acknowledgment of receipt of this Order.

## VII.    COMPLIANCE REPORTING

**IT IS FURTHER ORDERED** that Defendant makes timely submissions to the Commission:

A.     On January 31, 2020, Defendant must submit a compliance report, sworn under penalty of perjury, which must: (1) identify the primary physical, postal, and email address and telephone number, as designated points of contact, which representatives of the Commission may use to communicate with Defendant; (2) identifies all of that Defendant's businesses by all of their names, telephone numbers, and physical, postal, email, and Internet addresses; (3) describes the activities of each business, including the security and marketing practices; (4) describes in detail whether and how Defendant is in compliance with each Section of this Order (either directly or, at Defendant's election, Defendant may, for the purpose of satisfying this requirement as to Sections I and II, incorporate a Section II initial Assessment); and (5) provides a copy of each Order Acknowledgment obtained pursuant to this Order, unless previously submitted to the Commission.

B.     For ten (10) years after entry of this Order, Defendant must submit a compliance notice, sworn under penalty of perjury, within 14 days of any change in the following: (a) any

**[PROPOSED] STIPULATED ORDER FOR INJUNCTION**
**CASE NO. 3:17-cv-00039-JD**

designated point of contact; or (b) the structure of Defendant or any entity that Defendant has any ownership interest in or controls directly or indirectly that may affect compliance obligations arising under this Order, including:  creation, merger, sale, or dissolution of the Defendant or any subsidiary, parent, or affiliate that Defendant has any ownership interest in or controls directly or indirectly that engages in any acts or practices subject to this Order.

C.      Defendant must submit to the Commission notice of the filing of any bankruptcy petition, insolvency proceeding, or similar proceeding by or against such Defendant within 14 days of its filing.

D.      Any submission to the Commission required by this Order to be sworn under penalty of perjury must be true and accurate and comply with 28 U.S.C. § 1746, such as by concluding:  "I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on:  _____" and supplying the date, signatory's full name, title (if applicable), and signature.

E.      Unless otherwise directed by a Commission representative in writing, all submissions to the Commission pursuant to this Order must be emailed to DEbrief@ftc.gov or sent by overnight courier (not the U.S. Postal Service) to:  Associate Director for Enforcement, Bureau of Consumer Protection, Federal Trade Commission, 600 Pennsylvania Avenue NW, Washington, DC  20580.  The subject line must begin:  *FTC v. D-Link Systems, Inc.*, X170030.

## VIII.   RECORDKEEPING

**IT IS FURTHER ORDERED** that Defendant must create certain records for ten (10) years after entry of the Order, and retain each such record for 5 years.  Specifically, Defendant must create and retain the following records:

A.      accounting records showing the revenues from all goods or services sold;

**[PROPOSED] STIPULATED ORDER FOR INJUNCTION**
**CASE NO. 3:17-cv-00039-JD**

B.      Defendant's personnel records showing, for each person providing services, whether as an employee or otherwise, that person's:  name; addresses; telephone numbers; job title or position; dates of service; and (if applicable) the reason for termination;

C.      records of all consumer complaints and refund requests, whether received directly or indirectly, such as through a third party, concerning the subject matter of the Order;

D.      all records necessary to demonstrate full compliance with each provision of this Order, including all submissions to the Commission; and

E.       a copy of each unique advertisement or other marketing material by Defendant making a representation subject to this Order.

## IX.      COMPLIANCE MONITORING

**IT IS FURTHER ORDERED** that, for the purpose of monitoring Defendant's compliance with this Order:

A.      Within 14 days of receipt of a written request from a representative of the Commission, Defendant must:  submit additional compliance reports or other requested information, which must be sworn under penalty of perjury; appear for depositions; and produce documents for inspection and copying.  The Commission is also authorized to obtain discovery, without further leave of court, using any of the procedures prescribed by Federal Rules of Civil Procedure 29, 30 (including telephonic depositions), 31, 33, 34, 36, 45, and 69.  Provided, however, that Defendant, after attempting to resolve a dispute without court action and for good cause shown, may file a motion with this Court seeking an order for one or more of the protections set forth in Rule 26(c).

B.      For matters concerning this Order, the Commission is authorized to communicate directly with Defendant, Defendant must permit representatives of the Commission to interview

14

**[PROPOSED] STIPULATED ORDER FOR INJUNCTION**
**CASE NO. 3:17-cv-00039-JD**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

any employee or other person affiliated with Defendant who has agreed to such an interview. The person interviewed may have counsel present.

      C.     The Commission may use all other lawful means, including posing, through its representatives, as consumers, suppliers, or other individuals or entities, to Defendant or any individual or entity affiliated with Defendant, without the necessity of identification or prior notice.  Nothing in this Order limits the Commission's lawful use of compulsory process, pursuant to Sections 9 and 20 of the FTC Act, 15 U.S.C. §§ 49, 57b-1, nor does it limit Defendant's ability to assert any and all objections, defenses, rights, or privileges available to it, as to any such process.

**[PROPOSED] STIPULATED ORDER FOR INJUNCTION**
**CASE NO. 3:17-cv-00039-JD**

## X.    RETENTION OF JURISDICTION

IT IS FURTHER ORDERED that this Court retains jurisdiction of this matter for purposes of construction, modification, and enforcement of this Order.

Dated: _____

By: _____
WILLIAM C. BROWN, Chief Information Security Officer
D-Link Systems, Inc.

Dated: _____

By: _____
CHRISTINE YANG
Law Offices of S.J. Christine Yang
Attorney for Defendant D-Link Systems, Inc.

Dated: 5/6/2019

By: _____
JOHN J. VECCHIONE, President and CEO
Cause of Action Institute
Attorney for Defendant D-Link Systems, Inc.

Dated: 7/1/19

By: _____
KEVIN H. MORIARTY
CATHLIN TULLY
JARAD A. BROWN
KATHERINE E. MCCARON
BRIAN C. BERGGREN
Counsel for the Federal Trade Commission

SO ORDERED this 6th day of __August__, 2019.

_____
Honorable James Donato
United States District Judge
Northern District of California

16

[PROPOSED] STIPULATED ORDER FOR INJUNCTION
CASE NO. 3:17-cv-00039-JD

**Stipulated Order for
Injunction and Judgment**

# Exhibit A

(Placeholder Excerpted Public Version of
Document Filed Under Seal at ECF 271)

This is a preview - click here to buy the full publication



# IEC 62443-4-1

Edition 1.0   2018-01

# INTERNATIONAL
# STANDARD



colour
inside

**Security for industrial automation and control systems –
Part 4-1: Secure product development lifecycle requirements**

INTERNATIONAL
ELECTROTECHNICAL
COMMISSION

ICS 25.040.40; 35.030

ISBN 978-2-8322-5239-0

**Warning! Make sure that you obtained this publication from an authorized distributor.**

® Registered trademark of the International Electrotechnical Commission

Case 3:17-cv-00039-JD   Document 276   Filed 08/06/19   Page 19 of 32

This is a preview - click here to buy the full publication

# CONTENTS

FOREWORD ........................................................................................................................... 6

INTRODUCTION ..................................................................................................................... 8

1   Scope ............................................................................................................................. 11

2   Normative references ..................................................................................................... 11

3   Terms, definitions, abbreviated terms, acronyms and conventions ................................. 11

   3.1   Terms and definitions .............................................................................................. 11

   3.2   Abbreviated terms and acronyms ............................................................................ 16

   3.3   Conventions ............................................................................................................ 17

4   General principles .......................................................................................................... 17

   4.1   Concepts ................................................................................................................. 17

   4.2   Maturity model ........................................................................................................ 19

5   Practice 1 – Security management .................................................................................. 20

   5.1   Purpose ................................................................................................................... 20

   5.2   SM-1: Development process ..................................................................................... 21

      5.2.1   Requirement ................................................................................................... 21

   5.3   Rationale and supplemental guidance ...................................................................... 21

   5.4   SM-2: Identification of responsibilities ..................................................................... 21

      5.4.1   Requirement ................................................................................................... 21

      5.4.2   Rationale and supplemental guidance ............................................................ 21

   5.5   SM-3: Identification of applicability .......................................................................... 21

      5.5.1   Requirement ................................................................................................... 21

      5.5.2   Rationale and supplemental guidance ............................................................ 22

   5.6   SM-4: Security expertise ......................................................................................... 22

      5.6.1   Requirement ................................................................................................... 22

      5.6.2   Rationale and supplemental guidance ............................................................ 22

   5.7   SM-5: Process scoping ............................................................................................ 22

      5.7.1   Requirement ................................................................................................... 22

      5.7.2   Rationale and supplemental guidance ............................................................ 23

   5.8   SM-6: File integrity ................................................................................................. 23

      5.8.1   Requirement ................................................................................................... 23

      5.8.2   Rationale and supplemental guidance ............................................................ 23

   5.9   SM-7: Development environment security ................................................................. 23

      5.9.1   Requirement ................................................................................................... 23

      5.9.2   Rationale and supplemental guidance ............................................................ 23

   5.10   SM-8: Controls for private keys ............................................................................. 23

      5.10.1   Requirement ................................................................................................. 23

      5.10.2   Rationale and supplemental guidance .......................................................... 24

   5.11   SM-9: Security requirements for externally provided components ........................... 24

      5.11.1   Requirement ................................................................................................. 24

      5.11.2   Rationale and supplemental guidance .......................................................... 24

   5.12   SM-10: Custom developed components from third-party suppliers .......................... 24

      5.12.1   Requirement ................................................................................................. 24

      5.12.2   Rationale and supplemental guidance .......................................................... 25

   5.13   SM-11: Assessing and addressing security-related issues ...................................... 25

      5.13.1   Requirement ................................................................................................. 25

      5.13.2   Rationale and supplemental guidance .......................................................... 25

IEC 62443-4-1:2018 © IEC 2018                           – 3 –

5.14    SM-12: Process verification ................................................................................25
   5.14.1    Requirement ..................................................................................................25
   5.14.2    Rationale and supplemental guidance...........................................................25
5.15    SM-13: Continuous improvement .........................................................................25
   5.15.1    Requirement ..................................................................................................25
   5.15.2    Rationale and supplemental guidance...........................................................26
6   Practice 2 – Specification of security requirements ........................................................26
   6.1    Purpose ...............................................................................................................26
   6.2    SR-1: Product security context .............................................................................27
      6.2.1    Requirement ..................................................................................................27
      6.2.2    Rationale and supplemental guidance...........................................................27
   6.3    SR-2: Threat model ..............................................................................................27
      6.3.1    Requirement ..................................................................................................27
      6.3.2    Rationale and supplemental guidance...........................................................28
   6.4    SR-3: Product security requirements ....................................................................28
      6.4.1    Requirement ..................................................................................................28
      6.4.2    Rationale and supplemental guidance...........................................................28
   6.5    SR-4: Product security requirements content .......................................................29
      6.5.1    Requirement ..................................................................................................29
      6.5.2    Rationale and supplemental guidance...........................................................29
   6.6    SR-5: Security requirements review .....................................................................29
      6.6.1    Requirement ..................................................................................................29
      6.6.2    Rationale and supplemental guidance...........................................................29
7   Practice 3 – Secure by design ........................................................................................30
   7.1    Purpose ...............................................................................................................30
   7.2    SD-1: Secure design principles ............................................................................30
      7.2.1    Requirement ..................................................................................................30
      7.2.2    Rationale and supplemental guidance...........................................................30
   7.3    SD-2: Defense in depth design .............................................................................31
      7.3.1    Requirement ..................................................................................................31
      7.3.2    Rationale and supplemental guidance...........................................................32
   7.4    SD-3: Security design review ...............................................................................32
      7.4.1    Requirement ..................................................................................................32
      7.4.2    Rationale and supplemental guidance...........................................................32
   7.5    SD-4: Secure design best practices ......................................................................32
      7.5.1    Requirement ..................................................................................................32
      7.5.2    Rationale and supplemental guidance...........................................................33
8   Practice 4 – Secure implementation ................................................................................33
   8.1    Purpose ...............................................................................................................33
   8.2    Applicability .........................................................................................................33
   8.3    SI-1: Security implementation review ....................................................................33
      8.3.1    Requirement ..................................................................................................33
      8.3.2    Rationale and supplemental guidance...........................................................34
   8.4    SI-2: Secure coding standards .............................................................................34
      8.4.1    Requirement ..................................................................................................34
      8.4.2    Rationale and supplemental guidance...........................................................34
9   Practice 5 – Security verification and validation testing...................................................34
   9.1    Purpose ...............................................................................................................34

9.2      SVV-1: Security requirements testing ............................................................... 35
    9.2.1    Requirement .............................................................................................. 35
    9.2.2    Rationale and supplemental guidance .......................................................... 35
9.3      SVV-2: Threat mitigation testing ...................................................................... 35
    9.3.1    Requirement .............................................................................................. 35
    9.3.2    Rationale and supplemental guidance .......................................................... 35
9.4      SVV-3: Vulnerability testing ............................................................................ 36
    9.4.1    Requirement .............................................................................................. 36
    9.4.2    Rationale and supplemental guidance .......................................................... 36
9.5      SVV-4: Penetration testing .............................................................................. 36
    9.5.1    Requirement .............................................................................................. 36
    9.5.2    Rationale and supplemental guidance .......................................................... 36
9.6      SVV-5: Independence of testers ...................................................................... 37
    9.6.1    Requirement .............................................................................................. 37
    9.6.2    Rationale and supplemental guidance .......................................................... 37
10   Practice 6 – Management of security-related issues ................................................. 38
    10.1     Purpose ......................................................................................................... 38
    10.2     DM-1: Receiving notifications of security-related issues ..................................... 38
        10.2.1   Requirement ............................................................................................... 38
        10.2.2   Rationale and supplemental guidance .......................................................... 38
    10.3     DM-2: Reviewing security-related issues .......................................................... 38
        10.3.1   Requirement ............................................................................................... 38
        10.3.2   Rationale and supplemental guidance .......................................................... 39
    10.4     DM-3: Assessing security-related issues .......................................................... 39
        10.4.1   Requirement ............................................................................................... 39
        10.4.2   Rationale and supplemental guidance .......................................................... 39
    10.5     DM-4: Addressing security-related issues ......................................................... 40
        10.5.1   Requirement ............................................................................................... 40
        10.5.2   Rationale and supplemental guidance .......................................................... 40
    10.6     DM-5: Disclosing security-related issues .......................................................... 41
        10.6.1   Requirement ............................................................................................... 41
        10.6.2   Rationale and supplemental guidance .......................................................... 41
    10.7     DM-6: Periodic review of security defect management practice ............................ 42
        10.7.1   Requirement ............................................................................................... 42
        10.7.2   Rationale and supplemental guidance .......................................................... 42
11   Practice 7 – Security update management ............................................................... 42
    11.1     Purpose ......................................................................................................... 42
    11.2     SUM-1: Security update qualification ............................................................... 42
        11.2.1   Requirement ............................................................................................... 42
        11.2.2   Rationale and supplemental guidance .......................................................... 42
    11.3     SUM-2: Security update documentation ............................................................ 42
        11.3.1   Requirement ............................................................................................... 42
        11.3.2   Rationale and supplemental guidance .......................................................... 43
    11.4     SUM-3: Dependent component or operating system security update
             documentation ............................................................................................... 43
        11.4.1   Requirement ............................................................................................... 43
        11.4.2   Rationale and supplemental guidance .......................................................... 43
    11.5     SUM-4: Security update delivery ...................................................................... 43
        11.5.1   Requirement ............................................................................................... 43

IEC 62443-4-1:2018 © IEC 2018                    – 5 –

        11.5.2      Rationale and supplemental guidance..............................................................43
    11.6    SUM-5: Timely delivery of security patches ..........................................................44
        11.6.1      Requirement ....................................................................................................44
        11.6.2      Rationale and supplemental guidance..............................................................44
12    Practice 8 – Security guidelines ......................................................................................44
    12.1    Purpose ...................................................................................................................44
    12.2    SG-1: Product defense in depth .............................................................................44
        12.2.1      Requirement ....................................................................................................44
        12.2.2      Rationale and supplemental guidance..............................................................45
    12.3    SG-2: Defense in depth measures expected in the environment............................45
        12.3.1      Requirement ....................................................................................................45
        12.3.2      Rationale and supplemental guidance..............................................................45
    12.4    SG-3: Security hardening guidelines ......................................................................45
        12.4.1      Requirement ....................................................................................................45
        12.4.2      Rationale and supplemental guidance..............................................................46
    12.5    SG-4: Secure disposal guidelines ..........................................................................46
        12.5.1      Requirement ....................................................................................................46
        12.5.2      Rationale and supplemental guidance..............................................................46
    12.6    SG-5: Secure operation guidelines.........................................................................46
        12.6.1      Requirement ....................................................................................................46
        12.6.2      Rationale and supplemental guidance..............................................................47
    12.7    SG-6: Account management guidelines ...................................................................47
        12.7.1      Requirement ....................................................................................................47
        12.7.2      Rationale and supplemental guidance..............................................................47
    12.8    SG-7: Documentation review ..................................................................................47
        12.8.1      Requirement ....................................................................................................47
        12.8.2      Rationale and supplemental guidance..............................................................47

Annex A (informative)  Possible metrics .................................................................................48

Annex B (informative)  Table of requirements ........................................................................50

Bibliography............................................................................................................................52


Figure 1 – Parts of the IEC 62443 series.................................................................................9
Figure 2 – Example scope of product life-cycle ......................................................................10
Figure 3 – Defence in depth strategy is a key philosophy of the secure product life-cycle .....18


Table 1 – Maturity levels ........................................................................................................20
Table 2 – Example SDL continuous improvement activities ....................................................26
Table 3 – Required level of independence of testers from developers ....................................37
Table B.1 – Summary of all requirements...............................................................................50

INTERNATIONAL ELECTROTECHNICAL COMMISSION

_____

## SECURITY FOR INDUSTRIAL AUTOMATION AND CONTROL SYSTEMS –

## Part 4-1: Secure product development lifecycle requirements

### FOREWORD

1) The International Electrotechnical Commission (IEC) is a worldwide organization for standardization comprising all national electrotechnical committees (IEC National Committees). The object of IEC is to promote international co-operation on all questions concerning standardization in the electrical and electronic fields. To this end and in addition to other activities, IEC publishes International Standards, Technical Specifications, Technical Reports, Publicly Available Specifications (PAS) and Guides (hereafter referred to as "IEC Publication(s)"). Their preparation is entrusted to technical committees; any IEC National Committee interested in the subject dealt with may participate in this preparatory work. International, governmental and non-governmental organizations liaising with the IEC also participate in this preparation. IEC collaborates closely with the International Organization for Standardization (ISO) in accordance with conditions determined by agreement between the two organizations.

2) The formal decisions or agreements of IEC on technical matters express, as nearly as possible, an international consensus of opinion on the relevant subjects since each technical committee has representation from all interested IEC National Committees.

3) IEC Publications have the form of recommendations for international use and are accepted by IEC National Committees in that sense. While all reasonable efforts are made to ensure that the technical content of IEC Publications is accurate, IEC cannot be held responsible for the way in which they are used or for any misinterpretation by any end user.

4) In order to promote international uniformity, IEC National Committees undertake to apply IEC Publications transparently to the maximum extent possible in their national and regional publications. Any divergence between any IEC Publication and the corresponding national or regional publication shall be clearly indicated in the latter.

5) IEC itself does not provide any attestation of conformity. Independent certification bodies provide conformity assessment services and, in some areas, access to IEC marks of conformity. IEC is not responsible for any services carried out by independent certification bodies.

6) All users should ensure that they have the latest edition of this publication.

7) No liability shall attach to IEC or its directors, employees, servants or agents including individual experts and members of its technical committees and IEC National Committees for any personal injury, property damage or other damage of any nature whatsoever, whether direct or indirect, or for costs (including legal fees) and expenses arising out of the publication, use of, or reliance upon, this IEC Publication or any other IEC Publications.

8) Attention is drawn to the Normative references cited in this publication. Use of the referenced publications is indispensable for the correct application of this publication.

9) Attention is drawn to the possibility that some of the elements of this IEC Publication may be the subject of patent rights. IEC shall not be held responsible for identifying any or all such patent rights.

International Standard IEC 62443-4-1 has been prepared by IEC technical committee 65: Industrial-process measurement, control and automation.

The text of this International Standard is based on the following documents:

| FDIS | Report on voting |
|------|------------------|
| 65/685/FDIS | 65/688/RVD |

Full information on the voting for the approval of this International Standard can be found in the report on voting indicated in the above table.

This document has been drafted in accordance with the ISO/IEC Directives, Part 2.

Case 3:17-cv-00039-JD   Document 276   Filed 08/06/19   Page 24 of 32
This is a preview - click here to buy the full publication

A list of all parts in the IEC 62443 series, published under the general title *Security for industrial automation and control systems*, can be found on the IEC website.

Future standards in this series will carry the new general title as cited above. Titles of existing standards in this series will be updated at the time of the next edition.

The committee has decided that the contents of this document will remain unchanged until the stability date indicated on the IEC website under "http://webstore.iec.ch" in the data related to the specific document. At this date, the document will be

• reconfirmed,

• withdrawn,

• replaced by a revised edition, or

• amended.

A bilingual version of this publication may be issued at a later date.

---

**IMPORTANT – The 'colour inside' logo on the cover page of this publication indicates that it contains colours which are considered to be useful for the correct understanding of its contents. Users should therefore print this document using a colour printer.**

# INTRODUCTION

This document is part of a series of standards that addresses the issue of security for industrial automation and control systems (IACS). This document describes product development life-cycle requirements related to cyber security for products intended for use in the industrial automation and control systems environment and provides guidance on how to meet the requirements described for each element.

This document has been developed in large part from the Secure Development Life-cycle Assessment (SDLA) Certification Requirements [26] [1] from the ISA Security Compliance Institute (ISCI). Note that the SDLA procedure was based on the following sources:

– ISO/IEC 15408-3 (Common Criteria) [18];

– Open Web Application Security Project (OWASP) Comprehensive, Lightweight Application Security Process (CLASP) [36];

– The Security Development Life-cycle by Michael Howard and Steve Lipner [43];

– IEC 61508 Functional safety of electrical/electronic/ programmable electronic safety-related systems [24], and

– RCTA DO-178B Software Considerations in Airborne Systems and Equipment Certification [28].

Therefore, all these sources can be considered contributing sources to this document.

This document is the part of the IEC 62443 series that contains security requirements for developers of any automation and control products where security is a concern.

Figure 1 illustrates the relationship of the different parts of IEC 62443 that were in existence or planned as of the date of circulation of this document. Those that are normatively referenced are included in the list of normative references in Clause 2, and those that are referenced for informational purposes or that are in development are listed in the Bibliography.

_____

[1] Figures in square brackets refer to the bibliography.

This is a preview - click here to buy the full publication

IEC 62443-4-1:2018 © IEC 2018          – 9 –



**Figure 1 – Parts of the IEC 62443 series**

Figure 2 illustrates how the developed product relates to maintenance and integration capabilities defined in IEC 62443-2-4 and to its operation by the asset owner. The product supplier develops products using a process compliant with this document. Those products may be a single component, such as an embedded controller, or a group of components working together as a system or subsystem. The products are then integrated together, usually by a system integrator, into an Automation Solution using a process compliant with IEC 62443-2-4. The Automation Solution is then installed at a particular site and becomes part of the industrial automation and control system (IACS). Some of these capabilities reference security measures defined in IEC 62443-3-3 [10] that the service provider ensures are supported in the Automation Solution (either as product features or compensating mechanisms). This document only addresses the process used for the development of the product; it does not address design, installation or operation of the Automation Solution or IACS.

In Figure 2, the Automation Solution is illustrated to contain one or more subsystems and optional supporting components such as advanced control. The dashed boxes indicate that these components are "optional".

NOTE 1   Automation Solutions typically have a single product, but they are not restricted to do so. In some industries, there may be a hierarchical product structure. In general, the Automation Solution is the set of hardware and software, independent of product packaging, that is used to control a physical process (for example, continuous or manufacturing) as defined by the asset owner.

NOTE 2   If a service provider provides products used in the Automation Solution, then the service provider is fulfilling the role of product supplier in this diagram.

NOTE 3   If a service provider provides products used in the Automation Solution, then the service provider is fulfilling the role of product supplier in this diagram.

This is a preview - click here to buy the full publication



**Figure 2 – Example scope of product life-cycle**

IEC 62443-4-1:2018 © IEC 2018                  – 11 –

# SECURITY FOR INDUSTRIAL AUTOMATION
# AND CONTROL SYSTEMS –

## Part 4-1: Secure product development lifecycle requirements

## 1   Scope

This part of IEC 62443 specifies process requirements for the secure development of products used in industrial automation and control systems. It defines a secure development life-cycle (SDL) for the purpose of developing and maintaining secure products. This life-cycle includes security requirements definition, secure design, secure implementation (including coding guidelines), verification and validation, defect management, patch management and product end-of-life. These requirements can be applied to new or existing processes for developing, maintaining and retiring hardware, software or firmware for new or existing products. These requirements apply to the developer and maintainer of the product, but not to the integrator or user of the product. A summary list of the requirements in this document can be found in Annex B.

## 2   Normative references

The following documents are referred to in the text in such a way that some or all of their content constitutes requirements of this document. For dated references, only the edition cited applies. For undated references, the latest edition of the referenced document (including any amendments) applies.

IEC 62443-2-4:2015, *Security for industrial automation and control systems – Part 2-4: Security program requirements for IACS service providers*
IEC 62443-2-4:2015/AMD1:2017

**Stipulated Order for
Injunction and Judgment
Exhibit B**

**Exhibit B**

DCS-1201
DCS-2230
DCS-3511
DCS-4602EV &  -VB1
DCS-4603
DCS-4605EV
DCS-4622
DCS-4633EV
DCS-4701E & -VB1
DCS-4703E
DCS-4705E
DCS-4802E & -VB1
DCS-5615
DCS-6004L
DCS-6010L
DCS-6113
DCS-6210
DCS-6212L
DCS-6314
DCS-6315
DCS-6510
DCS-6511/MCD
DCS-6513
DCS-6517 & /MCD
DCS-6616
DCS-6818
DCS-6915
DCS-7010L
DCS-7110
DCS-7513
DCS-7517
DSR-1000AC
DSR-150 & 150/RE & 150N & 150N/RE
DSR-250 & 250/RE & 250N & 250N/RE
DSR-500 & 500/RE &  500N/RE
DSL-2750B-VZ
DWR-920V-UC
DWR-922-UC
DWR-961-SP & -UC & -VZ

**Stipulated Order for
Injunction and Judgment**
# Exhibit C

